1 | Mark T. Flewelling (Bar No. 96465)
    mflewelling@lagerlof.com
2 | Michael Rapkine (Bar No. 222811)
    mrapkine@lagerlof.com
3 | LAGERLOF, LLP
4 | 155 North Lake Avenue, 11th Floor
    Pasadena, California 91101
5 | Telephone: (626) 793-9400
    Facsimile: (626) 793-5900
6 |
7 | Attorneys for Plaintiff
    WELLS FARGO BANK, N.A.
8 | a national banking association
    ("Wells Fargo")
9 |

10 | IN THE UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

12 |

13 | WELLS FARGO BANK, N.A., a national banking association,
14 |
15 | Plaintiff,
16 |
17 | v.
18 | ABDELMAJED AWAD, an individual; AKRAM AWAD, an individual; MAJID AWAD, an individual; JASER AWAD, an individual; YASER AWAD, an individual; and TAYSIR AWAD, an individual,
22 |
23 | Defendants.
24 |

Case No.:

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

1. Breach of Written Contract
2. Money Had and Received
3. Money Paid
4. Violation of Cal. Penal Code Section 496 (Theft)
5. Conversion
6. Declaratory Relief

25 | Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") alleges:

26 | 1.    This action exposes an elaborate check kiting scheme orchestrated by
27 | the defendants. Wells Fargo checking accounts held by three of the defendants
28 | were used in the scheme, along with at least two Bank of Hemet and Fresno First

Bank accounts held by Taysir Inc., a California corporation owned by the three other defendants. Taysir Inc. filed a Chapter 11 bankruptcy petition on July 22, 2022, shortly after defendants completed their check kiting scheme.  The scheme caused Wells Fargo to sustain losses exceeding $1,135,414.06.  Wells Fargo therefore seeks damages, the imposition of a constructive trust, and declaratory relief with respect to the setoff of an account held by defendant Taysir Awad.

## PARTIES AND TAYSIR INC.

2.    Plaintiff Wells Fargo is, and at all times mentioned in this complaint was, a national banking association with its main office located in Sioux Falls, South Dakota. It is authorized to do business, and does business, in California. Wells Fargo is a citizen of South Dakota for diversity purposes.

3.    Defendant Abdelmajed Awad ("Abdelmajed") is an individual who, on information and belief, resides in Moreno Valley, California, with the intention of remaining there indefinitely.

4.    Defendant Akram Awad ("Akram") is an individual who, on information and belief, resides in Riverside, California, with the intention of remaining there indefinitely.

5.    Defendant Majid Awad ("Majid") is an individual who, on information and belief, resides in Riverside, California, with the intention to remain there indefinitely.

6.    Defendant Jaser Awad ("Jaser") is an individual who, on information and belief, resides in Riverside, California, with the intention of remaining there indefinitely.

7.    Defendant Yaser Awad ("Yaser") is an individual who, on information and belief, resides in Perris or Moreno Valley, California, with the intention of remaining there indefinitely.

8.    Defendant Taysir Awad ("Taysir") is an individual who, on information and belief, resides in Winchester or Moreno Valley, California, with

1 | the intention of remaining there indefinitely.

2 |      9.    On information and belief, Wells Fargo alleges that defendants Jaser, Yaser, and Taysir ("Taysir Defendants" collectively) are the shareholders and officers of Taysir Inc., a California corporation doing business as Lake Perris Market and Liquor. Taysir Inc's Chapter 11 case was filed in the United States Bankruptcy Court, Central District of California, on July 22, 2022. (Case #6:22-bk-12719-RB).

8 |      10.   If new facts come to the attention of Wells Fargo, it will amend this complaint accordingly.

10 |     11.   On information and belief, Wells Fargo alleges that each of the Defendants was the agent, servant, partner, employee, or joint venturer of each other defendant and was acting within the course and scope of such agency, employment, joint venture, or partnership.

14 |     12.   Funds held by Taysir Inc., on information and belief, have been commingled with personal accounts held by the Taysir Defendants. On further information and belief, Taysir Inc. and the Taysir Defendants have failed to observe standard procedures for officers and directors of California corporations. The Taysir Defendants thus have such a unity of interest and ownership that their interests are not separate from Taysir Inc., and it would be inequitable to treat them separately. Therefore, the Taysir Defendants are alter egos of Taysir Inc. and are liable, jointly and severally, for Taysir Inc's conduct alleged below.

## JURISDICTION AND VENUE

23 |     13.   This Court has jurisdiction pursuant to 28 U.S.C. § 1332.  The amount in controversy, quantified below, exceeds $75,000.

25 |     14.   Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as one or more defendants reside in Riverside County and most, if not all, of the events giving rise to this action arose in the Central District of California.

28 | / / /

## FIRST CLAIM FOR RELIEF – BREACH OF WRITTEN CONTRACT

### (Against Defendant Abdelmajed Awad)

15.    Plaintiff realleges and incorporates by reference paragraphs 1 through 14 as though set forth in full.

16.    On October 28, 2020, Defendant Abdelmajed opened a Wells Fargo checking account ending in #.... 6532 (the "Abdelmajed Account") by executing a Consumer Account Application (the "Abdelmajed Application"). A true and correct, but partially redacted, copy of the Abdelmajed Application is attached as Exhibit 1.

17.    In the Abdelmajed Application, defendant Abdelmajed acknowledged receipt of, and agreed to be bound by, the terms and conditions of a Deposit Account Agreement dated July 24, 2019 ("Abdelmajed Agreement"). A true and correct copy of the Abdelmajed Agreement is attached as Exhibit 2.

18.    The Abdelmajed Agreement memorializes Wells Fargo's right to charge the Abdelmajed Account for unpaid items as well as defendant Abdelmajed's obligation to repay Wells Fargo for overdrafts and for any account activity that results in a negative balance in the Abdelmajed Account.

19.    From August 11, 2021 to August 16, 2021, defendant Abdelmajed deposited eleven checks to the Abdelmajed Account that were drawn by Taysir Inc. ("Abdelmajed Checks"). Totaling $961,225.29, the Abdelmajed Checks consist of:

| DRAWN BY | CHECK NUMBER | CHECK DATE | DEPOSIT DATE | AMOUNT |
|---|---|---|---|---|
| Taysir Inc. (On First Bank Account) | 1726 | 8/11/2021 | 8/11/2021 | $96,854.11 |
| Taysir Inc. (On First Bank | 1727 | 8/11/2021 | 8/11/2021 | $55,927.18 |

| DRAWN BY | CHECK NUMBER | CHECK DATE | DEPOSIT DATE | AMOUNT |
|---|---|---|---|---|
| * Account) | | | | |
| Taysir Inc. (On First Bank Account) | 1731 | 8/12/2021 | 8/12/2021 | $113,850.00 |
| Taysir Inc. (On First Bank Account) | 1732 | 8/12/2021 | 8/12/2021 | $83,897.00 |
| Taysir Inc. (On First Bank Account) | 1737 | 8/12/2021 | 8/12/2021 | $45,822.00 |
| Taysir Inc. (On First Bank Account) | 1739 | 8/13/2021 | 8/13/2021 | $122,850.00 |
| Taysir Inc. (On First Bank Account) | 1740 | 8/13/2021 | 8/13/2021 | $99,365.00 |
| Taysir Inc. (On First Bank Account) | 1741 | 8/13/2021 | 8/13/2021 | $73,824.00 |
| Taysir Inc. (On First Bank Account) | 1742 | 8/13/2021 | 8/13/2021 | $91,853.00 |
| Taysir Inc. (On First Bank Account) | 1746 | 8/16/2021 | 8/16/2021 | $85,983.00 |
| Taysir Inc. (On First Bank Account) | 1747 | 8/16/2021 | 8/16/2021 | $91,000.00 |
| **TOTAL** | | | | $961,225.29 |

With the exception of check #1726, true and correct, but partially redacted, copies of the Abdelmajed Checks are attached as Exhibit 3.

20.    On information and belief, defendant Abdelmajed is a Taysir Inc. employee and a son of Taysir Inc. shareholder and officer, defendant Yaser.

21.    Pursuant to the Abdelmajed Agreement and federal regulations, Wells Fargo provisionally credited $961,225.29 to the Abdelmajed Account.

22.    From August 11, 2021 to August 16, 2021, defendant Abdelmajed initiated the following withdrawals from the provisionally credited funds within the Abdelmajed Account.

| DATE | ITEM | PAYEE | ENDORSED BY |
|------|------|-------|-------------|
| 8/11/2021 | $17,000 withdrawal in branch/store | Abdelmajed Awad | |
| 8/12/2021 | $136,000 Check #7900 | Taysir Inc. | Taysir Inc. (Deposited to First Bank Account) |
| 8/12/2021 | $100,000 Check #7901 (Cash) | Abdelmajed Awad | |
| 8/13/2021 | $50,000 Withdrawal in branch/store | Abdelmajed Awad | |
| 8/13/2021 | $3,000 Withdrawal in branch/store | Abdelmajed Awad | |
| 8/13/2021 | $50,000 Withdrawal in branch/store | Abdelmajed Awad | |
| 8/16/2021 | $290,000 Check #6368 | Taysir Inc. | Taysir Inc. (Deposited to First Bank Account) |
| 8/16/2021 | $160,000 Check #6350 | Taysir Inc. | Taysir Inc. (Deposited to Bank of Hemet Account) |

23.    True and correct, but partially redacted, copies of the withdrawal slips and checks are collectively attached as Exhibit 4.

6
COMPLAINT FOR DAMAGES

24.    Of the $961,225.29 that was provisionally credited to the Abdelmajed Account from the checks drawn by Taysir Inc., not less than $586,000 was diverted back to Taysir Inc.  Defendant Abdelmajed, a Taysir Inc. employee and son of Taysir Inc. shareholder and officer Yaser, kept not less than $220,000 of the provisionally credited funds.

25.    From August 16, 2021 through August 26, 2021, the Abdelmajed Checks were returned unpaid and the provisional credits were reversed. The reversal of the provisional credits resulted in a $784,832.03 negative balance in the Abdelmajed Account.

26.    Deposits to the Abdelmajed Account on September 15, 2021 and December 6, 2021 reduced the negative balance to $665,332.03

27.    Despite Wells Fargo's demand, defendant Abdelmajed failed and refused to repay the overdraft or otherwise restore the Abdelmajed Account to a positive balance.

28.    Taysir Inc.'s Chapter 11 Petition was filed on July 22, 2022, less than one year after the Abdelmajed Checks were dishonored and at least $586,000 of the provisionally credited funds were diverted back to Taysir Inc.

29.    Wells Fargo performed each term and condition of the Abdelmajed Agreement required of it, except for those terms and conditions excused by defendant Abdelmajed's breach.

30.    Defendant Abdelmajed's failure to repay the overdraft amount and his failure to restore a positive balance breached the Abdelmajed Agreement.

31.    Defendant Abdelmajed's breach caused Wells Fargo to sustain damages of not less than $665,332.03, plus interest at the highest rate allowed by law.

32.    The Abdelmajed Agreement entitles Wells Fargo to recover its attorneys' fees and costs to prosecute this action. Wells Fargo thus seeks the attorneys' fees and costs it incurs in this action.

## SECOND CLAIM FOR RELIEF – BREACH OF WRITTEN CONTRACT

### (Against Defendant Akram Awad)

33.    Wells Fargo realleges and incorporates by reference paragraphs 1 through 32 as though set forth in full.

34.    On or about March 20, 2017, Defendant Akram opened a Wells Fargo checking account ending in #.... 2217 (the "Akram Account") by executing a Consumer Account Application (the "Akram Application"). A true and correct, but partially redacted, copy of the Akram Application is attached as Exhibit 5.

35.    In the Akram Application, defendant Akram acknowledged receipt of, and agreed to be bound by, the terms and conditions of a Deposit Account Agreement dated April 29, 2016 (the "Akram Agreement"). A true and correct copy of the Akram Agreement is attached as Exhibit 6.

36.    The Akram Agreement memorializes Wells Fargo's right to charge the Akram Account for unpaid items as well as defendant Akram's obligation to repay Wells Fargo for overdrafts and for all other account activity that results in a negative balance in the Akram Account.

37.    On July 18, 2022, defendant Akram deposited two checks to the Akram Account that were drawn by Taysir Inc. ("Akram Checks"). Totaling $176,000, the Akram Checks consist of:

| DRAWN BY | CHECK NUMBER | CHECK DATE | DEPOSIT DATE | AMOUNT |
|---|---|---|---|---|
| Taysir Inc. (On Fresno First Account) | 1019 | 7/15/2022 | 7/18/2022 | $86,000 |
| Taysir Inc. (On Fresno First Account) | 1021 | 7/18/2022 | 7/18/2022 | $90,000 |
| **TOTAL** | | | | $176,000 |

1    True and correct, but partially redacted, copies of the Akram Checks are

2  attached as Exhibit 7.

3    38.    On information and belief, defendant Akram is a Taysir Inc. employee

4  and a son of Taysir Inc. shareholder and officer, defendant Jaser.

5    39.    Pursuant to the Akram Agreement and federal regulations, Wells

6  Fargo provisionally credited $176,000 to the Akram Account.

7    40.    On July 18 and 19, 2022, defendant Akram initiated the following

8  withdrawals from the Akram Account:

| DATE | ITEM | PAYEE |
| --- | --- | --- |
| 7/18/2022 | $20,000 Withdrawal in branch/store | Akram Awad |
| 7/18/2022 | $1,000 Cash eWithdrawal in branch/store | Akram Awad |
| 7/18/2022 | $25,000 Online transfer to Way2Save Savings Account #....9350 | Akram Awad |
| 7/18/2022 | $60,000 Withdrawal in branch/store | Akram Awad |
| 7/18/2022 | $100 Cash eWithdrawal in branch/store | Akram Awad |
| 7/18/2022 | $4,125 Withdrawal in branch/store | Akram Awad |
| 7/18/2022 | $30.21 Online transfer to Platinum Card #....8343 | |
| 7/18/2022 | $55,000 Cashier's Check | Taysir Inc. (dba Lake Perris Market) |
| 7/18/2022 | $5,000 Online transfer to Way2Save Savings Account #....9350 | Akram Awad |
| 7/18/2022 | $500 Discover E-Payment | Aya Awad |
| 7/19/2022 | $60,000 Withdrawal in branch/store | Akram Awad |
| 7/19/2022 | $100,000 Cashier's Check #....4518 | Taysir Inc. |
| 7/19/2022 | $25.13 Purchase | |
| 7/19/2022 | $30,000 Transfer in Branch/Store | |

41.    True and correct, but partially redacted, copies of the cashier's checks and withdrawal slips are attached as Exhibit 8.

42.    Of the $176,000 provisionally credited to the Akram Account, at least $155,000 was diverted to Taysir Inc. (dba Lake Perris Market and Liquor), the drawer of the checks.

43.    On July 28, 2022, the Akram Checks were returned unpaid. Accordingly, the provisional credits were reversed, resulting in an overdraft of $130,872.73 to the Akram Account. (*see* Exhibit 8 at p.8.) Despite Wells Fargo's demand, defendant Akram failed and refused to repay the overdraft and restore the Akram Account to a positive balance.

44.    Taysir Inc.'s Chapter 11 Petition was filed just four days after it drew the Akram Checks on insufficient funds and received at least $155,000 of the provisionally credited funds.

45.    Wells Fargo fully performed each and every term and condition required of it by the Akram Agreement, except for those terms and conditions excused by defendant Akram's breach.

46.    Defendant Akram's failure to repay the overdraft and restore the positive balance breached the Akram Agreement.

47.    Defendant Akram's breach caused Wells Fargo to sustain damages of not less than $130,872.73, plus interest at the highest rate allowed by law.

48.    The Akram Agreement entitles Wells Fargo to recover its attorneys' fees and costs to prosecute this action. Wells Fargo thus seeks the attorneys' fees and costs it incurs in this action.

## THIRD CLAIM FOR RELIEF--BREACH OF WRITTEN CONTRACT
### (Against defendant Majid Awad)

49.    Plaintiff realleges and incorporates by reference paragraphs 1 through 48 as though set forth in full.

50.    On May 28, 2022, Defendant Majid opened a Wells Fargo checking account ending in #......8456 (the "Majid Account") by executing a Consumer Account Application. (the "Majid Application".) A true and correct, but partially redacted, copy of the Application is attached as <u>Exhibit 9</u>.

51.    In the Majid Application, defendant Majid acknowledged receipt of, and agreed to be bound by, the terms and conditions of a Deposit Account Agreement dated May 9, 2022. (the "Majid Agreement".)  A true and correct copy of the Majid Agreement is attached as <u>Exhibit 10</u>.

52.    The Majid Agreement memorializes Wells Fargo's right to charge the Majid Account for unpaid items as well as defendant Majid's obligation to repay Wells Fargo for overdrafts to the Majid Account and for any account activity that results in a negative balance in the Majid Account.

53.    On July 1, 2022 and July 5, 2022, Majid deposited to the Majid Account four checks drawn by Taysir Inc. (collectively the "Majid Checks".) Totaling $340,000, the Majid Checks consist of:

| DRAWN BY | CHECK NUMBER | CHECK DATE | DEPOSIT DATE | AMOUNT |
|---|---|---|---|---|
| Taysir Inc. (On Fresno First Account) | 1009 | 6/30/2022 | 7/1/2022 | $80,000 |
| Taysir Inc. (On Fresno First Account) | 1010 | 7/2/2022 | 7/1/2022 | $90,000 |
| Taysir Inc. (On Bank of Hemet Account) | 2256 | 7/1/2022 | 7/5/2022 | $80,000 |
| Taysir Inc. (On Bank of Hemet Account) | 2260 | 7/2/2022 | 7/5/2022 | $90,000 |
| **TOTAL** | | | | $340,000 |

True and correct, but partially redacted, copies of the Majid Checks are attached hereto as Exhibit 11.

54.    On information and belief, defendant Majid is a Taysir Inc. employee and a son of Taysir Inc shareholder and officer, defendant Jaser.

55.    Pursuant to the Majid Agreement and federal regulations, Wells Fargo provisionally credited $340,000 to the Majid Account.

56.    From July 2, 2022 through July 8, 2022, defendant Majid initiated withdrawals from the provisionally credited funds within the Majid Account that included:

| DATE | ITEM | PAYEE | DEPOSITED TO |
|---|---|---|---|
| 7/2/22 | $160,000 Cashier's Check #.....1443 (Purchased at Wells Fargo branch located at 2550 N. Perris Blvd, Perris, CA) | Lake Perris Market (dba of Taysir Inc) | (Bank of Hemet Account) |
| 7/6/22 | $50,000 Cashier's Check #....5332 (Purchased at Wells Fargo branch located at 1100 E. Florida Ave, Hemet, CA) | Lake Perris Market (dba of Taysir Inc) | (Bank of Hemet Account) |
| 7/6/22 | $30,000 Cashier's Check #....2916 (Purchased at Wells Fargo branch located at 103 E. Stetson Ave. Hemet, CA) | Lake Perris Market (dba of Taysir Inc) | (Fresno First Account) |
| 7/6/22 | $20,000 Cash withdrawal | Majid Awad | |
| 7/6/22 | $25,000 wire transfer | Taysir Inc. | (Bank of Hemet Account) |
| 7/6/22 | $50,000 Cash withdrawal | Majid Awad | |
| 7/6/22 | $600 Zelle payment | Jaser Awad | |
| 7/6/22 | $1,000 ATM withdrawal | Majid Awad | |
| 7/7/22 | $2,678 Debit card purchase | Lake Perris Market (dba of Taysir Inc | |

| DATE | ITEM | PAYEE | DEPOSITED TO |
|---|---|---|---|
| 7/7/22 | $510 | Lake Perris Market (dba of Taysir Inc) | |
| 7/8/22 | $1,800 | Lake Perris Market (dba of Taysir Inc) | |
| 7/8/22 | $1,000 | Lake Perris Market (dba of Taysir Inc) | |

57.     True and correct, but partially redacted, copies of the cashier's checks and withdrawal receipts are attached as Exhibit 12.

58.     Of the $340,000 provisionally credited to the Majid Account, at least $270,000 was diverted to Taysir Inc., the drawer of the Majid Checks, and at least $70,000 was kept by defendant Majid.

59.     On July 7, 2022 and July 14, 2022, the Majid Checks were returned unpaid and the provisional credits were reversed, resulting in an overdraft of $339,209.30 to the Majid Account. (see Exhibit 12 at p.11.)  Despite Wells Fargo's demand, defendant Majid failed and refused to repay the overdraft and restore the Majid Account to a positive balance.

60.     Taysir Inc.'s Chapter 11 petition was filed three weeks after it drew the Majid Checks on insufficient funds and two weeks after it received at least $270,000 of the provisionally credited funds from the Majid Account.

61.     Wells Fargo fully performed each and every term and condition of the Majid Agreement required of it, except for those terms and conditions excused by defendant Majid's breach.

62.     Defendant Majid's failure to repay the overdrafts and restore the Majid Account to a positive balance breached the Majid Agreement.

63.     Defendant Majid's breach caused Wells Fargo to sustain damages of not less than $339,209.30, plus interest at the highest rate allowed by law.

64.     The Majid Agreement entitles Wells Fargo to recover its attorneys'

1  fees and costs to prosecute this action. Wells Fargo thus seeks the attorneys' fees
2  and costs it incurs in this action.

3  **FOURTH CLAIM FOR RELIEF – MONEY HAD AND RECEIVED**

4  **(Against defendants Abdelmajed Awad and the Taysir Defendants)**

5  65.    Wells Fargo realleges and incorporates paragraphs 1 through 64 as
6  though set forth in full.

7  66.    Wells Fargo provisionally credited $961,225.29 to the Abdelmajed
8  Account after the deposit of the Abdelmajed Checks.

9  67.    Defendant Abdelmajed withdrew the provisionally credited funds,
10  diverting at least $586,000 to Taysir Inc., the drawer, and kept not less than
11  $220,000 for himself.

12  68.    After the Abdelmajed Checks were returned unpaid, Wells Fargo
13  sustained a loss of not less than $665,332.03 on the Abdelmajed Account.

14  69.    Accordingly, Wells Fargo was damaged in the sum of not less than
15  $665,332.03, plus interest at the highest rate permitted by law.

16  70.    Abdelmajed and the Taysir Defendants are jointly and severally liable
17  to Wells Fargo for the $665,332.03 loss on the Abdelmajed Account, plus interest
18  at the highest rate allowed by law.

19  **FIFTH CLAIM FOR RELIEF – MONEY HAD AND RECEIVED**

20  **(Against defendants Akram Awad and the Taysir Defendants)**

21  71.    Wells Fargo realleges and incorporates paragraphs 1 through 70 as
22  though set forth in full.

23  72.    Wells Fargo provisionally credited $176,000 to the Akram Account
24  after the deposit of the Akram Checks.

25  73.    Defendant Akram withdrew the provisionally credited funds, diverting
26  no less than $155,000 to Taysir Inc., the drawer, and keeping no less than the
27  balance of the provisionally credited funds for himself.

28  / / /

74.    After the Akram Checks were returned unpaid, Wells Fargo sustained a loss of not less than $130,872.73 on the Akram Account.

75.    Akram and the Taysir Defendants are therefore jointly and severally liable to Wells Fargo for the $130,872.73 loss on the Akram Account, plus interest at the highest rate allowed by law.

### SIXTH CLAIM FOR RELIEF—MONEY HAD AND RECEIVED

**(Against defendants Majid Awad and the Taysir Defendants)**

76.    Wells Fargo realleges and incorporates paragraphs 1 through 75 as though set forth in full.

77.    Wells Fargo provisionally credited $340,000 to the Majid Account after the deposit of the Majid Checks.

78.    Majid withdrew the provisionally credited funds, diverting not less than $270,000 to Taysir Inc., the drawer, and keeping not less than $70,000 for himself.

79.    After the Majid Checks were returned unpaid and the provisional credits reversed, the Majid Account was left with a negative balance of not less than $339,209.30.

80.    Majid and the Taysir Defendants are therefore jointly and severally liable to Wells Fargo for the $339,209.30 loss on the Majid Account, plus interest at the highest rate allowed by law.

### SEVENTH CLAIM FOR RELIEF—MONEY PAID

**(Against defendants Abdelmajed Awad and the Taysir Defendants)**

81.    Wells Fargo realleges and incorporates by reference paragraphs 1 through 80 as though set forth in full.

82.    Defendant Abdelmajed received $961,225.29 in provisionally credited funds following his deposit of the Abdelmajed Checks.

83.    Abdelmajed withdrew the provisionally credited funds, diverting not less than $586,000 to Taysir Inc, and keeping not less than $220,000 for himself.

84.    When the Abdelmajed Checks were returned for insufficient funds, the provisional credits were reversed, resulting in an overdraft to the Abdelmajed Account in the amount of $665,332.03. Despite Wells Fargo's demands, defendant Abdelmajed failed to repay Wells Fargo for the $665,332.03 loss.

85.    Defendant Abdelmajed and the Taysir Defendants are jointly and severally liable to Wells Fargo for the $665,332.03 loss on the Abdelmajed Account, plus interest at the highest rate allowed by law.

## EIGHTH CLAIM FOR RELIEF—MONEY PAID

### (Against defendants Akram Awad and the Taysir Defendants)

86.    Wells Fargo realleges and incorporates paragraphs 1 through 85 as though set forth in full.

87.    Defendant Akram received $176,000 in provisionally credited funds following his deposit of the Akram Checks.

88.    Akram withdrew the provisionally credited funds, diverting no less than $155,000 to Taysir Inc., the drawer, and keeping not less than the balance for himself.

89.    When the Akram Checks were returned for insufficient funds, the provisional credits were reversed, resulting in an overdraft to the Akram Account in the amount of $130,872.73. Despite Wells Fargo's demands, defendant Akram failed to repay Wells Fargo for the $130,872.73 loss.

90.    Akram and the Taysir Defendants are therefore jointly and severally liable to Wells Fargo for the $130,872.73 loss on the Akram Account, plus interest at the highest rate allowed by law.

## NINTH CLAIM FOR RELIEF—MONEY PAID

### (Against defendants Majid Awad and the Taysir Defendants)

91.    Wells Fargo realleges and incorporates paragraphs 1 through 90 as though set forth in full.

92.    Defendant Majid received $340,000 in provisionally credited funds

1  following his deposit of the Majid Checks.

2      93.    Defendant Majid withdrew the provisionally credited funds from the

3  Majid Account, transferring no less than $270,000 to Taysir Inc., the drawer, and

4  keeping no less than $70,000 for himself.

5      94.    When the Majid Checks were returned for insufficient funds, the

6  provisional credits were reversed, resulting in an overdraft to the Majid Account in

7  the amount of $339,209.30. Despite Wells Fargo's demands, defendant Majid

8  failed to repay Wells Fargo for the $339,209.30 loss.

9      95.    Accordingly, Wells Fargo has been damaged in a sum of not less than

10  $339,209.30.

11      96.    Majid and the Taysir Defendants are jointly and severally liable to

12  Wells Fargo for the $339,209.30 loss to the Majid Account, plus interest at the

13  highest rate allowed by law.

14  **TENTH CLAIM FOR RELIEF -- VIOLATION**

15  **OF CALIFORNIA PENAL CODE § 496 (THEFT)**

16  **(Against defendants Abdelmajed Awad and the Taysir Defendants)**

17      97.    Wells Fargo realleges and incorporates paragraphs 1 through 96 as

18  though set forth in full.

19      98.    California Penal Code § 496(a) imposes civil liability on a person who

20  knowingly "receive(s) any property that has been stolen or that has been obtained

21  in any manner constituting theft or extortion[.]" Pursuant to § 496(c), a party

22  injured by a § 496(a) violation is entitled to treble damages, costs of suit, and

23  reasonable attorneys' fees from the person(s) who committed the violation.

24      99.    On information and belief, defendant Abdelmajed and the Taysir

25  Defendants knew the Abdelmajed Checks were drawn on insufficient funds and

26  would be dishonored.  They nonetheless orchestrated a scheme of withdrawing the

27  provisionally credited funds before the Abdelmajed Checks were returned,

28  diverting at least $586,000 to Taysir Inc. and the Taysir Defendants.  Defendant

1   Abdelmajed kept not less than $220,000 for himself.

2      100.   On information and belief, defendant Abdelmajed knowingly received
3   $961,225.69 in provisionally credited funds that were stolen or obtained by theft,
4   the Taysir Defendants knowingly wrote the Abdelmajed Checks that were drawn
5   upon and knew the Abdelmajed Checks would be returned for insufficient funds,
6   and all defendants knew the $586,000 in provisionally credited funds returned to
7   Taysir Inc. were stolen or obtained by theft.

8      101.   Abdelmajed and the Taysir Defendants' acts set forth above constitute
9   separate violations of California Penal Code § 496(a).

10     102.   Abdelmajed and the Taysir Defendants' acts caused Wells Fargo to
11  sustain damages of not less than $665,332.03, which Wells Fargo is entitled to
12  recover from defendant Abdelmajed and the Taysir Defendants, jointly and
13  severally.

14     103.   Pursuant to California Penal Code § 496(c), Wells Fargo is entitled to
15  treble damages against Abdelmajed and the Taysir Defendants, jointly and
16  severally, of not less than $1,995,996.09 arising from the loss on the Abdelmajed
17  Account, plus interest at the highest rate permitted by law.

18     104.   Pursuant to California Penal Code § 496(c), Wells Fargo is entitled to
19  statutory attorneys' fees and costs.

20         **ELEVENTH CLAIM FOR RELIEF -- VIOLATION OF**
21         **CALIFORNIA PENAL CODE § 496 (THEFT)**

22      **(Against defendants Akram Awad and the Taysir Defendants)**

23     105.   Wells Fargo realleges and incorporates paragraphs 1 through 104 as
24  though set forth in full.

25     106.   On information and belief, defendant Akram and the Taysir
26  Defendants knew the Akram Checks were drawn on insufficient funds and would
27  be returned unpaid. They nonetheless orchestrated a scheme of withdrawing the
28  provisionally credited funds before the Akram Checks were returned, and then

1    diverting to Taysir Inc. and the Taysir Defendants not less than $155,000.
2    Defendant Akram kept the balance of the provisionally credited funds for himself.

3    107.   On information and belief, defendant Akram knowingly received
4    $176,000 in provisionally credit funds to the Akram Account that were stolen or
5    obtained by theft, the Taysir Defendants knowingly wrote checks that were drawn
6    upon and knew the Akram Checks would be returned for insufficient funds, and all
7    defendants knew that the $155,000 in provisionally credited funds returned to
8    Taysir Inc. constituted stolen funds, or funds obtained by theft.

9    108.   Akram and the Taysir Defendants' acts set forth above constitute
10    separate violations of California Penal Code § 496(a).

11    109.   Akram and the Taysir Defendants' acts caused Wells Fargo to sustain
12    damages of no less than $130,872.73 which Wells Fargo is entitled to recover from
13    defendant Akram and the Taysir Defendants jointly and severally.

14    110.   Pursuant to California Penal Code § 496(c), Wells Fargo is entitled to
15    treble damages against Akram and the Taysir Defendants, jointly and severally, of
16    no less than $392,618.19 arising from the loss on the Akram Account, plus interest
17    at the highest rate permitted by law.

18    111.   Pursuant to California Penal Code § 496(c), Wells Fargo is entitled to
19    statutory attorneys' fees and costs.

20    **TWELFTH CLAIM FOR RELIEF -- VIOLATION OF**
21    **CALIFORNIA PENAL CODE § 496 (THEFT)**

22    **(Against defendants Majid Awad and the Taysir Defendants)**

23    112.   Wells Fargo realleges and incorporates paragraphs 1 through 111 as
24    though set forth in full.

25    113.   On information and belief, defendant Majid and the Taysir Defendants
26    knew the Majid Checks were drawn on insufficient funds and would be
27    dishonored. They nonetheless orchestrated a scheme of withdrawing the
28    provisionally credited funds before the Majid Checks were dishonored, and then

1  diverting at least $270,000 of those funds to Taysir Inc. and the Taysir Defendants.

2  114. On information and belief, Defendant Majid knowingly received
3  $340,000 in provisionally credited funds to the Majid Account that he knew was
4  stolen or obtained by theft, he paid himself not less than $76,000 from the
5  provisionally credited funds that he knew was stolen or obtained by theft, and paid
6  not less than $270,000 of those funds to the Taysir Defendants that he knew was
7  stolen or obtained by theft. On further information and belief, the Taysir
8  Defendants wrote the Majid Checks knowing they were worthless paper, knowing
9  they would be dishonored, knowing that the resulting provisional credits for the
10  Majid Checks was stolen or obtained by theft, and then received not less than
11  $270,000 from the provisionally credited funds that had been stolen or obtained by
12  theft.

13  115. Majid and the Taysir Defendants' acts set forth above constitute
14  separate violations of California Penal Code § 496(a).

15  116. Majid and the Taysir Defendants' acts caused Wells Fargo to sustain
16  damages of not less than $339,209.30, which Wells Fargo is entitled to recover
17  from defendant Majid and the Taysir Defendants jointly and severally, plus interest
18  at the highest rate permitted by law.

19  117. Pursuant to California Penal Code § 496(c), Wells Fargo is entitled to
20  treble damages against Majid and the Taysir Defendants, jointly and severally, of
21  not less than $1,017,627.90 for the loss on the Majid Account, plus interest at the
22  highest rate permitted by law.

23  118. Pursuant to California Penal Code § 496(c), Wells Fargo is entitled to
24  statutory attorneys' fees and costs.

25  **THIRTEENTH CLAIM FOR RELIEF – CONVERSION**

26  **(Against defendants Abdelmajed Awad and the Taysir Defendants)**

27  119. Wells Fargo realleges and incorporates paragraphs 1 through 118 as
28  though set forth in full.

120.   Though the Abdelmajed Checks were written on insufficient funds, the Abdelmajed Account received a provisional credit of $961,225.69 from Wells Fargo pursuant to the Abdelmajed Agreement and federal regulations.

121.   Abdelmajed and the Taysir Defendants were not entitled to the use of the provisionally credited funds.

122.   Defendant Abdelmajed converted the $961,225.69 in provisionally credited funds by making the withdrawals in the Abdelmajed Account described above.

123.   The Taysir Defendants likewise converted the provisionally credited funds of $961,225.69 by writing the worthless Abdelmajed Checks and by receiving not less than $586,000 of the provisionally credited funds.

124.   Abdelmajed and the Taysir Defendants' conversion caused Wells Fargo damages of not less than $665,332.03, which Wells Fargo is entitled to recover from Abdelmajed and the Taysir Defendants jointly and severally.

125.   Abdelmajed and the Taysir Defendants' acts were fraudulent, oppressive, and malicious, entitling Wells Fargo to recover punitive damages against all defendants.

126.   Wells Fargo is likewise entitled to a constructive trust on funds held by defendant Abdelmajed and the Taysir Defendants.

### FOURTEENTH CLAIM FOR RELIEF – CONVERSION

### (Against defendants Akram Awad and the Taysir Defendants)

127.   Wells Fargo realleges and incorporates paragraphs 1 through 126 as though set forth in full.

128.   Though the Akram Checks were written on insufficient funds, the Akram Account received provisional credits of $176,000 from Wells Fargo pursuant to the Akram Agreement and federal regulations.

129.   Akram and the Taysir Defendants were not entitled to the use of the provisionally credited funds.

130.   Defendant Akram converted the $176,000 in provisionally credited funds by making the withdrawals in the Akram Account described above.

131.   The Taysir Defendants likewise converted the provisionally credited funds of $176,000 by writing the worthless Akram Checks and by receiving not less than $155,000 through cashier's checks drawn on the provisionally credited funds.

132.   Akram and the Taysir Defendants' conversion caused Wells Fargo damages of not less than $130,872.73, which Wells Fargo is entitled to recover from Akram and the Taysir Defendants jointly and severally.

133.   Akram and the Taysir Defendants' acts were fraudulent, oppressive, and malicious, entitling Wells Fargo to recover punitive damages against all defendants.

134.   Wells Fargo is likewise entitled to a constructive trust on funds held by defendant Akram and the Taysir Defendants.

## FIFTEENTH CLAIM FOR RELIEF -- CONVERSION

### (Against defendants Majid Awad and the Taysir Defendants)

135.   Wells Fargo realleges and incorporates paragraphs 1 through 134 as though set forth in full.

136.   Though the Majid Checks were written on insufficient funds, the Majid Account received provisional credit of $340,000 from Wells Fargo pursuant to the Majid Agreement and federal regulations.

137.   Majid and the Taysir Defendants were not entitled to the use of the provisionally credited funds.

138.   Defendant Majid converted the $340,000 in provisionally credited funds by making the withdrawals from the Majid Account described above.

139.   The Taysir Defendants likewise converted the provisionally credited funds of $340,000 by writing the worthless Majid Checks and by receiving not less than $270,000 through cashiers' checks, debit card purchases, and a wire transfer

1  drawn on the provisionally credited funds.

2      140.   Majid and the Taysir Defendants' conversion caused Wells Fargo to

3  sustain damages of not less than $339,209.30, which Wells Fargo is entitled to

4  recover from the defendants jointly and severally.

5      141.   Majid and the Taysir Defendants' acts were fraudulent, oppressive,

6  and malicious, entitling Wells Fargo to recover punitive damages against all

7  defendants.

8      142.   Wells Fargo is likewise entitled to a constructive trust on funds held

9  by defendant Majid and the Taysir Defendants.

10          **SIXTEENTH CLAIM FOR RELIEF – DECLARATORY RELIEF**

11                  **(Against defendant Taysir Awad)**

12      143.   Wells Fargo repeats and realleges paragraphs 1 through 142 as though

13  set forth in full.

14      144.   Defendant Taysir is a shareholder and the CEO of Taysir Inc.

15      145.   At all relevant times, defendant Taysir held a deposit account ending

16  in #.....4975 (the "Taysir Account"), which Taysir opened with Wells Fargo when

17  he executed a Consumer Account Application on March 30, 2022. ("Taysir

18  Application".)  A true and correct, but redacted, copy of the Taysir Application is

19  attached as Exhibit 13.

20      146.   By executing the Taysir Application, defendant Taysir acknowledged

21  receipt of, and agreed to be bound by, a Deposit Account Agreement dated October

22  15, 2021. ("Taysir Agreement").  A true and correct copy of the Taysir Agreement

23  is attached hereto as Exhibit 14. In the Taysir Agreement, defendant Taysir agreed

24  that Wells Fargo had the right to setoff funds in the Taysir Account to satisfy any

25  debt owed to Wells Fargo.

26      147.   On information and belief, defendant Taysir signed the Abdelmajed,

27  Akram and Majid Checks—ostensibly on behalf of Taysir Inc.—with full

28  knowledge that each check was written against insufficient funds and would be

1  dishonored. With this knowledge, defendant Taysir orchestrated a check kiting
2  scheme to withdraw provisionally credited funds from the Abdelmajed, Akram,
3  and Majid Accounts before the checks he signed were dishonored. Taking
4  advantage of the lag of time before the checks he wrote were dishonored,
5  defendant Tayir deposited not less than $1,011,000 of the provisionally credited
6  funds to other accounts shortly before filing a Chapter 11 petition on behalf of
7  Taysir Inc.

8      148.   Based on the facts alleged above, Wells Fargo contends it is entitled
9  to a setoff of funds that reside in the Taysir Account, in order to satisfy the debt
10 that defendant Taysir owes Wells Fargo. On information and belief, defendant
11 Taysir will maintain Wells Fargo is not entitled to a setoff of the funds in the
12 Taysir Account.

13     149.   Wells Fargo therefore seeks a determination from the Court that it is
14 entitled to a setoff within the Taysir Account, up to at least $1,011,000.

15                    **PRAYER FOR RELIEF**

16     WHEREFORE, Wells Fargo prays for relief as follows:

17     ON THE FIRST, FOURTH AND SEVENTH CLAIMS FOR RELIEF

18     1.    For damages of not less than $665,332.03;

19     ON THE SECOND, FIFTH AND EIGHTH CLAIMS FOR RELIEF

20     2.    For damages of not less than $130,872.73;

21     ON THE THIRD, SIXTH AND NINTH CLAIMS FOR RELIEF

22     3.    For damages of not less than $339,209.30;

23     ON THE TENTH CLAIM FOR RELIEF

24     4.    For damages of $665,332.03 and treble damages of not less than
25 $1,995,996.09;

26     ON THE ELEVENTH CLAIM FOR RELIEF

27     5.    For damages of $130,872.73 and treble damages of not less than
28 $392,618.19;

1      <u>ON THE TWELFTH CLAIM FOR RELIEF</u>

2      6.     For damages of $339,209.30 and treble damages of not less than

3  $1,017,627.90;

4      <u>ON THE THIRTEENTH CLAIM FOR RELIEF</u>

5      7.     For damages of $665,332.03;

6      8.     For punitive damages against the Taysir Defendants that will be

7  quantified and proven at or before trial;

8      9.     For the imposition of a constructive trust;

9      <u>ON THE FOURTEENTH CLAIM FOR RELIEF</u>

10      10.     For damages of $130,872.73;

11      11.     For punitive damages against the Taysir Defendants that will be

12  quantified and proven at or before trial;

13      12.     For the imposition of a constructive trust;

14      <u>ON THE FIFTEENTH CLAIM FOR RELIEF</u>

15      13.     For damages of $339,209.30;

16      14.     For punitive damages against the Taysir Defendants that will be

17  quantified and proven at or before trial;

18      15.     For the imposition of a constructive trust;

19      <u>ON THE SIXTEENTH CLAIM FOR RELIEF</u>

20      16.     For a declaration that Wells Fargo is entitled to setoff the Taysir

21  Account.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

<u>ON ALL CLAIMS FOR RELIEF</u>

17.    For interest at the highest rate permitted by law;

18.    For attorneys' fees;

19.    For costs of suit; and

20.    For such other relief deemed just and proper by the Court.

Dated:  May 17, 2023                    LAGERLOF, LLP

                                        By: */s/ Mark T. Flewelling*
                                              Mark Flewelling
                                        Attorneys for Plaintiff
                                        WELLS FARGO BANK, N.A.

# EXHIBIT 1

# Consumer Account Application

For Online

WELLS FARGO

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| Wells Fargo Bank, N.A. | | | |

| Banker Name: | | Officer/Portfolio Number: | | Date: |
|---|---|---|---|---|
| | | | | 10/28/2020 |

| Banker Phone: | | Branch Number: | Banker AU: | | Banker MAC: |
|---|---|---|---|---|---|
| | | 04496 | | | |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | | Account Number: | | Product: |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | | 5532 | | DDA |

| Purpose of Account: | | Minor: | COID: |
|---|---|---|---|
| PERHH | | | 114 |

| New Account Kit: | | Checking/Savings Bonus Offer Available: |
|---|---|---|
| | | |

## Related Customers

| Customer Name: | | Account Relationship: |
|---|---|---|
| ABDELMAJED Y AWAD | | Sole Owner |

## Statement Mailing Information

| Customer(s) Listed on Statement: | | Statement Mailing Address: |
|---|---|---|
| ABDELMAJED Y AWAD | | |
| | | Address Line 2: |
| | | City: | State: |
| | | ZIP/Postal Code: | Country: |

2W02-001279244811-01

**Exhibit 1 to Complaint**
**Page 27**

Consumer Account Application

## Customer 1 Information

| | |
|---|---|
| Customer Name: ABDELMAJED Y AWAD | Street Address: 24261 EAGLE VALLEY CIRCLE |
| Customer Number (ECN): ▉▉▉▉▉▉▉▉ | Address Line 2: |
| Account Relationship: Sole Owner | Address Line 3: |
| Taxpayer Identification Number (TIN): ▉▉▉▉▉▉  TIN Type:   Date of Birth: ▉▉▉▉▉ | City: MORENO VALLEY    State: CA |
| Primary ID Type: Driver's Lic   Primary ID Description: | ZIP/Postal Code: 92551   Country: USA   Time at this address: Year(s)   Month(s) |
| Primary ID St/Cty/Prov: CA    Primary ID Issue Date:   Primary ID Expiration Date: ▉▉▉▉▉ | Directional Address: (Document when no physical residence, business or alternate street address.) |
| Secondary ID Type: Other   Secondary ID Description: Online | |
| Secondary ID State/Country:   Secondary ID Issue Date:   Secondary ID Expiration Date: | Previous Street Address: |
| Home Phone:   Business Phone: | City:    State: |
| Current Employer: | ZIP/Postal Code:   Country:   Time at this address: Year(s)   Month(s) |
| Check Reporting: | Country of Citizenship: US |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).
3. I am a U.S. citizen or other U.S. person.
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

| Tax Responsible Customer Name: ABDELMAJED Y AWAD | Taxpayer Identification Number (TIN): ▉▉▉▉▉▉ |
|---|---|

TIN Certification Signature
*MAJEDAWAD*

☐ Submit manually
☐ Signature not required

Date: 10/28/2020

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

001472

2W02-001279244811-02

**Exhibit 1 to Complaint
Page 28**

Consumer Account Application

Customer 1 Name
ABDELMAJED Y AWAD

Customer 1 Signature



☐ Submit manually
☐ Signature not required

Date:
10/28/2020

DSG8921 (5-17 ONLINE)

2W02-001279244811-03

Page 3 of 3
Wells Fargo Confidential

**Exhibit 1 to Complaint
Page 29**

# EXHIBIT 2



**Effective July 24, 2019**

# Deposit Account Agreement

Important legal information, disclosures, and terms you need to know

**Exhibit 2 to Complaint
Page 30**

# Table of contents

**Introduction** ...................................................................................1
   Words with specific meanings ......................................................... 1
**Resolving disputes through arbitration** ...........................................4
   Consumer accounts................................................................... 4
   Business accounts ................................................................... 6
**Important legal information** .........................................................9
**Statements and other information relating to your deposit account** ................10
**Rights and responsibilities** .........................................................15
**Checking and savings accounts**
   Deposits to your account ............................................................. 19
   Funds availability policy............................................................... 22
   Available balance, posting order, and overdrafts ....................................... 24
   Setoff and security interest............................................................ 29
   Business account fees and expenses; earnings allowance ............................. 30
   Additional rules for checks and withdrawals .......................................... 31
   Issuing stop payment orders and post-dated checks .................................. 32
   Your account ownership .............................................................. 34
   Interest earning accounts ............................................................ 37
   Time Accounts (CDs) ................................................................. 39
**Electronic banking services**
   Debit cards and ATM cards ........................................................... 40
   Electronic fund transfer services...................................................... 50
   General rules for electronic fund transfer services ..................................... 50
   Electronic fund transfer disclosures................................................... 53
   Phone Bank Services................................................................. 56
   Funds transfer services............................................................... 57

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

i

**Exhibit 2 to Complaint
Page 31**

## Introduction

### Welcome to Wells Fargo

You have many choices when selecting a financial institution, and we are glad you chose Wells Fargo Bank, N.A. We value our relationship with you and hope we answered all your questions when you opened your account. Whether you are opening a new account or currently have a Consumer or Business deposit account, please review this account agreement for further details regarding your account and related services.

### What words do we use to refer to the customer, this account agreement, and Wells Fargo?

- The customer is the "account owner," "you," "your," or "yours."
- Wells Fargo Bank, N.A. is "Wells Fargo," "Bank," "we," "us," or "our."
- This account agreement and the disclosures listed below constitute the "Agreement":
  - The Consumer Account Fee and Information Schedule ("Consumer Schedule") or the Business Account Fee and Information Schedule ("Business Schedule"), which explain our fees and provide additional information about our accounts and services,
  - Our Privacy Policy,
  - Our rate sheet for interest-earning accounts, and
  - Any additional disclosures we provide to you about your account and related services, including any addenda to the Agreement or to the Consumer Schedule or Business Schedule, as applicable.

### Words with specific meanings

Certain words have specific meanings as they are used throughout this Agreement. These words and their meanings are defined in this section.

#### ACH transaction

A deposit or payment (withdrawal) presented through the Automated Clearing House (ACH) network, an electronic network for financial transactions in the United States.

#### Authorized signer

A person who has your actual or apparent authority to use your account even if they have not signed the account application.

#### Available balance

Your account's available balance is our most current record of the amount of money available for your use or withdrawal. For more information, please see the section entitled "How do we determine your account's available balance?" in the Agreement.

#### Business account

Any deposit account, other than one of Wells Fargo's commercial deposit accounts, which is not held or maintained primarily for personal, family, or household purposes. A business account is typically owned by an individual acting as a sole proprietor, a partnership, a limited partnership, a limited liability partnership, a limited liability company, a corporation, a joint venture, a non-profit corporation, an employee benefit plan, or a governmental unit including an Indian tribal entity.

#### Business day

Every day is a business day except Saturday, Sunday, and federal holidays.

**Exhibit 2 to Complaint**
**Page 32**

## Introduction

**Card**

This term includes every type of consumer and business debit and ATM card we may issue. For Wells Fargo Campus Card℠ Program customers, this term also includes any card that your college or university may issue to you that can be linked for Wells Fargo banking functionality. This term does not include any prepaid cards or the business deposit card unless otherwise noted.

**Consumer account**

Any deposit account which is held or maintained primarily for personal, family, or household purposes. A consumer account is typically owned by an individual, or jointly with other individuals, or in trust for, or for the benefit of, one or more individuals.

**Item**

An item is an order, instruction, or authorization to withdraw or pay funds or money from an account. Examples include a check, a draft, and an electronic transaction (including ACH), an ATM withdrawal, and a purchase using a card to access an account).

**Overdraft**

An overdraft is a negative balance in your account.

## What information does the Agreement contain?

The Agreement

- Explains the terms of your banking relationship with Wells Fargo,
- Is the Agreement between Wells Fargo and you for your account and any services,
- Replaces all prior deposit agreements including any oral or written representations, and
- Includes legal information about your banking relationship with Wells Fargo.

You are responsible for ensuring that any authorized signer on your account(s) is familiar with the Agreement.

We suggest you retain a copy of the Agreement — and any further information we provide you regarding changes to the Agreement — for as long as you maintain your Wells Fargo accounts.

## Are we allowed to change the Agreement?

Yes, we can change the Agreement by adding new terms or conditions, or by modifying or deleting existing ones. We refer to each addition, modification, or deletion to the Agreement as a modification.

**Notice of a modification:** If we are required to notify you of a modification to the Agreement, we will describe the modification and its effective date by a message within your account statement or any other appropriate means.

**Waiver of a term of the Agreement:** We may agree in writing to waive a term of the Agreement, including a fee. This is called a waiver. We may revoke any waiver upon notice to you.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

2

**Exhibit 2 to Complaint**
**Page 33**

## Introduction

### How do you consent to the Agreement and any future modification to the Agreement?

By signing the application for a deposit account or using your account or service you agree to this Agreement. Continuing to maintain or use the account or service after a modification to the Agreement or removal of a fee waiver becomes effective is considered your consent to those changes. A copy of the current Agreement will include modifications described in your account statement or otherwise communicated to you. You can obtain a copy of the current Agreement anytime by requesting it from a banker or at <u>wellsfargo.com</u>.

### What happens if a term of the Agreement is determined to be invalid?

Any term of the Agreement that is inconsistent with the laws governing your account will be considered to be modified by us and applied in a manner consistent with such laws. Any term of the Agreement that a court of competent jurisdiction determines to be invalid will be modified accordingly. In either case, the modification will not affect the enforceability or validity of the remaining terms of the Agreement.

### Who will we communicate with about your account?

We may provide you or an authorized signer with information about your account. When we receive information from an authorized signer, we treat it as a communication from you. You agree to notify us promptly in writing if an authorized signer no longer has authority on your account.

**Exhibit 2 to Complaint**
**Page 34**

## Resolving disputes through arbitration
### (Consumer accounts only)

### Arbitration Agreement between you and Wells Fargo

If you have a dispute, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A dispute is any unresolved disagreement between Wells Fargo and you. A dispute may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

**Wells Fargo and you each agrees to waive the right to a jury trial or a trial in front of a judge in a public court.** This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

### Can either Wells Fargo or you participate in class or representative actions?

**No, neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general.**

If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

### What rules apply to arbitration?

Wells Fargo and you each agrees that

- The American Arbitration Association (AAA) will administer each arbitration and the selection of arbitrators according to the AAA's Consumer Arbitration Rules (AAA Rules).
- If there are any differences between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement applies. If this Arbitration Agreement is in dispute, the arbitrator will decide whether it is enforceable.
- Wells Fargo and you are participating in commercial transactions involving the movement of money or goods among states.
- The Federal Arbitration Act (Title 9 of the United States Code) governs this Arbitration Agreement and any arbitration between Wells Fargo and you. If the Act or any part of it is inapplicable, unenforceable or invalid, the state laws governing your relationship with Wells Fargo govern this Arbitration Agreement.

Either Wells Fargo or you may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has previously begun. For information on initiating arbitration, contact the AAA at 1-800-778-7879.

Each arbitrator must be a licensed attorney with expertise in the laws applicable to the dispute's subject matter. The arbitrator will make a decision regarding the dispute based on applicable law, including any statutes of limitations. The arbitrator may award to either Wells Fargo or you any award or relief provided for by law.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

4

**Exhibit 2 to Complaint
Page 35**

## Resolving disputes through arbitration
### (Consumer accounts only)

No person participating in an arbitration can disclose the arbitration's existence, content, subject, or results, except as required in a party's ordinary course of business or by law.

### Who pays the arbitration fees and expenses?

Arbitration fees and expenses are explained here:

- **Setting the fees/expenses:** The arbitration administrator determines the rules and procedures for deciding who pays the arbitration fees, unless limited by applicable law. Please check with the arbitration administrator to determine the fees applicable to any arbitration you file.
- **Applying state law:** The laws governing your account may limit the amount of fees and expenses you are required to pay in arbitration. Your arbitration fees and expenses will not exceed any applicable limits.
- **Paying for attorney/expert/witness fees:** Unless applicable laws state otherwise, each party will pay its own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

### What other rights do Wells Fargo or you have when resolving disputes?

Wells Fargo or you each can exercise any lawful rights or use other available remedies to

- Preserve or obtain possession of property,
- Exercise self-help remedies, including setoff rights, or
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or appointment of a receiver by a court of competent jurisdiction.

### Where will an arbitration be held?

An arbitration will be held in the state whose laws govern your account.

**Exhibit 2 to Complaint**
**Page 36**

## Resolving disputes through arbitration
### (Business accounts only)

### Arbitration Agreement between you and Wells Fargo

If you have a dispute, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A "dispute" is any unresolved disagreement between Wells Fargo and you. A "dispute" may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

Except as stated in "No waiver of self-help or provisional remedies" below, Wells Fargo and you agree, at Wells Fargo's or your request, to submit to binding arbitration all claims, disputes, and controversies between or among Wells Fargo and you (and their respective employees, officers, directors, attorneys, and other agents), whether in tort, contract or otherwise arising out of or relating in any way to your account(s) and/or service(s), and their negotiation, execution, administration, modification, substitution, formation, inducement, enforcement, default, or termination (each, a "dispute").

**DISPUTES SUBMITTED TO ARBITRATION ARE NOT RESOLVED IN COURT BY A JUDGE OR JURY. TO THE EXTENT ALLOWED BY APPLICABLE LAW, WELLS FARGO AND YOU EACH IRREVOCABLY AND VOLUNTARILY WAIVE THE RIGHT EACH MAY HAVE TO A TRIAL BY JURY FOR ANY DISPUTE ARBITRATED UNDER THIS AGREEMENT.**

Aside from self-help remedies, this Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand by the other party must pay all of the other party's costs and expenses for compelling arbitration.

### Can either Wells Fargo or you participate in class or representative actions?

No, Wells Fargo and you agree that the resolution of any dispute arising pursuant to the terms of this Agreement will be resolved by a separate arbitration proceeding and will not be consolidated with other disputes or treated as a class. Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general. If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

### What rules apply to arbitration?

Wells Fargo and you each agree that the arbitration will:

- Proceed in a location mutually agreeable to Wells Fargo and you, or if the parties cannot agree, in a location selected by the American Arbitration Association (AAA) in the state whose laws govern your account
- Be governed by the Federal Arbitration Act (Title 9 of the United States Code), notwithstanding any conflicting choice of law provision in any of the documents between Wells Fargo and you

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint Page 37**

## Resolving disputes through arbitration
### (Business accounts only)

- Be conducted by the AAA, or such other administrator as Wells Fargo and you will mutually agree upon, in accordance with the AAA's commercial dispute resolution procedures, unless the claim or counterclaim is at least $1,000,000 exclusive of claimed interest, arbitration fees and costs in which case the arbitration will be conducted in accordance with the AAA's optional procedures for large, complex commercial disputes (the commercial dispute resolution procedures or the optional procedures for large, complex commercial disputes to be referred to, as applicable, as the "rules").

If there is any inconsistency between the terms hereof and any such rules, the terms and procedures set forth herein will control. Any party who fails or refuses to submit to arbitration following a lawful demand by any other party will bear all costs and expenses incurred by such other party in compelling arbitration of any dispute. Nothing contained herein will be deemed to be a waiver by Wells Fargo of the protections afforded to it under 12 U.S.C. Section 91 or any similar applicable state law.

### No waiver of self-help or provisional remedies

This arbitration requirement does not limit the right of Wells Fargo or you to:

1. Exercise self-help remedies, including setoff or
2. Obtain provisional or ancillary remedies such as injunctive relief or attachment, before, during, or after the pendency of any arbitration proceeding.

This exclusion does not constitute a waiver of the right or obligation of either party to submit any dispute to arbitration or reference hereunder, including those arising from the exercise of the actions detailed in (1) and (2) above.

### What are the Arbitrator qualifications and powers?

Any dispute in which the amount in controversy is $5,000,000 or less will be decided by a single arbitrator selected according to the rules, and who will not render an award of greater than $5,000,000. Any dispute in which the amount in controversy exceeds $5,000,000 will be decided by majority vote of a panel of three arbitrators; provided however, that all three arbitrators must actively participate in all hearings and deliberations. Each arbitrator will be a neutral attorney licensed in the state whose laws govern your account, or a neutral, retired judge in such state, in either case with a minimum of ten years experience in the substantive law applicable to the subject matter of the dispute to be arbitrated. The arbitrator(s) will determine whether or not an issue is arbitratable and will give effect to the statutes of limitation in determining any claim. In any arbitration proceeding the arbitrator(s) will decide (by documents only or with a hearing at the discretion of the arbitrator(s)) any pre-hearing motions which are similar to motions to dismiss for failure to state a claim or motions for summary adjudication. The arbitrator(s) will resolve all disputes in accordance with the substantive law of the state whose laws govern your account and may grant any remedy or relief that a court of such state could order or grant within the scope hereof and such ancillary relief as is necessary to make effective any award. The arbitrator(s) will also have the power to award recovery of all costs and fees, to impose sanctions, and to take such other action as deemed necessary to the same extent a judge could pursuant to the federal rules of civil procedure, the state rules of civil procedure for the state whose laws govern your account, or other applicable law. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The institution and maintenance of an action for judicial relief or pursuit of a provisional or ancillary remedy will not constitute a waiver of the right of any party, including the plaintiff, to submit the controversy or claim to arbitration if any other party contests such action for judicial relief.

**Exhibit 2 to Complaint
Page 38**

## Resolving disputes through arbitration
### (Business accounts only)

### Is discovery permitted in arbitration?

Yes, in any arbitration proceeding, discovery will be permitted in accordance with the rules. All discovery will be expressly limited to matters directly relevant to the dispute being arbitrated and must be completed no later than 20 days before the hearing date. Any requests for an extension of the discovery periods, or any discovery disputes, will be subject to final determination by the arbitrator upon a showing that the request for discovery is essential for the party's presentation and that no alternative means for obtaining information is available.

### Who pays the arbitration fees and expenses?

The arbitrator will award all costs and expenses of the arbitration proceeding.

### Are there additional rules for an arbitration proceeding?

Yes, to the maximum extent practicable, the AAA, the arbitrator(s), Wells Fargo and you will take all action required to conclude any arbitration proceeding within 180 days of the filing of the dispute with the AAA. The arbitrator(s), Wells Fargo or you may not disclose the existence, content, or results thereof, except for disclosures of information by Wells Fargo or you required in the ordinary course of business, by applicable law or regulation, or to the extent necessary to exercise any judicial review rights set forth herein. If more than one agreement for arbitration by or between Wells Fargo and you potentially applies to a dispute, the arbitration agreement most directly related to your account or the subject matter of the dispute will control. This arbitration agreement will survive the closing of your account or termination of any service or the relationship between Wells Fargo and you.

### Do Wells Fargo and you retain the right to pursue in small claims court certain claims?

Yes, notwithstanding anything to the contrary, Wells Fargo and you each retains the right to pursue in small claims court a dispute within that court's jurisdiction. Further, this arbitration agreement will apply only to disputes in which either party seeks to recover an amount of money (excluding attorneys' fees and costs) that exceeds the jurisdictional limit of the small claims court.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint
Page 39**

## Important legal information

### What laws govern your account?

The laws governing your account include

- Laws, rules, and regulations of the United States, and
- Laws of the state where you opened your account (without regard to conflict of laws principles).

For consumer and business accounts (except analyzed business accounts), your account statement will identify the state whose laws govern your account. If a different state law applies, we will notify you.

Any funds transfer (including a wire transfer) that is a remittance transfer as defined in Regulation E, Subpart B, will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

### What is the controlling language of our relationship?

English is the controlling language of our relationship with you. Items you write such as checks or withdrawal slips must be written in English. For your convenience, we may translate some forms, disclosures, and advertisements into another language. If there is a discrepancy between our English-language and translated materials, the English version prevails over the translation.

### What agreement applies when there is a separate agreement for a service?

If a service we offer has a separate agreement, and there is a conflict between the terms of the Agreement and the separate agreement, the separate agreement will apply.

### What courts may be used to resolve a dispute?

Wells Fargo and you each agree that any lawsuits, claims, or other proceedings arising from or relating to your account or the Agreement, including the enforcement of the Arbitration Agreement and the entry of judgment on any arbitration award, will be venued exclusively in the state or federal courts in the state whose laws govern your account, without regard to conflict of laws principles.

### How will we contact you about your account?

In order for us to service your account or collect any amount you owe, you agree that we may contact you by phone, text, email, or mail. We are permitted to use any address, telephone number or email address you provide. You agree to provide accurate and current contact information and only give us phone numbers and email addresses that belong to you.

When you give us a phone number, you are providing your express consent permitting us (and any party acting on behalf of Wells Fargo) to contact you at the phone number you provide. We may call you and send you text messages. When we call you, you agree that we may leave prerecorded or artificial voice messages. You also agree that we may use automatic telephone dialing systems in connection with calls or text messages sent to any telephone number you give us, even if the telephone number is a mobile phone number or other communication service for which the called party is charged.

**Exhibit 2 to Complaint
Page 40**

## Statements and other information relating to your deposit account

### How do we make available account statements and other notices to you?

We will mail, send electronically, or otherwise make available to you an account statement reflecting your account activity for each statement period. We'll do the same with notices. We will send all account statements and notices to the postal or electronic address associated with your account.

**Combined account statements:** To reduce the number of separate account statements you receive each month, we may combine statements if you have more than one deposit account.

- **If we provide a combined account statement for your accounts,** we consider your first account as your primary account. You will receive your account statement at the address listed for your primary account. Statements for accounts in a combined statement will be delivered according to the delivery preference of the primary account. Note: Any person with online access to the primary account will also have online viewing capability to all the information on the combined statement.

- **If you do not want us to automatically combine your account statements,** you can opt-out by visiting a banking location or calling the number on your account statement.

**Account statements and notices for accounts owned by more than one owner:** When an account has more than one owner, we will send or otherwise make available account statements and notices to only one owner. The owner receiving this information is responsible for sharing copies of the information with other owners. We may as a courtesy provide additional copies electronically. When the account owner requests that we send notices to an authorized signer, the authorized signer is responsible for providing copies to all account owners.

### When is your account statement considered received?

**Mailed account statements:** When we mail your account statement, we consider it received by you on the second business day after mailing it.

**Electronic delivery of account statements:** Account statements will be made available through Wells Fargo Online® Banking or Wells Fargo Business Online®, as applicable, 24 – 48 hours after the end of the statement period. You will be notified via email that the account statement is available for viewing. We consider the account statement to be delivered to you when it is available online.

### What happens if your account statements or notices are returned or are undeliverable?

Your account statements or notices will be considered unclaimed or undeliverable if

- Two or more account statements or notices are returned to us through the mail because of an incorrect address; or
- We notify you electronically that your account statement is available for viewing at Wells Fargo Online Banking or Wells Fargo Business Online, as applicable, and we receive email notifications that our message is undeliverable.

In either event, we may

- Discontinue sending account statements and notices, and
- Destroy account statements and notices returned to us as undeliverable.

We will not attempt to deliver account statements and notices to you until you provide us with a valid postal or electronic address.

Introduction

Resolving disputes through arbitration

**Important legal information**

**Statements and error notifications**

Rights and responsibilities

Checking and savings accounts

Electronic banking services

10

**Exhibit 2 to Complaint**
**Page 41**

## Statements and other information relating to your deposit account

### How can you or Wells Fargo change your address for your account?

**Address change requests you make:** You can change your postal or email address by notifying us in writing or calling us at the number on your account statement at any time. If you have a combined account statement, any owner of the first account (primary account) can change the address of all accounts included in the combined account statement. We will act on your request within a reasonable time after we receive it. Unless you instruct otherwise, we may change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with us.

**Address changes we make:** We may update your listed address without a request from you if we

- Receive an address change notice from the U.S. Postal Service,
- Receive information from another party in the business of providing correct address details that does not match the listed address for your account or card, or
- Identify a need to rely on another address you have provided us.

### What obligations do you have to review account statements and notices and notify us of errors?

You are obligated to:

- Examine your account statement promptly and carefully.
- Notify us promptly of any errors.
- Notify us within 30 days after we have made your account statement available to you of any unauthorized transaction on your account. Note: If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30 day period, we will not be responsible for unauthorized transactions made by the same wrongdoer.
- Notify us within six months after we have made your account statement available to you if you identify any unauthorized, missing or altered endorsements on your items.

For specific information on unauthorized card transactions, see the "Helping protect your card" section in the "Debit cards and ATM cards" part of this Agreement.

**Consumer accounts only:** Electronic fund transfers are subject to different time periods for notification of errors, as described in the "Electronic fund transfer services" part of this Agreement. Common examples of electronic fund transfers are ATM, debit card, and Online Bill Pay transactions.

### What happens if you fail to notify us of an unauthorized transaction within the time frames specified above?

If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within the time frames specified above, your account statement will be considered correct. We will not be responsible for any unauthorized transaction, error, or claim for transactions included in this statement.

### When is a transaction unauthorized?

A transaction is an unauthorized transaction when it is

- Missing a required signature or other evidence showing you have authorized it, or
- Altered (for example, the amount of a check or the payee's name is changed).

You can notify us of errors on your account statements by promptly

**Exhibit 2 to Complaint
Page 42**

## Statements and other information relating to your deposit account

- Calling the telephone number listed on your account statement or in a notice, or
- Submitting a written report (if instructed by us) as soon as possible, but in any event within the specified time frames.

### What happens when you report an unauthorized transaction?

We investigate any reports of unauthorized activity on your account. After you submit a claim, we may require you to:

- Complete and return the claim form and any other documents we require,
- Notify law enforcement, and
- Cooperate fully with us in our investigation.

We can reverse any credit made to your account resulting from a claim of unauthorized transaction if you do not cooperate fully with us in our investigation or recovery efforts, or we determine the transaction was authorized.

For specific information on unauthorized card transactions, see the "Helping protect your card" section in the "Debit cards and ATM cards" part of this Agreement.

**Consumer accounts only:** For specific information on unauthorized electronic fund transfers, see the "Liability for unauthorized transactions according to Regulation E" section in the "Electronic fund transfer services" part of this Agreement.

### Are you responsible for taking reasonable steps to help prevent fraud on your account?

Yes, you agree to take reasonable steps to ensure the integrity of your account and items drawn on your account or deposited to it. To help prevent fraud and protect your assets, we recommend that all customers:

- Reconcile statements for your account as you receive them and notify us immediately of any problem
- Contact us immediately if you do not receive the statement for your account when you would normally expect to
- Secure your supply of paper items at all times. Stolen paper items are a common method of fraud.
- Destroy any paper item that you do not intend to use
- Use tamper resistant paper items at all times
- Do not sign blank paper items

Additionally, we recommend that business customers:

- Assign responsibilities for your account to multiple individuals. Those who reconcile statements for your account should be different from those who issue items drawn on your account.
- Watch for paper items cashed out of sequence or made out to cash. These are classic red flags for embezzlement.
- Periodically reassign accounting duties such as reconciling your account or making a deposit
- Review your transaction activity for unexpected fluctuations. For example, compare the percentage of cash deposits to total deposit size. Most businesses will maintain a constant average. A large fluctuation might indicate embezzlement.
- Notify us immediately when an authorized signer's authority ends so that his/her name can be removed from all signature cards and online banking access, and any cards that we have issued to him/her can be cancelled

Introduction

Resolving disputes through arbitration

Important legal information

**Statements and error notifications**

Rights and responsibilities

Checking and savings accounts

Electronic banking services

12

**Exhibit 2 to Complaint**
**Page 43**

## Statements and other information relating to your deposit account

- Obtain insurance coverage for these risks

### Protection against unauthorized items (Business Accounts only)

You acknowledge that there is a growing risk of losses resulting from unauthorized items. We offer services that provide effective means for controlling the risk from unauthorized items.

For analyzed accounts, these services include:

- Positive pay, positive pay with payee validation, or reverse positive pay
- ACH fraud filter and
- Payment Authorization service

In addition, we may recommend you use certain fraud prevention practices with respect to analyzed business accounts and non-analyzed business accounts to reduce your exposure to fraud. Each of these practices is an industry best practice. An example of a best practice is dual custody, which requires a payment or user modification initiated by one user to be approved by a second user on a different computer or mobile device before it takes effect. Additional examples of best practices appear above in the section entitled "Are you responsible for taking reasonable steps to help prevent fraud on your account."

If we have expressly recommended that you use one or more of these fraud prevention services or best practices (or any other service related to fraud prevention we offer after the date of this Agreement) and you either (a) decide not to implement or use the recommended service or best practice or (b) fail to use the service or best practice in accordance with the applicable service description or our other documentation applicable to the service or best practice, then, except as otherwise provided by law, you will be treated as having assumed the risk of any losses that could have been prevented if you had used the recommended service or best practice in accordance with the applicable service description or applicable documentation.

### When are notices you send to us effective?

Any notice from you is effective once we receive it and have a reasonable opportunity to act on it.

### Are original paid checks returned with account statements?

No. We do not return original paid checks with your account statements. Copies of your paid checks are available through Wells Fargo Online Banking or Wells Fargo Business Online, by calling Wells Fargo Phone Bank℠ or Wells Fargo National Business Banking Center, banking locations, or by enrolling in our check images with statements service. Fees may apply for this service.

### When does my account become dormant?

**Checking accounts, savings accounts, and Time Accounts (CDs)**
Generally, your account becomes dormant if you do not initiate an account-related activity for 12 months for a checking account, 34 months for a savings account, or 34 months after the first renewal for a Time Account. An account-related activity is determined by the laws governing your account. Examples of account-related activity are depositing or withdrawing funds at a banking location or ATM, or writing a check which is paid from the account. Automatic transactions (including recurring and one-time), such as pre-authorized transfers/payments and electronic deposits (including direct deposits), set up on the account may not prevent the account from becoming dormant.

**Exhibit 2 to Complaint Page 44**

## Statements and other information relating to your deposit account

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs)**
Generally, your IRA and ESA (Savings or Time Account) will become dormant if you do not initiate an account-related activity as follows:

- Traditional IRA becomes dormant if you do not initiate an account-related activity for 34 months or more after you reach the age of 70 ½
- Roth IRA will not become dormant unless we receive notification of your death
- ESA becomes dormant after you reach age 30

An account-related activity that you initiate is determined by the laws governing your account.

## What happens to a dormant account?

We put safeguards in place to protect a dormant account which may include restricting the following transactions:

- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking

Normal monthly service and other fees continue to apply (except where prohibited by law).

If you do not initiate an account-related activity on the account within the time period as specified by state unclaimed property laws, your account funds may be transferred to the appropriate state. This transfer is known as escheat. If your account becomes escheatable, account statements will no longer be available. Your account will be closed. To recover your account funds, you must file a claim with the state.

**Portfolio accounts only:** If the dormant account is a primary Wells Fargo Portfolio Checking account or Wells Fargo Prime Checking account, about two months before the account escheats, we will close any associated program including Portfolio by Wells Fargo®, Portfolio by Wells Fargo Plus℠, or Portfolio by Wells Fargo Premier®. When the Portfolio by Wells Fargo, Portfolio by Wells Fargo Plus, or Portfolio by Wells Fargo Premier program is closed, any benefits such as fee waivers and discounted services associated with it will be discontinued. Your primary Wells Fargo Portfolio Checking account or Wells Fargo Prime Checking account is the first account listed in your monthly statement. To reinstate your program benefits, the primary checking account must be in an active status and you must contact us to reestablish the program. If other linked accounts become dormant, the accounts will be removed from any associated program and fees may apply.

## What are checking subaccounts?

For each checking account you maintain with us, we may establish on your behalf a master account and two subaccounts.

All information that is made available to you about your account will be at the master account level. The subaccounts are composed of a savings account and a checking account.

On the first day of each month, we will allocate funds between the two subaccounts as appropriate. Items received by us that are drawn against your master account will be presented for payment against the checking subaccount. Funds will be transferred from the savings subaccount as may be needed to cover checks presented on the checking subaccount. On the sixth transfer from the savings subaccount during a statement period, all of the funds on deposit in the savings subaccount will be transferred to the checking subaccount. If your account earns interest, the use of subaccounts will not affect the interest you earn.

Introduction

Resolving disputes through arbitration

Important legal information

**Statements and error notifications**

Rights and responsibilities

Checking and savings accounts

Electronic banking services

14

**Exhibit 2 to Complaint**
**Page 45**

## Rights and responsibilities

### What responsibilities and liabilities do Wells Fargo and you have to each other?

We are responsible for exercising ordinary care and complying with the Agreement. When we take an item for processing by automated means, ordinary care does not require us to examine the item. In all other cases, ordinary care requires only that we follow standards that do not vary unreasonably from the general standards followed by similarly situated banks.

Except to the extent we fail to exercise ordinary care or to comply with the Agreement, you agree to indemnify and hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with our performance under the Agreement. You agree this indemnification will survive termination of the Agreement.

In no event will either Wells Fargo or you be liable to the other for any special, consequential, indirect or punitive damages. The limitation does not apply where the laws governing your account prohibit it.

We will not have any liability to you if your account has non-sufficient available funds to pay your items due to actions we have taken in accordance with the Agreement.

Circumstances beyond your control or ours may arise and make it impossible for us to provide services to you or for you to perform your duties under the Agreement. If this happens, neither Wells Fargo nor you will be in breach of the Agreement.

If we waive a right with respect to your account on one or more occasions, it does not mean we are obligated to waive the same right on any other occasion.

### Are you obligated to pay our fees?

Yes, by continuing to maintain your account you agree to pay our fees for specific accounts, specific transactions, and for using specific services.

We are permitted to either directly debit your account or invoice you for our fees and expenses and taxes incurred in connection with your account and any service. If there are non-sufficient funds in your account to cover the debit, we may create an overdraft on your account.

### What are we allowed to do if there is an adverse claim against your account?

An adverse claim occurs when

- Any person or entity makes a claim against your account funds,
- We believe a conflict exists between or among your account's owners, or
- We believe a dispute exists over who has account ownership or authority to withdraw funds from your account.

In these situations, we may take any of the following actions without any responsibility to you:

- Continue to rely on the documents we have on file for your account.
- Honor the claim against your account funds if we are satisfied the claim is valid.
- Freeze all or a part of the funds in your account until we believe the dispute is resolved to our satisfaction.
- Close your account and send a check for the available balance in your account payable to you or to you and each person or entity who claimed the funds.
- Pay the funds into an appropriate court.

**Exhibit 2 to Complaint**
**Page 46**

## Rights and responsibilities

We also may charge any account you maintain with us for our fees and expenses in taking these actions (including attorney's fees and expenses).

### If you carry special insurance for employee fraud/embezzlement, can we require you to file your claim with your insurance company before making any claim against us? (Business accounts only)

Yes, if you have special insurance for employee fraud/embezzlement, we reserve the right to require you to file your claim with your insurance company before making any claim against us. In such event, we will consider your claim only after we have reviewed your insurance company's decision, and our liability to you, if any, will be reduced by the amount your insurance company pays you.

### Are we allowed to restrict access to your account?

Yes, if we suspect any suspicious, unauthorized, or unlawful activities, we can restrict access to your account and other accounts with us that you maintain or control.

### How do we handle legal process?

Legal process includes any levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture or seizure, and other legal process relating to your account.

We will accept and act on any legal process we believe to be valid, whether the process is served in person, by mail, by electronic notification, or at any banking location.

If we incur any fees or expenses (including attorney's fees and expenses) due to responding to legal process related to your account, we may charge these costs to any account you maintain with us.

### Are transactions subject to verification by the Bank?

Yes. All transactions are subject to the Bank's verification. This includes cash, items, or other funds offered for deposit for which we have provided a receipt. We do not verify all transactions. We reserve the right to reverse or otherwise adjust, at any time without prior notice to you, any debit or credit we believe we have erroneously made to your account.

### Are we allowed to convert your account without your request?

Yes, we can convert your account to another type of deposit account (by giving you any required notice) if

- You use it inappropriately or fail to meet or maintain the account's requirements, or
- We determine an account is inappropriate for you based on your use, or
- We stop offering the type of account you have.

### When can you close your account?

You can request to close your account at any time if the account is in good standing (e.g., does not have a negative balance or restrictions such as holds on funds, legal order holds, or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.

- All outstanding items need to be processed and posted to your account and all deposits need to be collected and posted to your account before your request to close. Once the account is closed items will be returned unpaid.
- Any recurring payments or withdrawals from your account need to be cancelled before your request to close (examples include bill payments and debit card payments) otherwise, they may be returned unpaid.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

**Rights and responsibilities**

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint
Page 47**

## Rights and responsibilities

- We will not be liable for any loss or damage that may result from not honoring items or recurring payments or withdrawals that are presented or received after your account is closed.
- During the process of closing your account:
  – Interest-earning accounts will stop earning interest.
  – Overdraft Protection will be removed.
  – All cards and linked accounts will be delinked.
  – The Agreement continues to apply.

### Are we allowed to terminate or suspend a service related to your account?

Yes, we can terminate or suspend specific services (e.g., wire transfers) related to your account without closing your account and without prior notice to you. You can discontinue using a service at any time.

### When can we close your account?

We reserve the right to close your account at any time. If we close your account, we may send the remaining balance on deposit in your account by postal mail or credit it to another account you maintain with us.

### When will electronic banking privileges be terminated?

All of your electronic banking privileges will be terminated if your account is closed, except that you can view account activity, download statements and tax documents, and perform limited maintenance functions for at least 90 days after closure.

### Are we allowed to obtain credit reports or other reports about you?

Yes, we can obtain a credit or other report about you and your co-owners to help us determine whether to open or maintain an account. Other reports we can obtain include information from the following: 1) motor vehicle departments, 2) other state agencies, or 3) public records.

### When do we share information about your account with others?

Generally, if we do not have your consent, we will not share information about your account. However, we may share information about your account in accordance with our Privacy Policy separately given to you.

### Are we allowed to monitor and record communications?

Yes, we can monitor, record, and retain your communications with us at any time without further notice to anyone, unless the laws governing your account require further notice.

Monitored and recorded communications include:

- Telephone conversations,
- Electronic messages,
- Electronic records, or
- Other data transmissions.

**Exhibit 2 to Complaint**
**Page 48**

## Rights and responsibilities

### Can Wells Fargo benefit from having the use of funds in customers' non-interest earning accounts?

Yes. We may benefit from having the use of funds in customers' non-interest earning accounts. We may use these funds to reduce our borrowing from other sources such as the Fed Funds market or invest them in short-term investments such as its Federal Reserve Account. This benefit may be referred to as spread. It is not possible to quantify the benefit to us that may be attributable to a particular customer's funds because funds from all customers' non-interest earning accounts are aggregated both for purposes of reducing our borrowing costs and for investment and because our use of funds may vary depending on a number of factors including interest rates, Federal Funds rates, credit risks and our anticipated funding needs. Our use of funds as described in this paragraph has no effect or impact on your use of and access to funds in your account.

### Is your wireless operator authorized to provide information to assist in verifying your identity?

Yes, and as a part of your account relationship, we may rely on this information to assist in verifying your identity.

You authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to use your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and to compare information you have provided to Wells Fargo with your wireless operator account profile information for the duration of the business relationship.

### Are you responsible for paying taxes?

Yes, fees may be subject to state and local sales taxes, which vary by location, and will be assessed as appropriate. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax.

### Important information for Consumer and non-analyzed Business accounts with a zero balance:

An account with a zero balance may be subject to automatic closure on the fee period ending date, depending on when the last qualifying transaction posted to your account.

- In order to prevent automatic closure, an account with a zero balance must have a qualifying, non-automatic transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within 10 months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits or withdrawals made at a banking location, ATM, or via telephone, mobile deposits, one-time transfers made at a banking location, ATM, online, mobile, or via telephone, or checks paid from the account.
- Automatic or electronic deposits, such as payroll, and automatic or electronic payments, including bill pay, recurring transfers, and any bank-originated transactions, like monthly service or other fees, are **not** considered qualifying transactions for the purpose of preventing closure of an account with a zero balance.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint Page 49**

## Deposits to your account

### Are we required to accept all deposits to your account?

No. We may decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a non-U.S. item. When we are unable to verify an endorsement on an item, we can also decline to pay, cash, or send the item for collection. We can require all endorsers be present and we may require you to deposit the item instead of permitting you to cash it. For non-U.S. items, please see the response to "How do we handle non-U.S. items?" We do not accept cash deposits into consumer accounts from non-account owners. We may require any person wanting to make a cash deposit into a business account to provide an acceptable form of identification before we accept the deposit for processing.

### Who is responsible to make sure the declared amount of funds offered for deposit is accurate?

It is your responsibility, and the Bank has no obligation, to make sure the declared amount of your deposit is accurate. If we determine a discrepancy exists between the declared and the actual amount of the funds, we are permitted to adjust (debit or credit) your account and we may notify you if any adjustments are made. We are also permitted to use the declared amount as the correct amount to be deposited and to not adjust a discrepancy if it is less than our standard adjustment amount. We are permitted to vary our standard adjustment amount from time to time without notice to you and to use different amounts depending on account type.

If you fail to notify us during the applicable time frames specified below, the deposit amount on your statement will be considered correct. This means that if the actual amount is less than the amount on the statement, the difference will become your property. If the actual amount is more than the amount shown on the statement, the difference will become the Bank's property.

**Consumer accounts only:** Notify us of an error in the amount of a deposit shown on your account statement within one year after we have made your account statement available to you.

**Business accounts only:** Notify us of an error in the amount of a deposit shown on your account statement within 30 days after we have made your account statement available to you.

### Can you arrange to have us adjust deposit discrepancies identified during any verification without regard to our standard adjustment amount? (Analyzed business accounts only)

Yes. If your account is an analyzed business account, you may arrange for the Bank to adjust deposit discrepancies identified during any verification without regard to our standard adjustment amount by contacting your local banker or calling the number on your statement.

### What happens if we send an item for collection?

We may, upon notice to you, send an item for collection instead of treating it as a deposit. This means that we send the item to the issuer's bank for payment. Your account will not be credited for the item until we receive payment for it.

Our funds availability policy does not apply to an item we accept for collection.

**Exhibit 2 to Complaint
Page 50**

## Deposits to your account

### What are the requirements for a correct endorsement?

An endorsement is a signature, stamp, or other mark on the back of a check. If you have not endorsed a check that you deposited to your account, we may endorse it for you. Your endorsement (and any other endorsement before the check is deposited) must be in the 1-1/2–inch area that starts on the top of the back of the check (see sample below). Do not sign or write anywhere else on the back of the check.



| Consumer | Business |
|---|---|
| ENDORSE HERE:<br>x John Sample<br>For deposit only<br>WF # 123456789 | ENDORSE HERE:<br>x PAYEE (Exact name)<br>BY: John Sample<br>(Signature of person signing on payee's behalf - only if payee not an individual)<br>For deposit only WF # 123456789 |
| DO NOT SIGN / WRITE / STAMP BELOW THIS LINE<br>FOR FINANCIAL INSTITUTION USAGE ONLY | DO NOT SIGN / WRITE / STAMP BELOW THIS LINE<br>FOR FINANCIAL INSTITUTION USAGE ONLY |

### Are we bound by restrictions or notations on checks?

No, we are not bound by restrictions or notations, such as "void after six months," "void over $50," or "payment in full."

When you cash or deposit a check with a notation or restriction, you are responsible for any loss or expense we incur relating to the notation or restriction.

### What is a substitute check?

A substitute check is created from an original check; under federal law, it is legally equivalent to that original check. A substitute check contains an accurate copy of the front and back of the original check and bears the legend: This is a legal copy of your check. You can use it the same way you would use the original check. As noted in the legend, a substitute check is the same as the original check for all purposes, including proving that you made a payment. Any check you issue or deposit that is returned to you may be returned in the form of a substitute check. You agree that you will not transfer a substitute check to us, by deposit or otherwise, if we would be the first financial institution to take the substitute check, unless we have expressly agreed in writing to take it.

### What happens if you breach a warranty associated with an item?

If you breach any warranty you make to us under the laws governing your account with respect to any item, you will not be released or discharged from any liability for the breach so long as we notify you of the breach within 120 days after we learn of the breach. If we fail to notify you within this 120 day period, you will be released from liability and discharged only to the extent our failure to notify you within this time period caused a loss to you.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint**
**Page 51**

## Deposits to your account

### How do we handle non-U.S. items?

A non-U.S. item is an item 1) payable in a currency other than U.S. dollars or 2) drawn on a financial institution that is not organized under U.S. law. We are not required to accept a non-U.S. item for deposit to your account or for collection. We may accept non-U.S. items on a collection basis without your specific instruction to do so. We can reverse any amount we have credited to your account and send the item on a collection basis even if we have taken physical possession of the item.

If we accept a non-U.S. item, the U.S. dollar amount you receive for it will be determined by our exchange rate that is in effect at the time of deposit or our receipt of final payment (less any associated fees) of the collection item. If the non-U.S. deposited item is returned unpaid for any reason, we will charge the amount against your account (or any other account you maintain with us) at the applicable exchange rate in effect at the time of the return.

Our funds availability policy does not apply to a non-U.S. item.

### What is our responsibility for collecting a deposited item?

We are responsible for exercising ordinary care when collecting a deposited item. We will not be responsible for the lack of care of any other bank involved in the collection or return of a deposited item, or for an item lost in collection or return.

### What happens when a deposited or cashed item is returned unpaid?

We can deduct the amount of the deposited or cashed item from your account (or any other account you maintain with us). We can do this when we are notified that the item will be returned. We do not need to receive the actual item (and usually do not receive it). We can do this even if you have withdrawn the funds and the balance in your account is not sufficient to cover the amount we hold or deduct and your account becomes overdrawn. In addition, we will charge you all applicable fees and reverse all interest accrued on the item.

We may place a hold on or charge your account for any check or other item deposited into your account if a claim is made or we otherwise have reason to believe the check or other item was altered, forged, unauthorized, has a missing signature, a missing or forged endorsement, or should not have been paid, or may not be paid, or for any other reason. When the claim is finally resolved, we will either release the hold or deduct the amount of the item from your account. We are not legally responsible if we take or fail to take any action to recover payment of a returned deposited item.

### What happens when an electronic payment is reversed?

We may deduct the amount of an electronic payment credited to your account (e.g., direct deposit) that is reversed. We can deduct the amount from any account you have with us at any time without notifying you. You agree to promptly repay any overdrafts resulting from the reversed payment.

### Are you responsible for assisting us in reconstructing a lost or destroyed deposited item?

If a deposited item is lost or destroyed during processing or collection, you agree to provide all reasonable assistance to help us reconstruct the item.

**Exhibit 2 to Complaint
Page 52**

## Funds availability policy

### Your ability to withdraw funds

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each an account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

**Analyzed business accounts only:** The first $400 of a business day's check deposits to an analyzed account are not available to you on the day we receive the deposits. Check deposits to an analyzed account are available on the first business day after we receive your deposits.

### Determining the day your deposit is received by the Bank

For determining the availability of your deposits, every day is a business day, except Saturday, Sunday, and federal holidays. If you make a deposit before our established cutoff time on a business day that we are open, we will consider that day to be the day your deposit is received by the Bank. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the day your deposit is received by the Bank to be the next business day we are open.

Our deposit cutoff times are as follows:

- Branch deposits: when the branch closes for business; varies by location
- Wells Fargo ATM deposits: 9 p.m. local time (Alaska 8 p.m.)
- Check deposits made via the Wells Fargo Mobile Banking app: 9 p.m. Pacific Time
- Electronic credits (such as Direct Deposit or account transfers): 8 p.m. Pacific Time

### Longer delays may apply

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $200 of your deposit, however, may be available on the first business day.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you may ask us when the funds will be available.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

**Exhibit 2 to Complaint Page 53**

## Funds availability policy

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid
- You deposit checks totaling more than $5,000 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

### Special rules for new accounts

If you are a new customer, the following special rules will apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

- The first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,000 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $200 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

### Holds on other funds (check cashing)

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

### Holds on other funds (other account)

If we accept a check for deposit that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us.

The funds in the other account would then not be available until the time periods that are described in this Policy.

**Exhibit 2 to Complaint**
**Page 54**

## Available balance, posting order, and overdrafts

### How do we determine your account's available balance?

Your account's available balance is our most current record of the amount of money in your account available for your use or withdrawal. We use the available balance to authorize your transactions during the day (e.g., debit card purchases and ATM withdrawals). We also use the available balance to pay your transactions in our nightly processing. We calculate your available balance as follows:

- We start with the ending daily account (posted) balance from our prior business day nightly processing that includes all transactions deposited to or paid from your account.
- We subtract from this amount any holds placed on a deposit to your account and any holds placed due to legal process.
- We add pending deposits that are immediately available for your use (including cash deposits, electronic direct deposits, and the portion of a paper check deposit we make available; see "Funds availability policy" section for details).
- We subtract pending withdrawals that we have either authorized (such as debit card purchases and ATM withdrawals) or are known to us (such as your checks and preauthorized automatic ACH withdrawals that we receive for payment from your account) but have not yet processed.

**Important note:** The available balance does **not** reflect every transaction you have initiated or we previously authorized. For example, your available balance **may not include** the following:

- Outstanding checks and authorized withdrawals (such as recurring debit card transactions and ACH transactions that we have **not** received for payment).
- The final amount of a debit card purchase. For example, we may authorize a purchase amount prior to a tip that you add.
- Debit card transactions that have been previously authorized but not sent to us for final payment. We must release the transaction authorization hold after three business days (or up to 30 business days for certain types of debit or ATM card transactions, including car rental, cash, and international transactions) even though the transaction may be sent for payment from your account, which we must honor, at a later date.

### How do we process (post) transactions to your account?

We process transactions each business day (Monday through Friday except federal holidays) during a late night process. Once we process your transaction, the results are posted to your account. There are three key steps to this process. The most common types of transactions are processed as described below.

**First, we determine the available balance in your account (as described above) that can be used to pay your transactions.**

NOTE: Certain pending transactions can impact your available balance:

- Cash deposits or transfers from another Wells Fargo account that are made AFTER the displayed cutoff time (where the deposit was made) will be added to your available balance if they are made **before** we start our nightly process.
- Your available balance will be reduced by pending withdrawals, such as debit card transactions we have authorized and must pay when they are sent to us for payment. If your account has insufficient funds as reflected by your available balance, the Bank may assess overdraft and/or Non-Sufficient Funds (NSF) fees on transactions we pay or return during nightly processing. A pending transaction will typically remain pending until we receive it for payment from your account, but we must release the pending transaction

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

24

**Exhibit 2 to Complaint
Page 55**

## Available balance, posting order, and overdrafts

hold after three business days for most transactions. These pending transactions may be sent to us for payment after they have dropped from your account, but we must pay them when we receive them for payment. In some circumstances, previously authorized transactions may be paid into overdraft if other transactions or fees have reduced your balance before the pending transactions are sent to us for payment. To minimize the number of overdraft fees in these circumstances, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

**Then, we sort your transactions into categories before we process them.**

- First, we credit your account for deposits, including cash and check deposits and incoming transfers, received before the cutoff time at the location the deposit or transfer was made.
- Then, we process withdrawals/payments we have previously authorized and cannot return unpaid, such as debit card purchases, ATM withdrawals, account transfers, Online Bill Pay transactions, and teller-cashed checks. If we receive more than one of these transactions for payment from your account, we will generally sort and pay them based on the date and time you conducted the transactions. For a debit card transaction, if a merchant does not seek authorization from the Bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For some transactions, such as Online Bill Pay transactions or teller-cashed checks, the time may be assigned by our systems and may vary from the time it was conducted. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.
- Finally, we use your remaining funds to pay your checks and preauthorized automatic ACH payments (such as bills you pay by authorizing a third party to withdraw funds directly from your account). If there is more than one of these types of transactions, they will be sorted by the date and time that they are received by us. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.

**Finally, if the available balance in your account is not enough to pay all of your transactions, we will take the following steps:**

- **First use Overdraft Protection (if applicable):** We will transfer/advance available funds from a savings and/or credit account you have linked to your checking account for Overdraft Protection (described on page 26).

- **Then, decide whether to pay your transaction into overdraft or return it unpaid:** At our discretion, we may pay a check or automatic payment into overdraft, rather than return it unpaid. This is our standard overdraft coverage. If we pay the transaction into overdraft, it may help you avoid additional fees that may be assessed by the merchant.

  Debit card transactions presented to us for payment (whether previously approved by us or not) will be paid into overdraft and will not be returned unpaid, even if you do not have sufficient funds in your account.

**Exhibit 2 to Complaint Page 56**

## Available balance, posting order, and overdrafts

**IMPORTANT INFORMATION ABOUT FEES:**

Fees may be assessed with each item paid into overdraft or returned unpaid subject to the following:

- A single Overdraft Protection Transfer or Advance Fee will be assessed when we need to transfer/advance funds from your linked account(s) into your checking account, but only if the transfer/advance covered at least one pending item, or helped you avoid at least one overdraft or returned item.
- No overdraft fee will be assessed on ATM and everyday (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account. The merchant informs the Bank if a debit card transaction is a one-time or recurring transaction. An overdraft fee can be assessed on recurring debit card transactions and any other item we pay into overdraft.
- No overdraft or returned item (Non-Sufficient Funds/NSF) fee will be assessed on items of $5 or less.
- If both your ending daily account balance and available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after we have processed all of your transactions, we will not assess an overdraft fee on the items.
- We limit the number of overdraft and/or returned item (Non-Sufficient Funds/NSF) fees charged per business day as follows:
  - For consumer accounts, we will charge no more than three overdraft/NSF fees per business day (this limit is two per day for Wells Fargo Teen Checking accounts).
  - For business accounts, we will charge no more than eight overdraft/NSF fees per business day
- Any overdraft or returned item fees assessed are deducted from your account during the morning of the next business day following our nightly process.

We will track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## What is Overdraft Protection?

This is an optional service you can add to your checking account by linking up to two eligible accounts (one savings, one credit). We will use available funds in your linked account(s) to authorize or pay your transactions if you don't have enough money in your checking account. A single Overdraft Protection Transfer or Advance Fee will be assessed any day a transfer/advance is made regardless of the number of transactions covered or whether funds are transferred/advanced from multiple accounts. Also, we will not charge a fee unless the transfer/advance covered at least one pending item, or helped you avoid at least one overdraft or returned item. If you link two accounts, you may tell us which account to use first to transfer/advance funds. If you do not specify an order, we will first transfer funds from your linked savings account.

- **Transfers from linked savings account.** If the available balance in your savings account is $25 or more and can cover the overdraft (plus the Overdraft Protection Transfer Fee), we will transfer the exact amount needed or a minimum of $25. If the available balance in your savings account is less than either $25 or the amount needed, we will transfer the available balance.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint**
**Page 57**

## Available balance, posting order, and overdrafts

- **Advances from linked credit card or line of credit account.** If the available credit in your credit card account is $25 or more and can cover the overdraft, we will advance the exact amount needed or a minimum of $25. If the available credit in your credit card account is less than either $25 or the amount needed, we will advance the available credit. Advances from an eligible linked Wells Fargo line of credit are made in increments of $100 or $300 (See your Credit Account Agreement for specific details).

## What is Debit Card Overdraft Service?

Debit Card Overdraft Service allows Wells Fargo to approve (at our discretion) your ATM and everyday (one-time) debit card transaction(s) if you do not have enough money in your checking account or in accounts linked for Overdraft Protection at the time of the transaction. With this service, ATM and everyday (one-time) debit card transactions may be approved into overdraft at the Bank's discretion and an overdraft fee may apply. If you make a covering transfer or deposit (subject to the Bank's funds availability policy) by the posted cutoff time on the same business day as the transaction, no fees are assessed. Debit Card Overdraft Service does not apply to checks and other transactions such as Bill Pay, ACH, or recurring debit card transactions (such as utilities or health club memberships). The Bank may continue to authorize or pay these transactions into overdraft, at our discretion, and our standard overdraft fees and policies will apply.

If Debit Card Overdraft Service is not added and there is not enough money in your checking account or accounts linked for Overdraft Protection, your ATM and everyday (one-time) debit card transactions will be declined, and there are no fees for declined transactions. If the service is not added and your ATM or everyday (one-time) debit card transaction creates a negative balance during posting, there will not be an overdraft fee.

**Debit Card Overdraft Service is automatically added to eligible business accounts at account opening.**

You can add or remove the service at any time. Debit Card Overdraft Service is not available for certain accounts, such as Teen Checking℠ accounts, Opportunity Checking® accounts, Greenhouse℠ by Wells Fargo deposit accounts (Greenhouse Set Aside and Greenhouse Spending), IOLTA/RETA accounts, accounts for government entities, or savings accounts. Debit Card Overdraft Service is a discretionary service that may be removed by the Bank for a variety of reasons including excessive overdrafts or returned items, as determined by the Bank.

## What is Wells Fargo's standard overdraft coverage?

Our standard overdraft coverage is when, at our discretion, we pay items, such as checks or automatic payments (e.g., ACH payments) into overdraft rather than returning them unpaid. You can request to remove our standard overdraft coverage from your account by speaking to a banker.

**Important:** If standard overdraft coverage is removed from your account, the following will apply if you do not have enough money in your checking account or in accounts linked for Overdraft Protection to cover a transaction:

- We will return your checks and automatic payments (such as ACH payments) and assess a returned item fee (Non-Sufficient Funds/NSF) and you could be assessed additional fees by merchants.

**Exhibit 2 to Complaint
Page 58**

## Available balance, posting order, and overdrafts

- We will not authorize ATM and everyday (one-time) debit card transactions into overdraft. If your account is enrolled in Debit Card Overdraft Service, the service will also be removed.

- We will not authorize certain transactions (such as cashed checks, recurring debit card transactions, or Bill Pay transactions) into overdraft. However, if these transactions are authorized when your account has enough money but are later presented for payment when your account does not have enough money, we will pay the transaction into overdraft and charge an overdraft fee.

### What is Overdraft Rewind? (Consumer accounts only)

With this free account feature, the Bank will reevaluate transactions from the previous business day that resulted in an overdraft or returned item if we receive an electronic direct deposit to your account by 9:00 a.m. local time where your account is located (which is noted on your account statement). The Bank will calculate a new balance, including your pending electronic direct deposit (less any pending debits), and may reverse the overdraft or returned item (Non-Sufficient Funds/NSF) decisions and waive the resulting fees from the previous business day if your electronic direct deposit will cover them. The Bank receives most direct deposits through the ACH network before 9:00 a.m. Overdraft Protection transfers/advances and fees from the prior business day are not reversed with Overdraft Rewind. Other deposits, such as check(s), cash or account transfers received after our initial nightly account processing, are not included in Overdraft Rewind. Direct deposits include your salary, pension, Social Security, or other regular monthly income electronically deposited through the Automated Clearing House (ACH) network by your employer or an outside agency. Go to wellsfargo.com/overdraft-rewind for more details.

### What is your responsibility if your account has an overdraft?

If you have an overdraft on your account (including transactions we have paid on your behalf into overdraft, plus any fees), you must promptly make a deposit or transfer to return your account to a positive balance.

If you fail to bring your checking account to a positive balance, we will close your account. Also we may report you to consumer reporting agencies and initiate collection efforts. You agree to reimburse us for the costs and expenses (including attorney's fees and expenses) we incur. The Bank may close your account due to excessive overdrafts, as determined by the Bank.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint
Page 59**

## Setoff and security interest

### Are we allowed to use the funds in your accounts to cover debts you owe us?

Yes, we have the right to apply funds in your accounts to any debt you owe us. This is known as setoff. When we setoff a debt you owe us, we reduce the funds in your accounts by the amount of the debt. We are not required to give you any prior notice to exercise our right of setoff.

A debt includes any amount you owe individually or together with someone else both now or in the future. It includes any overdrafts and our fees. We may setoff for any debt you owe us that is due or past due as allowed by the laws governing your account. If your account is a joint account, we may setoff funds in it to pay the debt of any joint owner.

If your account is an unmatured time account (or CD), then we may deduct an early withdrawal penalty. This may be due as a result of our having exercised our right of setoff.

**Consumer accounts only:** Our right to setoff extends to any federal or state benefit payments (including Social Security benefits) deposited to your account. If we are obligated to return any federal or state benefits deposited to your accounts after you are no longer eligible to receive them, we have the right to setoff against any of your accounts to recover the payments you were ineligible to receive. Our right of setoff will not apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you maintain with us.

### Do you grant us a security interest in your accounts with us?

Yes, to ensure you pay us all amounts you owe us under the Agreement (e.g., overdrafts and fees), you grant us a lien on and security interest in each account you maintain with us. By opening and maintaining each account with us, you consent to our asserting our security interest should the laws governing the Agreement require your consent. Our rights under this security interest are in addition to and apart from any other rights under any other security interest you may have granted to us.

### Can you grant any one else a security interest in your accounts with us?

No, you may not grant a security interest in, transfer, or assign your accounts to anyone other than us without our written agreement.

**Exhibit 2 to Complaint
Page 60**

## Business account fees and expenses; earnings allowance

### Are you obligated to pay our fees?

Yes, you agree to pay us in accordance with our Business Schedule.

### How do you pay our fees and expenses?

We are permitted to either directly debit your account or invoice you for our fees and expenses and taxes incurred in connection with your account and any service. If there are non-sufficient funds in your account to cover the debit, we may create an overdraft on your account.

You agree to promptly pay any invoiced amount. We may assess finance charges on any invoiced amounts that are not paid within 45 days of the date of invoice. Finance charges are assessed at a rate of 1.5% per month (18% per annum) or the highest amount permitted by the laws governing your account, whichever is less. Charges for accrued and unpaid interest and previously assessed finance charges will not be included when calculating finance charges. Payments and other reductions of amounts owed will be applied first to that portion of outstanding fees attributable to charges for accrued and unpaid interest and previously assessed finance charges, then to other fees and charges.

### If an earnings allowance accrues on your account, do we apply it to our fees and expenses?

Yes, if an earnings allowance accrues on your account, we will periodically apply your accrued earnings allowance to eligible fees and expenses (unless we otherwise indicate in writing). If both an earnings allowance and interest accrue on your account, the interest will be shown as an offset to the earnings allowance on the client analysis statement for your account. If your earnings allowance exceeds your total maintenance and activity fees for the statement cycle for your account, the excess credit is not paid to you, nor is it carried forward to the following statement cycle. We may debit your account (or any other account you maintain with us) or invoice you for any amount by which the fees and expenses exceed the accrued earnings allowance on your account.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint
Page 61**

## Additional rules for checks and withdrawals

### What identification do we request to cash checks presented over-the-counter by a non-customer?

For these transactions, we require acceptable identification, which can include a fingerprint from the person presenting your check. We may not honor the check if the person refuses to provide us with requested identification.

### Are there special rules if you want to make a large cash withdrawal or deposit?

We may place reasonable restrictions on a large cash withdrawal. These restrictions include requiring you to provide reasonable advance notice to ensure we have sufficient cash on hand. We do not have any obligation to provide security if you make a large cash withdrawal. If you want to deposit cash for a very large amount, we have the right to require you to provide adequate security or exercise other options to mitigate possible risks.

### Are we responsible for reviewing checks for multiple signatures?

No, we are not responsible for reviewing your checks or other transactions for multiple signatures. We do not support multiple signature requirements and we may act on the instructions of any one authorized signer on your account. If you have indicated that more than one signature is required to transact on your account, you acknowledge and agree that such requirements are for your own control purposes only, and we will not be liable if a check or other transaction is processed without multiple signatures.

### Are we required to honor dates and special instructions written on checks?

No, we may, without inquiry or liability, pay a check even if it

- Has special written instructions indicating we should refuse payment (e.g., "void after 30 days" or "void over $100");
- Is stale-dated (i.e., the check's date is more than six months in the past), even if we are aware of the check's date;
- Is post-dated (i.e., the check's date is in the future); or
- Is not dated.

We may also pay the amount encoded on your check in U.S. dollars, even if you wrote the check in a foreign currency or made a notation on the check's face to pay it in a foreign currency. The encoded amount is in the line along the bottom edge of the front of the check where the account number is printed.

### Can you use a facsimile or mechanical signature?

Yes, if you use a facsimile or mechanical signature (including a stamp), any check appearing to use your facsimile or mechanical signature will be treated as if you had actually signed it.

### Are we liable for paying a consumer ACH debit entry on your account? (Business accounts only)

No, under the ACH operating rules, certain types of ACH debit entries may only be presented on a consumer account (each, a consumer ACH debit entry). We will have no obligation to pay, and no liability for paying, any consumer ACH debit entry on your account.

### What is the acceptable form for your checks?

Your checks must meet our standards, including paper stock, dimensions, and other industry standards. Your checks must include our name and address, as provided by us. Certain check features, such as security features, may impair the quality of a check image that we or a third party create.

We reserve the right to refuse checks that do not meet these standards or cannot be processed or imaged using our equipment. We are not responsible for losses that result from your failure to follow our check standards.

**Exhibit 2 to Complaint**
**Page 62**

## Issuing stop payment orders and post-dated checks

### How do you stop payment on a check?

You may request a stop payment on your check in a time and manner allowing us a reasonable opportunity to act on it before we pay, cash, or otherwise become obligated to pay your check. You can request a stop payment of a check through wellsfargo.com, by phone, or by visiting your local branch and speaking with a banker.

Each stop payment order is subject to our verification that we have not already paid or otherwise become obligated to pay the check from your account. This verification may occur after we accept your stop payment order.

In order to issue a stop payment order on a check, we request the following information:

- Your bank account number,
- The check number or range of numbers,
- The check amount or amounts,
- The payee(s) name(s), and
- The date on the check.

We are not responsible for stopping payment on a check if you provide incorrect or incomplete information about the check.

### What is the effective period for a stop payment order?

A stop payment order on a check is valid for six months. We may pay a check once a stop payment order expires. You must place a new stop payment order if you do not want it to expire. We treat each renewal as a new stop payment order. We will charge you for each stop payment order you place (as well as each renewal).

### How do you cancel a stop payment order?

To cancel a stop payment order, we must receive your request in a time and manner allowing us a reasonable opportunity to act on it.

### Are you still responsible if we accept a stop payment on a check?

Yes, even if we return a check unpaid due to a stop payment order, you may still be liable to the holder (e.g., a check cashing business) of the check.

### How can you prevent a post-dated check from being paid before its date?

A post-dated check is a check you issue with a date in the future. We are not responsible for waiting to honor the check until that date, unless you instruct us to do so through the use of a stop payment order for the check. You are responsible for notifying us to cancel the stop payment order when you are ready to have that check paid.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint**
**Page 63**

## Issuing stop payment orders and post-dated checks

### Can you stop payment on a purchase transaction?

No, unless the purchase is a preauthorized electronic fund transfer from a consumer account.

### Can you stop payment on a preauthorized electronic fund transfer?

Yes, if your account is a consumer account.

- **Right to stop payment:** If you have told us in advance to make regular (recurring) payments out of your account, you can stop any of these payments. Here's how:

  Call Wells Fargo Phone Bank at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request three business days or more before the payment is scheduled. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. There is no fee to stop a regular (recurring) payment using the debit card.

- **Notice of varying amounts:** If the amount of these regular (recurring) payments vary, the party you are going to pay should tell you 10 days before each payment, when it will be made and how much it will be. (The party you are going to pay may allow you to choose to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

- **Liability for failure to stop payment:** If you order us to stop one of these payments three business days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

**Exhibit 2 to Complaint
Page 64**

## Your account ownership

### How do we treat accounts owned by more than one customer?

You can choose to open an account with one or more other individuals. In these instances, we will treat all account holders as joint tenants with right of survivorship unless

- State laws governing your account require other treatment, or
- We otherwise agree with you in writing that the account is owned in some other capacity.

Regardless of the form of ownership, we will not maintain a separate record of each co-owner's interest in the account. We may act on instructions from any co-owner (or a co-owner's representative) without another account co-owner's consent. These actions include instructions to withdraw or transfer funds, make payments, or close the account.

### Are we allowed to pay money requested by a co-owner?

Yes, we may pay any money in the account requested by any co-owner (or a co-owner's legal representative), regardless of

- Their contributions,
- Whether any other co-owner is incapacitated or deceased, or
- Whether the account includes a right of survivorship.

### What are the forms of account ownership?

**Joint tenants with right of survivorship:** When you hold an account as joint tenants with right of survivorship and one of you dies, the account is payable to the surviving co-owner, subject to our rights under the Agreement.

**Tenants-in-common:** When you hold an account as tenants-in-common, it is payable upon the death of an accountholder, in whole or in part, to any surviving co-owner on the account or the deceased owner's personal representative, heirs, or successors. This is subject to our rights under the Agreement.

**Community property:** An account is held as community property when spouses have equal and undivided interests in the account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest by will. Community property does not exist in every state. Ask your legal adviser to understand if this applies to your account.

### What is a Pay On Death (POD) account?

A POD account is payable on your death (or the death of the last surviving co-owner) to one or more payees named in the title of the account. When the title of an account includes language like "in trust for (ITF)," "transfer on death (TOD)," or similar language, the account is treated as a pay on death account.

You may change, add, or remove the name of any payee or beneficiary anytime by providing us with proper written notice. Generally, the payee or beneficiary must survive all owners in order to receive their share of funds from a POD account.

### How are Uniform Transfers/Gifts to Minors Act accounts handled?
(Consumer accounts only)

An account established under a state's Uniform Transfers/Gifts to Minors Act is controlled by the custodian (or a successor custodian). Only the named custodian (or successor custodian) is authorized to instruct us regarding the account. We may, however, disclose information about the account to the minor or the minor's representative. When the minor reaches the applicable age of majority, we may pay the funds on deposit in the account to the minor in accordance with the custodian's duty without waiting for instructions from the custodian.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

34

**Exhibit 2 to Complaint
Page 65**

## Your account ownership

### How are minor by accounts handled? (Consumer accounts only)

One or more adults may open an account in the name of a minor by the adult(s) as allowed by the laws governing your account. An adult is a person who has reached the age of majority. Beneficial ownership of the funds deposited in the account vests exclusively in the minor. The adult has exclusive control of the account until the minor reaches the applicable age of majority.

If there is more than one adult, each may act independently. We are not obligated to inquire about the use of the funds. When the minor reaches the age of majority, we may act on the instructions of either the minor or the adult. If the adult (or the last of the adults to survive) dies before the minor reaches the age of majority, we may transfer the funds to the custodian according to the applicable Uniform Transfers/Gifts to Minors Act.

### Can you transfer ownership of your account?

No assignment will be valid or binding on us, and we will not be considered to have knowledge of it, until we consent and the assignment is noted in our records. However, by noting the assignment, we do not have any responsibility to assure that the assignment is valid. Any permitted assignment of your account is subject to our setoff rights.

The Agreement is binding on your personal representatives, executors, administrators, and successors, as well as our successors and assigns.

### What if an owner does not sign account documentation?

The failure of a customer identified in our records as an owner or a co-owner of an account to sign the account application or other account-related documentation does not prevent us, in our sole discretion, from treating the customer as an owner or a co-owner of that account; we are not liable to anyone as a result.

### Are all joint owners responsible for liabilities on your account?

Yes, all joint owners are each individually and jointly responsible for any overdraft on your account, regardless of who caused or benefited from the overdraft. If there is a setoff, an enforcement of our security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy) affecting any co-owner, we have the right to treat all funds in the account as belonging to the customer against whom the setoff, enforcement of the security interest, or other legal action is directed. If your account is closed for unsatisfactory handling, we may report all joint owners to the consumer reporting agencies.

### What happens upon the death or incompetence of an authorized signer or account owner?

Please notify us promptly if you learn or suspect an account owner or signer has been declared incompetent by a court or a legal authority, or has died. When we receive proper notice, we may

- Freeze the account until we receive documents verifying the incapacity or death and instructions regarding the funds remaining in the account,
- Pay (without inquiring) any item authorized by the account owner before being declared incompetent or dying,
- Return or reverse deposits made to the account, and
- Apply funds in the account to any debt the account owner owes us before recognizing the rights to any remaining funds of a surviving joint owner or other person.

If we are liable for taxes because we released funds in an account after the account owner's death, the account owner's estate is responsible for reimbursing us for the taxes.

**Exhibit 2 to Complaint
Page 66**

## Your account ownership

**Consumer and Sole Proprietors Only**

If an account owner dies or is declared incompetent we may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

**For all other businesses**

Upon notification to the Bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

36

**Exhibit 2 to Complaint**
**Page 67**

## Interest earning accounts

### What interest rate applies to an interest earning account?

When you open an interest earning account, we will provide a rate sheet listing the current interest rate and Annual Percentage Yield (APY) for your account. Interest earning accounts earn interest at a variable rate, except Time Accounts (CDs). We may change the interest rate for variable-rate accounts at any time. The interest rate may vary depending on your daily balances (tiered-rate account). We may pay the same interest rate on more than one tier. The tiers and corresponding interest rates are disclosed in the rate sheet.

### How do we calculate earned interest?

We calculate interest using the daily collected balance method. This method applies a daily periodic rate to the collected balance in your account each day. Interest is calculated using a 365-day year, unless otherwise noted for business accounts in the Business Schedule.

### When does a deposit begin accruing interest?

Cash deposits begin accruing interest the same business day a deposit is credited to your account. If you deposit an item such as a check, interest begins accruing on the business day we receive credit for the item.

### Is interest compounded and when is it credited?

Interest will compound on a daily basis. For checking and savings accounts, interest will be credited on a monthly basis.

### What is the difference between Annual Percentage Yield (APY) and Annual Percentage Yield Earned (APYE)?

The Annual Percentage Yield (APY) is a percentage rate reflecting the total amount of interest paid on an account based on the interest rate and the frequency of compounding for a 365-day period. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your account during the statement period and the average daily balance in the account for the statement period.

We calculate both your APY and APYE according to formulas established by federal regulations. The APYE appears on your account statement.

### Do we have the right to require notice of withdrawal from your savings account?

Yes, we have the right to require seven days written notice before you withdraw money from your savings account.

### Are you required to obtain a tax identification number certification?

Yes, in most instances, Treasury regulations require us to obtain a Taxpayer Identification Number ("TIN") for each account. To avoid backup withholding tax on accounts that earn interest or dividends, you are required to submit IRS Form W-9 or Form W-8BEN and supporting information and/or documentation to us. U.S. citizens or other U.S. persons, including resident alien individuals, must provide a Form W-9. If you are a non- resident alien as defined by the IRS, you must provide a Form W-8BEN.

Until we have received the Form(s) W-9 or W-8BEN completed and signed per IRS Regulations, or any other required forms, we will pay interest and comply with the backup withholding requirements of the IRS.

**Exhibit 2 to Complaint**
**Page 68**

## Interest earning accounts

Other types of Form W-8 plus additional documentation may be required if you are a foreign partnership, foreign government, or are claiming an exemption based on Effectively Connected Income.

If you own your account as a sole proprietor, upon your death, we must be provided with the estate's or successor's TIN or we may either refuse to pay interest earned on your account since the date of your death or withhold a portion of the interest that has been earned on your account since the date of your death.

### Regulation D savings account transaction limit and other limited activity

Regulation D and Wells Fargo limit certain types of withdrawals and transfers from a savings account to a combined total of six per monthly fee period. The dates of your fee period are located in the section of your savings account statement called "Monthly service fee summary." For the Portfolio by Wells Fargo, Portfolio by Wells Fargo Plus and Portfolio by Wells Fargo Premier programs, the fee period begins on the first business day, and ends on the last business day, of the calendar month.

**Limited by Regulation D:**

- Transfers by phone using our automated banking service or speaking with a banker on the phone
- Transfers or payments through online, mobile, and text banking (including Bill Pay and person-to-person payments such as Zelle®)
- Transfers to a checking account for Overdraft Protection
- Pre-authorized transfers and withdrawals (including recurring and one time)
- Payments to third parties such as checks, drafts, or similar transactions (counted when they are posted to your account and not when they are written)
- Debit or ATM card purchases that post to the savings account

**Limited by Wells Fargo:**

- Transfers and payments to Wells Fargo credit cards, lines of credit, and loans
- Outgoing wires whether made in person, on the telephone, or online

**Not limited:**

- Except as limited above, there are no limits on the following in-person transactions at a Wells Fargo ATM or banking location:
  – Transfers between your Wells Fargo accounts
  – Withdrawals
  – Any types of deposits
- Withdrawals made at non-Wells Fargo ATMs. Non-Wells Fargo ATM fees and surcharge fees imposed by non-Wells Fargo ATM owners or operators may apply.

### What happens if you exceed your limit?

If you exceed the limit stated above, you will be charged an excess activity fee (see the Consumer Schedule or Business Schedule, as applicable). If the limit is exceeded on more than an occasional basis, Wells Fargo may be required to convert the savings account to a checking account, which would discontinue any Overdraft Protection it might be providing to another account, or close the account.

If the transaction limit is reached, we may prevent online and telephone transfers from your savings account for the remainder of the monthly fee period to help you avoid fees and account conversion or closure.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

38

**Exhibit 2 to Complaint
Page 69**

## Time Accounts (CDs)

### What are Time Accounts?

Time Accounts (CDs) are payable at the expiration of a specified term, no less than seven calendar days after the date of deposit. We may also refer to a Time Account as a CD or a Certificate of Deposit, even though we do not issue a paper certificate when opening the account or require a paper certificate to close the account. The CD's maturity date is the last day of the term for the CD. The maturity date is printed on your receipt.

### When can you withdraw funds from your CD?

You may withdraw funds from your CD on the maturity date without a penalty. You may also generally withdraw funds without a penalty within the seven calendar days after the maturity date (grace period). You may be charged a penalty if you make a withdrawal at any other time. See the "Time Accounts (CDs)" section of the Consumer Schedule or the Business Schedule, as applicable, for details.

### Can you deposit additional funds into your CD?

You can only deposit additional funds during the grace period.

### Will your Annual Percentage Yield (APY) change if you withdraw interest before maturity?

The APY we disclose to you assumes the interest you earn will remain on deposit until your CD matures. If you withdraw your earned interest before maturity, your account will earn less interest over time and the actual APY will be less than the disclosed APY.

### How does your CD renew?

Your CD will automatically renew at maturity

- Typically for a like term unless we inform you prior to maturity of a different term; and
- At our interest rate in effect on the maturity date for a new CD of the same term and amount, unless we have notified you otherwise.

**Exhibit 2 to Complaint
Page 70**

## Debit cards and ATM cards

This part describes ways to use services for your account using a card. Some services may not be available at all locations. We may require you to sign additional documentation to obtain a debit or ATM card. You will receive terms and conditions applicable to your card when you receive the card. In the event of a conflict between the terms and conditions and the Agreement, the terms and conditions will control. Additional disclosures applicable to these services are provided in the Consumer Schedule or Business Schedule, as applicable.

### Issuance of a card and Personal Identification Number (PIN)

We may issue a card to each account owner to access your accounts. If you do not select a PIN when you request your card, we will send a randomly selected PIN.

If you would like a PIN for authentication purposes but do not request a debit or ATM card, we can provide a PIN issued only for authentication purposes. This PIN can only be used for authentication and cannot be used for purchase transactions or ATM access.

### Protection of card and PIN

You should securely protect your card and PIN from loss or theft. Each cardholder must have his or her own unique PIN for the card and is responsible for maintaining confidentiality of the PIN. Memorize the PIN. Never write the PIN on the card or share it with anyone, including our employees. Never allow anyone else to use the card or PIN. If the card or PIN is given to another person, the account owner will be responsible for all transactions made by that person or anyone else to whom that person gives the card or PIN. Notify us immediately if the card is lost or stolen, or is no longer secure.

### Instant issue debit card

The instant issue debit card is a temporary debit card. We will deactivate the instant issue debit card either when you activate your permanent debit card or 30 days after we issue your temporary debit card, whichever is sooner. If a new or replacement permanent debit card was not requested, your temporary debit card will terminate in 30 days.

### Wells Fargo ATMs in Assisted-Service mode

Some Wells Fargo ATMs in branches can operate in Assisted-Service mode during branch hours. When in Assisted-Service mode, the ATM screen's main menu will display an "I need assistance" option. If you are a consumer customer, your card's daily ATM withdrawal limit may not apply, and you may be able to access and perform transactions on some of your consumer deposit accounts that are not linked to your card. If you are a business customer, your card's daily ATM withdrawal limit may not apply. Note: if you are accessing the ATM in Assisted-Service mode (a) using an ATM Access Code, see "ATM Access Codes" for more details, or (b) using a mobile device, see "Using your card through a mobile device" for more details.

### Linking accounts for card access and designating primary account

Linking lets you add accounts you own (e.g., checking, savings) to a debit or ATM card, giving you access to make transactions on multiple accounts with one card at Wells Fargo ATMs. At most ATMs, you only have access to accounts linked to your card. When an ATM is in Assisted-Service mode, however, and if you are a consumer customer you may be able to use your consumer card to access and perform transactions on your consumer accounts that are not linked to your card.

If you link only one account of a single type (e.g., checking or savings accounts) to the card, that linked account is automatically designated as the primary account for purposes of electronic fund transfer services. The primary account for a consumer debit card must be an

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint**
**Page 71**

## Debit cards and ATM cards

eligible consumer checking account. The primary account for a business debit card must be an eligible business checking account. The money for purchases and payments made with your card is deducted from the primary account. Cash withdrawals using a card at a non-Wells Fargo ATM are deducted from the primary checking or savings account.

If you link more than one account of a single type to the card, you may designate a primary account and other accounts. If you do not designate a primary account, the first account of that type linked to your card is considered the primary account. If a primary account linked to the card is closed or delinked for any reason, we will designate another linked account (if applicable) as the new primary account. If this linked account is a savings account, your debit card will be closed and you can request an ATM card. [Note: for Wells Fargo campus debit cards with school access functionality, your banking access will be closed but your card can still be used for school access functionality]. We will determine the number and type of accounts you can link to your card.

**If you have been issued a debit card as part of using the Greenhouse app:** Your card will be linked to your Greenhouse Spending Account as the primary account, and linked to your Greenhouse Set Aside Account as the secondary account. You can choose to link additional accounts to your card at any time. It is important to keep the Greenhouse accounts open and linked as described above for the Greenhouse app to work properly.

## Using a card to access linked credit card and line of credit accounts at ATMs

If you link your Wells Fargo credit card account or eligible line of credit account (linked credit card) to your card, you may use the card to access the linked credit account at any Wells Fargo ATM. You can use the card to obtain cash or transfer funds from the linked credit account, as long as the linked credit account is in good standing and has available credit. Cash withdrawals and transfers of funds from your linked credit account are treated as cash advances. Each of these transactions is subject to the provisions of the applicable credit card account agreement or line of credit account agreement, including daily limits and cash advance fees.

You must notify us in case of errors or questions about your Wells Fargo credit card bill. If you think your bill is wrong or if you need more information about a transaction on your bill, write to us at Wells Fargo Card Services, P.O. Box 522, Des Moines, IA, 50302-9907. You also may call us at the telephone number listed on your account statement. However, you must write to us to preserve your billing rights. Please consult your applicable credit account agreement for complete information on the terms and conditions applicable to your linked credit account, including the rules relating to cash advances from, and payments to, your linked credit accounts.

## Using your card

The tables (on pages 42 and 43) show how you can use your card to make purchases and payments, make transfers, use ATMs, and other services.

Using your card can include using your physical card, accessing your card by using it through a mobile device, or via an ATM Access Code, as noted in the chart on page 43.

**Note:** Some services described on pages 42 and 43 may not be available at all ATMs or merchants.

**Exhibit 2 to Complaint
Page 72**

## Debit cards and ATM cards

| To purchase or pay | | | |
|---|:---:|:---:|:---:|
| **Actions** | **Debit card** | **ATM card[1]** | **Business deposit card** |
| At merchants who accept payments through a network in which we participate (e.g., Visa® and MasterCard®) | √ | √ | |
| Pay bills directly to merchants or other providers with your card, or through a mobile device at merchants who accept mobile payments | √ | | |
| Request cash back when making a purchase with your PIN at merchants who offer this service (only available when using your physical card) | √ | √ | |
| Through a mobile device at merchants who accept mobile payments (see "Using your card through a mobile device" for more details) | √ | | |
| Choose whether and how you receive a receipt at the time you use your card at a merchant terminal. | √ | √ | |

| At Wells Fargo ATMs | | | |
|---|:---:|:---:|:---:|
| **Actions** | **Debit card** | **ATM card** | **Business deposit card** |
| View your account balances | √ | √ | |
| Withdraw cash | √ | √ | |
| Make deposits to your accounts | √ | √ | √[2] |
| Transfer funds between your accounts | √ | √ | |
| Make payments to your Wells Fargo credit card | √ | √ | |
| Get a statement of the last 10 transactions[3] | √ | √ | |
| Get a statement of the balances of your accounts[3] | √ | √ | |
| Choose how you want to receive your ATM receipt: printed, emailed to the address on file or to your Wells Fargo Online secure inbox, for consumer cards, to your mobile phone number on file (availability may be affected by your mobile carrier's coverage area, and your mobile carrier message and data rates may apply) | √ | √ | √[4] |

| Via card-free access to Wells Fargo ATMs | | | |
|---|:---:|:---:|:---:|
| **Actions** | **Debit card** | **ATM card** | **Business deposit card** |
| Use your mobile device to access Wells Fargo ATMs displaying the contactless symbol to perform the ATM transactions listed above (see "Using your card through a mobile device" for more details) | √ | | |

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

42

**Exhibit 2 to Complaint
Page 73**

## Debit cards and ATM cards

| Via card-free access to Wells Fargo ATMs (continued) | | | |
|---|---|---|---|
| **Actions** | **Debit card** | **ATM card** | **Business deposit card** |
| Use an ATM Access Code to access Wells Fargo ATMs to perform the ATM transactions listed above (see "ATM Access Codes" for more details) | √ | √ | |

| At non-Wells Fargo ATMs[5] | | | |
|---|---|---|---|
| **Actions** | **Debit card** | **ATM card** | **Business deposit card** |
| View your account balance (fees may apply) | √ | √ | |
| Withdraw cash (fees may apply) | √ | √ | |
| Transfer funds between accounts (fees may apply) | √ | √ | |

| Via electronic credit transfers | | | |
|---|---|---|---|
| **Actions** | **Debit card** | **ATM card** | **Business deposit card** |
| Receive transfers, such as those through card networks or funds transfer systems | √ | | |

[1] Purchases using an ATM card are only available at merchants who accept payments through networks in which we participate and require a PIN to authorize the purchase.

[2] At an ATM the business deposit card and associated PIN can only be used only to make ATM deposits. The card can be issued to an authorized signer on the business accounts. It also can be issued to a non-authorized signer at the request of an authorized signer. When the card is used to make an ATM deposit, account balances are neither displayed on the ATM screen nor printed on the ATM receipt. The card PIN cannot be used for authentication for phone or online access.

[3] Statements at ATMs should not be used in place of the account statement for balancing or verifying the actual account balance.

[4] Business deposit cards are able to only receive printed receipts.

[5] Non-Wells Fargo ATMs are part of ATM networks owned or operated by other financial institutions. You can use your card to withdraw cash and check balances, and transfer funds between the accounts linked to your card as primary checking and primary savings. Note: 1) Some non-Wells Fargo ATMs may not give you the option of choosing which account to access or may only let you access one of these two accounts. 2) Some transactions may not be available at all ATMs, may be different from those available at Wells Fargo ATMs, or may be limited to any withdrawal limit(s) set by the non-Wells Fargo ATM.

**Exhibit 2 to Complaint
Page 74**

## Debit cards and ATM cards

### ATM and merchant terminal malfunctions

We are not responsible for damages resulting from an ATM or merchant terminal malfunction, except to the extent that malfunction results in an error (see "In case of errors or questions about your electronic fund transfers" for more details). Please promptly notify us if a Wells Fargo ATM fails to dispense the correct amount of cash or provide a receipt by calling or writing us at the telephone number or address provided on your account statement.

### Fees for use of card

We will charge a fee for each non-Wells Fargo ATM transaction you perform (except if waived by the terms of your account). In addition, the non-Wells Fargo ATM owner/operator will also charge a fee (unless waived by the terms of your account). This fee is included in the total transaction amount that is withdrawn from your account. Transactions will be limited to any withdrawal limits set by the non-Wells Fargo ATM.

We will charge a fee if you make an over-the-counter (teller assisted) cash disbursement at a non-Wells Fargo bank that accepts Visa-branded cards. Some merchants may assess a fee when you use your card for a purchase. This fee will be included in the total purchase amount.

Additional fees applicable to use of the card are provided in the Consumer Schedule or Business Schedule, as applicable.

### Daily limits and funds available for use with cards

You may use your card subject to 1) your daily ATM withdrawal limit and daily purchase limit, and 2) your available balance in your account. The following rules apply:

**Limits on dollar amounts**

- Daily ATM withdrawal limit is the maximum amount of cash you can withdraw from any combination of accessible accounts using your card. When an ATM is in Assisted-Service mode, your card's daily ATM withdrawal limit may not apply.
- Daily purchase limit is the maximum U.S. dollar amount of purchases (including cash back, if any) that can be authorized each day on your account.
    - If your daily purchase limit is more than $99,999, you may ask that the merchant process multiple transactions to complete a purchase above this amount.

**Limits for your card**

We provide you your daily ATM withdrawal and purchase limits when you receive your card. You can confirm your card's daily limits by signing on to Wells Fargo Online, Wells Fargo Business Online, or the Wells Fargo Mobile® app, or calling us at the number listed in the "How to reach Wells Fargo" section.

**Changes to your card limits**

We may, without telling you, increase your daily purchase or ATM withdrawal limit based on account history, activity, and other factors. If we decrease the limits of your card, we will notify you in accordance with applicable law.

**Definition**

For purposes of the daily limits only, a day is defined as the 24-hour period from midnight to midnight, Pacific Time. If a transaction is made in another time zone, it will be processed when we receive it.

**Other limits**

There is generally no limit on the number of times the card may be used each day as long as the applicable daily ATM withdrawal limit and daily purchase limit are not exceeded and there is a sufficient available balance in any combination of your deposit accounts accessed for withdrawal.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

44

**Exhibit 2 to Complaint
Page 75**

## Debit cards and ATM cards

- If the ATM transaction or purchase would create an overdraft on the account, we may, in our sole discretion, take any of the actions described in the section of the Agreement titled "Available balance, posting order, and overdrafts." The availability of deposits for withdrawal is described in the funds availability policy.

- When we approve a transaction or purchase, we call that an authorization. We may limit the number of authorizations we allow during a period of time (e.g., if we notice out-of-pattern use of your card, or suspected fraudulent or unlawful activity). For security reasons, we cannot explain the details of the authorization system. If we do not authorize the payment, we may notify the person who attempted the payment that has been refused. We will not be responsible for failing to give an authorization.

### Illegal transactions

You must not use your card or account for any illegal purpose. You must not use your card or account to fund any account that is set up to facilitate internet gambling, except certain government (or state) owned lotteries and certain government-licensed online casinos and horse/dog racing. In our discretion, we may allow or deny transactions or authorizations from merchants who are apparently engaged in or who are identified as engaged in the internet gambling business.

### Using your card through a mobile device

A mobile device means a smartphone, tablet, or any other hand-held or wearable communication device that allows you to electronically store or electronically present your debit card or debit card number (digital card number) and use that digital card number to make debit card transactions.

When you use your debit card with your mobile device for transactions:

- Availability may be affected by your mobile carrier's coverage area, and your mobile carrier may charge you message and data rates, or other fees.

- Your debit card information is sent across wireless and computer networks.

- Information about your mobile device may be transmitted to us.

- You should secure the mobile device the same as you would your cash, checks, credit cards, and other valuable information. We encourage you to password protect or lock your mobile device to help prevent an unauthorized person from using it.

- Please notify us promptly if your mobile device containing your digital card number is lost or stolen.

- When you make a purchase or payment using your mobile device, the merchant will not provide an option for cash back.

- Some Wells Fargo ATMs within secure locations may require a physical card for entry.

- You can access Wells Fargo ATMs that display the contactless symbol by holding your mobile device close to the contactless symbol.

- Each time you access a Wells Fargo ATM with your mobile device and card PIN, you can perform one monetary transaction (such as a cash withdrawal), or one non-monetary transaction (such as a balance inquiry) before your one monetary transaction.

- If you are accessing the ATM in Assisted-Service mode using your mobile device, your card's daily ATM withdrawal limit will apply and you will not be able to access accounts that are not linked to your card.

When you use your debit card with your mobile device for transactions, third parties, such as merchants, card association networks, mobile carriers, mobile wallet operators, mobile

**Exhibit 2 to Complaint**
**Page 76**

## Debit cards and ATM cards

device manufacturers, and software application providers may 1) use and receive your digital card number, and 2) receive information about your mobile device.

If you have enrolled in Overdraft Protection and/or Debit Card Overdraft Service, those terms will apply to debit card transactions made through a mobile device. For additional information, please see the section on "Available balance, posting order, and overdrafts."

We may, at any time, partially or fully restrict your ability to make debit card transactions through a mobile device. If you want to remove your digital card number from your mobile device, please contact using the information listed in the "How to reach Wells Fargo" section.

### ATM Access Codes

Upon your request, we may provide you with a secure access code. This code (when used together with the PIN associated with your eligible card) allows you to access your accounts for certain transactions at Wells Fargo ATMs. Use of this code with the associated card PIN is equivalent to use of the card at a Wells Fargo ATM. Some Wells Fargo ATMs within secure locations may require a physical card for entry.

We will display your code within our mobile app or send it to your mobile phone via text message if requested. Availability may be affected by your mobile carrier's coverage area, and your mobile carrier may charge you message and data rates, or other fees. The length of time your code can be used will be provided with the code. Each access code is temporary and can be used only once. With each access code you enter at the ATM, you can perform one monetary transaction (such as a cash withdrawal), or one non-monetary transaction (such as a balance inquiry) before your one monetary transaction.

Note: If you are accessing the ATM in Assisted-Service mode using an ATM Access Code, your card's daily ATM withdrawal limit will apply and you will not be able to access accounts that are not linked to your card.

### Card on file with merchants

If you give your debit card number to a merchant with authorization to bill it for recurring payments, or to keep it on file for future purchases or payments, the merchant may receive updated card information to process such payments, for example, if the merchant participates in the Visa Account Updater Service or a similar service. However, since not all merchants receive updated card information,  we recommend you notify each merchant of your new debit card number and/or expiration date to ensure your payments continue uninterrupted. If you have a card on file with a merchant and want to cancel the relationship be sure to cancel the relationship with the merchant directly.

### Authorization holds for card transactions

For all card purchase transactions, we may place a temporary hold on some or all of the funds in the account linked to your card when we obtain an authorization request. We refer to this temporary hold as an authorization hold. The funds subject to the hold will be subtracted from your available balance.

We can place an authorization hold on your account for up to three business days (or for up to 30 business days at the Bank's discretion for certain types of debit card transactions, including but not limited to, international car rental and hotel) from the time of the authorization or until the transaction is paid from your account. However, if the merchant does not submit the transaction for payment within the time allowed, we will release the authorization hold. This means your available balance will increase until the transaction is submitted for payment by the merchant and posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. In some

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 2 to Complaint
Page 77**

## Debit cards and ATM cards

situations, the amount of the hold may differ from the actual transaction amount since the merchant may not know the total amount you will spend. For example, a restaurant submits the authorization request for your meal before you add a tip.

**Note:** You might end up overdrawing the account even though the available balance appears to show there are sufficient funds to cover your transaction. For example, if a merchant does not submit a one-time debit card transaction for payment within three business days of authorization (or within 30 business days at the Bank's discretion for certain types of debit card transactions, including but not limited to, international car rental and hotel), we must release the authorization hold on the transaction even though we will have to honor the transaction. The transaction will be paid from the funds in the account when we receive it for payment.

You should record and track all of your transactions closely to confirm your available balance accurately reflects your spending of funds from the account linked to your card.

### Partial authorization for card transactions

If a debit card or ATM card purchase amount exceeds the current available balance in the primary linked checking or savings account when you are making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the Bank and your card's daily dollar limit.

We will first try to approve the full amount of the purchase with the available funds in your checking account, account(s) linked for Overdraft Protection, and, if enrolled, using Debit Card Overdraft Service. If we do not approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your checking account.

This is called a partial authorization. The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you are unable/unwilling to provide an additional form of payment, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

### Transactions outside the United States

If a card is used to make an ATM withdrawal or a purchase outside the United States, the network handling the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a purchase only, the merchant handling the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives or the government-mandated rate in effect for the applicable central processing date. If the merchant handling the purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, we may also charge an international purchase transaction fee, which we base on the amount provided to us by the network (e.g., Visa, MasterCard) in U.S. dollars.

### Ending your card use

Your card is our property. We may cancel your card at any time without notice to you. You may cancel your card at any time by writing to us at the address provided in your account statement. If the account is closed or the card is cancelled, you will immediately destroy the card(s) and, upon request, tell us in writing that the card(s) has been destroyed. If requested,

**Exhibit 2 to Complaint**
**Page 78**

## Debit cards and ATM cards

you must immediately return the card(s) to us. If your card is cancelled, you must pay for any card transactions made before the card is cancelled.

For the Wells Fargo Campus Card program, school issued campus cards are the property of the school. We may cancel your card banking access at any time without notice to you. You may cancel your banking access at any time by writing to us at the address provided in your account statement. If your banking access is cancelled, you must pay for any card transactions made before the banking access is cancelled.

### Helping protect your card

### Liability for unauthorized transactions according to Regulation E
(consumer card transactions only)

Tell us AT ONCE if you believe your card, card number, or PIN has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan). If you tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, you can lose no more than $50 if someone used your credentials without your permission (however, see "Zero Liability protection (consumer and business card transactions only)" below).

If you do NOT tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose up to $500 (however, see "Zero Liability protection (consumer and business card transactions only)" below).

Also, if your account statement shows transfers that you did not make or authorize, including those made by your card, PIN, or other means, tell us at once. If you do not notify us within 60 days after the statement was mailed or was otherwise made available to you, you will be liable for any additional unauthorized transactions that occurred after the 60-day period and before you provided notice to us (if we can prove we could have stopped those transactions had you promptly notified us). This will apply even to unauthorized transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time periods.

### Zero Liability protection (consumer and business card transactions only)

**For consumer cards:** Your card comes with Wells Fargo's Zero Liability protection, which provides you with more coverage than what Regulation E requires for consumer cards (see "Liability for unauthorized transactions according to Regulation E (consumer card transactions only)" above).

**For business cards:** Your card comes with Wells Fargo's Zero Liability protection.

With Zero Liability protection, you will have no liability for any card transactions that you did not make or authorize, so long as those transactions occurred before the end of the 60-day period described below.

If your account statement shows card transactions that you did not make or authorize, tell us at once. If you do not notify us within 60 days after the statement was mailed or was otherwise made available to you, you will be liable for any additional unauthorized card transactions that occurred after the 60-day period and before you provided notice to us (if we can prove we could have stopped those card transactions had you promptly notified us). This will apply even to unauthorized card transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time period.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

48

**Exhibit 2 to Complaint**
**Page 79**

## Debit cards and ATM cards

### Additional information for Wells Fargo Campus Card Program customers

Campus debit and campus ATM cards are available for students, faculty, and staff of colleges and universities that participate in the Wells Fargo Campus Card program (schools). Campus debit cards can be identified by the Visa® logo on the front of the card; campus ATM cards do not include a Visa logo.

Wells Fargo campus cards are available two ways: 1) Wells Fargo issued cards and 2) school issued cards. Your school determines which program you participate in.

A Wells Fargo issued card is produced by Wells Fargo. Currently enrolled students, and currently employed faculty members or staff receive them by mail after requesting a card. A card may be requested by bringing a valid school ID to a Wells Fargo branch. It must be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions and expires five years from the date it was issued. At that time, we will issue you a standard Wells Fargo Debit Card.

A school issued card is produced by the school and given directly to currently enrolled students, and currently employed faculty members or staff, by the school. It can be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions.

School issued campus ATM cards can be linked to an eligible deposit account at any time for up to five years from the date it was issued. At five years, the card expires and can no longer be linked to a deposit account or used for purchases or ATM transactions. You can contact Wells Fargo and request a standard Wells Fargo Debit or ATM Card to use for purchases and ATM transactions.

Both Wells Fargo and school issued campus cards are subject to daily dollar limits for purchases and ATM transactions. The first campus debit or campus ATM card you are issued will have the limits listed below. Replacement campus debit or campus ATM cards will have the same limits as the card it replaced. You can confirm your limits by calling us at the number listed in the "How to reach Wells Fargo" section, or by viewing them in Wells Fargo Online.

| Campus debit card limits | |
| --- | --- |
| Your daily ATM withdrawal limit is | $310 |
| Your daily purchase limit is | $1,000 |
| **Campus ATM card limits** | |
| Your daily ATM withdrawal limit is | $310 |
| Your daily purchase limit is | $500 |

To view the Campus Debit and ATM Card Terms and Conditions, please visit wellsfargo.com/debitcardterms (English) or wellsfargo.com/spanishdebitcardterms (Spanish).

**Exhibit 2 to Complaint
Page 80**

## Electronic fund transfer services
### (Consumer accounts only)

### General rules for electronic fund transfer services

We offer a variety of electronic fund transfer services you can use to access funds in your account(s) and perform other transactions detailed in this section. We describe some of these services in this section and also provide certain disclosures that apply to the use of electronic fund transfer services with your consumer account. Some of these services are governed by separate agreements we give to you at the time your card is mailed or you sign up for the service (e.g., ATM and debit cards, Wells Fargo Online and Mobile Banking).

When you read this section, you will see references to Regulation E. This regulation applies to transactions you can perform using your card to access your account, such as purchases and ATM transactions. Regulation E also applies to other types of electronic fund transfers you can make from or to your account, such as payments made using Bill Pay and the direct deposit of your paycheck into your account. Regulation E sets forth the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfers and of the banks or other persons who offer these services. It includes the actions you need to take if you believe your card, your card number, or your Personal Identification Number (PIN) has been lost or stolen, or if you notice an error or unauthorized electronic fund transfer on your account and the rules regarding your potential liability for these transfers. Your responsibilities and protections under Regulation E are described in more detail in the "Electronic fund transfer disclosures" section.

For unauthorized card transactions, in addition to the rights you have under Regulation E, Wells Fargo Zero Liability protection provides you with added protection from liability. For details, see the "Helping protect your card" section in the "Debit cards and ATM cards" part of this Agreement.

The following table summarizes the types of transactions to which Regulation E applies and tells you if Zero Liability protection covers the transaction.

| Debit and ATM card transactions | | | |
|---|---|---|---|
| **Electronic fund transfer** | **Description** | **Transaction covered by Reg E[1]** | **Zero Liability protection[2]** |
| **Wells Fargo ATMs** | View your account balances, make deposits to or withdraw from your account, transfer funds between your accounts, make payments to a linked credit account, obtain a statement of the last 10 transactions (fees may apply) | √ | √ |
| **Non-Wells Fargo ATMs** | Withdraw cash (fees may apply) | √ | √ |

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

50

**Exhibit 2 to Complaint
Page 81**

## Electronic fund transfer services
### (Consumer accounts only)

| Debit and ATM card transactions (continued) | | | |
|---|---|:---:|:---:|
| **Electronic fund transfer** | **Description** | **Transaction covered by Reg E[1]** | **Zero Liability protection[2]** |
| **Purchases at participating merchants** | Purchase goods and services from merchants accepting payments through a network (e.g., Visa and MasterCard) in which we participate (fees may apply) | √ | √ |
| **Over-the counter (teller assisted) cash disbursements at a Wells Fargo location** | Withdraw cash through a teller | √ | √ |
| **Over-the counter (teller assisted) cash disbursements at a non-Wells Fargo location** | Withdraw cash through a non-Wells Fargo teller (fees may apply) | √ | √ |
| **Bill payments** | Authorize one-time or recurring electronic payments from your account using information from your card | √ | √ |

| Electronic transfers, payments, credits, and electronic check conversions | | | |
|---|---|:---:|:---:|
| **Electronic fund transfer services (EFT)** | **Description** | **Transaction covered by Reg E[1]** | **Zero Liability protection[2]** |
| **Transfers** | Send or receive transfers between your accounts or to other recipients at Wells Fargo or other financial institutions | √ | |
| **Payments** | One-time or recurring payments from your account that you initiate or preauthorize for withdrawal from your account | √ | |
| **Credits** | Automatic electronic deposits to your account, such as payroll or benefits payments | √ | |

---

[1] For details, see the "Electronic fund transfer disclosures" part of this Agreement.

[2] For details, see the "Helping protect your card" section in the "Debit cards and ATM cards" part of this Agreement.

**Exhibit 2 to Complaint**
**Page 82**

## Electronic fund transfer services
### (Consumer accounts only)

**Electronic transfers, payments, credits, and electronic check conversions (continued)**

| Electronic fund transfer services (EFT) | Description | Transaction covered by Reg E[1] | Zero Liability protection[2] |
|---|---|---|---|
| **Electronic check conversions** | Electronic fund transfer using information from a check (e.g., the Bank's routing number and your account number) | √ | |

**Phone Bank transactions**

| Electronic fund transfer services (EFT) | Description | Transaction covered by Reg E[1] | Zero Liability protection[2] |
|---|---|---|---|
| **Phone Bank Transactions** (not under a written agreement) | You can request the Phone Bank to make transactions to and from your account | | |
| **Phone Bank Transactions** (under a written agreement) | The Phone Bank, under an agreement, can make transactions to and from your account | √ | |

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

---

[1]  For details, see the "Electronic fund transfer disclosures" part of this Agreement.

[2]  For details, see the "Helping protect your card" section in the "Debit cards and ATM cards" part of this Agreement.

**Exhibit 2 to Complaint
Page 83**

## Electronic fund transfer disclosures
### (Consumer accounts only)

The following provisions apply to electronic fund transfers to or from your consumer deposit account that are governed by Part A of Regulation E.

Note: These provisions do not apply to remittance transfers (e.g., ExpressSend® and consumer-initiated international wire transfers). Remittance transfers you send through us are governed by a separate agreement you enter into when you sign up for the service or send the remittance transfer.

### Liability for unauthorized transactions according to Regulation E

Tell us AT ONCE if you believe your card, card number, or PIN has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan).

If you tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, you can lose no more than $50 if someone used your credentials without your permission (however, see the "Helping protect your card" section in the "Debit card and ATM card" part of this Agreement).

If you do NOT tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose up to $500 (however, see the "Helping protect your card" section in the "Debit card and ATM card" part of this Agreement).

Also, if your account statement shows transfers that you did not make or authorize, including those made by your card, PIN, or other means, tell us at once. If you do not notify us within 60 days after the statement was mailed or was otherwise made available to you, you will be liable for any additional unauthorized transactions that occurred after the 60-day period and before you provided notice to us (if we can prove we could have stopped those transactions had you promptly notified us). This will apply even to unauthorized transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time periods.

### Contact in the event of unauthorized transfer

If you believe your card, card number, or PIN has been lost or stolen, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on your statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

### Preauthorized credits to your account

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can check Wells Fargo Online or Mobile banking, enroll in account alerts, or call Wells Fargo Phone Bank at 1-800-869-3557 to find out whether or not the deposit has been made.

**Exhibit 2 to Complaint
Page 84**

## Electronic fund transfer disclosures
(Consumer accounts only)

### Account statements

Account statements are available as online statements or as paper statements sent by postal mail.

**You must be 13 years old or older to receive online statements.**

Checking accounts will get a monthly account statement. Savings accounts will generally get a quarterly account statement, but will get a monthly account statement if you do one of the following:

- Set up automatic transfers into your savings account,
- Have electronic fund transfer activity in the account, or
- Have a combined statement for your checking and savings accounts.

### Handling preauthorized payments

- **Right to stop payment:** If you have told us in advance to make regular (recurring) payments out of your account, you can stop any of these payments. Here's how:

  Call Wells Fargo Phone Bank at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request three business days or more before the payment is scheduled. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. There is no fee to stop a recurring preauthorized payment using the debit card.

- **Notice of varying amounts:** If the amount of these regular (recurring) payments vary, the party you are going to pay should tell you 10 days before each payment, when it will be made and how much it will be. (The party you are going to pay may allow you to choose to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

- **Liability for failure to stop payment:** If you order us to stop one of these payments three business days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

### Electronic check conversion

You may authorize a merchant or other payee to make a one-time electronic payment from your account using information from your check to 1) pay for purchases, or 2) pay bills.

### Account inquiry

You have the right to contact us to find out whether an electronic transfer has been credited or debited to your account. Call Wells Fargo Bank at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228-6995.

### Receipts

You can get a receipt at the time you make any transfer to or from your account using one of our ATMs or when you use your card at a merchant terminal.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

54

**Exhibit 2 to Complaint
Page 85**

## Electronic fund transfer disclosures
### (Consumer accounts only)

### Our liability for failure to make transfers

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:

- Through no fault of ours, you do not have enough money in your account to make the transfer,
- The transfer would go over the credit limit on a credit account linked for Overdraft Protection,
- The ATM where you are making the transfer does not have enough cash,
- The terminal or system was not working properly and you knew about the breakdown when you started the transfer,
- Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or
- There is some other exception stated in our Agreement with you.

### In case of errors or questions about your electronic fund transfers

If you see an error or have questions about your electronic transfers, if you think your deposit statement or receipt is wrong, or if you need more information about a transfer listed on an account statement or receipt, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on your account statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995 as soon as you can. We must hear from you no later than 60 days after we send the FIRST account statement on which the problem or error appeared, and you should take the following actions:

- Tell us your name and account number (if any) and the dollar amount of the suspected error.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

If you tell us in person or by phone, we may require that you send us your complaint or question in writing within 10 business days.

### Investigations

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we need more time, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale transactions, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Exhibit 2 to Complaint**
**Page 86**

## Phone Bank Services

### How do we verify your identity when you call?

If you have an assigned PIN for your debit or ATM card, or have a PIN issued only for authentication purposes with no associated debit or ATM card, we use your PIN to confirm your identity to allow you to use the automated phone bank system.

If a PIN has not been assigned or if you do not use the automated phone bank system, we will ask for and use a variety of information to verify your identity.

### What transactions are authorized?

You authorize us to comply with any request of a caller using Wells Fargo's telephone banking services, including without limitation a request to transfer funds between or among your accounts, provided we authenticate the caller in compliance with one of the identity verification procedures described above.

### Are we allowed to cancel your PIN issued only for authentication purposes?

Yes, we may cancel your PIN issue only for authentication purposes at any time without notice. If you use a PIN that is not associated with a card, you must use it at least once every six months to ensure we do not cancel your PIN due to inactivity.

### How can you change your PIN?

If you know your PIN associated with a debit or ATM card, you may use the automated phone system or ATM to change your PIN.  If you know  your PIN issued only for authentication purposes, you may use the automated phone system to change your PIN.

If you do not know your PIN, you may change your PIN at a banking location or by calling us to request the mailing of a new randomly selected PIN.

**Consumer:** Wells Fargo Phone Bank at 1-800-TO-WELLS (1-800-869-3557)

**Business:** Wells Fargo National Business Banking Center at 1-800-CALL-WELLS (1- 800-225-5935)

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

**Exhibit 2 to Complaint**
**Page 87**

## Funds transfer services

The following provisions are in addition to, and not in place of, any other agreements you have with us regarding funds transfers. The following provisions apply to funds transfers to or from your account. The terms "funds transfer," "funds-transfer system," "payment order," and "beneficiary" are used here as defined in Article 4A of the Uniform Commercial Code - Funds Transfers, as adopted by the state whose laws govern your account. As used in these provisions, a funds transfer does not include a transaction made using a Wells Fargo issued card. Examples of covered funds transfers are a preauthorized automatic transaction (ACH) like your car or mortgage payment, and wire transfers.

### Rules of funds transfer systems

Funds transfers to or from your account will be governed by the rules of any funds transfer system through which the transfers are made ("System Rules"), including Fedwire, the National Automated Clearing House Association, the Electronic Check Clearing House Organization, any regional association (each an ACH), the Clearing House Interbank Payments System (CHIPS), the Society for Worldwide Interbank Financial Telecommunication ("SWIFT") and the RTP system ("RTP System"). We are under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

### Sending funds transfers/Means of transmission

In acting upon transfer instructions received from you, we may use any means of transmission, funds transfer system, clearing house or intermediary bank that we reasonably selects.

### Notice of funds transfers

We will notify you of funds electronically debited from or credited to your account through the account statement for your account covering the period in which the transaction occurred. We are under no obligation to provide you with any additional notice or receipt.

### Reliance on identification numbers

If an instruction or order to transfer funds describes the party to receive payment inconsistently by name and account number, payment may be made on the basis of the account number even if the account number identifies a party different from the named recipient. If an instruction or order to transfer funds describes a participating financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution.

### Duty to report unauthorized or erroneous funds transfers

You will exercise ordinary care to determine whether a funds transfer from your account was either not authorized or inaccurate, and you will notify us of the facts within a reasonable time not exceeding 14 days after you have received notice from us that the instruction or order was accepted or your account was debited or credited for the funds transfer, whichever is earlier. You must notify us within 14 days to be entitled to a refund from us. If you do not notify us within 14 days, we will be entitled to retain payment for the funds transfer.

### Erroneous payment orders

We have no obligation to detect errors you make in payment orders (e.g., an instruction to pay a beneficiary not intended by you or to pay an amount greater than the amount

**Exhibit 2 to Complaint
Page 88**

## Funds transfer services

intended by you, or a transmission of a duplicate payment order previously sent by you). If we detect an error on one or more occasions, we will not be obligated to detect errors in any future payment order. We will rely on the beneficiary account number and beneficiary bank identification number (e.g., IBAN, RTN, or SWIFT BIC) you provide with an instruction or order. You could lose the funds if you provide incomplete or inaccurate information.

### ACH transactions

In addition to the other terms in the Agreement, the following terms and conditions apply to payments to or from your account that you transmit through an ACH:

- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we do not receive final settlement or payment, we are entitled to a refund from you for the amount credited to your account.
- You hereby authorize any Originating Depository Financial Institution (ODFI) to initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items written or authorized by you.

### Reversal or return of ACH transactions

**Consumer accounts only:** You have the right to reverse any unauthorized ACH payment that was debited from your account. If you give us written notice that you want to reverse a payment, we will credit your account for the amount of the payment. You must notify us no later than 15 days after we send you, or otherwise make available to you, your account statement that reflects the payment you want to reverse. This right of reversal is in addition to your right to stop payment.

**Business accounts only:** Under the ACH Rules, the Bank can return any non-consumer ACH debit entry as unauthorized until midnight of the business day following the business day the Bank posts the entry to your account. In order for the Bank to meet this deadline, you are required to notify us to return any non-consumer ACH debit entry as unauthorized by the cutoff time we separately disclose. The cutoff time is currently 3:00 PM Central Time. If you do not notify us in a timely manner of the unauthorized non-consumer ACH debit entry, we will not be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

### Stop payment orders on ACH debit entries

An "ACH Debit Entry" is an item requesting the withdrawal of funds from your account through ACH. You may request a stop payment order for an ACH debit entry that has not already been paid from your account sender/payee. To be effective, a stop payment order must be received in a time and manner that gives Bank a reasonable opportunity to act on the applicable ACH debit entry. If you provide oral instructions, we may require confirmation in writing.  If such written confirmation is not received, we may remove the stop payment order after fourteen (14) days.  An instruction to revoke a stop payment order must be received in a time and manner that gives us a reasonable opportunity to act on it.

To place a stop payment order on an ACH debit entry, you must provide the following information: (i) your account number (ii) amount of the ACH debit entry, (iii) effective date, and (iv) payee name.  We may request additional information and may, at our sole discretion, use only a portion of the required information in order to identify the ACH debit entry. We

**Exhibit 2 to Complaint
Page 89**

## Funds transfer services

may be able to place a stop payment order based on the company identification number of the sender/payee, but this may stop all ACH entries received from this sender/payee.

### Additional information on ACH debit entries

Information you provided that is incorrect or subject to change (for example, if the sender changes its company identification number or individual identification number) may result in payment of the ACH debit entry. You acknowledge this risk and agree that you are responsible for notifying the sender of the ACH debit entry that your authorization has been revoked. You agree to indemnify and hold us harmless from and against any loss incurred by us as a result of our paying an ACH debit entry if any of the information relied upon in the stop payment order is incorrect or incomplete (or as a result of our not paying an ACH debit entry for which a valid stop payment order is in effect).

### Liability for transactions not covered by Regulation E

For purchases and other transactions in consumer accounts not governed by Regulation E, you are liable for all losses relating to unauthorized funds transfers that do not result solely from our negligence or intentional misconduct, unless the laws governing your account require lesser liability.

### Receiving RTP® Payments

The following additional terms apply to any real-time payments we receive for credit to your account through the RTP System. The terms "sender," "receiver," and "sending bank" are used here as defined in the system rules governing RTP payments ("RTP Rules"). In addition to the RTP Rules, RTP payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.

- The RTP System may be used only for eligible payments between a sender and receiver whose accounts are located in the United States. You may not send or receive payments on behalf of any person or entity not domiciled in the United States. RTP payments that are permitted under the RTP Rules and our requirements are considered eligible payments for purposes of this Agreement.
- RTP payments are final and cannot be cancelled or amended by the sender. If you do not wish to accept an RTP payment received for credit to your account, you may request that we return such payment to the sender. We may, at our sole discretion, attempt to honor such request but will have no liability for our failure to do so.
- RTP payments are typically completed within thirty (30) seconds of transmission of the RTP payment by the sender, unless the RTP payment fails or is delayed due to a review by us or the sending bank, such as for fraud, regulatory, or compliance purposes. Transaction limits imposed by the RTP System or sending bank may also prevent RTP payments from being sent to your account.

We are under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

**Exhibit 2 to Complaint
Page 90**

## Notes

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

60

**Exhibit 2 to Complaint
Page 91**

## How to reach Wells Fargo

| **Wells Fargo accepts Telecommunications Relay Services calls.** | |
|---|---|
| **Wells Fargo Online®** | Visit wellsfargo.com or call 1-800-956-4442 |
| **Wells Fargo Business Online®** | Visit wellsfargo.com/biz or call 1-800-956-4442 |
| **Wells Fargo Phone Bank℠** | 1-800-TO-WELLS (1-800-869-3557) |
| Spanish-speaking customers | 1-877-PARA-WFB (1-877-727-2932) |
| TTY/TDD for deaf and hard-of-hearing customers | 1-800-877-4833 |
| **National Business Banking Center** | 1-800-CALL-WELLS (1-800-225-5935) |
| Spanish-speaking customers | 1-877-337-7454 |
| TTY/TDD for deaf and hard-of-hearing customers | 1-800-877-4833 |
| **Wells Fargo Mobile®** | Visit **Consumer:** wellsfargo.com **Business:** wellsfargo.com/biz/mobile/ or call 1-866-863-6762 |
| **Portfolio by Wells Fargo® customers** | 1-800-742-4932 1-800-600-4833 (TTY/TDD for deaf and hard-of-hearing customers) |
| **Greenhouse by Wells Fargo customers** | 1-877-246-3912 |
| **IRA and ESA customers** | 1-800-BEST-IRA (1-800-237-8472) |
| **Customers outside the U.S.** | Visit wellsfargo.com/help/international-access-codes to view a list of our International Access Codes. |

**For all other accounts, please refer to your statement for contact information.**

This Agreement governs deposit accounts maintained at Wells Fargo Bank, N.A.
© 2019 Wells Fargo Bank, N.A. All rights reserved.
Member FDIC.
CCB2018 (7/19)

**Exhibit 2 to Complaint**
**Page 92**

# EXHIBIT 3

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|----|--------|-----------|----------------|
| VIEWPOINTE | 20210811 | 0000001727 | ▓▓▓ | ▓▓▓6532 | - | 55,927.18 | ▓▓▓▓▓▓ | 00005501 |

Return Reason : UCF-Uncollect
Decision description : CHARGE BACK



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint
Page 93**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|----|--------|-----------|----------------|
| VIEWPOINTE | 20210812 | 0000001731 | ██████ | ████8532 | - | 113,850.00 | ██████ | 00005501 |

**Return Reason : UCF-Uncollect**
**Decision description : RECLEAR**



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint
Page 94**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 20210812 | 0000001732 | ▮▮▮ | ▮532 | - | 83,897.00 | ▮▮▮ | 00005501 |

Return Reason : UCF-Uncollect
Decision description : RECLEAR



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint
Page 95**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 20210812 | 0000001737 | ▮ | ▮6532 | - | 45,822.00 | ▮ | 00005501 |

Return Reason : UCF-Uncollect
Decision description : RECLEAR



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint**
**Page 96**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|----|--------|--------------|----------------|
| VIEWPOINTE | 20210813 | 0000001739 | ▮ | ▮6532 | - | 122,850.00 | ▮ | 00005501 |

**Return Reason : Frozen/Blocked**
**Decision description : CHARGE BACK**

**TAYSIR INC**
85 RAMONA EXPY SUITE 13
PERRIS, CA 92571-7014

1739

80-0942/0810
467

⊘ CHECK ARMOR

DATE 8 · 13 · 21

PAY TO THE ORDER OF _____

$ 122,850.00

_____ DOLLARS

FIRST BANK
Riverside
7710 Limonite Ave
Jurupa Valley, CA 92509
1-800-760-BANK (2265)
www.firstbanks.com

FOR _____

Security Features exceed industry standards and include:
• ImageMark® – Matching account and check number on back (Patent No. 6,243,623)
• MobileMark – Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave™ pattern on back designed to deter fraud
• Microprint (MIP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit – icon visible on front and back

Do not cash it:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back locks pink or has disappeared
• Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

ENDORSE HERE
X

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint**
**Page 97**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210813 | 0000001740 | ▮ | ▮6532 | - | 99,365.00 | ▮ | 00005501 |

**Return Reason : Frozen/Blocked**
**Decision description : CHARGE BACK**



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint**
**Page 98**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 20210813 | 0000001741 | ▮ | ▮6532 | - | 73,824.00 | ▮ | 00005501 |

Return Reason : Frozen/Blocked
Decision description : CHARGE BACK



**TAYSIR INC**
85 RAMONA EXPY SUITE 13
PERRIS, CA 92571-7014                                                                      1741

DATE 8-13-21

PAY TO THE ORDER OF _____ $ 73,824.00

_____ DOLLARS

FIRST BANK
Riverside
7710 Limonite Ave
Jurupa Valley, CA 92509
1-800-760-BANK (2265)
www.firstbanks.com

FOR _____

ENDORSE HERE

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint
Page 99**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 20210813 | 0000001742 | ▇ | ▇532 | - | 91,853.00 | ▇ | 00005501 |

**Return Reason : Frozen/Blocked**
**Decision description : CHARGE BACK**



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint**
**Page 100**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|----|--------|------------|----------------|
| VIEWPOINTE | 20210816 | 0000001746 | ▮▮▮ | ▮▮6532 | - | 85,983.00 | ▮▮▮ | 00005501 |

**Return Reason : UCF-Uncollect**
**Decision description : RECLEAR**





Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint**
**Page 101**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 20210816 | 0000001747 | ▓▓ | ▓▓6532 | - | 91,000.00 | ▓▓▓▓ | 00005501 |

**Return Reason : UCF-Uncollect**
**Decision description : RECLEAR**



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 3 to Complaint**
**Page 102**

# EXHIBIT 4

| Site | VIEWPOINTE | Paid Date | 08112021 | Serial No | 9915 |
| Routing | ▮▮▮▮ | Account | ▮▮▮▮6532 | PC | 000069 |
| Amount | 17000.00 | Sequence | ▮▮▮▮ | Capture Source | 00010064 |

Front Black & White Image

Withdrawal / Retiro:                                           9915      WELLS FARGO

(Check One /    ☐ Checking / Cuenta de Cheques    ☐ Savings / Ahorros    ☐ Money Market Access    ☐ Command
(Marque una)

Account Number /
de cuenta        6532.                    Date / Fecha   8·11·2021.

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back. / Firme en la presencia del [le la] cajero(a) para el retiro de dinero en efectivo. Other forms of ID may be required / Se podrían requerir dos tipos de identificación.

Please print: Name - / Letra de imprenta: Nombre
Abdelmajed Y. Awad.

Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal
Perris CA. 92571.

(X) MAJEDAWAD

Seventeen thousand dollars —                    Dollars    $ 17000.00

Bank Use Only (When SVT is Not Available)        TLR9230 (06/19) WF0156  00127587
Customer Id:            Exp. date:        Token Verified (✓) ☐        Approval:

Back Black & White Image

Exhibit 4 to Complaint
Page 103

| Site | VIEWPOINTE | Paid Date | 08122021 | Serial No | - |
| Routing | ███ | Account | ███ 6532 | PC | 000060 |
| Amount | 136000.00 | Sequence | ███ | Capture Source | 00017001 |

Front Black & White Image



Back Black & White Image



**Exhibit 4 to Complaint**
**Page 104**

| Site | VIEWPOINTE | Paid Date | 08122021 | Serial No | 7901 |
| Routing | ███ | Account | ███6532 | PC | 000062 |
| Amount | 100000.00 | Sequence | ███ | Capture Source | 00010064 |

Front Black & White Image



Back Black & White Image



**Exhibit 4 to Complaint**
**Page 105**

| Site | VIEWPOINTE | Paid Date | 08132021 | Serial No | 9896 |
| Routing | ▓▓▓▓ | Account | ▓▓▓▓6532 | PC | 000069 |
| Amount | 50000.00 | Sequence | ▓▓▓▓ | Capture Source | 00010064 |

Front Black & White Image

**Withdrawal / Retiro:**                                                      9896    WELLS FARGO

(Check One / (Marque una))   ☑ Checking / Cuenta de Cheques   ☐ Savings / Ahorros   ☐ Money Market Access   ☐ Command

Account Number /

* ▓▓▓▓ 6532    Date/Fecha   8·13·21

Please print: Name / Letra de imprenta: Nombre

Abdelmajeed Y. Awad

Please print: Street Address, City, State, & Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

Meneno Valley ca

Fifty Thousand 00/100                                          Dollars    $ 50,000.00

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba.  Please sign in teller's presence for cash back. / Firme en la presencia del teller al cajero(a) para el retiro de dinero en efectivo.
Two forms of ID may be required / Se podrían requerir dos formas de identificación.

X ▓▓▓▓

Bank Use Only  (When SVT Not Available)   TLR9230 (06/19) WP0236  00327587

| Customer Id: | Exp. date: | Token Verified ☑ ☐ | Approval: |

Back Black & White Image

**Exhibit 4 to Complaint**
**Page 106**

| Site | VIEWPOINTE | Paid Date | 08132021 | Serial No | 9938 |
| Routing | ▮▮▮ | Account | ▮▮▮6532 | PC | 000069 |
| Amount | 3000.00 | Sequence | ▮▮▮ | Capture Source | 00010064 |

Front Black & White Image

Withdrawal / Retiro:                                          9938    WELLS FARGO

(Check One) ☑ Checking / Cuenta de Cheques   ☐ Savings / Ahorros   ☐ Money Market Access   ☐ Command
(Marque una)

Account Number /
Número de cuenta
▮▮6532                Date/Fecha    8·13·21

Please print: Name / Letra de imprenta: Nombre
Abdelmaieed y awad
Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal
meneno valley ct
three thousand as/wo

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash-back. / Firme en la presencia del (de la) cajero(a) para retirar de dinero en efectivo.
Two forms of ID may be required. / Se podrían requerir dos formas de identificación.

X ▮▮▮▮▮▮▮

$ 3000.⁰⁰

Dollars

TL(R9230 (06/19) WFO110  00127587

| Bank Use Only  (When SVT Is Not Available) | | | |
| Customer Id: | Exp. date: | Token Verified [✓] ☐ | Approval: |

Back Black & White Image

Exhibit 4 to Complaint
Page 107

| Site | VIEWPOINTE | Paid Date | 08132021 | Serial No | 6730 |
| Routing | ■■■■■ | Account | ■■■■6532 | PC | 000069 |
| Amount | 50000.00 | Sequence | ■■■■■ | Capture Source | 00010064 |

Front Black & White Image



Back Black & White Image

**Exhibit 4 to Complaint**
**Page 108**

| Site | VIEWPOINTE | Paid Date | 08162021 | Serial No | 6368 |
|------|-----------|-----------|----------|-----------|------|
| Routing | ▮▮▮ | Account | ▮▮▮6532 | PC | 000060 |
| Amount | 290000.00 | Sequence | ▮▮▮ | Capture Source | 00007251 |

Front Black & White Image



Back Black & White Image



**Exhibit 4 to Complaint
Page 109**



**Operation Image Browser 2.0**

| | | | | | | |
|---|---|---|---|---|---|---|
| Site | VIEWPOINTE | Paid Date | 08162021 | Serial No | 6350 |
| Routing | ▮▮▮ | Account | ▮▮▮6532 | PC | 000060 |
| Amount | 160000.00 | Sequence | ▮▮▮ | Capture Source | 00017110 |

Front Black & White Image



Back Black & White Image



**Exhibit 4 to Complaint**
**Page 110**

# EXHIBIT 5

# Consumer Account Application



| | |
|---|---|
| Bank Name: | Store Name: |
| WELLS FARGO BANK, N.A. | PERRIS |

| | | |
|---|---|---|
| Banker Name: | Officer/Portfolio Number: | Date: |
| RASSO,GABRIELA | B8967 | 03/20/2017 |

| | | | |
|---|---|---|---|
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 951/443-4800 | 04631 | 0000442 | E2559-012 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| | | |
|---|---|---|
| Product Name: | Account Number: | Product: |
| WELLS FARGO EVERYDAY CHECKING | ████ 2217 | DDA |

| | | |
|---|---|---|
| Purpose of Account: | Minor: | COID: |
| Personal/Household | | 114 |

## Related Customers

| | |
|---|---|
| Customer Name: | Account Relationship: |
| AKRAM J AWAD | Sole Owner |

## Statement Mailing Information

| | |
|---|---|
| Customer(s) Listed on Statement: | Statement Mailing Address: |
| AKRAM J AWAD | 9538 CHANDELLE WAY |
| | Address Line 2: |

| | | |
|---|---|---|
| | City: | State: |
| | RIVERSIDE | CA |

| | | |
|---|---|---|
| | ZIP/Postal Code: | Country: |
| | 925086810 | |



2W02-000887733534-01

**Exhibit 5 to Complaint**
**Page 111**

Consumer Account Application

## Customer 1 Information

| | |
|---|---|
| Customer Name: | Street Address: |
| AKRAM J AWAD | 9538 CHANDELLE WAY |
| Customer Number (ECN): | Address Line 2: |
| 201846731638118 | |
| Account Relationship: | Address Line 3: |
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Date of Birth: | City: | State: |
|---|---|---|---|---|
| ███ | SSN | ███ | RIVERSIDE | CA |

| Primary ID Type: | Primary ID Description: | | ZIP/Postal Code: | Country: | Time at this address: |
|---|---|---|---|---|---|
| DLIC | ███ | | 92508-6810 | US | 5 Year(s)  2 Month(s) |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Directional Address: |
|---|---|---|---|
| CA | ███ | ███ | *(Document  when no physical residence, business or alternate street address.)* |

| Secondary ID Type: | Secondary ID Description: | |
|---|---|---|
| OTHR | ███ | |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | Previous Street Address: |
|---|---|---|---|
| | | | |

| Home Phone: | Business Phone: | City: | State: |
|---|---|---|---|
| 951/488-8051 | 951/488-8051 | | |

| Current Employer: | ZIP/Postal Code: | Country: | Time at this address: |
|---|---|---|---|
| LAKE PARRIS MARKET | | | Year(s)   Month(s) |

| Check Reporting: | Country of Citizenship: |
|---|---|
| | US |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).
3. I am a U.S. citizen or other U.S. person.    ☐ I am subject to backup withholding    ☐ I am exempt from backup withholding
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

| Tax Responsible Customer Name: | Taxpayer Identification Number (TIN): |
|---|---|
| AKRAM J AWAD | ███ |

TIN Certification Signature



☐ Submit manually
☐ Signature not required

Date: 03/20/2017

## Customer Signatures

Everything I have stated in this application is correct.  You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account.  This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.**  I also agree to the terms of the dispute resolution program described in the foregoing agreements.  **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

2W02-000887733534-02

**Exhibit 5 to Complaint
Page 112**

Consumer Account Application

Customer 1 Name

AKRAM J AWAD

Customer 1 Signature



☐ Submit manually
☐ Signature not required

Date:

03/20/2017

DSG8921 (5-16   SVP )

2W02-000887733534-03

Page 3 of 3
Wells Fargo Confidential

**Exhibit 5 to Complaint**
**Page 113**

# EXHIBIT 6



## Consumer Account Agreement

# Important legal information, disclosures, and terms you need to know

**Effective April 29, 2016**

Together we'll go far

**Exhibit 6 to Complaint**
**Page 114**

Exhibit 6 to Complaint
Page 115

# Table of contents

**Introduction** .................................................................... 1
  Words with specific meanings. .............................................. 1
**Resolving disputes through arbitration** ................................... 3
**Important legal information**. .............................................. 5
**Statements and other information relating to your deposit account** ................. 6
**Rights and responsibilities** ............................................. 10
**Checking and savings accounts**
  Deposits to your account ............................................... 13
  Funds availability policy. .............................................. 15
  Available balance, posting order, and overdrafts ......................... 17
  Set-off and security interest ........................................... 20
  Additional rules for checks and withdrawals ............................. 21
  Issuing stop payment orders and post-dated checks ...................... 22
  Your account ownership ................................................ 24
  Interest earning accounts .............................................. 27
  Time Accounts (CDs) .................................................. 29
**Electronic banking services**
  Electronic fund transfer services. ..................................... 30
  General rules for electronic fund transfer services ...................... 30
  Debit cards and ATM cards ............................................ 33
  Electronic fund transfer disclosures. .................................. 40
  Phone Bank Services. .................................................. 43
  Funds transfer services. ............................................... 44

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

i

**Exhibit 6 to Complaint**
**Page 116**

## Introduction

### Welcome to Wells Fargo

You have many choices when selecting a financial institution, and we are glad you chose Wells Fargo Bank, N.A. We value our relationship with you and hope we answered all your questions when you opened your account. Please review this booklet for further details regarding your account and related services.

### What words do we use to refer to the customer, this booklet, and Wells Fargo?

- The customer is the "account owner," "you," "your," or "yours," and *"authorized signer."*
- Wells Fargo Bank, N.A. is "Wells Fargo," "we," "us," or "our."
- This booklet and the disclosures listed below constitute the "Agreement":
  - The Consumer Account Fee and Information Schedule ("Schedule"), which explains our fees and provides additional information about our accounts and services,
  - Our Privacy Policy,
  - Our rate sheet for interest-earning accounts, and
  - Any additional disclosures we provide to you about your account and related services.

### Words with specific meanings

Certain words have specific meanings and are italicized throughout this booklet. These words and their meanings are in this section.

**Authorized signer**

A person you have authorized to use your account even if they have not signed your signature card or other documents.

**Available balance**

Your account's *available balance* is our most current record of the amount of money available for your use or withdrawal. For more information, please see the section entitled "How do we determine your account's *available balance*?" in the Agreement.

**Business day**

Every day is a *business day* except Saturday, Sunday, and federal holidays.

**Card**

This term includes every type of debit card, check card, and ATM card we may issue. This term does not include any prepaid cards.

**Item**

An *item* is an order, instruction, or authorization to withdraw or pay funds or money from an account. Examples include a check, draft, and an electronic transaction (including Automated Clearing House (ACH), an ATM withdrawal, and a purchase using a *card* to access an account). An *item* also includes a purported order, instruction, or authorization to withdraw or pay funds or money from an account, unless otherwise prohibited by law or regulation.

**Overdraft**

An *overdraft* is a negative balance in your account.

**Exhibit 6 to Complaint
Page 117**

## Introduction

### What information does the Agreement contain?

The Agreement
- Explains the terms of your banking relationship with Wells Fargo,
- Is the entire Agreement between Wells Fargo and you for your account and any services,
- Replaces all prior agreements including any oral or written representations, and
- Includes legal information about your banking relationship with Wells Fargo.

You are responsible for ensuring that any *authorized signer* on your account(s) is familiar with the Agreement.

We suggest you retain a copy of the Agreement — and any further information we provide you regarding changes to the Agreement — for as long as you maintain your Wells Fargo accounts.

### Are we allowed to change the Agreement?

Yes, we can change the Agreement by adding new terms or conditions, or by modifying or deleting existing ones. We refer to each addition, modification, or deletion to the Agreement as a "modification."

**Notice of a modification:** If we are required to notify you of a modification to the Agreement, we will describe the modification and its effective date by a message within your account statement or any other appropriate means.

**Waiver of a term of the Agreement:** We may agree in writing to waive a term of the Agreement, including a fee. This is called a "waiver." We may revoke any waiver upon notice to you.

### How do you consent to a modification to the Agreement?

You consent to a modification to the Agreement if you continue to use your account after a modification becomes effective or a waiver is revoked.

### What happens if a term of the Agreement is determined to be invalid?

Any term of the Agreement that is inconsistent with the laws governing your account will be considered to be modified by us and applied in a manner consistent with such laws. Any term of the Agreement that a court of competent jurisdiction determines to be invalid will be modified accordingly. In either case, the modification will not affect the enforceability or validity of the remaining terms of the Agreement.

### Who will we communicate with about your account?

We may provide you or an *authorized signer* with information about your account. When we receive information from an *authorized signer*, we treat it as a communication from you. You agree to notify us promptly in writing if an *authorized signer* no longer has authority on your account.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

2

**Exhibit 6 to Complaint**
**Page 118**

## Resolving disputes through arbitration

### Arbitration Agreement between you and Wells Fargo

If you have a dispute, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A "dispute" is any unresolved disagreement between Wells Fargo and you. A "dispute" may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

**Wells Fargo and you each agrees to waive the right to a jury trial or a trial in front of a judge in a public court.** This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

### Can either Wells Fargo or you participate in class or representative actions?

**No, neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general.**

If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

### What rules apply to arbitration?

Wells Fargo and you each agrees that

- The American Arbitration Association (AAA) will administer each arbitration and the selection of arbitrators according to the Commercial Arbitration Rules and the Supplemental Procedures for Consumer Related Disputes (AAA Rules).
- If there are any differences between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement applies. If this Arbitration Agreement is in dispute, the arbitrator will decide whether it is enforceable.
- Wells Fargo and you are participating in commercial transactions involving the movement of money or goods among states.
- The Federal Arbitration Act (Title 9 of the United States Code) governs this Arbitration Agreement and any arbitration between Wells Fargo and you. If the Act or any part of it is inapplicable, unenforceable or invalid, the state laws governing your relationship with Wells Fargo govern this Arbitration Agreement.

Either Wells Fargo or you may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has previously begun. For information on initiating arbitration, contact the AAA at 1-800-778-7879.

**Exhibit 6 to Complaint**
**Page 119**

## Resolving disputes through arbitration

Each arbitrator must be a licensed attorney with expertise in the laws applicable to the dispute's subject matter. The arbitrator will make a decision regarding the dispute based on applicable law, including any statutes of limitations. The arbitrator may award to either Wells Fargo or you any award or relief provided for by law.

No person participating in an arbitration can disclose the arbitration's existence, content, subject, or results, except as required in a party's ordinary course of business or by law.

### Who pays the arbitration fees and expenses?

Arbitration fees and expenses are explained here:

- **Setting the fees/expenses:** The arbitration administrator determines the rules and procedures for deciding who pays the arbitration fees, unless limited by applicable law. Please check with the arbitration administrator to determine the fees applicable to any arbitration you file.
- **Applying state law:** The laws governing your account may limit the amount of fees and expenses you are required to pay in arbitration. Your arbitration fees and expenses will not exceed any applicable limits.
- **Paying for attorney/expert/witness fees:** Unless applicable laws state otherwise, each party will pay its own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

### What other rights do Wells Fargo or you have when resolving disputes?

Wells Fargo or you each can exercise any lawful rights or use other available remedies to

- Preserve or obtain possession of property,
- Exercise self-help remedies, including setoff rights, or
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or appointment of a receiver by a court of competent jurisdiction.

### Where will an arbitration be held?

An arbitration will be held in the state whose laws govern your account.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

4

**Exhibit 6 to Complaint**
**Page 120**

## Important legal information

### What laws govern your account?

The laws governing your account include

- Laws, rules, and regulations of the United States, and
- Laws of the state where you opened your account (without regard to conflict of laws principles).

If a different state law applies, we will notify you. Your account statement identifies the state whose laws govern your account.

Any funds transfer (including a wire transfer) that is a "remittance transfer" as defined in Regulation E, Subpart B, will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

### What is the controlling language of our relationship?

English is the controlling language of our relationship with you. *Items* you write such as checks or withdrawal slips must be written in English. For your convenience, we may translate some forms, disclosures, and advertisements into another language. If there is a discrepancy between our English-language and translated materials, the English version prevails over the translation.

### What agreement applies when there is a separate agreement for a service?

If a service we offer has a separate agreement, and there is a conflict between the terms of the Agreement and the separate agreement, the separate agreement will apply.

### What courts may be used to resolve a dispute?

Wells Fargo and you each agree that any lawsuits, claims, or other proceedings arising from or relating to your account or the Agreement, including the enforcement of the Arbitration Agreement and the entry of judgment on any arbitration award, will be venued exclusively in the state or federal courts in the state whose laws govern your account, without regard to conflict of laws principles.

### How will we contact you about your account?

In order for us to service your account or collect any amount you owe, you agree that we may contact you by phone, text, email, or mail. We are permitted to use any address, telephone number or email address you provide. You agree to provide accurate and current contact information and only give us phone numbers and email addresses that belong to you.

When you give us a phone number, you are providing your express consent permitting us (and any party acting on behalf of Wells Fargo) to contact you at the phone number you provide. We may call you and send you text messages. When we call you, you agree that we may leave prerecorded or artificial voice messages. You also agree that we may use automatic telephone dialing systems in connection with calls or text messages sent to any telephone number you give us, even if the telephone number is a mobile phone number or other communication service for which the called party is charged.

**Exhibit 6 to Complaint**
**Page 121**

## Statements and other information relating to your deposit account

### How do we share account statements and other notices with you?

We will mail, send electronically, or otherwise make available to you an account statement reflecting your account activity for each statement period. We'll do the same with notices. We will send all account statements and notices to the postal or electronic address associated with your account.

**Combined account statements:** To reduce the number of separate account statements you receive each month, we may combine statements if you have more than one deposit account.

- **If we provide a combined account statement for your accounts,** we consider your first account as your primary account. You will receive your account statement at the address listed for your primary account.

- **If you do not want us to automatically combine your accounts,** you can opt-out by visiting a banking location or calling the number on your account statement.

**Account statements and notices for accounts owned by more than one person:** When an account has more than one owner, we will send or otherwise make available account statements and notices to only one owner. The owner receiving this information is responsible for sharing copies of the information with other owners. We may as a courtesy provide additional copies electronically. When the account owner requests that we send notices to an *authorized signer*, the *authorized signer* is responsible for providing copies to all account owners.

### When is your account statement available?

**Mailed account statements:** When we mail your account statement, we consider it received by you on the second *business day* after mailing it.

**Electronic delivery of account statements:** Account statements will be made available through Wells Fargo Online® Banking 24 – 48 hours after the end of the statement period. You will be notified via email that the account statement is available for viewing. We consider the account statement to be received by you on the notification date, even if the email notification is undelivered.

### What obligations do you have to review account statements and notices and notify us of errors?

You are obligated to:

- Examine your account statement promptly and carefully.

- Notify us promptly of any errors.

- Notify us within 30 days after we have made your account statement available to you of any unauthorized transaction on your account. Note: If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30 day period, we will not be responsible for unauthorized transactions made by the same wrongdoer.

- Notify us within 6 months after we have made your account statement available to you if you identify any unauthorized, missing or altered endorsements on your *items*.

Electronic fund transfers are subject to different time periods, as described in the "Electronic fund transfer services" part of this booklet. Common examples of electronic fund transfers are ATM, debit card, and Online Bill Pay transactions.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

6

**Exhibit 6 to Complaint**
**Page 122**

## Statements and other information relating to your deposit account

### When is a transaction unauthorized?

A transaction is an "unauthorized transaction" when it is

- Missing a required signature or other evidence showing you have authorized it, or
- Altered (for example, the amount of a check or the payee's name is changed).

You can notify us of errors on your account statements and claims by promptly

- Calling the telephone number listed on your account statement or in a notice, or
- Submitting a written report (as instructed by us) as soon as possible, but in any event within the specified time frames.

### What happens if you fail to notify us of an unauthorized transaction within the time frames specified above?

If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within the time frames specified above, your account statement will be considered correct. We will not be responsible for any unauthorized transaction, error, or claim for transactions included in this statement.

### What happens when you report an unauthorized transaction?

We investigate any reports of unauthorized activity on your account. After you submit a claim, we may require you to:

- Complete the claim form we provide,
- Notify law enforcement,
- Complete and return any documents we request, and
- Cooperate fully with us in our investigation.

We can reverse any credit made to your account resulting from a claim of unauthorized transaction if you do not cooperate fully with us in our investigation or recovery efforts, or we determine the transaction was authorized. For specific information on unauthorized electronic fund transfers, see the "Liability for transactions covered by Regulation E" section in the "Electronic fund transfer services" part of the Agreement.

### What happens if your account statements or notices are returned or are undeliverable?

Your account statements or notices will be considered unclaimed or undeliverable if

- Two or more account statements or notices are returned to us through the mail because of an incorrect address; or
- We notify you electronically that your account statement is available for viewing at Wells Fargo Online Banking, and we receive email notifications that our message is undeliverable.

In either event, we may

- Discontinue sending account statements and notices, and
- Destroy account statements and notices returned to us as undeliverable.

We will not make account statements and notices available to you until you provide us with a valid postal or electronic address.

**Exhibit 6 to Complaint**
**Page 123**

## Statements and other information relating to your deposit account

### How can you or Wells Fargo change your address for your account statements and other notices?

**Address change requests you make:** You can change your postal or email address by notifying us in writing or calling us at the number on your account statement at any time. If you have a combined account statement, any owner of the first account (primary account) can change the address of all accounts included in the combined account statement. We will act on your request within a reasonable time after we receive it. Unless you instruct otherwise, we may change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with us.

**Address changes we make:** When necessary, we may update your listed address without a request from you if we receive

- An address change notice from the U.S. Postal Service or
- Information from another party in the business of providing correct address details that does not match your account's listed address.

### When are notices you send to us effective?

Any notice from you is effective once we receive it and have a reasonable opportunity to act on it.

### Are original paid checks returned with account statements?

No. We do not return original paid checks with your account statements. Copies of your paid checks are available through Wells Fargo Online Banking, banking locations, by calling Wells Fargo Phone Bank℠, or by enrolling in our check images with statements service. Fees may apply for this service.

### When does my account become dormant?

Your account is dormant if, for one year for a checking account or 34 months for a savings account or Time Account (CD), there is no customer-initiated activity (except where the laws governing your account require otherwise). We may hold all account statements for your dormant account, but normal maintenance and other fees continue to apply except where prohibited. We are also permitted to block or terminate *card* privileges (including access and making purchases).

### What happens to a dormant account?

If your account remains dormant or unclaimed for a period determined by the laws governing your account, we must deliver your account funds to the state. This action is known as "escheat." After delivering your funds to the state, we will close your account, and it will stop accruing any interest. To recover these funds, you must file a claim with the state.

If we are required to mail an escheat notice to you, we may charge you a fee.

Introduction

Resolving disputes through arbitration

Important legal information

**Statements and error notifications**

Rights and responsibilities

Checking and savings accounts

Electronic banking services

8

**Exhibit 6 to Complaint**
**Page 124**

## Statements and other information relating to your deposit account

### What are checking subaccounts?

For each checking account you maintain with us, we may establish on your behalf a master account and two subaccounts.

All information that is made available to you about your account will be at the master account level. The subaccounts are composed of a savings account and a checking account.

On the first day of each month, we will allocate funds between the two subaccounts as appropriate. *Items* received by us that are drawn against your master account will be presented for payment against the checking subaccount. Funds will be transferred from the savings subaccount as may be needed to cover checks presented on the checking subaccount. On the sixth transfer from the savings subaccount during a statement period, all of the funds on deposit in the savings subaccount will be transferred to the checking subaccount. If your account earns interest, the use of subaccounts will not affect the interest you earn.

**Exhibit 6 to Complaint**

**Page 125**

## Rights and responsibilities

**What responsibilities and liabilities do Wells Fargo and you have to each other?**

We are responsible for exercising "ordinary care" and complying with the Agreement. When we take an *item* for processing by automated means, "ordinary care" does not require us to examine the *item*. In all other cases, "ordinary care" requires only that we follow standards that do not vary unreasonably from the general standards followed by similarly situated banks.

Except to the extent we fail to exercise ordinary care or to comply with the Agreement, you agree to indemnify and hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with our performance under the Agreement. You agree this indemnification will survive termination of the Agreement.

In no event will either Wells Fargo or you be liable to the other for any special, consequential, indirect or punitive damages. The limitation does not apply where the laws governing your account prohibit it.

We will not have any liability to you if your account has insufficient available funds to pay your *items* due to actions we have taken in accordance with the Agreement.

Circumstances beyond your control or ours may arise and make it impossible for us to provide services to you or for you to perform your duties under the Agreement. If this happens, neither Wells Fargo nor you will be in breach of the Agreement.

If we waive a right with respect to your account on one or more occasions, it does not mean we are obligated to waive the same right on any other occasion.

**What are we allowed to do if there is an adverse claim against your account?**

An "adverse claim" occurs when

- Any person or entity makes a claim against your account funds,
- We believe a conflict exists between or among your account's owners, or
- We believe a dispute exists over who has account ownership or authority to withdraw funds from your account.

In these situations, we may take any of the following actions without any responsibility to you:

- Continue to rely on the signature card(s) for your account.
- Honor the claim against your account funds if we are satisfied the claim is valid.
- Freeze all or a part of the funds in your account until we believe the dispute is resolved to our satisfaction.
- Close your account and send a check for the *available balance* in your account payable to you or to you and each person or entity who claimed the funds.
- Pay the funds into an appropriate court.

We also may charge any account you maintain with us for our fees and expenses in taking these actions (including attorney's fees and expenses).

**Are we allowed to restrict access to your account?**

Yes, if we suspect any suspicious, unauthorized, or unlawful activities, we can restrict access to your account and other accounts with us that you maintain or control.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

10

Exhibit 6 to Complaint
Page 126

## Rights and responsibilities

### How do we handle legal process?

Legal process includes any levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture or seizure, and other legal process relating to your account.

We will accept and act on any legal process we believe to be valid, whether the process is served in person, by mail, by electronic notification, or at any banking location.

If we incur any fees or expenses (including attorney's fees and expenses) due to responding to legal process related to your account, we may charge these costs to any account you maintain with us.

### When do we verify your transactions?

All transactions, including those for which we give you a receipt at our teller line, are subject to our verification. Deposit verification does not occur at the teller window, ATM, or via mobile banking. Consequently, the receipt or notice you receive when making your deposit does not prove that we verified your deposit. We may reverse or adjust any incorrect credit made to your account without notifying you in advance.

### Are we allowed to convert your account without your request?

Yes, we can convert your account to another type of deposit account (by giving you any required notice) if

- You use it inappropriately or fail to meet or maintain the account's requirements, or
- We determine an account is inappropriate for you based on your use, or
- We stop offering the type of account you have.

### Are we allowed to close your account?

Yes, we can close your account at any time. If the account is closed, we may send the collected balance on deposit in your account by traditional mail or credit it to another account you maintain with us. We may, but are not required, to allow you to leave on deposit sufficient funds to cover outstanding *items* to be paid from your account.

- If we do allow funds to remain on deposit, the terms and conditions of the Agreement will continue to apply until we make a final disbursement from your account.
- If we do not allow you to keep funds on deposit, we will not be liable for any loss or damage that may result from dishonoring any of your *items* that are presented or otherwise received after your account is closed.
- If your account is an interest-earning account, it will cease to earn interest from the date you request it be closed.
- If your account balance does not reach zero within 3 months from the date of your request, we can close your account and send you the balance as described above or return your account to active status.

### When are you allowed to close your account?

You can close your account at any time if the account is in good standing (e.g., does not have a negative balance or any restrictions on the account).

**Exhibit 6 to Complaint**
**Page 127**

## Rights and responsibilities

### Are we allowed to terminate or suspend a service related to your account?

Yes, we can terminate or suspend specific services (e.g., wire transfers) related to your account without closing your account and without prior notice to you. You can discontinue using a service at any time.

### Are we allowed to obtain credit reports or other reports about you?

Yes, we can obtain a credit or other report about you and your co-owners to help us determine whether to open or maintain an account. Other reports we can obtain include information from the following: 1) motor vehicle departments, 2) other state agencies, or 3) public records.

### When do we share information about your account with others?

Generally, if we do not have your consent, we will not share information about your account. However, we may share information about your account in accordance with our Privacy Policy separately given to you.

### Are we allowed to monitor and record communications?

Yes, we can monitor, record, and retain your communications with us at any time without further notice to anyone, unless the laws governing your account require further notice.

Monitored and recorded communications include:

- Telephone conversations,
- Electronic messages,
- Electronic records, or
- Other data transmissions.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

**Rights and responsibilities**

Checking and savings accounts

Electronic banking services

12

**Exhibit 6 to Complaint**
**Page 128**

## Deposits to your account

### Are there any restrictions on our accepting deposits to your account?

We may accept a deposit to your account at any time and from any person. When we cannot verify an endorsement, we can refuse to pay, cash, accept for deposit, or collect the *item*. Also, we may require all endorsers be present.  We may require you to deposit an *item* instead of permitting you to cash it. Checks drawn on a credit account or made out to payees not on the account may not be accepted or may be sent for collection. We reserve the right to refuse for deposit or to require to be sent for collection an *item* drawn on a credit account or to a payee not on the account.

### What happens if we send an *item* for collection?

We may, upon notice to you, send an *item* for collection instead of treating it as a deposit. This means that we send the *item* to the issuer's bank for payment. Your account will not be credited for the *item* until we receive payment for it.

### What are the requirements for a correct endorsement?

An "endorsement" is a signature, stamp, or other mark on the back of a check. If you have not endorsed a check that you deposited to your account, we may endorse it for you. Your endorsement (and any other endorsement before the check is deposited) must be in the 1-1/2–inch area that starts on the top of the back of the check (see sample below). Do not sign or write anywhere else on the back of the check.



### Are we bound by restrictions or notations on checks?

No, we are not bound by restrictions or notations, such as "Void after six months," "Void over $50," and "Payment in full."

When you cash or deposit a check with a notation or restriction, you are responsible for any loss or expense we incur relating to the notation or restriction.

### What happens if you breach a warranty associated with an *item*?

If you breach any warranty you make to us under the laws governing your account with respect to any *item*, you will not be released or discharged from any liability for the breach so long as we notify you of the breach within 120 days after we learn of the breach. If we fail to notify you within this 120 day period, you will be released from liability and discharged only to the extent our failure to notify you within this time period caused a loss to you.

**Exhibit 6 to Complaint**
**Page 129**

# Deposits to your account

### How do we handle non-U.S. *items*?

A "non-U.S. *item*" is an *item* 1) payable in a currency other than U.S. Dollars or 2) drawn on a financial institution that is not organized under U.S. law. We are not required to accept a non-U.S. *item* for deposit to your account or for collection. We may accept non-U.S. *items* on a collection basis without your specific instruction to do so. We can reverse any amount we have credited to your account and send the *item* on a collection basis even if we have taken physical possession of the *item*.

If we accept a non-U.S. *item*, the U.S. Dollar amount you receive for it will be determined by our exchange rate that is in effect at the time of deposit or our receipt of final payment (less any associated fees) of the collection *item*. If the non-U.S. deposited *item* is returned unpaid for any reason, we will charge the amount against your account (or any other account you maintain with us) at the applicable exchange rate in effect at the time of the return.

Our funds availability policy does not apply to a non-U.S. *item*.

### What is our responsibility for collecting a deposited *item*?

We will not be responsible for the lack of care of any bank involved in the collection or return of a deposited *item*, or for an *item* lost in collection or return.

### What happens when a deposited or cashed *item* is returned unpaid?

We can deduct the amount of the deposited or cashed *item* from your account (or any other account you maintain with us). We can do this when we are notified that the *item* will be returned. We do not need to receive the actual *item* (and usually do not receive it). We can do this even if you have withdrawn the funds and the balance in your account is not sufficient to cover the amount we hold or deduct so that your account becomes overdrawn. In addition, we will charge you all applicable fees and reverse all interest accrued on the *item*.

We may place a hold on or charge your account for any check or other *item* deposited into your account if a claim is made or we otherwise have reason to believe the check or other *item* was altered, forged, unauthorized, has a missing signature, a missing or forged endorsement, or should not have been paid, or may not be paid, or for any other reason. When the claim is finally resolved, we will either release the hold or deduct the amount of the *item* from your account.  We are not legally responsible if we take or fail to take any action to recover payment of a returned deposited *item*.

### What happens when an electronic payment is reversed?

We may deduct the amount of an electronic payment credited to your account (e.g., direct deposit) that is reversed. We can deduct the amount from any account you have with us at any time without notifying you. You agree to immediately repay any *overdrafts* resulting from the reversed payment.

### Are you responsible for assisting us in reconstructing a lost or destroyed deposited *item*?

If a deposited *item* is lost or destroyed during processing or collection, you agree to provide all reasonable assistance to help us reconstruct the *item*.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

14

**Exhibit 6 to Complaint**
**Page 130**

## Funds availability policy

### Your ability to withdraw funds

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each an "account") available to you on the first *business day* after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the first *business day* after the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other *items* presented for payment and applicable fees that you have incurred.

### Determining the day of receipt

For determining the availability of your deposits, every day is a *business day*, except Saturdays, Sundays, and federal holidays. If you make a deposit before our established cut-off time on a *business day* that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after our cut-off time or on a day we are not open, we will consider the deposit was made on the next *business day* we are open.

Our established cut-off time is when a store closes for business and may vary by location. The cut-off time for checks deposited at a Wells Fargo ATM is 9:00 p.m. local time (8:00 p.m. in Alaska).

### Longer delays may apply

In some cases, we will not make the first $400 of a *business day*'s check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first *business day* after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third* *business day* after the day of your deposit. The first $200 of your deposit, however, may be available on the first *business day*.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the *business day* of deposit or the first *business day* after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first *business day* after we receive your deposit.

If you need the funds from a deposit right away, you may ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid
- You deposit checks totaling more than $5,000 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last 6 months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh or eighth* *business day* after the day of your deposit.

*We may delay availability of funds by one additional *business day* for certain checks deposited at a Wells Fargo location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

15   Consumer Account Agreement – Effective April 29, 2016

**Exhibit 6 to Complaint**
**Page 131**

## Funds availability policy

**Special rules for new accounts**

If you are a new customer, the following special rules will apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the *business day* after the day we receive the deposits; no funds from a *business day*'s check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

- The first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first *business day* after the day of your deposit.

- The excess over $5,000 and funds from all other check deposits will be available on the seventh or eighth* *business day* after the day of your deposit. The first $200 of a day's total deposit of funds from all other check deposits, however, may be available on the first or second* *business day* after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

**Holds on other funds (check cashing)**

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

**Holds on other funds (other account)**

If we accept a check for deposit that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us.

The funds in the other account would then not be available until the time periods that are described in this Policy.

**Delays on other funds**

Funds from any deposit (cash or checks) into accounts domiciled in Iowa and Nebraska made at eligible non-Wells Fargo ATMs in those same states will not be available until the third *business day* after the day of your deposit. This rule does not apply at ATMs that we own or operate. All ATMs that we own or operate are identified on our machines as "Wells Fargo".

* We may delay availability of funds by one additional *business day* for certain checks deposited at a Wells Fargo location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

16

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

**Exhibit 6 to Complaint**
**Page 132**

## Available balance, posting order, and overdrafts

### How do we determine your account's *available balance*?

Your account's *available balance* is our most current record of the amount of money available for your use or withdrawal. We use the *available balance* to authorize your transactions during the day (e.g., debit card purchases and ATM withdrawals). We also use the *available balance* to pay your transactions in our nightly processing. We calculate your *available balance* as follows:

*   We start with the ending daily account balance from our prior *business day* nightly processing that includes all transactions deposited to or paid from your account.
*   We subtract from this amount any holds placed on a deposit to your account and any holds placed due to legal process.
*   We add "pending" deposits that are immediately available for your use (including cash deposits, electronic direct deposits, and the portion of a paper check deposit we make available; see "Funds availability policy" section for details).
*   We subtract "pending" withdrawals that we have either authorized (such as debit card purchases and ATM withdrawals) or are known to us (such as your checks and preauthorized automatic ACH withdrawals that we receive for payment from your account) but have not yet processed.

**Important note:** The *available balance* does **not** reflect every transaction you have initiated or previously authorized. For example, your *available balance* **may not include** the following:

*   Outstanding checks and authorized automatic withdrawals (such as recurring debit card transactions, transfers, and ACH transactions that we have **not** received for payment or received too close to our nightly processing to include in your *available balance*.)
*   The final amount of a debit card purchase. For example, we may authorize a purchase amount prior to a tip that you add.
*   Debit card transactions that have been previously authorized but not sent to us for payment from your account generally within 3 *business days* or up to 30 *business days* for certain transactions. We must release the transaction authorization hold even though the transaction may be sent for payment from your account at a later date.

### How do we process (post) transactions to your account?

We process transactions each *business day* (Monday through Friday except federal holidays) during a late night process. Once we process your transaction, the results are "posted" to your account. There are three key steps to this process. The most common types of transactions are processed as described below.

**First, we determine the *available balance* in your account (as described above) that can be used to pay your transactions.**

NOTE: Certain "pending" transactions can impact your *available balance*:

*   Cash deposits or transfers from another Wells Fargo account that are made AFTER the displayed cut-off time (where the deposit was made) will be added to your *available balance* if they are made **before** we start our nightly process.
*   Your *available balance* will be reduced by "pending" withdrawals, such as debit card transactions we have authorized and must pay when they are sent to us for payment. We may receive these pending withdrawals at a later date for payment. In some circumstances, these transactions may be paid into *overdraft* if other posted transactions or fees have reduced your balance.

**Exhibit 6 to Complaint
Page 133**

## Available balance, posting order, and overdrafts

**Then, we sort your transactions into categories before we process them.**

- First, we credit your account for deposits, including cash and check deposits and incoming transfers, received before the displayed cut-off time at the location the deposit or transfer was made.

- Then, we process withdrawals/payments we have previously authorized and cannot return unpaid, such as debit card purchases, ATM withdrawals, account transfers, Wells Fargo Online Bill Pay, and teller cashed checks. If we receive more than one of these transactions for payment from your account, we will generally sort and pay them based on the date and time you conducted the transactions. For a debit card transaction, if a merchant does not seek authorization from the Bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For some transactions, such as Wells Fargo Online Bill Pay or teller cashed checks, the time may be assigned by our systems and may vary from the time it was conducted. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.

- Finally, we use your remaining funds to pay your checks and preauthorized automatic ACH payments (such as bills you pay by authorizing a third party to withdraw funds directly from your account). If there are more than one of these types of transactions, they will be sorted by the date and time that they are received by us. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.

**Finally, if the *available balance* in your account is not enough to pay all of your transactions, we will take the following steps:**

- **First use Overdraft Protection (if applicable):** We will transfer/advance available funds from a savings and/or credit account you have linked to your checking account for Overdraft Protection.

- **Then, decide whether to pay your transaction into *overdraft* or return it unpaid:** At our discretion, we may pay a check or automatic payment into *overdraft*, rather than returning it unpaid. If we pay the transaction into *overdraft*, it may help you avoid additional fees that may be assessed by the merchant.

  Debit card transactions presented to us will be paid into *overdraft* and will not be returned unpaid, even if you do not have sufficient funds in your account.

---

**IMPORTANT INFORMATION ABOUT FEES:**

Fees may be assessed with each *item* paid into *overdraft* or returned unpaid subject to the following:

- A single Overdraft Protection Transfer or Advance Fee will be assessed when we need to transfer/advance funds from your linked account(s) into your checking account, but only if the transfer/advance helped you avoid at least one *overdraft* or returned *item*.

- No *overdraft* fee will be assessed on ATM and "everyday" (one-time) debit card transactions, unless you have enrolled in the Debit Card Overdraft Service (see information below). An *overdraft* fee can be assessed on any other *item* we pay into *overdraft*.

- If both the ending daily account balance and *available balance* are overdrawn by $5 or less and there are no *items* returned for insufficient funds — after we have processed all of your transactions — we will not assess an *overdraft* fee on the *item*(s). This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

- We limit the number of *overdraft* and/or returned *item* fees to no more than 4 for consumer accounts or 8 for business accounts per *business day*.

- Any fees assessed are deducted from your account the morning following our nightly process.

---

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

18

**Exhibit 6 to Complaint**
**Page 134**

## Available balance, posting order, and overdrafts

### What is Overdraft Protection?

When you enroll in Overdraft Protection, we transfer/advance available funds in your linked account(s) to your checking account when needed to cover your transaction(s). You can link up to two accounts (one savings, one credit) but we will charge you only one fee, even if we need to move money from more than one account. Also, we will not charge a fee unless the transfer/advance helped you avoid at least one *overdraft* or returned *item*. If you link two accounts, you may tell us which account to use first to transfer/advance funds. If you do not specify an order, we will first transfer funds from the linked savings account.

- **Transfers from linked savings account.** We will transfer the amount needed (including funds to cover the transactions and the transfer fee) from the available money in your linked savings account or a minimum of $25. The Overdraft Protection Transfer Fee (if any) will be charged to your checking account.

- **Advances from linked credit card or line of credit.** We will advance the exact amount needed from the available credit in a linked credit card or a minimum of $25. The Overdraft Protection Advance Fee (if any) will be charged to your credit card account. Advances from a linked Wells Fargo line of credit are made in increments of $100 or $300 (specific details will be provided when you link accounts) and the Overdraft Protection Advance Fee will be charged to the checking account.

### What is Debit Card Overdraft Service?

This is an optional service you can add to your eligible checking account. The service allows Wells Fargo to approve (at our discretion) your ATM and everyday (one-time) debit card transaction if you do not have enough money to cover your transaction in your checking account or in accounts linked for Overdraft Protection. If you add this service, we may approve these transactions into *overdraft* and allow you to continue with your ATM withdrawal or everyday debit card transaction. However, if you do not make a covering deposit or transfer before the posted cut-off time (where the deposit or transfer is made), *overdraft* fees will be assessed.

If this service is not added and you do not have enough money in your checking account (or in accounts linked for Overdraft Protection), your ATM or everyday debit card transaction will be declined. In addition, no *overdraft* fees will be assessed on ATM or everyday debit card transactions that are paid from your account, even if you no longer have sufficient funds to cover previously approved transactions.

### What is your responsibility if your account has an *overdraft*?

If you have an *overdraft* on your account (including transactions we have paid on your behalf into *overdraft*, plus any fees), you must make a deposit or transfer promptly to return your account to a positive balance.

If you fail to bring your checking account to a positive balance, we will close your account. Also we may report you to consumer reporting agencies and initiate collection efforts. You agree to reimburse us for the costs and expenses (including attorney's fees and expenses) we incur.

**Exhibit 6 to Complaint**
**Page 135**

## Set-off and security interest

### Are we allowed to use the funds in your accounts to cover debts you owe us?

Yes, we have the right to apply funds in your accounts to any debt you owe us. This is known as "setoff." When we setoff a debt you owe us, we reduce the funds in your accounts by the amount of the debt. We are not required to give you any prior notice to exercise our right of setoff.

A "debt" includes any amount you owe individually or together with someone else both now or in the future. It includes any *overdrafts* and our fees. We may setoff for any debt you owe us that is due or past due as allowed by the laws governing your account. If your account is a joint account, we may setoff funds in it to pay the debt of any joint owner.

Our right to setoff extends to any federal or state benefit payments (including Social Security benefits) deposited to your account. If we are obligated to return any federal or state benefits deposited to your accounts after you are no longer eligible to receive them, we have the right to setoff against any of your accounts to recover the payments you were ineligible to receive. Our right of setoff will not apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you maintain with us. If your account is an unmatured time account (or CD), we may deduct any early withdrawal fee or penalty that may be due as a result of our having exercised our right of setoff.

### Do you grant us a security interest in your accounts with us?

Yes, to ensure you pay us all amounts you owe us under the Agreement (e.g., *overdrafts* and fees), you grant us a lien on and security interest in each account you maintain with us. By opening and maintaining each account with us, you consent to our asserting our security interest should the laws governing the Agreement require your consent.  Our rights under this security interest are in addition to and apart from any other rights under any other security interest you may have granted to us.

### Can you grant any one else a security interest in your accounts with us?

No, you may not grant a security interest in, transfer, or assign your accounts to anyone other than us without our written agreement.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

20

**Exhibit 6 to Complaint**
**Page 136**

## Additional rules for checks and withdrawals

### What identification do we request to cash checks presented over-the-counter by a non-customer?

For these transactions, we require acceptable identification, which can include a fingerprint from the person presenting your check. We may not honor the check if the person refuses to provide us with requested identification.

### Are there special rules if you want to make a large cash withdrawal or deposit?

We may place reasonable restrictions on a large cash withdrawal. These restrictions include requiring you to provide reasonable advance notice to ensure we have sufficient cash on hand. We do not have any obligation to provide security if you make a large cash withdrawal. If you want to deposit cash for a very large amount, we have the right to require you to provide adequate security or exercise other options to mitigate possible risks.

### Are we responsible for reviewing checks for multiple signatures?

No, we are not responsible for reviewing the number of signatures required on your account. If you have indicated that more than one signature is required, we will not be liable if a check does not meet this requirement.

### Are we required to honor dates and special instructions written on checks?

No, we may, without inquiry or liability, pay a check even if it

- Has special written instructions indicating we should refuse payment (e.g., "Void after 30 days" or "Void over $100");
- Is stale-dated (i.e., the check's date is more than 6 months in the past), even if we are aware of the check's date;
- Is post-dated (i.e., the check's date is in the future); or
- Is not dated.

We may also pay the amount encoded on your check in U.S. dollars, even if you wrote the check in a foreign currency or made a notation on the check's face to pay it in a foreign currency. The encoded amount is in the line along the bottom edge of the front of the check where the account number is printed.

### Can you use a facsimile or mechanical signature?

Yes, if you use a facsimile or mechanical signature (including a stamp), any check appearing to use your facsimile or mechanical signature will be treated as if you had actually signed it.

### What is the acceptable form for your checks?

Your checks must meet our standards, including paper stock, dimensions, and other industry standards. Your checks must include our name and address, as provided by us. Certain check features, such as security features, may impair the quality of a check image that we or a third party create.

We reserve the right to refuse checks that do not meet these standards or cannot be processed or imaged using our equipment. We are not responsible for losses that result from your failure to follow our check standards.

**Exhibit 6 to Complaint**
**Page 137**

## Issuing stop payment orders and post-dated checks

**How do you stop payment on a check?**

You may request a stop payment on your check in a time and manner allowing us a reasonable opportunity to act on it before we pay, cash, or otherwise become obligated to pay your check.

Each stop payment order is subject to our verification that we have not already paid or otherwise become obligated to pay the check from your account. This verification may occur after we accept your stop payment order.

In order to issue a stop payment order on a check, we request the following information:

- Your bank account number,
- The check number or range of numbers,
- The check amount or amounts,
- The payee(s) name(s), and
- The date on the check.

We are not responsible for stopping payment on a check if you provide incorrect or incomplete information about the check.

**What is the effective period for a stop payment order?**

A stop payment order on a check is valid for 6 months. We may pay a check once a stop payment order expires. You must place a new stop payment order if you do not want it to expire. We treat each renewal as a new stop payment order. We will charge you for each stop payment order you place (as well as each renewal).

**How do you cancel a stop payment order?**

To cancel a stop payment order, we must receive your request in a time and manner allowing us a reasonable opportunity to act on it.

**Are you still responsible if we accept a stop payment on a check?**

Yes, even if we return a check unpaid due to a stop payment order, you may still be liable to the holder (e.g., a check cashing business) of the check.

**How can you prevent a post-dated check from being paid before its date?**

A "post-dated" check is a check you issue with a date in the future. We are not responsible for waiting to honor the check until that date, unless you instruct us to do so through the use of a stop payment order for the check. You are responsible for notifying us to cancel the stop payment order when you are ready to have that check paid.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

22

**Exhibit 6 to Complaint**
**Page 138**

## Issuing stop payment orders and post-dated checks

### How do you stop payment for preauthorized electronic fund transfers?

**If you have told us in advance to make a regular payment from your account, you can stop the payment by:**

Calling Wells Fargo Phone Bank at 1-800-869-3557, or writing to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228- 6995, in time for us to receive your request 3 *business days* or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge you a fee for every stop payment order you request.

**Notice of varying amounts:** If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be.

**Liability for failure to stop payment:** If you order us to stop one of these payments 3 *business days* or more before  your scheduled transfer, and we do not do so, we will be liable for your losses or damages.

**Purchase transactions:** A stop payment may not be requested on a purchase transaction.

**Exhibit 6 to Complaint**

**Page 139**

## Your account ownership

### How do we treat accounts owned by more than one person?

You can choose to open an account with one or more other individuals. In these instances, we will treat all account holders as joint tenants with right of survivorship unless

- State Laws governing your account require other treatment, or
- We otherwise agree with you in writing that the account is owned in some other capacity.

Regardless of the form of ownership, we will not maintain a separate record of each co-owner's interest in the account. We may act on instructions from any co-owner (or a co-owner's representative) without another account co-owner's consent. These actions include instructions to withdraw or transfer funds, make payments, or close the account.

### Are we allowed to pay money requested by a co-owner?

Yes, we may pay any money in the account requested by any co-owner (or a co-owner's legal representative), regardless of

- Their contributions,
- Whether any other co-owner is incapacitated or deceased, or
- Whether the account includes a right of survivorship.

### Do we allow a co-owner to open additional accounts?

Yes, we may act on an instruction from any account co-owner to open additional accounts with the same ownership.

### What are the forms of account ownership?

**Joint tenants with right of survivorship:** When you hold an account as joint tenants with right of survivorship and one of you dies, the account is payable to the surviving co-owner, subject to our rights under the Agreement.

**Tenants-in-common:** When you hold an account as tenants-in-common, it is payable upon the death of an accountholder, in whole or in part, to any surviving co-owner on the account or the deceased owner's personal representative, heirs, or successors. This is subject to our rights under the Agreement.

**Community property:** An account is held as community property when spouses have equal and undivided interests in the account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest by will. Community property does not exist in every state. Ask your legal adviser to understand if this applies to your account.

### What is a Pay On Death (POD) account?

A POD account is payable on your death (or the death of the last surviving co-owner) to one or more payees named in the title of the account. When the title of an account includes language like "in trust for (ITF)," "transfer on death (TOD)," or similar language, the account is treated as a pay on death account.

You may change, add, or remove the name of any payee or beneficiary anytime by providing us with proper written notice. Generally, the payee or beneficiary must survive all owners in order to receive their share of funds from a POD account.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

24

Exhibit 6 to Complaint
Page 140

## Your account ownership

### How are Uniform Transfers/Gifts to Minors Act accounts handled?

An account established under a state's Uniform Transfers/Gifts to Minors Act is controlled by the custodian (or a successor custodian). Only the named custodian (or successor custodian) is authorized to instruct us regarding the account. We may, however, disclose information about the account to the minor or the minor's representative. When the minor reaches the applicable age of majority, we may pay the funds on deposit in the account to the minor in accordance with the custodian's duty without waiting for instructions from the custodian.

### How are minor by accounts handled?

One or more adults may open an account in the name of a minor "by the adult(s)" as allowed by the laws governing your account. An "adult" is a person who has reached the age of majority. Beneficial ownership of the funds deposited in the account vests exclusively in the minor. The adult has exclusive control of the account until the minor reaches the applicable age of majority.

If there is more than one adult, each may act independently. We are not obligated to inquire about the use of the funds. When the minor reaches the age of majority, we may act on the instructions of either the minor or the adult. If the adult (or the last of the adults to survive) dies before the minor reaches the age of majority, we may transfer the funds to the custodian according to the applicable Uniform Transfers/Gifts to Minors Act.

### Can you transfer ownership of your account?

No assignment will be valid or binding on us, and we will not be considered to have "knowledge" of it, until we consent and the assignment is noted in our records. However, by noting the assignment, we do not have any responsibility to assure that the assignment is valid. Any permitted assignment of your account is subject to our setoff rights.

The Agreement is binding on your personal representatives, executors, administrators, and successors, as well as our successors and assigns.

### What if an owner does not sign a signature card?

The failure of a person identified in our records as an owner or a co-owner of an account to sign a signature card (or other account related documentation) does not prevent us, in our sole discretion, from treating the person as an owner or a co-owner of that account; we are not liable to anyone as a result.

### Are all joint owners responsible for liabilities on your account?

Yes, all joint owners are each individually and jointly responsible for any *overdraft* on your account, regardless of who caused or benefited from the *overdraft*. If there is a setoff, an enforcement of our security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy) affecting any co-owner, we have the right to treat all funds in the account as belonging to the person against whom the setoff, enforcement of the security interest, or other legal action is directed. If your account is closed for unsatisfactory handling, we may report all joint owners to the consumer reporting agencies.

**Exhibit 6 to Complaint**
**Page 141**

## Your account ownership

### What if an account owner or *authorized signer* is declared incompetent or dies?

Please notify us promptly if you learn or suspect an account owner or signer has been declared incompetent by a court or a legal authority, or has died. When we receive proper notice, we may

- Freeze the account until we receive documents verifying the incapacity or death and instructions regarding the funds remaining in the account,

- Pay (without inquiring) any *item* authorized by the account owner before being declared incompetent or dying,

- Return or reverse deposits made to the account, and

- Apply funds in the account to any debt the account owner owes us before recognizing the rights to any remaining funds of a surviving joint owner or other person.

If we are liable for taxes because we released funds in an account after the account owner's death, the account owner's estate is responsible for reimbursing us for the taxes.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

26

**Exhibit 6 to Complaint Page 142**

## Interest earning accounts

### What interest rate applies to an interest earning account?

When you open an interest earning account, we will provide a rate sheet listing the current interest rate and Annual Percentage Yield (APY) for your account. Interest earning accounts earn interest at a variable rate, except Time Accounts (CDs). We may change the interest rate for variable-rate accounts at any time. The interest rate may vary depending on your daily balances (tiered-rate account). We may pay the same interest rate on more than one tier. The tiers and corresponding interest rates are disclosed in the rate sheet.

### How do we calculate earned interest?

We calculate interest using the daily collected balance method. This method applies a daily periodic rate to the collected balance in your account each day. Interest is calculated using a 365-day year.

### When does a deposit begin accruing interest?

Cash deposits begin accruing interest the same *business day* a deposit is credited to your account. If you deposit an *item* such as a check, interest begins accruing on the *business day* we receive credit for the *item*.

### Is interest compounded and when is it credited?

Interest will compound on a daily basis. For checking and savings accounts, interest will be credited on a monthly basis.

### What is the difference between Annual Percentage Yield (APY) and Annual Percentage Yield Earned (APYE)?

The Annual Percentage Yield (APY) is a percentage rate reflecting the total amount of interest paid on an account based on the interest rate and the frequency of compounding for a 365-day period. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your account during the statement period and the average daily balance in the account for the statement period.

We calculate both your APY and APYE according to formulas established by federal regulations. The APYE appears on your account statement.

### Do we have the right to require notice of withdrawal from your savings account?

Yes, we have the right to require 7 days written notice before you withdraw money from your savings account.

### Are you required to obtain a tax identification number certification?

Yes, in most instances, Treasury regulations require us to obtain a Taxpayer Identification Number ("TIN") for each account. To avoid backup withholding tax on accounts that earn interest or dividends, you are required to submit Internal Revenue Service ("IRS") Form W-9 or Form W-8BEN and supporting information and/or documentation to us. U.S. citizens or other U.S. persons, including resident alien individuals, must provide a Form W-9. If you are a non- resident alien as defined by the IRS, you must provide a Form W-8BEN.

Until we have received the Form(s) W-9 or W-8BEN completed and signed per IRS Regulations, or any other required forms, we will pay interest and comply with the backup withholding requirements of the IRS.

**Exhibit 6 to Complaint**
**Page 143**

## Interest earning accounts

### Regulation D savings account transaction limit and other limited activity

Regulation D and Wells Fargo limit certain types of withdrawals and transfers from a savings account to a combined total of 6 per monthly fee period.

**Limited by Regulation D:**

- Transfers by phone using our automated banking service or speaking with a banker on the phone
- Transfers or payments through online, mobile, and text banking (including Bill Pay and Wells Fargo SurePay®)
- Overdraft Protection transfers to a checking account
- Pre-authorized transfers and withdrawals (including recurring and one time)
- Payments to third parties such as checks, drafts, or similar transactions (counted when they are posted to your account and not when they are written)
- Debit or ATM card purchases that post to the savings account
- Transfers or payments made in person using the Wells Fargo SurePay service at a Wells Fargo ATM
    - To your account at another financial institution
    - To a third party's account at Wells Fargo
    - To a third party's account at another financial institution

**Limited by Wells Fargo:**

- Transfers and payments to Wells Fargo credit cards, lines of credit, and loans
- Outgoing wires whether made in person, on the telephone, or online
- Transfers or payments made in person using the Wells Fargo SurePay service to your Wells Fargo account at a Wells Fargo ATM

**Not limited:**

Except as limited above, there is no limit on the following in person transactions at a Wells Fargo ATM or banking location

- Transfers between your Wells Fargo accounts
- Withdrawals
- Any types of deposits

### What is an excess activity fee?

An excess activity fee (see the "Consumer Account Fee and Information Schedule") is assessed for transactions exceeding the limit stated above. If the limit is exceeded on more than an occasional basis, Wells Fargo may be required to convert the savings account to a checking account, which would discontinue any Overdraft Protection it might be providing to another account, or close the account.

If the withdrawal and transfer limit is reached, we may decline withdrawals and transfers for the remainder of the monthly fee period to help you avoid a fee and account conversion or closure.

### What is a fee period?

The fee period is used to count the number of posted transactions before charging fees for some transactions during that period. The dates of your fee period are located in the section on your statement called "Monthly service fee summary" for each account. For the PMA® Package, the fee period begins on the first *business day*, and ends on the last *business day*, of the calendar month.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

**Checking and savings accounts**

Electronic banking services

28

**Exhibit 6 to Complaint**
**Page 144**

## Time Accounts (CDs)

### What are Time Accounts?

Time Accounts (CDs) are payable at the expiration of a specified term, no less than 7 calendar days after the date of deposit. We may also refer to a Time Account as a "CD" or a "Certificate of Deposit," even though a certificate does not represent a Time Account. The CD's maturity date is the last day of the term for the CD. The maturity date is printed on your receipt.

### When can you withdraw funds from your CD?

You may withdraw funds from your CD on the maturity date without a fee or penalty. You may also generally withdraw funds without a fee or penalty within the 7 calendar days after the maturity date (grace period). You may be charged a fee or penalty if you make a withdrawal at any other time. See the "Time Accounts (CDs)" section of the Consumer Account Fee and Information Schedule  for details.

### Can you deposit additional funds into your CD?

You can only deposit additional funds during the grace period.

### Will your Annual Percentage Yield (APY) change if you withdraw interest before maturity?

The APY we disclose to you assumes the interest you earn will remain on deposit until your CD matures. If you withdraw your earned interest before maturity, your account will earn less interest over time and the actual APY will be less than the disclosed APY.

### How does your CD renew?

If your CD is automatically renewable, at maturity it will renew

- Typically for a like term unless we inform you prior to maturity of a different term; and
- At our interest rate in effect on the maturity date for a new CD of the same term and amount, unless we have notified you otherwise.

If your CD is not automatically renewable and you do not withdraw the funds on the maturity date, the CD will stop earning interest.

**Exhibit 6 to Complaint**
**Page 145**

## Electronic fund transfer services

### General rules for electronic fund transfer services

We offer a variety of electronic fund transfer services you can use to access funds in your account(s) and perform other transactions detailed in this section. We describe some of these services in this section and also provide certain disclosures that apply to the use of electronic fund transfer services with your consumer account. Some of these services are governed by separate agreements we give to you at the time your *card* is mailed or you sign up for the service (e.g., ATM and debit cards, Wells Fargo Online and Mobile Banking).

When you read this section, you will see references to Regulation E. This regulation applies to transactions you can perform using your *card* to access your account, such as purchases and ATM transactions. Regulation E also applies to other types of electronic fund transfers you can make from or to your account, such as payments made using bill pay and the direct deposit of your paycheck into your account. Regulation E sets forth the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfers and of the banks or other persons who offer these services. It includes the actions you need to take if you believe your *card*, your *card* number, or your Personal Identification Number (PIN) has been lost or stolen, or if you notice an error or unauthorized electronic fund transfer on your account and the rules regarding your potential liability for these transfers. Your responsibilities and protections under Regulation E are described in more detail in the "Electronic fund transfer disclosures" section below.

For unauthorized *card* transactions, in addition to the rights you have under Regulation E, Zero Liability protection provides you with added protection from liability. With Zero Liability protection, if your *card* or *card* number is lost or stolen and used without your authorization, you are not responsible for unauthorized transactions you promptly report to us.  Your responsibilities and protections under Zero Liability protection are described in more detail in the section on "Zero Liability protection (*card* transactions only)", which is detailed in the "Debit cards and ATM cards" section below.

The following table summarizes the types of transactions to which Regulation E applies and tells you if Zero Liability protection covers the transaction.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

30

**Exhibit 6 to Complaint**
**Page 146**

## Electronic fund transfer services

| Debit and ATM card transactions | | | |
|---|---|---|---|
| **Electronic fund transfer** | **Description** | **Transaction covered by Reg E[1]** | **Zero Liability protection[2]** |
| **Wells Fargo ATMs** | Make deposits to your account, transfer funds between your linked accounts, make payments to a linked credit account, obtain a statement of the last 10 transactions (fees may apply), purchase U.S. postage stamps (fees may apply) | √ | √ |
| **Non-Wells Fargo ATMs** | Withdraw cash (fees may apply) <br><br> For accounts opened in Iowa and Nebraska: Make deposits at certain non-Wells Fargo ATMs | √ | √ |
| **Purchases at participating merchants** | Purchase goods and services from merchants accepting payments through a network (e.g., Visa and MasterCard) in which we participate (fees may apply) | √ | √ |
| **Over-the counter (teller assisted) cash disbursements at a Wells Fargo location** | Withdraw cash through a teller | √ | √ |
| **Over-the counter (teller assisted) cash disbursements at a non-Wells Fargo location** | Withdraw cash through a non-Wells Fargo teller (fees may apply) | √ | √ |
| **Bill payments** | Authorize one-time or recurring electronic payments from your account using information from your *card* | √ | √ |

---

[1] For details, see the "Electronic fund transfer disclosures" section below.

[2] Unauthorized *card* use must be reported within 60 days of when the first account statement showing the unauthorized transaction was delivered. For details, see section on "Zero Liability protection (*card* transactions only)," below.

**Exhibit 6 to Complaint**
**Page 147**

## Electronic fund transfer services

| Electronic transfers, payments, credits, and electronic check conversions (not *card* transactions) | | | |
|---|---|---|---|
| **Electronic fund transfer services (EFT)** | **Description** | **Transaction covered by Reg E[1]** | **Zero Liability protection[2]** |
| **Transfers** | Send or receive transfers between your accounts or to other recipients at Wells Fargo or other financial institutions | √ | |
| **Payments** | One-time or recurring payments from your account that you initiate or preauthorize for withdrawal from your account | √ | |
| **Credits** | Automatic electronic deposits to your account, such as payroll or benefits payments | √ | |
| **Electronic check conversions** | Electronic fund transfer using information from a check (e.g., the Bank's routing number and your account number) | √ | |

| Phone Bank transactions | | | |
|---|---|---|---|
| **Electronic fund transfer services (EFT)** | **Description** | **Transaction covered by Reg E** | **Zero Liability protection** |
| **Phone Bank Transactions** (not under a written agreement) | You can request the Phone Bank to make transactions to and from your account | | |
| **Phone Bank Transactions** (under a written agreement) | The Phone Bank, under an agreement, can make transactions to and from your account | √ | |

*Introduction*

*Resolving disputes through arbitration*

*Important legal information*

*Statements and error notifications*

*Rights and responsibilities*

*Checking and savings accounts*

*Electronic banking services*

---

[1] For details, see the "Electronic fund transfer disclosures" section below.

[2] Unauthorized *card* use must be reported within 60 days of when the first account statement showing the unauthorized transaction was delivered. For details, see section on "Zero Liability protection (*card* transactions only)," below.

32

**Exhibit 6 to Complaint**
**Page 148**

## Debit cards and ATM cards

This part describes ways to use services linked to an account using a debit or ATM card. Some services may not be available at all locations. We may require you to sign additional documentation to obtain a debit or ATM card. You will receive terms and conditions applicable to your *card* when you receive the *card*. In the event of a conflict between the terms and conditions and the Agreement, the terms and conditions will control. Additional disclosures applicable to these services are provided in the Consumer Account Fee and Information Schedule.

### Issuance of a *card* and Personal Identification Number (PIN)

We may issue a *card* to each account owner to access an account linked to your *card* (a "linked account"). If you do not select a PIN when you open your account, we will send you a randomly selected PIN.

### Protection of *card* and PIN

You should securely protect your *card* and PIN from loss or theft. Each cardholder must have his or her own unique PIN for the *card* and is responsible for maintaining confidentiality of the PIN. Memorize the PIN. Never write the PIN on the *card* or share it with anyone, including our employees. Never allow anyone else to use the *card* or PIN. If the *card* or PIN is given to another person, the account owner will be responsible for all transactions made by that person or anyone else to whom that person gives the *card* or PIN. Notify us immediately if the *card* is lost or stolen, or is no longer secure.

### Instant issue debit card

The instant issue debit card is a temporary debit card. We will deactivate the instant issue debit card either when you activate your permanent debit card or 30 days after we issue your temporary debit card.

### One-time access codes

Upon your request, we may provide you with a secure, one-time access code. This access code (when used together with the PIN associated with your *card*) will allow you access to the accounts linked to your *card* at certain Wells Fargo ATMs. An access code is temporary and can be used only once.  Use of an access code with the associated PIN is equivalent to use of the *card* at a Wells Fargo ATM.

### Linking accounts for *card* access and designating primary account

Linking lets you add accounts you own (e.g., checking, savings, credit card) to a debit or ATM card, giving you access to make transactions on multiple accounts with one *card* at Wells Fargo ATMs.

If you link only one account of a single type (e.g., checking or savings accounts) to the *card*, that linked account is automatically designated as the "primary" account for purposes of electronic fund transfer services. The primary account for a debit card must be a checking account. The money for purchases and payments made with your *card* is deducted from the primary checking account. Cash withdrawals using a *card* at a non-Wells Fargo ATM are deducted from the primary checking or savings account.

If you link more than one account of a single type to the *card*, you may designate a primary account and other accounts. For example, if you link 4 checking accounts to your *card*, one account will be the primary account and the remaining 3 accounts will be other accounts. If you do not designate one account as the primary account of a particular type of account,

**Exhibit 6 to Complaint**
**Page 149**

## Debit cards and ATM cards

the first account of that type linked to your *card* is considered the primary account for that type of account. If a primary account linked to the *card* is closed or delinked for any reason, we will designate another linked account (if applicable) as the new primary account. If this linked account is a savings account, your debit card may be converted to an ATM card. We will determine the number and type of accounts you can link to your *card*.

### Using a debit card to access linked credit card and line of credit accounts at ATMs

If you link your Wells Fargo credit card account or line of credit account to the *card* (linked credit account), you may use the *card* to access the linked credit account at any Wells Fargo ATM. You can use the *card* to obtain cash or transfer funds from the linked credit account, as long as the linked credit account is in good standing and has available credit. Cash withdrawals and transfers of funds from your linked credit account are treated as cash advances. Each of these transactions is subject to the provisions of the applicable credit card account agreement or line of credit account agreement, including daily limits and cash advance fees.

You must notify us in case of errors or questions about your Wells Fargo credit card bill. If you think your bill is wrong or if you need more information about a transaction on your bill, write to us at: Wells Fargo Card Services, P.O. Box 522, Des Moines, IA, 50302-9907. You also may call us at the telephone number listed on your account statement. However, you must write to us to preserve your billing rights. Please consult your applicable credit account agreement for complete information on the terms and conditions applicable to your linked credit account, including the rules relating to cash advances from, and payments to, your linked credit accounts.

### Using your *card*

The tables below show how you can use your *card* to make purchases and payments, make transfers, and use ATMs.

Note: Some services described below may not be available at all ATMs.

| How you can purchase or pay | | |
|---|---|---|
| **Actions** | **Debit card** | **ATM card[1]** |
| Use your *card* at merchants who accept payments through a network in which we participate (e.g., Visa® and MasterCard®) | √ | √ |
| Pay bills directly to merchants or others using your *card* | √ | |
| Request cash back when you make a purchase using your PIN with merchants who offer this service | √ | √ |
| Use your *card* through a mobile device at merchants who accept mobile payments | √ | |

[1] Purchases using ATM cards are available at merchants accepting payments through networks in which we participate and require a PIN to authorize the purchase.

*Side tabs:* Introduction · Resolving disputes through arbitration · Important legal information · Statements and error notifications · Rights and responsibilities · Checking and savings accounts · **Electronic banking services**

**Exhibit 6 to Complaint**
**Page 150**

## Debit cards and ATM cards

| Where you can withdraw money | | |
|---|---|---|
| **Actions** | **Debit card** | **ATM card** |
| Wells Fargo ATMs and Wells Fargo Bank locations | √ | √ |
| Non-Wells Fargo ATMs (fees may apply) | √ | √ |
| Non-Wells Fargo banks that accept Visa-branded cards when a teller helps you with your transaction (fee may apply) | √ | |

| What you can do at Wells Fargo ATMs | | |
|---|---|---|
| **Actions** | **Debit card** | **ATM card** |
| View your account balances | √ | √ |
| Withdraw cash | √ | √ |
| Make deposits to your account | √ | √ |
| Transfer funds between your accounts linked to your *card* | √ | √ |
| Make payments to your Wells Fargo credit card | √ | √ |
| Get a statement of the last 10 transactions (fees may apply) | √ | √ |
| Get a statement of the balances of accounts linked to the *card* (fees may apply) | √ | √ |
| Purchase U.S. postage stamps (fees may apply) | √ | √ |
| Choose how you want to receive your ATM receipt: printed, emailed to the address on file or to your Wells Fargo Online® secure inbox, or texted to your mobile phone number on file (fees may apply) | √ | √ |

| What you can do at non-Wells Fargo ATMs[2] | | |
|---|---|---|
| **Actions** | **Debit card** | **ATM card** |
| View your account balance (fees may apply) | √ | √ |
| Withdraw cash (fees may apply) | √ | √ |
| Make deposits at certain non-Wells Fargo ATMs (for accounts opened in Iowa and Nebraska) | √ | √ |

| How you can receive electronic credit transfers | | |
|---|---|---|
| **Actions** | **Debit card** | **ATM card** |
| Receive transfers e.g., through card networks or funds transfer systems | √ | |

---

[2] Non-Wells Fargo ATMs are part of ATM networks owned or operated by other financial institutions. Some transactions may not be available at all ATMs, may be different from those available at Wells Fargo ATMs, or may be limited to any withdrawal limit(s) set by the non-Wells Fargo ATM. Some non-Wells Fargo ATMs may not give you the option of choosing which account to use. In this case, the cash withdrawal will be from the primary account linked to your *card*.

**Exhibit 6 to Complaint**
**Page 151**

## Debit cards and ATM cards

### ATM and merchant terminal malfunctions

We are not responsible for damages resulting from an ATM or merchant terminal malfunction. You will promptly notify us if a Wells Fargo ATM fails to dispense the correct amount of cash or provide a receipt by calling or writing us at the telephone number or address provided on your account statement.

### Fees for use of *card*

We will charge a fee for each non-Wells Fargo ATM transaction you perform (except for deposits or as waived by the terms of your account). In addition, the non-Wells Fargo ATM owner/operator will also charge a fee (unless waived by the terms of your account). This fee is included in the total transaction amount that is withdrawn from your account. Transactions will be limited to any withdrawal limits set by the non-Wells Fargo ATM.

We will charge a fee if you make an over-the-counter (teller assisted) cash disbursement at a non-Wells Fargo bank that accepts Visa-branded cards. Some merchants may assess a fee when you use your *card* for a purchase. This fee will be included in the total purchase amount.

Additional fees applicable to use of the *card* are provided in the Consumer Account Fee and Information Schedule.

### Daily limits and funds available for use with *cards*

You may use your *card* subject to 1) your daily ATM withdrawal limit and daily purchase limit, and 2) your *available balance* in your account. The following rules apply:

- **Limits on dollar amounts**
  - Daily ATM withdrawal limit is the maximum amount of cash you can withdraw from any combination of accessible accounts using your *card*.
  - Daily purchase limit is the maximum U.S. dollar amount of purchases (including cash back, if any) that can be debited from your account.
    1. In certain circumstances, we may allow debit card transactions that exceed your daily purchase limit (except for certain accounts such as Teen Checking[SM], Opportunity Checking, and savings accounts).
    2. If your daily purchase limit is more than $99,999, you may ask that the merchant process multiple transactions to complete a purchase above this amount.
- **The limits for your *card***
  We provide you your daily ATM withdrawal and purchase limits when you receive your *card*. You can confirm your *card's* daily limits by calling us at the number listed in the "How to reach Wells Fargo" section, or by viewing them on the "Profile" page in the "Account Activity" tab in online banking.
  - Changes to your *card* limits: We may, without telling you, increase your daily purchase or ATM withdrawal limit based on account history, activity, and other factors. We will notify you if we decrease the daily limits for your *card*.
- **Definition**
  For purposes of the daily limits only, a "day" is defined as the 24-hour period from midnight to midnight, Pacific Time. If a transaction is made in another time zone, it will be processed when we receive it.
- **Other limits**
  There is generally no limit on the number of times the *card* may be used each day as long as the applicable daily ATM withdrawal limit and daily purchase limit are not exceeded and there is a sufficient *available balance* in any combination of your linked deposit accounts accessed for withdrawal.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

Electronic banking services

36

**Exhibit 6 to Complaint**
**Page 152**

## Debit cards and ATM cards

- If the ATM transaction or purchase would create an *overdraft* on the linked account, we may, in our sole discretion, take any of the actions described in the section of the Agreement titled "Available balance, posting order, and overdrafts." The availability of deposits for withdrawal is described in the funds availability policy.

When we approve a transaction or purchase, we call that an "authorization." We may limit the number of authorizations we allow during a period of time (e.g., if we notice out-of-pattern use of your *card*, suspected fraudulent or unlawful activity, or internet gambling). For security reasons, we cannot explain the details of the authorization system. If we do not authorize the payment, we may notify the person who attempted the payment that has been refused. We will not be responsible for failing to give an authorization.

### Illegal transactions

You must not use your *card* or account for any illegal purpose or internet gambling. You must not use your *card* or account to fund any account that is set up to facilitate internet gambling. We may deny transactions or authorizations from merchants who are apparently engaged in or who are identified as engaged in the internet gambling business.

### Using your *card* through a mobile device

A "mobile device" means a smartphone, tablet, or any other hand-held or wearable communication device that allows you to electronically store or electronically present your *card* or *card* number ("electronic card information") and use that electronic card information to make *card* transactions.

When you use your *card* with your mobile device for transactions:

- Mobile carriers may charge you message and data rates, or other fees
- Your *card* information is sent across wireless and computer networks
- Information about your mobile device may be transmitted to us
- You should secure the mobile device the same as you would your cash, checks credit cards, and other valuable information. We encourage you to password protect or lock your mobile device to help prevent an unauthorized person from using it.
- Please notify us promptly if your mobile device containing electronic card information is lost or stolen.

When you use your *card* with your mobile device for transactions, third parties, such as merchants, card association networks, mobile carriers, mobile wallet operators, mobile device manufacturers, and software application providers may 1) use and receive electronic card information, and 2) receive information about your mobile device.

*Card* transactions made through your mobile device are one-time debit card transactions. *Overdraft* service for your debit card, if eligible for this service, applies to transactions made with your mobile device. For additional information, please see the section on "Available balance, posting order, and overdrafts."

We may, at any time, partially or fully restrict your ability to make *card* transactions through a mobile device. If you want to remove electronic card information from your mobile device, please contact Wells Fargo Phone Bank at 1-800-TO WELLS (1-800-869-3557).

**Exhibit 6 to Complaint**
**Page 153**

## Debit cards and ATM cards

### Visa Account Updater service

If you give your debit card number to a merchant with authorization to bill it for recurring payments, and your debit card number or expiration date changes, you should notify the merchant with your new *card* information. We subscribe to the Visa® Account Updater Service (VAU Service) and provide updated *card* information to the VAU Service. If a merchant participates in the VAU Service, that merchant will receive the updated card information. Changes to your *card* number due to reported fraud will not be provided to the VAU Service. Because not all merchants subscribe to the VAU Service, we recommend you notify each merchant of your new *card* number and/or expiration date to ensure your payments continue uninterrupted.

### Authorization holds for *card* transactions

For all *card* purchase transactions, we may place a temporary hold on some or all of the funds in the account linked to your *card* when we obtain an authorization request. We refer to this temporary hold as an "authorization hold." The funds subject to the hold will be subtracted from your *available balance*.

We can place an authorization hold on your account for up to 3 *business days* (or for up to 30 *business days* for certain types of debit or ATM card transactions, including car rental, cash, and international transactions) from the time of the authorization or until the transaction is paid from your account. However, if the transaction is not submitted for payment within the time allowed, we will release the authorization hold. This means your *available balance* will increase until the transaction is submitted for payment by the merchant and posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. In some situations, the amount of the hold may differ from the actual transaction amount since the merchant may not know the total amount you will spend. For example, a restaurant submits the authorization request for your meal before you add a tip. You should record and track all of your transactions closely to confirm your *available balance* accurately reflects your spending of funds from the account linked to your *card*.

### Transactions outside the United States

If a *card* is used to make an ATM withdrawal or a purchase outside the United States, the network handling the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a purchase only, the merchant handling the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives or the government-mandated rate in effect for the applicable central processing date. If the merchant handling the purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, we may also charge an international purchase transaction fee, which we base on the amount provided to us by the network (e.g., Visa, MasterCard) in U.S. dollars.

### Ending your *card* use

The *card* is our property. We may cancel your *card* at any time without notice to you. You may cancel your *card* at any time by writing to us at the address provided in your account statement. If the account is closed or the *card* is cancelled, you will immediately destroy the *card*(s) and, upon request, tell us in writing that the *card*(s) has been destroyed. If requested, you must immediately return the *card(s)* to us. If your *card* is cancelled, you must pay for any *card* transactions made before the *card* is cancelled.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

38

**Exhibit 6 to Complaint**
**Page 154**

## Debit cards and ATM cards

### Zero Liability protection (*card* transactions only)

Your *card* comes with Zero Liability protection for unauthorized transactions that you report promptly. With Zero Liability protection, if your *card* or *card* number is ever lost or stolen and used without your permission, you must tell us immediately. If you do, you will not be responsible for unauthorized transactions made using your *card* or *card* number. The Zero Liability protection we provide Wells Fargo debit and ATM card customers goes beyond what is required by Regulation E (see page 40 for Regulation E provisions).

An "unauthorized transaction" is a transaction that does not benefit you that is made by a person who does not have your actual or implied authority.

If you notify us about the unauthorized transaction within 60 days of when the first account statement showing the unauthorized transaction was delivered, you will be protected for your losses on the account.

If you notify us about the unauthorized transaction after 60 days, we may not reimburse you for unauthorized transactions. You may be required to provide documentation to support your claim, including an affidavit of unauthorized use and a police report. In addition, we will consider whether any negligence on the part of the cardholders has contributed to the transaction in question.

The following are not considered to be unauthorized transactions under Zero Liability protection, which means you are liable for any transaction:

- By a cardholder or person authorized by a cardholder, or other person with an interest in or authority to transact business on the account;
- By a person you have authorized to use your *card*, even if that person has exceeded the authority you gave;
- A merchant has processed in error, or you are unhappy with goods or services you purchased. In these cases, first contact the merchant to resolve the situation.

**Exhibit 6 to Complaint**

**Page 155**

# Electronic fund transfer disclosures

The following provisions apply to electronic fund transfers to or from your consumer deposit account that are governed by Part A of Regulation E. These provisions do not apply to "remittance transfers" (e.g., ExpressSend® and consumer-initiated international wire transfers). Remittance transfers you send through us are governed by a separate agreement you enter into when you sign up for the service or send the remittance transfer.

## Liability for transactions covered by Regulation E

Tell us AT ONCE if you believe your *card*, *card* number, or PIN has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan). If you tell us within 2 *business days* after you learn of the loss or theft of your credentials, you can lose no more than $50 if someone used your credentials without your permission.

If you do NOT tell us within 2 *business days* after you learn of the loss or theft of your *card*, *card* number, or PIN, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose as much as $500.

For unauthorized *card* transactions, your *card* comes with Zero Liability protection. With Zero Liability protection, you will not be responsible for unauthorized *card* transactions that you report promptly. See Zero Liability protection section above.

Also, if your deposit statement shows transfers that you did not make, including those made by *card*, PIN or other means, tell us at once. If you do not tell us within 60 days after the deposit statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

## Contact in the event of unauthorized transfer

If you believe your *card*, *card* number, or PIN has been lost or stolen, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on your statement or write: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

## Preauthorized credits to your account

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can check Wells Fargo Online or Mobile banking, enroll in account alerts, or call Wells Fargo Phone Bank at 1-800-869-3557 to find out whether or not the deposit has been made.

## Statements

In general, you get a monthly account statement. If there are no electronic fund transfers or payments in a particular month, you will get the statement at least quarterly.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

40

**Exhibit 6 to Complaint**
**Page 156**

## Electronic fund transfer disclosures

### Preauthorized payments

- **Right to stop payment:** If you have told us in advance to make regular payments out of your account, you can stop any of these payments. Here's how:

  Call Wells Fargo Phone Bank at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request 3 *business days* or more before the payment is scheduled. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge you a fee for every stop payment order you give.

  You may not request a stop payment on a purchase transaction.

- **Notice of varying amounts:** If the amount of these regular payments varies, the person you are going to pay should tell you 10 days before each payment, when it will be made and how much it will be.

- **Liability for failure to stop payment:** If you order us to stop one of these payments 3 *business days* or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

### Our liability for failure to make transfers

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:

- Through no fault of ours, you do not have enough money in your account to make the transfer,

- The transfer would go over the credit limit on a credit account linked for Overdraft Protection,

- The ATM where you are making the transfer does not have enough cash,

- The terminal or system was not working properly and you knew about the breakdown when you started the transfer,

- Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or

- There may be other exceptions stated in our Agreement with you.

### In case of errors or questions about your electronic fund transfers

In case of errors or questions about your electronic transfers, call Wells Fargo Phone Bank at 1-800-869-3557 or the number listed on your account statement, or write us at: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995 as soon as you can, if you think your deposit statement or receipt is wrong or if you need more information about a transfer listed on the account statement or receipt. We must hear from you no later than 60 days after we send the FIRST account statement on which the problem or error appeared by taking the following actions:

- Tell us your name and account number (if any) and the dollar amount of the suspected error.

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

If you tell us in person or by phone, we may require that you send us your complaint or question in writing within 10 *business days.*

**Exhibit 6 to Complaint**
**Page 157**

## Electronic fund transfer disclosures

We will determine whether an error occurred within 10 *business days* after we hear from you and will correct any error promptly.  If we need more time, however, we may take up to 45 days to investigate your complaint or question.  if we decide to do this, we will credit your account within 10 *business days* for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.  If we ask you to put your complaint or question in writing and we do not receive it within 10 *business days*, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.  For new accounts, we may take up to 20 *business days* to credit your account for the amount you think is in error.

We will tell you the results within 3 *business days* after completing our investigation.  If we decide that there was no error, we will send you a written explanation.  You may ask for copies of the documents that we used in our investigation.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

42

**Exhibit 6 to Complaint**
**Page 158**

## Phone Bank Services

### How do we verify your identity when you call?

If you have an assigned PIN (for ATM card, debit card, or PIN only account use), we use your PIN to confirm your identity to allow you to use the automated phone bank system.

If a PIN has not been assigned or if you do not use the automated phone bank system, we will ask for and use a variety of information to verify your identity.

### Are we allowed to cancel your PIN?

Yes, we may cancel your PIN at any time without notice. If you use a PIN that is not associated with a *card*, you must use it at least once every 6 months to ensure we do not cancel your PIN due to inactivity.

### How can I change my PIN?

If you do not know your PIN, you may change your PIN at a banking location or by calling Wells Fargo Phone Bank at 1-800-TO-WELLS (1-800-869-3557) to request the mailing of a new randomly selected PIN.

If you know your PIN, you may use the automated phone system or ATM to change your PIN.

**Exhibit 6 to Complaint**
**Page 159**

# Funds transfer services

The following terms and conditions are in addition to, and not in place of, any other agreements you have with us regarding funds transfers. As used in these terms and conditions, a funds transfer does not include a transaction made using a Wells Fargo issued *card*. Examples of covered funds transfers are a preauthorized automatic transaction (ACH) like your car or mortgage payment, and wire transfers.

## Rules of funds transfer systems

Funds transfers to or from your account will be governed by the rules of any funds transfer system through which the transfers are made, including Fedwire, the National Automated Clearing House Association, the Electronic Check Clearing House Organization, any regional association (each an "ACH"), and Clearing House Interbank Payments System (CHIPS).

## Notice of receipt of funds

We will notify you of funds electronically debited or credited to your account through the account statement for your account covering the period in which the transaction occurred. We are under no obligation to provide you with any additional notice or receipt.

## Reliance on identification numbers

If an instruction or order to transfer funds describes the person to receive payment inconsistently by name and account number, payment may be made on the basis of the account number even if the account number identifies a person different from the named person. If an instruction or order to transfer funds describes a participating financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution.

## Duty to report unauthorized or erroneous funds transfers

You will exercise ordinary care to determine whether a funds transfer to or from your account was either not authorized or erroneous, and you will notify us of the facts within a reasonable time not exceeding 14 days after you have received notice from us that the instruction or order was accepted or your account was debited or credited for the funds transfer, whichever is earlier. You must notify us within 14 days to be entitled to a refund from us. If you do not notify us within 14 days, we will be entitled to retain payment for the funds transfer.

## Erroneous payment orders

We have no obligation to detect errors you make in payment orders (e.g., an erroneous instruction to pay a beneficiary not intended by you or to pay an amount greater than the amount intended by you, or an erroneous transmission of a duplicate payment order previously sent by you). If we detect an error on one or more occasions, we will not be obligated to detect errors in any future payment order. We will rely on the beneficiary account number and beneficiary bank identification number (e.g., IBAN, RTN, or SWIFT BIC) you provide with an instruction or order.  You could lose the funds if you provide incomplete or inaccurate information.

Introduction

Resolving disputes through arbitration

Important legal information

Statements and error notifications

Rights and responsibilities

Checking and savings accounts

**Electronic banking services**

44

**Exhibit 6 to Complaint**
**Page 160**

## Funds transfer services

### ACH transactions

In addition to the other terms in the Agreement, the following terms and conditions apply to payments to or from your account that you transmit through an ACH:

- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we do not receive final settlement or payment, we are entitled to a refund from you for the amount credited to your account.
- You hereby authorize any Originating Depository Financial Institution (ODFI) to initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of *items* written or authorized by you.

### Reversal

You have the right to reverse any unauthorized ACH payment that was debited from your account. If you give us written notice that you want to reverse a payment, we will credit your account for the amount of the payment. You must notify us no later than 15 days after we send you, or otherwise make available to you, your account statement that reflects the payment you want to reverse. This right of reversal is in addition to your right to stop payment.

### Liability for transactions not covered by Regulation E

For purchases and other transactions not governed by Regulation E, you are liable for all losses relating to unauthorized funds transfers that do not result solely from our negligence or intentional misconduct, unless the laws governing your account require lesser liability.

**Exhibit 6 to Complaint**
**Page 161**

## Notes

**Exhibit 6 to Complaint**
**Page 162**

## Notes

**Exhibit 6 to Complaint**
**Page 163**

## Notes

48

**Exhibit 6 to Complaint**
**Page 164**

| How to reach Wells Fargo | |
|---|---|
| **Wells Fargo accepts Telecommunications Relay Services calls.** | |
| Wells Fargo Online® | Visit wellsfargo.com<br>or call 1-800-956-4442 |
| Wells Fargo Phone Bank<sup>SM</sup> | 1-800-TO-WELLS (1-800-869-3557) |
| Spanish-speaking customers | 1-877-PARA-WFB (1-877-727-2932) |
| Chinese-speaking customers | 1-800-288-2288 |
| TTY/TDD for deaf and<br>hard-of-hearing customers | 1-800-877-4833 |
| Wells Fargo Mobile® | Visit wellsfargo.com<br>or call 1-866-863-6762 |
| Wells Fargo PMA® Package customers | 1-800-742-4932<br>1-800-600-4833 (TTY/TDD for deaf<br>and hard-of-hearing customers) |
| IRA and ESA customers | 1-800-BEST-IRA (1-800-237-8472) |
| Customers outside the U.S. | Visit wellsfargo.com/help/<br>international-access-codes to view a<br>list of our International Access Codes. |

**For all other accounts, please refer to your statement for contact information.**

This Agreement governs consumer deposit accounts maintained at Wells Fargo Bank, N.A.
© 2016 Wells Fargo Bank, N.A. All rights reserved.
Member FDIC.
CNS6616 (4/16)

**Exhibit 6 to Complaint
Page 165**

# EXHIBIT 7



**Exhibit 7 to Complaint**
**Page 166**

Deposit Date:     07/18/2022
Deposit Amount:   $90,000.00

| | Item # | Account # | Check/Serial # | Amo |
|---|---|---|---|---|
| | 1 | XXXXXX4735 | 1021 | $90,000 |



**Exhibit 7 to Complaint**

**Page 167**

# EXHIBIT 8

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 2022071 | 1 | ▓▓▓▓ | ▓▓▓2217 | 0000 9 | 0,000.00 | 2 82595704 | 000100 4 |

**Withdrawal / Retiro:**

6166

WELLS FARGO

(Check One/ (Marque una) ☐ Checking / Cuenta de Cheques    ☐ Savings / Ahorros    ☐ Money Market Access    ☐ Command

Account Number/ Número de cuenta

▓▓▓▓▓42217

Date/Fecha **7-18-22**

Please print: Name / Letra de imprenta: Nombre

**Akram Awad**

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo. Two forms of ID may be required. / Se podrán requerir dos tipos de identificación.

Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

**9538 chandelle way, Riverside**

**Sixty Thousand only** $^{00}/_{100}$  Dollars    $ **60,000.00**

Bank Use Only  (When SVT is Not Available)                 TLR9230 (06/19) wrc116  00240368

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|--------------|-----------|---------------------|-----------|
|              |           |                     |           |

Wells Fargo Internal Use When Blank, Wells Fargo Confidential When Completed

2682595704

**Exhibit 8 to Complaint
Page 168**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|------------|----------------|
| VIEWPOINTE | 2022071 | 20 | ▮▮▮ | ▮▮2217 | 0000 9 | ,125.00 | 79    91 0 | 000100 4 |

**Withdrawal / Retiro:**

3208

WELLS FARGO

(Check One / □ Checking / Cuenta de Chequos  □ Savings / Ahorros  □ Money Market Access  □ Command

Account Number /    2217    Date /   7·18·22

Please print: Name -    Akram Awad

Riverside CA 92508

I authorize this withdrawal from the account listed above. /

Two forms of ID may be required. /

X ⎯⎯⎯⎯⎯

Four Thousand one hundred & Twenty five Dollars    $   4125.00

Bank Use Only:  (When SVT Is Not Available)    TLR9230 (06/19) WF0116  10219677    assisted by key

| Customer Id: | Exp. date: | Token Verified (✓) □ | Approval: |
|--------------|-----------|---------------------|-----------|

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 8 to Complaint
Page 169**



| .ite | Paid □ate | Serial No | Routing | Account | PC | Amount | Se uence | Cal:)tun |
|------|-----------|-----------|---------|---------|-----|--------|----------|----------|
| POINTE | 07182022 | | | 1483 | 000039 | $ 55000.00 | 2682595898 | 000' |

1fi.orint

Default | Lighter | Darker | Invert | Rotate | Rotate | View Back

Zoom In ● ● ● ● ●    Zoom Out

**Wells Fargo Bank Cashier's Check Credit Copy**

0..-"tffl l-..51!acd:                07.J|BII'7
Se-rial rtum ■;               SJ.75804516
ACC:OUtlf'                    'M'InCY'X'977I!
P□Il:lI1111 I!I:              Al(IlAr,l AWAD

555,000.00

Flhy |f:.t,. ., The~u,;ar>d  Doll;i,n; **and no** c<enn,

CB,. AU, Seq111en e! rlum;:    24 OOSH'58 0062
llaffft and TI11 A            07/1807  lIeO4  AI-4
**P■**y ht IlIiC° Orde■ o·f:    LAICE PERRIS MARKET

Pilly.,., Ad,L1t,.,,-:

**Wells Fargo Bank, N.A.**

Ele(ft;OHIG;lll·y geoer;ited  11n.19e
**tlON·HII:GOTIABLE**

| e | Paid Date | Serial No | Routing | Account | PC | Amount | Sequence | Capture |
|---|-----------|-----------|---------|---------|-----|--------|----------|---------|
| OINTE | 07192022 | | | 1483 | 000060 | $ 55000.00 | 8643167957 | 0001 |

print    Dow

Default | Lighter | Darker | Invert | Rotate | Rotate | View Back

Zoom In ●● ● ● ●    Zoom Out

ther        AKRAM AWAN
wear I D.:   u036719

July 18, 2022

Y TO THE ORDER OF **LAKE PERRIS MARKET***

**Fifty-Five Thousand  and 00/100 -US Dollars **        **$55,000.0(

VOID IF OVER US $ 65.

ise Access:
ny

LLS FARGO BANK, N.A.
E ALESSANDRO BLVD
ERIS/DE, CA 9250
R INQUIRIES CALL: (4O0) 394-3122

**Exhibit 8 to Complaint**
**Page 170**

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|------|-----------|--------|---------|---------|-----|--------|-----------|----------------|
| VIEWPOINTE | 20220719 | 309 | | 2217 | 0000 9 | 0,000.00 | 308479080 | 000100 4 |

**Withdrawal/Retiro:**                                          3093    WELLS FARGO

(Check One/                ☑ Checking/Cuenta de Cheques    ☐ Savings/Ahorros    ☐ Money Market Access    ☐ Command
Marque una)

Account Number/
do cuenta

2217                    Date/Fecha    7/19/22

Please print - Name - Letra de Imprenta: Nombre

Aram Awad

Please print: Street Address, City, State, Zip Code/ Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

9538 Chandelle Way Riverside, CA 9250__

I authorize this withdrawal from the account listed above./ Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back./ Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
**Two forms of ID may be required./ Se podrían requerir dos tipos de identificación.**

X _____

Sixty thousand only                    Dollars    $    60 000.00

Bank Use Only (When SVT is Not Available)    TLR9230 (04) Ref. #Home  90158793

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|--------------|------------|----------------------|-----------|

30847908086

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

**Exhibit 8 to Complaint
Page 171**

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|-----------|-----------|--------|---------|--------|----------------|
| 10700543 |  | 07202022 | $100000.00 | 1483 |  | 00017110 |





**Exhibit 8 to Complaint**
**Page 172**

# Wells Fargo Everyday Checking

August 5, 2022 ■ Page 1 of 6



AKRAM J AWAD
9538 CHANDELLE WAY
RIVERSIDE CA 92508-6810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/9 | $101,580.62 |
| Deposits/Additions | 637,662.00 |
| Withdrawals/Subtractions | - 870,115.35 |
| **Ending balance on 8/5** | **-$130,872.73** |

Account number: ■■■■ 2217

**AKRAM J AWAD**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

(114)
Sheet Seq = 0152982
Sheet 00001 of 00003

**Exhibit 8 to Complaint**
**Page 173**

August 5, 2022 ∎ Page 2 of 6



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-----|-------------|------|------|------|
| 7/11 | | Purchase authorized on 07/07 DD Doordash Popeye 855-973-1040 CA S462188726595613 Card 3245 | | 41.73 | |
| 7/11 | | Withdrawal Made In A Branch/Store | | 50,000.00 | |
| 7/11 | | Cash eWithdrawal in Branch/Store 07/09/2022 10:01 Am 483 E Alessandro Blvd Riverside CA 3245 | | 1,000.00 | |
| 7/11 | | Withdrawal Made In A Branch/Store | | 30,000.00 | |
| 7/11 | | Withdrawal Made In A Branch/Store | | 20,000.00 | |
| 7/11 | | Save As You Go Transfer Debit to Xxxxxxxxxx9350 | | 1.00 | 537.89 |
| 7/12 | | Online Transfer From Awad A Way2Save Savings xxxxxx9350 Ref #Ib0Ftcb8Dp on 07/12/22 | 5,010.00 | | |
| 7/12 | | Purchase authorized on 07/10 DD Doordash Buffal 855-973-1040 CA S582192230646754 Card 3245 | | 190.47 | |
| 7/12 | | Purchase authorized on 07/11 DD Doordash Midway 855-973-1040 CA S382192656840793 Card 3245 | | 37.21 | |
| 7/12 | | Online Transfer Ref #Ib0Ftcbdfj to Platinum Card Xxxxxxxxxxxx8343 on 07/12/22 | | 300.00 | |
| 7/12 | | American Express ACH Pmt 220712 M0676 Akram Awad | | 5,000.00 | |
| 7/12 | | Save As You Go Transfer Debit to Xxxxxxxxxx9350 | | 2.00 | 18.21 |
| 7/14 | | Edeposit IN Branch/Store 07/14/22 11:07:45 Am 2560 N Perris Blvd Perris CA 3245 | 170,000.00 | | |
| 7/14 | | Edeposit IN Branch/Store 07/14/22 03:36:54 Pm 2560 N Perris Blvd Perris CA | 80,000.00 | | 250,018.21 |
| 7/15 | | Edeposit IN Branch/Store 07/15/22 12:36:22 Pm 2560 N Perris Blvd Perris CA | 170,000.00 | | |
| 7/15 | | Online Transfer From Awad A Way2Save Savings xxxxxx9350 Ref #Ib0Fv4P85S on 07/15/22 | 1,652.00 | | |
| 7/15 | | Online Transfer From Awad A Way2Save Savings xxxxxx9350 Ref #Ib0Fv6Qtrb on 07/15/22 | 5,000.00 | | |
| 7/15 | | Wire Trans Svc Charge - Sequence: 220715143381 Srf# 0051758196944580 Trn#220715143381 Rfb# | | 30.00 | |
| 7/15 | | Withdrawal Made In A Branch/Store | | 20,000.00 | |
| 7/15 | | Withdrawal Made In A Branch/Store | | 100,010.00 | |
| 7/15 | | Withdrawal Made In A Branch/Store | | 60,000.00 | |
| 7/15 | | WT Fed#03728 Hanmi Bank /Ftr/Bnf=Shulman Bastian Friedman Bui LLP Srf# 0051758196944580 Trn#220715143381 Rfb# | | 75,000.00 | |
| 7/15 | | American Express ACH Pmt 220715 M1142 Akram Awad | | 1,600.00 | 170,030.21 |
| 7/18 | | Edeposit IN Branch/Store 07/18/22 11:18:28 Am 483 E Alessandro Blvd Riverside CA 3245 | 86,000.00 | | |
| 7/18 | | Edeposit IN Branch/Store 07/18/22 11:19:13 Am 483 E Alessandro Blvd Riverside CA 3245 | 90,000.00 | | |
| 7/18 | | Withdrawal Made In A Branch/Store | | 20,000.00 | |
| 7/18 | | Cash eWithdrawal in Branch/Store 07/16/2022 09:54 Am 483 E Alessandro Blvd Riverside CA 3245 | | 1,000.00 | |
| 7/18 | | Online Transfer to Awad A Way2Save Savings xxxxxx9350 Ref #Ib0Fvhkh82 on 07/16/22 | | 25,000.00 | |
| 7/18 | | Withdrawal Made In A Branch/Store | | 60,000.00 | |
| 7/18 | | Cash eWithdrawal in Branch/Store 07/18/2022 09:13 Am 483 E Alessandro Blvd Riverside CA 3245 | | 100.00 | |
| 7/18 | | Withdrawal Made In A Branch/Store | | 4,125.00 | |
| 7/18 | | Online Transfer Ref #Ib0Fvv4Gpk to Platinum Card Xxxxxxxxxxxx8343 on 07/18/22 | | 30.21 | |
| 7/18 | | Purchase Bank Check OR Draft | | 55,010.00 | |

**Exhibit 8 to Complaint Page 174**

August 5, 2022 ■ Page 3 of 6



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/18 | | Online Transfer to Awad A Way2Save Savings xxxxxx9350 Ref #Ib0Fvvdmjn on 07/18/22 | | 5,000.00 | |
| 7/18 | | Discover E-Payment 220718 5801 Awad Aya | | 500.00 | 175,265.00 |
| 7/19 | | Withdrawal Made In A Branch/Store | | 60,000.00 | |
| 7/19 | | Withdrawal Made In A Branch/Store | | 100,010.00 | 15,255.00 |
| 7/20 | | Purchase authorized on 07/18 DBA Gr Veterans March Air Res CA P0000009761297771 Card 3245 | | 25.13 | |
| 7/20 | | Transfer IN Branch/Store - From Akram J Awad DDA xxxxxx9350 483 E Alessandro Blvd Riverside CA | 30,000.00 | | |
| 7/20 | | Purchase authorized on 07/18 Chevron 0210996 Riverside CA S462200159005930 Card 3245 | | 68.60 | |
| 7/20 | | Recurring Payment authorized on 07/19 Ring Unlimited Mon Httpsring.Com CA S462200291986848 Card 3245 | | 10.00 | 45,151.27 |
| 7/28 | | Cashed/Deposited Item Retn Unpaid Fee | | 24.00 | |
| 7/28 | | Deposited Item Retn Unpaid - Paper 220728 | | 176,000.00 | -130,872.73 |
| **Ending balance on 8/5** | | | | | **-130,872.73** |
| **Totals** | | | **$637,662.00** | **$870,115.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year.  Negative values indicate that fee reversals exceed fees assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/09/2022 - 08/05/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | -$130,872.73 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

Sheet Seq = 0152983
Sheet 00002 of 00003

**Exhibit 8 to Complaint**
**Page 175**

August 5, 2022  ■  Page 4 of 6



---

**Now with Early Pay Day, you can get paid earlier when you have Direct Deposit.**

**Effective September 19, 2022, the following information will be incorporated into the "Depositing Funds" section of your Deposit Account Agreement. (NOTE: As the bank launches Early Pay Day, the service may not be immediately available in all areas or for all accounts. Monitor your account activity after September 19th to determine whether any of your eligible direct deposits have been made available early. Until Early Pay Day is available for your account, and subject to the disclosures below, you should expect to receive your direct deposits on your normally scheduled pay dates.)**

**Early Pay Day (Consumer accounts only)**
For certain eligible direct deposits, we may make funds available for your use up to two days before we receive the funds from your payor. When funds are made available early, they will be reflected in your account's available balance. Whether we make funds available early depends on (1) when we receive the payor's payment instructions, (2) any limitations we set on the amount and frequency of early availability, and (3) standard fraud prevention screening. The criteria we use for making funds available early is determined in our sole discretion, based on confidential criteria necessary for maintaining the security of your account and our payment services, and is subject to change without notice.

Not all direct deposits are eligible for Early Pay Day. Eligible direct deposits are limited to electronic direct deposits such as your payroll, pension, and government benefit payments. Items such as deposits of funds from person-to-person payments services (e.g., Zelle, Venmo, or PayPal transfers) and other online transfers are not eligible for Early Pay Day. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. Direct deposits made available early with Early Pay Day will not count towards applicable options to avoid your account's monthly service fee until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Except as expressly set forth herein, funds made available early are subject to the same terms and conditions as other deposits to your account.

If we've made funds available early and the payor reverses or requests a return of the deposit, or the funds are otherwise uncollected by the Bank, you understand and agree that we may debit your account up to the amount of the deposit that was previously made available - even if you have already withdrawn the funds or it creates an overdraft on your account. In this instance, you are responsible for any fees assessed - including those charged by merchants or third parties - as a result of the overdraft. Early Pay Day is offered at the discretion of the Bank, and we reserve the right to cancel the service at any time and without notice to you.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**You no longer need to let us know when you travel**

Due to enhanced security technology, you no longer need to let us know when you plan to travel. Please make sure your contact information on Wells Fargo Online® is up to date so we may alert you if we find unusual activity.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**

**Exhibit 8 to Complaint
Page 176**

August 5, 2022  ◼  Page 5 of 6



Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.

**Get started at wellsfargo.com/personalloan.**

Sheet Seq = 0152984
Sheet 00003 of  00003

**Exhibit 8 to Complaint**
**Page 177**

August 5, 2022 ■ Page 6 of 6



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.    $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** | $      |

+  $ _____

**C**  Add **A** and **B** to calculate the subtotal.   =  $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** | $      |

-  $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.   =  $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**Exhibit 8 to Complaint**

**Page 178**



©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC.NMLSR ID 399801

# EXHIBIT 9

DocuSign Envelope ID: BBF13F91-5936-48E9-912F-B529EC051C60



## Disclosures and Agreements

Disclosures and agreements may be updated while your application is in progress. We'll email you a link to the most-recent versions when the account opens.

Spanish translations are provided for your convenience. If there are discrepancies between the English and Spanish versions, the English version prevails.

Your account will be subject to Wells Fargo's terms and conditions and governed by the laws of

CALIFORNIA

### Agreements

By checking the box below, I acknowledge that I have received and I agree to these electronic agreements, disclosures, and other documents, and that I have received a copy of the applicable account agreement and the privacy policy (as each may be amended from time to time) and agree to be bound by their terms.

**I also agree to the terms of the dispute resolution program described in the foregoing agreements. Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

By submitting this application, I certify that all the information I provided as part of my application is true and correct.

| x | Majid J. Awad | | 05/28/2022 |

©1999 - 2022 Wells Fargo. All rights reserved. NMLSR ID 399801

595972 Rev 00

**Exhibit 9 to Complaint
Page 179**

# EXHIBIT 10



Effective May 9, 2022

# Deposit Account Agreement

Important legal information and disclosures

**Exhibit 10 to Complaint**
**Page 180**

# Thank you for doing business with us

This Deposit Account Agreement applies to new and existing consumer and business accounts and, together with the following documents, is your contract with Wells Fargo and constitutes the "Agreement" that governs your account with Wells Fargo:

- The Consumer Account Fee and Information Schedule ("Consumer Schedule") or the Business Account Fee and Information Schedule ("Business Schedule"),
- Our interest rate sheet for interest-bearing accounts,
- Our privacy notice, and
- Any additional disclosures, amendments, or addenda we provide to you.

In this Agreement, when we say "Wells Fargo," "Bank," "we," "us," and "our," we are talking about Wells Fargo Bank, N.A. "You" and "your" means each account owner, authorized signer, and any other person authorized to operate your account. When we say "We may" or "Wells Fargo may" do something, that means you authorize us and agree to such action.

**This Agreement is applicable to new and existing accounts and replaces all prior agreements regarding your account,** including any verbal or written statements or representations. When you sign an account application or use your account, including any account service, you and anyone else identified as an owner or authorized signer on your account consent to the terms of this Agreement. We regularly update this Agreement. You are responsible for ensuring that any authorized signer is familiar with this Agreement. If you keep your account open after we change this Agreement or end a fee waiver, you agree to the changes.

We recommend you keep a copy of this Agreement — and any changes we provide to this Agreement — for as long as your Wells Fargo accounts are open. You can get a copy of the current Agreement at wellsfargo.com, or by visiting your local branch, or by phone at the numbers below.

This document contains various defined terms with specific meanings. Some defined terms are defined within the section in which they are used. More frequently used defined terms are defined in the Glossary at the end of the document. As you review this Agreement, be sure to check the Glossary for those definitions.

# Questions? We're here for you

| Online | Visit **wellsfargo.com** or **wellsfargo.com/biz** | |
|---|---|---|
| Phone | Consumer Banking<br>**1-800-869-3557** | Business Banking<br>**1-800-225-5935** |
| Deaf or hard of hearing customers | We accept all relay calls, including 711. | |
| Mail | Wells Fargo, Customer Correspondence<br>P.O. Box 6995<br>Portland, OR 97228-6995 | |

Deposit Account Agreement

**Exhibit 10 to Complaint**
**Page 181**

# Table of Contents

**Opening Accounts** ...........................................................................................................**4**

**Depositing Funds** ............................................................................................................**5**

**Availability of Funds Policy** ...........................................................................................**7**

**Available Balance, Posting Transactions, and Overdraft** ...........................................**9**

    Available balance .............................................................................................................**9**

    How we process and post transactions to your account ..................................................**9**

    Standard overdraft coverage ..........................................................................................**10**

    Debit Card Overdraft Service .........................................................................................**11**

    Overdraft Protection .......................................................................................................**11**

    Overdraft Rewind[®] Feature .............................................................................................**11**

**Debit Cards and ATM Cards** ...........................................................................................**12**

**Fund Transfer Disclosures - General** ...........................................................................**18**

**Electronic Fund Transfer Services (Consumer accounts only)** ..................................**20**

**Other Account Services and Restrictions** ....................................................................**23**

**Time Accounts (CDs)** ......................................................................................................**25**

**Protecting Your Account and Your Information** ..........................................................**26**

**Statements, Interest, and Other Account Information** ...............................................**28**

**Closing Accounts** ............................................................................................................**33**

**Resolving Disputes Through Arbitration** .....................................................................**35**

    Consumer Accounts Only: Resolving Disputes Through Arbitration ..............................**35**

    Business Accounts Only: Resolving Disputes Through Arbitration .................................**36**

**Additional Terms and Services** ......................................................................................**38**

**Glossary** ...........................................................................................................................**40**

**Exhibit 10 to Complaint**

**Page 182**

# Opening Accounts

This section applies to consumer accounts only unless otherwise noted.

**Forms of account ownership**

You can open an account that you own alone, or with more than one person. If the account is owned with more than one person, it's considered a joint account.

**Different types of joint account ownership**

**For joint accounts,** we treat all owners, who are referred to in this Agreement as "co-owners," as joint tenants with right of survivorship (described below), unless:

- Applicable state laws require other treatment, or
- We agree with you in writing that the account is owned in some other way.

Regardless of how your account is owned, we don't keep a separate record of each co-owner's interest in the account. We act on instructions from any co-owner (or a co-owner's authorized representative) without obtaining other co-owner's consent, including withdrawing or transferring funds, making payments, or closing the account.

Each co-owner has complete control over all of the funds in the account. We may pay out money from the account upon the request or direction of any co-owner (or a co-owner's authorized representative), regardless of their contributions to the account, and whether any other co-owner is incapacitated or deceased, or whether the account includes a right of survivorship.

**Joint tenants with right of survivorship:** When you hold an account as joint tenants with right of survivorship and one person dies, the account is owned by and payable to the surviving co-owners; this is subject to our rights under this Agreement.

**Tenants-in-common:** When you hold an account as tenants-in-common and one owner dies, the account is payable in whole or in part to any surviving co-owner or the deceased owner's authorized representative, heirs, or successors. This is subject to our rights under this Agreement.

**Community property:** An account is held as community property under state law when spouses have equal and undivided interests in the account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest through a will. Community property does not exist in every state.

**Joint owners and responsibility for liabilities on your account**

Each joint owner is individually and jointly responsible for any overdraft on your account, regardless of who caused or benefited from the overdraft. If there's a setoff, an enforcement of our security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy) affecting any co-owner, we may treat all funds in the account as belonging to the customer against whom the setoff, enforcement of the security interest, or other legal action is directed. If your account is closed for unsatisfactory handling, we may report all joint owners to the consumer reporting agencies.

**Pay On Death (POD) account**

A POD account is payable to the surviving beneficiaries you designated on your account when we receive proof of your death or the death of the last surviving co-owner. An account titled "in trust for (ITF)," "transfer on death (TOD)," or similar language is treated as a POD account.

You and any co-owner may change beneficiaries anytime by notifying us in writing. Generally, the beneficiary(ies) must survive all owners in order to receive funds.

**Accounts established for minors**

**Uniform Transfers/Gifts to Minors Act account.** An account established under a state's Uniform Transfers/Gifts to Minors Act that is controlled by a custodian (an adult who holds the minor's funds in the account for safekeeping). We may disclose account information to the minor or their authorized representative. When the minor reaches the age established by the UTMA/UGMA laws in your state, we may pay the funds in the account to the minor without waiting for instructions from the custodian.

**Minor by account.** One or more adults may open an account, as custodian (an adult who holds the minor's funds in the account for safekeeping) in the name of a minor. The minor owns the funds in the account. The adult, as the custodian, has exclusive control of the account and the minor cannot make deposits, withdrawals or transact on the account. If there's more than one adult as the custodian on the account, each may act independently. We're not obligated to inquire about the use of the funds. When the minor reaches the age of majority, they still will not be able to make deposits, withdrawals or transact on the account except to close the account. If the adult as the custodian (or the last of the adults as the custodian to survive) dies before the minor reaches the age of majority, we may transfer the funds to a successor custodian according to the applicable Uniform Transfers/Gifts to Minors Act.

**Exhibit 10 to Complaint**

**Page 183**

**Transfer of account ownership**

If you want to transfer account ownership to another person, we must consent and note it in our records before the transfer is valid and binding on us; however, we're not responsible for determining whether such transfer is legally valid. Assignment of your account is subject to our setoff rights (see Setoff and security interest in the "Additional Terms and Services" section). This Agreement is binding on your personal representatives, executors, administrators, and successors, as well as our successors and assigns.

**When an owner does not sign account documentation**

**Applies to both Consumer and Business Accounts:** If a customer identified in our records as an owner or a co-owner of an account does not sign any account-related documentation (including the account application), we still may treat them as an owner or a co-owner of that account, in our sole discretion; we're not liable to anyone as a result.

**Death or legal incompetence of an authorized signer or account owner**

Please notify us promptly if you learn or suspect an account owner or signer has been declared incompetent by a court or other legal authority, or has died. When we receive proper notice, we may:

- Freeze the account until we receive documents verifying the incapacity or death and instructions regarding the funds remaining in the account,
- Pay (without inquiring) any item authorized by the account owner before being declared legally incompetent or deceased,
- Return or reverse deposits, and
- Apply funds in the account to any debt the account owner owes us before recognizing the rights of a surviving joint owner or other person to any remaining funds.

If we release funds after the account owner's death and have to pay tax or reclamation claims to a government agency as a result, the account owner's estate is responsible for reimbursing us.

**Consumers and Sole Proprietors Only:** If an account owner dies or is declared legally incompetent, we may comply with court orders and legal documents, and take direction from affiants, court-appointed representatives, guardians, or conservators from your state of residence, even if different than where the account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directives. We may require U.S. court documents for customers residing outside of the U.S. at the time of incompetence or death.

**For Business Account Owners:** Businesses must provide us documentation of any change in ownership or control of a business upon the death or legal incompetence of a business owner.

# Depositing Funds

**There are many ways for you to deposit funds into your account: at branches, ATMs, via Bank by Mail, and through the Wells Fargo Mobile® app. You should be aware of your responsibilities when you make deposits.** We exercise ordinary care when collecting a deposited item but are not responsible for any other bank's treatment or loss of the item. If a deposited item is lost or destroyed during processing or collection, you agree to provide all reasonable assistance to help us reconstruct the item.

**Deposit accuracy**

**It's your responsibility, not ours, to confirm the accuracy of the amount you deposit.** If we determine a discrepancy exists between the declared and the actual amount, we may debit or credit your account and we may notify you if any adjustments are made. We can also use the declared amount as the correct amount to be deposited and not adjust a discrepancy if it's less than our standard adjustment amount. We may vary our standard adjustment amount from time to time without notice and use different amounts depending on account type.

**Analyzed business accounts:** You may request that the Bank adjust deposit discrepancies identified during any verification regardless of the standard adjustment amount.

**Notify us of a discrepancy.** You must notify us within the applicable timeframe below or we may consider the deposit correct.

| Consumer accounts | within 1 year after we have made your account statement available to you |
|---|---|
| Business accounts | within 30 days after we have made your account statement available to you |

**If you fail to notify us in a timely manner:** If the actual deposit is less than the amount on the statement, the difference is your property; if the actual deposit is more, the difference is the Bank's property.

**Exhibit 10 to Complaint**
**Page 184**

**Verifying transactions**

We don't verify all transactions but have the right to verify any, including those for which we have provided a receipt. We may reverse or adjust, at any time without prior notice to you, any debit or credit we believe we have made to your account by mistake.

**Sending an item for collection**

We may, upon notice to you, send an item for collection instead of treating it as a deposit. This means we send it to the issuer's bank for payment, and your account won't be credited for the item until we receive payment. Our availability of funds policy does not apply to an item we accept for collection.

**Our right to decline deposits**

**We may decline all or part of a deposit, including cash.** This could happen if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

**Requirements for correct endorsement**

An endorsement is a signature, stamp, or other mark on the back of a check to transfer, restrict payment, or make the signer responsible for the check. If you have not endorsed a check that you deposited to your account, we may endorse it for you. Any endorsement must be in the 1-1/2 inch area that starts on the top of the back of the check. Do not sign or write anywhere else on the back of the check.

**Restrictions on checks are not binding**

We are not obligated to follow restrictions or notations written on a check such as, "void after six months," "void over $50," or "payment in full." You're responsible for any resulting loss or expense we incur.

**Substitute checks**

A substitute check is created from an original check; under federal law, it's legally equivalent to the original check and can even be used as proof of payment. A substitute check contains an accurate copy of the front and back of the original and bears the legend: "This is a legal copy of your check. You can use it the same way you would use an original check." Any check may be returned to you in the form of a substitute check. You agree that you won't transfer a substitute check to us, by deposit or otherwise, if we would be the first financial institution to take the substitute check, unless we have expressly agreed in writing to take it.

**Our handling of non-U.S. items**

A non-U.S. item is an item:

- Payable in a currency other than U.S. dollars,
- Drawn on a financial institution that isn't organized under U.S. law, or
- That is an incoming funds transfer remitted in a currency other than U.S. dollars.

We're not required to accept a non-U.S. item for deposit or collection, but we may accept it on a collection basis without your specific instruction to do so. We can reverse any amount we have credited to your account and send the non-U.S. item on a collection basis even if we have taken physical possession of the item.

If we accept a non-U.S. item, the U.S. dollar amount you receive for it will be determined by the applicable exchange rate that is in effect at the time of deposit or our receipt of final payment (less any associated fees) of the non-U.S. item. If the deposited non-U.S. item is returned for any reason, **we'll charge the amount against your account (or any other account you maintain with us)** at the applicable exchange rate in effect at the time of the return. For information on the applicable exchange rate, see "Applicable exchange rate" in the "Statements, Interest, and Other Account Information" section of this Agreement. Our availability of funds policy does not apply to a non-U.S. item.

**Cashed/Deposited items returned unpaid**

If an item you deposited or cashed is returned to us unpaid, **we can deduct the amount from any account you have with us**. We can do this when we're notified that the item will be returned and don't need to receive the actual item. We can do this even if the balance in your account isn't sufficient to cover the amount we hold or deduct, causing an overdraft. In addition, we'll charge you all applicable fees and reverse all interest accrued on the item.

**Exhibit 10 to Complaint Page 185**

**We may place a hold on or charge your account for a deposit if a claim is made or we otherwise have reason to believe the deposited item was altered, forged, unauthorized, missing a signature or has a forged endorsement, or should not have been paid for any other reason.** When the claim is resolved, we'll either release the hold or deduct the amount of the item from your account. We're not responsible if we take, or fail to take, any action to recover payment of a returned deposited item.

**Breach of a warranty associated with an item**

If you breach any warranty you make to us under the laws governing your account with respect to any item, you won't be released or discharged from any liability for the breach so long as we notify you of the breach within 120 days after we learn of the breach. If we fail to notify you within this 120 day period, you'll be released from liability and discharged only to the extent our failure to notify you within this time period caused a loss to you.

**Reversal of an electronic payment**

If an electronic payment credited to your account, such as a direct deposit, is reversed, **we can deduct the amount from any account you have with us,** at any time, without notifying you. You agree to promptly repay any resulting overdrafts.

**Bank By Mail**

You can make deposits to your account(s) by mail, although we cannot accept cash or foreign checks. Call us to request a Bank By Mail deposit kit.

If you need to send deposits before your kit arrives, write on the back of the check "for deposit only, Wells Fargo" and include the account number to which the check should be deposited, and mail to:

Wells Fargo
P.O. Box 77200
Minneapolis, MN 55480-7720

For accounts located in **Alaska**, send deposits to:

Wells Fargo
P.O. Box 77040
Minneapolis, MN 55480-7740

# Availability of Funds Policy

**Your ability to withdraw funds**

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

**Determining the day your deposit is received by the Bank**

**For determining the day your deposit is received by the Bank**, every day is a business day, except Saturday, Sunday, and federal holidays. If you make a deposit before our established cutoff time on a business day that we are open, we will consider that day to be the day your deposit is received by the Bank. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the day your deposit is received by the Bank to be the next business day we are open.

Our deposit cutoff times are as follows:

| Type of Deposit | Cutoff time |
| --- | --- |
| In branch | when the branch closes for business; varies by location |
| At Wells Fargo ATM | 9 p.m. local time (Alaska 8 p.m.) |
| Checks deposited with the Wells Fargo Mobile app | 9 p.m. Pacific Time |
| Electronic credits (such as direct deposits) | 8 p.m. Pacific Time |

**Exhibit 10 to Complaint
Page 186**

**Longer delays may apply**

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $225 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
• We believe a check you deposit will not be paid
• You deposit checks totaling more than $5,525 on any one day
• You redeposit a check that has been returned unpaid
• You have overdrawn your account repeatedly in the last six months
• There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

**Special rules for new accounts**

**If you are a new customer, the following special rules apply during the first 30 days your account is open.** Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:
• **The first $5,525** of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
• **The excess over $5,525** and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

**Holds on other funds**

**If we cash a check for you that is drawn on another bank**, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

**If we accept a check for deposit that is drawn on another bank**, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available until the time periods that are described in this policy.

---

**Exhibit 10 to Complaint
Page 187**

# Available Balance, Posting Transactions, and Overdraft

**Available balance**

Your account's available balance is our most current record of the amount of money in your account available for your use or withdrawal. We use the available balance to authorize your transactions during the day (for example, debit card purchases and ATM withdrawals). We also use the available balance to pay your transactions during our nightly processing. Your available balance is calculated as follows:

| | |
|---|---|
| **Ending Daily Balance** | Ending daily balance from prior business day's nightly processing |
| **−  Holds** | Subtract funds that have been placed on hold |
| **+  Deposits** | Add pending deposits that are immediately available (see "Availability of Funds Policy" in previous section) |
| **−  Withdrawals** | Subtract pending withdrawals that we have either authorized or we know about but have not yet processed |

**=  Available Balance**

**The available balance may not include every transaction you have initiated or that we previously authorized.** For example, your available balance may not include the following:

- Outstanding checks and authorized withdrawals we have not received for payment (such as recurring debit card transactions and ACH transactions);
- The final amount of a debit card purchase. For example, we may authorize a purchase amount prior to a tip that you add;
- Debit card transactions that have been previously authorized but not sent to us for payment. In most cases, a transaction authorization hold must be released after three business days even though the transaction may be sent to us for payment from your account at a later date, which we must honor. The authorization hold may be up to 30 business days for certain transactions, including car rental, cash, and international transactions.

**How we process and post transactions to your account**

We process transactions each business day (not Saturdays, Sundays, or federal holidays) during a late night process that includes **three key steps**. We call this nightly processing. Once the transactions are processed, the results are posted to your account.

Step 1: **We calculate the available balance in your account that can be used to pay your transactions as described above.**

**Certain pending transactions can impact your available balance for purposes of determining whether we will pay other transactions during our nightly processing, including**:

- Cash deposits or transfers from another Wells Fargo account made AFTER the applicable cutoff time will be added to your available balance only if they are made before we start our nightly processing; and
- Pending withdrawals that reduce your available balance, such as debit card transactions we have authorized.

Step 2: **We sort your transactions into categories.**

- **+  We credit deposits** received before the cutoff time.
- **−  We subtract withdrawals and payments we have previously authorized that we cannot return unpaid** such as debit card purchases, ATM withdrawals, account transfers, Bill Pay transactions, and teller-cashed checks. Transactions are generally sorted by date and time the transaction was conducted or, for some transactions, the day we receive it for payment or the time assigned by our system. If date and time are the same, we post from lowest to highest dollar amount.
- **−  We pay your checks and preauthorized automatic ACH payments** such as recurring bills you have authorized a company to withdraw. Transactions are sorted by date and time received by the Bank, and if date and time are the same, we post from lowest to highest dollar amount.

**Determining Date and Time**

- Cutoff time is based on the location where the deposit or transfer was made.
- If a merchant does not seek authorization at the time of a debit card transaction or we receive it for payment more than 10 business days later, we'll use the date the transaction is received for payment.
- For some transactions, such as Bill Pay or teller-cashed checks, a different time may be assigned by our systems.

**Exhibit 10 to Complaint Page 188**

**Step 3**: If the available balance is **not enough to pay all of your transactions,** we:

- **Use Overdraft Protection** (if you have it) by transferring and/or advancing available funds from a linked savings and/or credit account. If applicable to your account, an Overdraft Protection transfer/advance fee will be charged.
- **Then, decide whether to pay your transactions presented to us for payment into overdraft, or return them unpaid**. Paying an item into overdraft means that we pay an item even though your available balance is not sufficient to cover that item, resulting in your account having a negative balance. Returning an item unpaid means that we do not pay your transaction. At our discretion, we may pay a check or automatic bill payment into overdraft, rather than return it unpaid. This is our **standard overdraft coverage (see more information below)**. Debit card transactions presented to us for payment (whether previously authorized by us or not) **will be paid into overdraft and won't be returned unpaid**, even if you don't have sufficient funds available in your account. Any applicable overdraft or returned item fees are deducted from your account the morning of the next business day.

**Pending transactions can result in overdrafts.** If your available balance during the nightly processing is insufficient, the Bank may assess applicable overdraft and/or non-sufficient funds (NSF) fees on transactions we pay or return. Even if a pending transaction has been dropped from your account, we must pay it when we receive it for payment. Sometimes, previously authorized transactions may be paid into overdraft if other transactions have reduced your available balance before the pending transactions are sent to us for payment. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

**To minimize the number of overdraft fees you may be assessed**, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If the pending transactions are then presented for payment within 10 business days after they first appeared as pending, **we'll waive any overdraft fees on those transactions**. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when originally sent for authorization and we're unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

## Standard overdraft coverage

The bank typically does not pay overdrafts if your account is overdrawn or you have had excessive overdrafts.

Except for Clear Access Banking℠, all checking accounts come with **standard overdraft coverage**. Under standard overdraft coverage:

- We **may** authorize and pay checks, other transactions using your checking account number, and automatic bill payments (such as recurring debit card and ACH transactions) into overdraft and charge a fee.
- We **will not** authorize ATM and everyday (one-time) debit card transactions into overdraft, unless your account is enrolled in Debit Card Overdraft Service as described below.

Whether we pay transactions into overdraft is at our discretion and we reserve the right not to pay into overdraft.

You can remove standard overdraft coverage from your account at any time. If you remove it, the following will happen if you don't have enough available money in your checking account or in accounts linked for Overdraft Protection to cover a transaction when it is presented to us for authorization or payment:

- We **will** return your checks and other returnable items, such as ACH payments, as unpaid and, if applicable, charge a returned item (non-sufficient funds/NSF) fee.
- We **will not** authorize certain transactions such as cashed checks, recurring debit card transactions, or Bill Pay transactions into overdraft. **Important:** If these transactions are authorized when your account has enough available money but are later presented for payment when your account does not have enough available money, we'll pay the transaction into overdraft and charge an overdraft fee.
- We **will not** authorize ATM and everyday (one-time) debit card transactions (such as one-time debit card and ATM card purchases) into overdraft. If your account is enrolled in Debit Card Overdraft Service, the service will also be removed.

You understand that the classification of a debit card transaction (except ATM transactions) as recurring or non-recurring (i.e., one-time) is determined by merchants, other institutions, or other third parties before the transaction is presented to us for authorization or payment. We will treat and process such debit card transactions in the manner they are presented to us, which may result in a one-time debit card transaction presented as recurring preauthorized transactions and vice versa.

**Important:** Standard overdraft coverage, including any applicable overdraft or returned item (non-sufficient funds/NSF) fees, does not apply to Clear Access Banking accounts. For more information about Clear Access Banking, refer to your Consumer Schedule.

**Exhibit 10 to Complaint
Page 189**

**Debit Card Overdraft Service**

Consumer account customers may choose to enroll in this service; business accounts are automatically enrolled at account opening.

**Your enrollment preference for Debit Card Overdraft Service determines how the Bank handles your ATM and everyday (one-time) debit card transactions** on eligible accounts. You can add or remove the service on eligible accounts at any time. It's important to understand that this service is unique from other optional services that may be less costly for you, such as our optional Overdraft Protection plan described in the next section.

When you don't have enough available money in your checking account or accounts you have linked for Overdraft Protection at the time of an ATM or everyday (one-time) debit card transaction:

- **If you're enrolled in Debit Card Overdraft Service**, the transaction may be authorized into overdraft at the Bank's discretion but **an overdraft fee applies.** If you cover the shortage by the posted cutoff time on the same business day as the transaction, no overdraft fee is assessed.
- **If you aren't enrolled in Debit Card Overdraft Service,** the transaction will be declined and no fees apply. If a previously authorized transaction creates a negative balance when it posts, you won't be assessed an overdraft fee.

Debit Card Overdraft Service **does not apply** to checks and other recurring transactions (such as Bill Pay or ACH transfers, or recurring debit card transactions such as utilities or health club memberships). With or without Debit Card Overdraft Service, the Bank may continue to pay these other transaction types into overdraft, at our discretion, and our standard overdraft fees and policies will apply.

Debit Card Overdraft Service **isn't available for certain accounts**, such as Clear Access Banking accounts, Teen Checking<sup>SM</sup> accounts, IOLTA/RETA accounts, accounts for government entities, or savings accounts. Debit Card Overdraft Service is a discretionary service that may be removed by the Bank for a variety of reasons including excessive overdrafts or returned items.

**Overdraft Protection**

This is an optional service you can add to your checking account by **linking up to two eligible Wells Fargo accounts (one savings, one credit) to authorize or pay your transactions if you don't have enough available money in your checking account**. Overdraft Protection transfers/advances may occur to cover pending transactions, even if these transactions are not subsequently presented for payment. When an Overdraft Protection transfer occurs from a linked savings account to cover a transaction, the available balance in that savings account will be reduced by the amount of money to be transferred. That amount of money will be unavailable for other use, and it will be applied to the checking account the next business day. If you link two accounts, you may tell us which account to use first to transfer/advance funds. If you don't specify an order, we'll first transfer funds from your linked savings account. If Overdraft Protection transfer/advance fees are applicable to your account, you can avoid the fee by making a covering deposit or transfer before the cut off time to cover the amount of the transaction on the same business day (subject to the Bank's availability of funds policy). Applicable transfer/advance fees won't be charged unless the transfer/advance covered at least one pending item or helped you avoid at least one overdraft or returned item. If a transfer/advance fee applies, only one fee will be charged any day a transfer/advance is made, regardless of the number of transactions covered or whether funds are transferred/advanced from multiple accounts. Overdraft Protection isn't available for all accounts. Refer to the Consumer Schedule or the Business Schedule to determine account eligibility and fee details.

**Overdraft Rewind® Feature**

(Consumer accounts only)

Wells Fargo provides an automatic account feature called Overdraft Rewind. If an electronic direct deposit is received by 9 am local time where your account is located, as noted in your account statement, we'll calculate a new account balance that includes the pending direct deposit, minus any pending debits. If this newly calculated balance covers transactions that resulted in overdraft fees during the prior business day's nightly processing, we'll waive or refund those fees. We may also reverse returned item (non-sufficient funds/NSF) decisions. Only electronic direct deposits through Automated Clearing House (ACH) qualify. Overdraft Rewind does not reverse the transfer or advance of funds from a linked Overdraft Protection account.

**Returning your account to a positive balance**

**If your account has an overdraft, you must promptly add money to return your account to a positive balance.** If you don't return your account to a positive balance or you have too many overdrafts, we may close your account. Also, we may report you to consumer reporting agencies and initiate collection efforts. You agree to reimburse us for the costs and expenses (including attorney's fees and expenses) we incur to do so.

When funds are deposited or credited into an account with an overdraft, you authorize us to apply those funds to the overdraft and related fee(s) in the account. This applies and extends to the deposit of any federal or state benefit payments, including Social Security benefits. You understand and agree that if you don't want your benefits applied in this way, you can change your direct deposit instructions at any time with the person or organization paying the benefits.  For information about our rights to apply funds from other accounts you hold with us to pay an overdraft and related fee(s), see the section of this Agreement titled Setoff and Security Interest.

**Exhibit 10 to Complaint
Page 190**

# Debit Cards and ATM Cards

We offer a number of account services at a variety of locations that involve using a card. Some services may not be available at all locations. When you get a debit or ATM card from us, you'll receive, and be required to agree to, additional terms and conditions applicable to the card. In the event of a conflict between the terms and conditions and this Agreement, the terms and conditions will control. Additional disclosures applicable to these services are provided in the Consumer Schedule or Business Schedule, as applicable.

**Issuance of a card and Personal Identification Number (PIN)**

We may issue a card to each account owner to access your accounts. If you don't select a PIN when you request your card, we'll send a randomly selected PIN. If you don't request a card but would like a PIN for authentication purposes, we can provide a PIN for only that purpose (a "cardless PIN"). A cardless PIN cannot be used for purchases or ATM access (see "Telephone banking services" section for more details).

You should securely protect your card and PIN from loss or theft. Each cardholder must have his or her own unique PIN and is responsible for keeping the PIN confidential.  If the card or PIN is given to another person, the account owner will, to the extent allowed by applicable law, be responsible for all transactions made by that person or anyone else to whom that person gives the card or PIN.

**Using a card to access linked asset accounts**

Non-Wells Fargo ATM operators may not support display of all linked accounts, and may not support all functions.

Linking lets you add asset accounts you own (for example, checking or savings) to a debit or ATM card, giving you the ability to perform transactions on multiple accounts with one card at Wells Fargo ATMs. The money for purchases and payments made with your card is deducted from the primary linked account. Using a card at a participating non-Wells Fargo ATM for cash withdrawals, transfers, and balance inquiries is generally available for the primary linked checking and savings accounts. We can restrict the number and type of asset accounts you can link to your card.

Some Wells Fargo ATMs in branches can operate in "Assisted-Service mode" during branch hours. When in Assisted-Service mode, the ATM screen's main menu will display an "I need assistance" option. When using a Wells Fargo ATM in Assisted-Service mode, you may be able to use your consumer card to access and perform transactions on your consumer accounts that are not linked to your card.

**If you link more than one asset account to the card, you may designate a primary linked account.** If you don't designate a primary linked account, the first account linked to your card is considered the primary linked account. The primary linked account for a consumer debit card must be an eligible consumer checking account. The primary linked account for a business debit card must be an eligible business checking account.

If a primary linked account is closed or delinked for any reason, we'll generally designate a linked secondary account of the same account type, if you have one, as the new primary account. If you have a debit card and none of your other linked accounts are checking accounts, or you have no other linked accounts, your debit card will be closed and you can request an ATM card. You may link a new primary account of a different type (consumer, business, individual brokerage, or commercial brokerage) than the previous primary linked account. Depending on the new primary linked account, you may be issued a new card type. (Note: for Wells Fargo campus debit and ATM cards with school access, your banking access will be closed but your card can still be used for school access).

When you use your card to access any asset account, the agreements and disclosures applicable to that asset account will apply to that transaction. Additionally, the consumer protections described in the "Electronic Fund Transfer Services" section of this Agreement don't apply to transactions on business or commercial brokerage accounts.

**Using a card to access linked credit card and line of credit accounts at ATMs**

If you link your Wells Fargo credit card account or eligible line of credit account (linked credit account) to your debit or ATM card, you may use the card to access the linked credit account at any Wells Fargo ATM. You can use the card to obtain cash or transfer funds from the linked credit account, as long as the linked credit account is in good standing and has available credit. Cash withdrawals and transfers of funds from your linked credit account are treated as cash advances. Each of these transactions is subject to the applicable credit card account agreement or line of credit account agreement, including daily limits and cash advance fees.

**Using your card**

There are many ways to use your debit and ATM[1] cards—using the physical cards or via mobile devices. See the following descriptions.

**You can use your debit and ATM cards:**

- At merchants who accept payments through a network in which we participate
- To request cash back when making a physical card purchase with your PIN at merchants who offer this service
- To choose whether and how you receive a receipt when you use your card at a merchant terminal

---

**Exhibit 10 to Complaint**
**Page 191**

**In addition, with your debit card, you can also:**

- Pay for purchases, or pay bills directly with your card, or through a mobile device at participating merchants (see "Using your card through a mobile device" for more details)

**At any ATM with your debit or ATM card you can:**

- View account balances, withdraw cash, and transfer funds between your accounts (fees may apply on any of these actions at a non-Wells Fargo ATM)[2]

**At Wells Fargo ATMs ONLY you can:**

- Make deposits to your account[3]
- Transfer funds from your eligible Wells Fargo credit accounts to your checking or savings accounts[4]
- Make payments to your eligible Wells Fargo credit accounts
- Get a statement[5] of your account balances or the last 10 transactions
- Choose how you want to receive your ATM receipt: printed, emailed, or to your mobile phone

**In addition, with your debit card but not your ATM card**, you can also use your mobile device at Wells Fargo ATMs.

[1] Purchases using an ATM card are only available at merchants who accept payments through networks in which we participate and require a PIN to authorize the purchase.

[2] Non-Wells Fargo ATMs are part of ATM networks owned or operated by other financial institutions. You can use your card at non-Wells Fargo ATMs that display the Plus® logo to withdraw cash, check balances, and transfer funds between the accounts linked to your card as primary checking and primary savings. Note: 1) Some non-Wells Fargo ATMs may not give you the option of choosing which account to access or may only let you access one of these two accounts. 2) Some transactions may not be available at all ATMs, may be different from those available at Wells Fargo ATMs, or may be limited to any withdrawal limit(s) set by the non-Wells Fargo ATM.

[3] A business deposit card can be issued to an authorized signer on business accounts. It can also be issued to a non-authorized signer at the request of an authorized signer. At Wells Fargo ATMs, a business deposit card and associated PIN can only be used to make ATM deposits, and can only be linked to deposit accounts. When the card is used to make an ATM deposit, account balances are neither displayed on the ATM screen nor printed on the ATM receipt. The card PIN cannot be used for authentication for phone or online access.

[4] Cash advance and ATM advance fees may apply. Refer to the applicable credit card account agreement or line of credit account agreement for more details.

[5] Statements at Wells Fargo ATMs should not be used in place of the account statement for balancing or verifying the actual account balance.

## Actions via electronic credit transfers

You can receive transfers through card networks or funds transfer systems with your debit card.

The following limitations apply to Visa Original Credit Transactions ("OCT") and MasterCard MoneySend ("MoneySend") money transfers to your debit card:

| | Rolling 24 hours | Rolling 7-day | Rolling 30-day |
|---|---|---|---|
| **Visa** Person-to-person OCT | 25 transactions or $10,000 | 100 transactions or $25,000 | 200 transactions or $50,000 |
| **Visa** Business-to-person OCT | 40 transactions or $50,000 | 100 transactions or $125,000 | 200 transactions or $300,000 |
| **Visa** Me-to-me OCT | 40 transactions or $50,000 | 100 transactions or $125,000 | 200 transactions or $300,000 |
| **Visa** Me-to-me OCT, BAI code CD (cash deposit) | 15 transactions or $600 | 25 transactions or $1,000 | 75 transactions or $3,000 |

| | Calendar Day (12 AM - 12 AM UTC) | Calendar Week (Starting 12AM UTC each Monday) | Calendar Month (Starting 12AM UTC the first day of each month) |
|---|---|---|---|
| Times listed are in Coordinated Universal Time (UTC), which is a standard used to set all time zones around the world and, for example, is 5 hours ahead of Eastern Time Zone (4 hours ahead during daylight savings time). | | | |
| **MasterCard** MoneySend (all types) | 25 transactions or $10,000 | 100 transactions or $10,000 | 200 transactions or $10,000 |

**Exhibit 10 to Complaint Page 192**

**ATM and merchant terminal malfunctions**

Generally, we're not responsible for damages resulting from an ATM or merchant terminal malfunction. However, for applicable accounts, see "In case of errors or questions about your electronic fund transfers" in the "Electronic Fund Transfer Services" section of this Agreement.

**Fees for use of card**

Other applicable fees for use of your card are described in the Consumer Schedule and Business Schedule.

**We charge a fee for each non-Wells Fargo ATM transaction. In addition, the non-Wells Fargo ATM owner/operator may charge a fee.** We may waive our fee and/or reimburse the non-Wells Fargo ATM owner/operator fee, in whole or in part, if allowed by the terms of your account. Even if reimbursed, the non-Wells Fargo ATM owner/operator fee is included in the total transaction amount that is withdrawn from your account and will apply to your card's daily ATM withdrawal limit. Transactions will also be limited to any withdrawal limits set by the non-Wells Fargo ATM. We'll charge a fee if you make a teller-assisted cash disbursement at a non-Wells Fargo bank that accepts Visa-branded cards. Some merchants may assess a fee when you use your card for a purchase or for cash back. The merchant fee will be included in the total purchase amount.

**Daily limits**

Unless otherwise specified, a "day" is defined as the 24-hour period from midnight to midnight, Pacific Time. Transactions made in other time zones will be based on when received in Pacific Time. You may use your card subject to your daily purchase limit, daily ATM withdrawal limit, and the available balance in your account. The following rules apply:

**Limits on dollar amounts:** Your card's daily purchase limit is the maximum U.S. dollar amount of purchases (including cash back, if any) that can be authorized each day from your primary linked account, less merchant fees, if any. Note: If you use your card or card number to fund a digital wallet, brokerage, or other type of account, these Account Funding Transactions (AFTs) will count against your card's daily purchase limit. AFTs may also be limited by the applicable card network. If your daily purchase limit is more than $99,999, you may ask that the merchant process multiple transactions to complete a purchase above this amount.

Your card's daily ATM withdrawal limit is the maximum amount of cash you can withdraw each day from any combination of accessible accounts using your card, less any non-Wells Fargo ATM owner/operator fees, if applicable. When you use a Wells Fargo ATM in Assisted-Service mode, your card's daily ATM withdrawal limit may not apply.

You can confirm your card's daily limits through online banking, our mobile app, or by calling us.

**Limits for your card:** We provide you your daily ATM withdrawal and purchase limits when you receive your card, unless otherwise stated in the Agreement. **Note:** For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your card.

There's generally no limit on the number of times the card may be used each day as long as the applicable daily ATM withdrawal limit and daily purchase limit are not exceeded, and there's a sufficient available balance in accounts you access for the transactions. If an ATM transaction or purchase would create an overdraft on the account, we may, in our sole discretion, take any of the actions described in the "Available Balance, Posting Transactions, and Overdraft" section of this Agreement.

When we approve a transaction or purchase, we call that an authorization.

We may limit the number of authorizations we allow during a period of time (for example, if we notice out-of-pattern use of your card, or suspected fraudulent or unlawful activity). For security reasons, we cannot explain the details of the authorization system. If we don't authorize the payment, we may notify the person who attempted the payment that it has been refused. We won't be responsible for failing to give an authorization. In our discretion, we may allow or deny transactions or authorizations from merchants who are apparently engaged in or who are identified as engaged in the internet gambling business.

**Changes to your card limits:** We may, without telling you, increase your daily purchase or ATM withdrawal limit based on account history, activity, and other factors. If we decrease the limits of your card, we'll notify you in accordance with applicable law.

**Using your card through a mobile device**

A mobile device means a smartphone, tablet, or any other hand-held or wearable communication device that allows you to electronically store or electronically present your debit card or debit card number (digital card number) to make debit card transactions.

When you use your debit card with your mobile device for transactions:

- Availability may be affected by your mobile carrier's coverage area, and your mobile carrier may charge you message and data rates, or other fees.
- Your debit card information is sent across wireless and computer networks.
- Information about your mobile device may be transmitted to us.
- You should secure the mobile device the same as you would cash, credit cards, and other valuable information. Password protect and lock it to help prevent unauthorized transactions and notify us promptly if it's lost or stolen.
- When you make a purchase or payment using your mobile device, the merchant won't provide an option for cash back.
- A physical card may be required for access to Wells Fargo ATMs within secure locations.
- You can access Wells Fargo ATMs by holding your mobile device close to the EMVCo Contactless Symbol displayed on the ATM. The Contactless Symbol is a trademark owned by and used with the permission of EMVCo, LLC.

**Exhibit 10 to Complaint Page 193**

- Each time you access a Wells Fargo ATM with your mobile device and card PIN, you can perform one monetary transaction (such as a cash withdrawal), or one non-monetary transaction (such as a balance inquiry) before your one monetary transaction.
- If you're accessing a Wells Fargo ATM in Assisted-Service mode using your mobile device, your card's daily ATM withdrawal limit will apply and you won't be able to access accounts that are not linked to your card.
- We may automatically provide third-party digital wallet operators with updated digital card number information, such as when your card is replaced or reissued.
- In certain circumstances (such as when you set up recurring payments to a subscription service), another unique identifier may be generated from your digital card number to be used for card transactions.

Third parties, such as merchants, card association networks, mobile carriers, digital wallet operators, mobile device manufacturers, and software application providers may 1) use and receive your digital card number, and information about your card transactions as necessary to effect, administer, or enforce the card transaction, and 2) receive information about your mobile device. The third-party digital wallet operator may use this information to display it to you or for its own purposes according to the terms, conditions, and other agreements that the digital wallet operator may require you to accept. Please refer to the third-party digital wallet operator's privacy policy and terms and conditions for more detail about how the digital wallet operator will use and retain your information. We are not responsible for a third party's privacy practices or level of security.

We may, at any time, partially or fully restrict your ability to make debit card transactions through a mobile device. If you want to remove your digital card number from your mobile device, contact us using the information listed in the "Questions? We're here for you" section at the beginning of this Agreement.

**Card on file with merchants**

If you give your debit card number to a merchant with authorization to bill that card for recurring payments, or to keep it on file for future purchases or payments, the merchant may receive updated card information to process such payments. However, since not all merchants receive updated card information, we recommend you notify each merchant of your new debit card number and/or expiration date to ensure your payments continue uninterrupted. If you have a card on file with a merchant and want to cancel the payment arrangement, be sure to cancel it directly with the merchant.

**Authorization holds for card transactions**

For all card purchase transactions, we may place a temporary hold on some or all of the funds in the account linked to your card when we obtain an authorization request. **We refer to this temporary hold as an authorization hold. The funds subject to the hold will be subtracted from your available balance.** We generally release the hold within 3 business days, but it can be up to 30 business days for certain types of debit card transactions, such as international car rental and hotel, from the time of authorization or until the transaction is paid from your account.

If the merchant does not submit the transaction for payment within the time allowed, we'll release the authorization hold. This means your available balance will increase until the transaction is submitted for payment by the merchant and posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. In some situations, the amount of the hold may differ from the actual transaction amount since the merchant may not know the total amount you'll spend. For example: A restaurant submits the authorization request for your meal before you add a tip.

**You might end up overdrawing your account even though the available balance appears to show there are sufficient funds to cover your transaction.** For example: A merchant does not submit a one-time debit card transaction for payment within three business days of authorization (or up to 30 business days); we must release the authorization hold even though we'll have to honor the transaction. When we receive it for payment, it's paid from the funds in the account and at that time it causes an overdraft.

You should record and track all of your transactions closely to confirm your available balance accurately reflects how you spend funds from the account linked to your card.

**Partial authorization for card transactions**

If a debit card or ATM card purchase amount exceeds the current available balance in the primary linked account when you're making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the Bank and your card's daily purchase limit.

We'll first try to approve the full amount of the purchase with the available funds in your checking account, account(s) linked for Overdraft Protection, and, if enrolled, using Debit Card Overdraft Service. If we don't approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your checking account. This is called a partial authorization. The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you're unable/unwilling to provide an additional form of payment, and the transaction does not occur, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

**Exhibit 10 to Complaint**
**Page 194**

## Transactions outside the United States

If a card is used to make an ATM withdrawal or a purchase outside the United States, the network handling the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a purchase only, the merchant handling the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives, or the government-mandated rate in effect for the applicable central processing date. If the merchant handling the purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, we may also charge an international purchase transaction fee, which we base on the amount provided to us by the network (for example, Visa, MasterCard) in U.S. dollars.

## Ending your card use

Your card is our property.

We may cancel or suspend your card or card banking access at any time without notice to you, and we may decide not to issue a card to you or replace your card. You may cancel your card or card banking access at any time by calling the number on the back of your card. If the card is canceled, you must pay for any card transactions made before the card is canceled, and you will immediately destroy the card after it is canceled. For the Wells Fargo Campus Card$^{SM}$ program, school issued campus cards are the property of the school.

## Zero Liability protection

With Zero Liability protection, you'll have no liability for any card transactions that you did not make or authorize, subject to certain conditions and so long as those transactions occurred before the end of the 60-day period described hereafter.

If your account statement shows card transactions that you did not make or authorize, tell us at once. If you don't notify us within 60 days after the statement was mailed or was otherwise made available to you, you'll be liable for any additional unauthorized card transactions that occurred after the 60-day period and before you provided notice to us (if we could have stopped those card transactions had you promptly notified us). This will apply even to unauthorized card transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we'll extend the time period.

**For card transactions from consumer accounts:** Your card comes with Wells Fargo's Zero Liability protection, which provides you with more coverage than what Regulation E requires for cards accessing consumer accounts (see "Liability for unauthorized transactions according to Regulation E" in the "Electronic Fund Transfer Services" section of this Agreement).

**For card transactions from business accounts:** Your card comes with Wells Fargo's Zero Liability protection.

## Additional information for Wells Fargo Campus Card Program customers

Wells Fargo campus cards are available two ways:
1) Wells Fargo issued cards
2) School issued cards

The Wells Fargo Campus Card Program offers optional banking services to students of participating colleges and universities. These services are also available for faculty and staff at most of our participating schools. Visit wellsfargo.com/debit-card/campus-card/schools for additional details. Campus debit cards can be identified by the Visa® logo on the front of the card; campus ATM cards don't include a Visa logo.

**A Wells Fargo-issued card** is produced by Wells Fargo and delivered to currently enrolled students and currently employed faculty and staff by mail after we receive their request for a campus debit card. A card may be requested by bringing a valid school ID from a participating college or university to a Wells Fargo branch located in the same state as the college or university. The card must be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions, and it expires five years from the date it was issued. After the card expires, we'll issue you a standard Wells Fargo Debit Card. You may visit a Wells Fargo branch to request another campus debit card if you remain eligible based on current enrollment or employment at a participating college or university.

**A school issued card** is produced by a participating college or university and issued to currently enrolled students and currently employed faculty and staff by the school. It can be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions. School issued campus ATM cards can be linked to an eligible deposit account at any time for up to five years from the date it was issued, and it expires five years after it is linked to an eligible deposit account. After the card expires, you can contact Wells Fargo and request a standard Wells Fargo Debit or ATM Card to use for purchases and ATM transactions. Or, you can request another campus ATM card from the school if you remain eligible based on current enrollment or employment at a participating college or university, and then visit a Wells Fargo branch to link your campus ATM card to your eligible deposit account.

**Exhibit 10 to Complaint Page 195**

Both Wells Fargo and school issued campus cards are subject to daily ATM withdrawal limits and daily purchase limits. For a new campus debit card, we provide your daily ATM withdrawal and purchase limits when you receive your card. For a new campus ATM card, the limits below apply to your card, unless you request and are provided other limits at the time you link your campus ATM card to an eligible deposit account. Replacement campus debit or campus ATM cards will have the same limits as the card it replaced at the time the replacement card is issued. You can confirm your limits by calling us at the number listed in the "Questions? We're here for you" section at the beginning of this Agreement, or by viewing them in online banking.

| New campus ATM card daily limits | |
|---|---|
| ATM Withdrawals | $1,010 |
| Purchases | $5,000 |

To view the Campus Debit and ATM Card Terms and Conditions, visit wellsfargo.com/debitcardterms (English) or wellsfargo.com/spanishdebitcardterms (Spanish).

**Card and ATM safety tips**

**Card safety**

- Always protect your card and keep it in a safe place, just like you would cash, credit cards, or checks.
- Create a PIN that does not include any number or word that appears in your wallet (such as birth date, name, or address). Note: Most ATMs outside of the U.S require a four-digit numeric PIN.
- Memorize your PIN, never tell it to anyone, and never write it down.
- Change your PIN every six months. If you have forgotten your PIN or want a new one, visit your nearest Wells Fargo location.
- Shop with merchants you know and trust.
- Look at your account statements when you receive them to be sure you made the transactions listed. Contact us immediately if you identify anything suspicious.
- Make sure your internet transactions are secure. Look for secure transaction symbols.
- Log off from any site after you make a purchase. If you cannot log off, shut down your browser to keep someone from accessing your information.
- Avoid sending your card number through email because it isn't secure, and don't give the number over the phone unless you made the call.
- If your card is ever lost or stolen, immediately notify us at the number or P.O. Box listed in the "Questions? We're here for you" section at the beginning of this Agreement.
- Destroy your old card if you receive a replacement.
- Before using an attended or unattended merchant terminal, look at it for possible tampering or for the presence of any unauthorized attachment that could capture your card information or PIN.

**ATM safety**

- Be aware of your surroundings and be cautious when you withdraw money.
- Watch for suspicious persons or activity around the ATM. If you notice anything out of the ordinary, come back later or use an ATM elsewhere. If you see someone suspicious or unusual circumstances, don't use the ATM at that time. If you're in the middle of a transaction, cancel the transaction, take your card and leave the area and come back at another time or use an ATM at another location.
- Before using the ATM, look at it for possible tampering or for presence of any unauthorized attachment that could capture your card information or PIN.
- Report all crimes immediately to the operator of the ATM or local law enforcement.
- Consider having someone accompany you when using an ATM after dark.
- Be sure no one sees you enter your PIN.
- Avoid showing your cash. Put it away as soon as your transaction is completed. Wait to count your cash until you're in the safety of a locked enclosure, such as a car or home.
- Keep safe or securely get rid of your ATM receipts.
- Keep your engine running when you use a drive-up ATM. Keep your doors locked and your passenger window up.

**Exhibit 10 to Complaint
Page 196**

# Fund Transfer Disclosures - General

The following provisions are in addition to, and not in place of, any other agreements you have with us regarding funds transfers to and from your account. The terms "funds transfer," "funds transfer system," "payment order," and "beneficiary" are used here as defined in Article 4A of the Uniform Commercial Code - Funds Transfers, as adopted by the state whose laws govern your account. As used in these provisions, a funds transfer does not include a transaction made using a Wells Fargo issued card. Examples of funds transfers covered by these provisions are ACH transactions, remittance transfers, and wire transfers (whether outgoing or incoming, foreign or domestic). Some consumer transfers referenced in this section may also be electronic fund transfers subject to Regulation E Subpart A as described below. If the transfer is governed by Reg E Subpart A, the provisions of the section of this Agreement titled "Electronic Fund Transfer Services" control in the event of conflict with this section.

**Rules of funds transfer systems**

Funds transfers to or from your account will be governed by the rules of the funds transfer system(s) through which the transfers are made ("system rules"), including Fedwire, the National Automated Clearing House Association, the Electronic Check Clearing House Organization, any regional association (each an ACH), the Clearing House Interbank Payments System (CHIPS), the Society for Worldwide Interbank Financial Telecommunication ("SWIFT") and the RTP system ("RTP System"). We're under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

**Sending funds transfers/ Means of transmission**

When acting upon your transfer instructions, we may use any means of transmission, funds transfer system, clearing house, or intermediary bank that we reasonably select.

**Notice of funds transfers**

We'll notify you of funds electronically debited from or credited to your account through the account statement covering the period in which the transaction occurred. We're under no obligation to provide you with any additional notice or receipt.

**Reliance on identification numbers**

If an instruction or order to transfer funds describes the party to receive payment inconsistently by name and account number, we'll rely on the beneficiary account number even if the account number identifies a party different from the named recipient. If an instruction or order to transfer funds describes a participating financial institution inconsistently by name and identification number, the identification number may be relied on as the proper identification of the financial institution.

**Your duty to report unauthorized or erroneous funds transfers**

You'll exercise ordinary care to determine whether a funds transfer to or from your account was either not authorized or erroneous. You will also notify us of the facts within a reasonable time, not exceeding 14 days after (i) you have received your account statement from us on which the funds transfer appears or (ii) you otherwise have notice of the funds transfer, whichever is earlier. If you don't notify us within 14 days, you are precluded from asserting we are not entitled to retain payment for the funds transfer.

**Erroneous payment orders**

You could lose funds if you provide incomplete or inaccurate information in your payment orders. We have no obligation to detect errors you make in payment orders (for example, paying the wrong person or the wrong amount). Just because we detect an error once, we won't be obligated to detect future errors. We'll rely on the beneficiary account number and beneficiary bank identification number (e.g., IBAN, RTN, or SWIFT BIC) you provide with an instruction or order.

**ACH transactions**

These additional terms apply to payments to or from your account that you transmit through an ACH:

- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

**Remittance transfers**

Remittance transfers are initiated by consumers primarily for personal, family, or household purposes, and are sent outside the United States and its territories. Each time you initiate a remittance transfer, you'll receive disclosures outlining additional rights provided by federal law. You also may obtain a copy of those rights on wellsfargo.com or in any branch.

**Incoming international wire transfers**

Incoming wire transfers received in a foreign currency for payment into your account will be converted into U.S. dollars using the applicable exchange rate without prior notice to you. For more information, see the "Applicable Exchange Rate" section of this account agreement.

Deposit Account Agreement

**Exhibit 10 to Complaint Page 197**

**Reversal or return of ACH transactions**

**Consumer accounts only:** You have the right to reverse any unauthorized ACH payment that was debited from your account. If you give us written notice that you want to reverse a payment, we'll credit your account for the amount of the payment. You must notify us no later than 15 days after we send or otherwise make available to you the account statement that reflects the payment you want to reverse. This right of reversal is in addition to your right to stop payment.

**Business accounts only:** Under the ACH Rules, the Bank can return any non-consumer ACH debit entry as unauthorized until midnight of the business day following the business day the Bank posts the entry to your account. In order for the Bank to meet this deadline, you're required to notify us to return any non-consumer ACH debit entry as unauthorized by the cutoff time we separately disclose. The cutoff time is currently 3:00 p.m. Central Time. If you don't notify us in a timely manner of the unauthorized non-consumer ACH debit entry, we won't be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

**Additional information on ACH debit entries**

If you provide information that is incorrect or subject to change (for example, if the sender changes its company identification number or individual identification number), it may result in payment of the ACH debit entry. You acknowledge this risk and agree that you're responsible for notifying the sender of the ACH debit entry that your authorization has been revoked. You agree to indemnify and hold us harmless from, and against any loss we incur, as a result of our paying an ACH debit entry, if any of the information relied on in the stop payment order is incorrect or incomplete (or as a result of our not paying an ACH debit entry for which a valid stop payment order is in effect).

**Liability for transactions not covered by Regulation E**

For purchases and other transactions in consumer accounts not governed by Regulation E, you're liable for all losses relating to unauthorized funds transfers that don't result solely from our negligence or intentional misconduct, unless the laws governing your account require lesser liability.

**Receiving RTP® Payments**

The following additional terms apply to any real-time payments we receive for credit to your account through the RTP System. The terms "sender," "receiver," and "sending participant" are used here as defined in the system rules governing RTP payments ("RTP Rules"). In addition to the RTP Rules, RTP payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.

- The RTP System may be used only for eligible payments between a sender and receiver whose accounts are located in the United States. You may not send or receive payments on behalf of any person or entity not domiciled in the United States. RTP payments that are permitted under the RTP Rules and our requirements are considered eligible payments for purposes of this Agreement.
- RTP payments cannot be cancelled or amended by the sender. If we receive a message from a sending participant requesting return of an RTP payment received for credit to your account, we may notify you of that request. You're not obligated under the RTP Rules to comply with any such request for return of funds. Any dispute between you and the sender of an RTP payment should be resolved between you and the sender.
- If you don't wish to accept an RTP credit received to your account, you may request that we return such payment to the sender. We may, at our sole discretion, attempt to honor such request but will have no liability for our failure to do so.
- RTP payments are typically completed within thirty (30) seconds of transmission of the RTP payment by the sender, unless the RTP payment fails or is delayed due to a review by us or the sending participant, such as for fraud, regulatory, or compliance purposes. Transaction limits imposed by the RTP System or sending participant may also prevent RTP payments from being sent to your account.

We're under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

**Funds Transfer Security Procedure**

You agree that we will follow a commercially reasonable security procedure of our choice to verify the authenticity of an instruction we receive to send a funds transfer from your account. The security procedure may vary depending on whether we receive the instruction in person, in writing, by phone, or via online or mobile. If we offer, but you decline, an optional security procedure that is commercially reasonable, then you agree that the security procedure chosen to verify the payment order is commercially reasonable for your transaction. You agree to be bound by any funds transfer request that Wells Fargo receives and verifies following a commercially reasonable security procedure, even if the payment order was not authorized by you. More details about the security procedures may be found in the applicable funds transfer agreement.

**Consumer accounts only:** This provision applies to fund transfers governed by Article 4A of the Uniform Commercial Code and not electronic fund transfers governed by Regulation E, Subpart A. For more information about your rights and responsibilities related to electronic fund transfers as defined by Regulation E, please see the section of this Agreement titled "Electronic Fund Transfer Services."

**Exhibit 10 to Complaint
Page 198**

**Rejecting a Funds Transfer Request**

We may reject a funds transfer request without any liability to you. Some examples may include, if you don't have enough available funds in your account for the funds transfer and applicable fees, if we are unable to verify a payment order or person requesting the funds transfer, or if we are unable to complete the request for any other reason. We will notify you if we decide to reject the request.

# Electronic Fund Transfer Services

**(Consumer accounts only)**

**General rules for electronic fund transfer services**

When you read this section, you'll see references to Regulation E which provides certain protections and responsibilities.

The following provisions apply to electronic fund transfers to or from your consumer deposit account that are governed by Subpart A of Regulation E.

**Note:** These provisions don't apply to wire transfers. Refer to the "Fund Transfer Disclosures - General" section of this Agreement.

We offer a variety of electronic fund transfer services you can use to access funds in your account(s) and perform other transactions detailed in this section. We describe some of these services in this section and also provide certain disclosures that apply to the use of electronic fund transfer services with your consumer account. Some of these services are governed by separate agreements we give to you at the time your card is mailed or you sign up for the service (e.g., ATM and debit cards, online, and mobile banking).

When you read this section, you'll see references to Regulation E or Reg E. This regulation applies to transactions you can perform using your card to access your account, such as purchases and ATM transactions. Regulation E also applies to other types of electronic fund transfers you can make from or to your account, such as payments made using Bill Pay and the direct deposit of your paycheck into your account. Regulation E sets forth the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfers and of the banks or other persons who offer these services. It includes the actions you need to take if you believe your card, your card number, or your PIN has been lost or stolen, or if you notice an error or unauthorized electronic fund transfer on your account and the rules regarding your potential liability for these transfers. Your responsibilities and protections under Regulation E are described in more detail below.

For unauthorized card transactions, in addition to the rights you have under Regulation E, Wells Fargo Zero Liability protection provides you with added protection from liability. For details, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

The following table summarizes the types of transactions to which Regulation E applies and tells you if Zero Liability protection covers the transaction.

| Electronic fund transfer | Description | Transaction covered by Reg E | Zero Liability protection |
|---|---|---|---|
| **Card transactions** | | | |
| **Debit and ATM cards** | Use your Debit or ATM card to make purchases, withdrawals, payments, transfers, and other transactions as described above in the "Debit Cards and ATM Cards" section of this Agreement. | X | X |
| **Electronic transfers, payments, credits, and electronic check conversions** | | | |
| **Transfers** | Send or receive transfers between your accounts or to other recipients at Wells Fargo or other financial institutions | X | |
| **Payments** | One-time or recurring payments from your account that you initiate or preauthorize for withdrawal from your account | X | |
| **Credits** | Manual or automatic electronic deposits to your account, such as payroll or benefits payments | X | |
| **Electronic check conversions** | Electronic fund transfer using information from a check (e.g., the Bank's routing number and your account number) | X | |
| **Phone Bank transactions** | | | |
| **Phone Bank transactions** | **Not under a written agreement or plan:** A request to the Phone Bank to make a transaction to or from your account | | |
| | **Under a written agreement or plan:** The Phone Bank, under an agreement, can make transactions to and from your account | X | |

**Exhibit 10 to Complaint Page 199**

**Liability for unauthorized transactions according to Regulation E**

**Tell us AT ONCE if you believe your card, card number, or PIN has been lost or stolen,** or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan).

If you tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, you can lose no more than $50 if someone used your credentials without your permission (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement).

If you **do NOT** tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose up to $500 (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement).

Also, if your account statement shows transfers that you did not make or authorize, including those made by your card, PIN, or other means, tell us at once. If you do not notify us within 60 days after the statement was mailed or was otherwise made available to you, you will be liable for any additional unauthorized transactions that occurred after the 60-day period and before you provided notice to us (if we can prove we could have stopped those transactions had you promptly notified us). This will apply even to unauthorized transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time periods.

**Contact in the event of unauthorized transfer**

If you believe your card, card number, or PIN, has been lost or stolen, call us at 1-800-869-3557 or the number listed on your statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

**Preauthorized credits to your account**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can check your online or mobile banking, enroll in account alerts, or call us at 1-800-869-3557 to find out whether or not the deposit has been made.

**Handling preauthorized payments**

**Right to stop payment:** If you have told us in advance to make regular (recurring) payments out of your account, you can stop any of these payments. Here's how: Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request three business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. There is no fee to stop a recurring preauthorized payment using the debit card.

**Notice of varying amounts:** If the amount of these regular (recurring) payments vary, the party you are going to pay should tell you, 10 days before each payment, when it will be made and how much it will be. (The party you are going to pay may allow you to choose to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

**Liability for failure to stop payment:** If you order us to stop one of these payments three business days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

**Note:** We cannot stop payment on a purchase transaction unless it is a preauthorized electronic fund transfer.

**Exhibit 10 to Complaint**
**Page 200**

**Electronic check conversion**

You may authorize a merchant or other payee to make a one-time electronic payment from your account using information from your check to 1) pay for purchases, or 2) pay bills.

**Account inquiry**

You have the right to contact us to find out whether an electronic transfer has been credited or debited to your account. Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228-6995.

**Receipts**

You can get a receipt at the time you make any transfer to or from your account using one of our ATMs or when you use your card at a merchant terminal.

**Our liability for failure to make transfers**

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:

- Through no fault of ours, you do not have enough money in your account to make the transfer,
- The transfer would go over the credit limit on a credit account linked for Overdraft Protection,
- The ATM where you are making the transfer does not have enough cash,
- The terminal or system was not working properly and you knew about the breakdown when you started the transfer,
- Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or
- There is some other exception stated in our Agreement with you.

**In case of errors or questions about your electronic fund transfers**

If you see an error or have questions about your electronic transfers, think your deposit statement or receipt is wrong, or you need more information about a transfer listed on an account statement or receipt, call us at 1-800-869-3557 or the number listed on your account statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995 as soon as you can. We must hear from you no later than 60 days after we send the FIRST account statement on which the problem or error appeared, and you should take the following actions:

- Tell us your name and account number (if any) and the dollar amount of the suspected error.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error, or why you need more information.

If you tell us in person or by phone, we may require that you send us your complaint or question in writing within 10 business days.

**Investigations**

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we need more time, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale transactions, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Exhibit 10 to Complaint
Page 201**

# Other Account Services and Restrictions

**Telephone banking services**

You may use our automated phone system to get account information, transfer funds between Wells Fargo accounts, or pay certain Wells Fargo credit bills. To access this service, you must have a valid PIN, either for your debit or ATM card, or a cardless PIN issued only for authentication purposes. If you don't have a valid PIN, we'll ask you for information to verify your identity. We may cancel your cardless PIN at any time without notice, including after six months of non-use. We may comply with any request of a caller using Wells Fargo's telephone banking services, provided we authenticate the caller in compliance with one of the identity verification procedures described in this paragraph.

**Large cash withdrawals or deposits**

We may place reasonable restrictions on large cash withdrawals. These restrictions may include requiring you to provide reasonable advance notice to ensure we have sufficient cash on hand. We don't have any obligation to provide security if you make a large cash withdrawal. If you want to deposit a large amount of cash, we may require you to provide adequate security or exercise other options to mitigate possible risks.

**Checks with multiple signatures**

We may act on the instructions of any one authorized signer on your account and not require multiple signatures. If you have indicated that more than one signature is required to transact on your account, you acknowledge and agree that such requirements are for your own control purposes only, and we won't be liable if a check or other transaction is processed without multiple signatures. We're not responsible for reviewing your checks or other transactions for multiple signatures.

**Checks with dates and special instructions**

We may pay the amount encoded on your check in U.S. dollars, even if you wrote the check in a foreign currency or made a notation on the check's face to pay it in a foreign currency. If we, in our sole discretion, pay a check or other item in a foreign currency, the applicable exchange rate may apply. For information on the applicable exchange rate, see "Applicable exchange rate" in the "Statements, Interest, and Other Account Information" section of this Agreement. The encoded amount is in the line along the bottom edge of the front of the check where the account number is printed.

We may, without inquiry or liability, pay a check even if it:

- Has special written instructions indicating we should refuse payment (e.g., "void after 30 days" or "void over $100"),
- Is stale-dated (i.e., the check's date is more than six months in the past), even if we're aware of the check's date,
- Is post-dated (i.e., the check's date is in the future), or
- Isn't dated.

**Use of a facsimile or mechanical signature**

If you use any device or machine to provide a faxed, electronic, computer generated or other mechanical signature (including a stamp on a check) it will be treated as if you had actually signed it.

**ACH debit entries**
(Business accounts make note)

Under the ACH operating rules, certain types of ACH debit entries may only be presented on a consumer account. We'll have no obligation to pay, and no liability for paying, any consumer ACH debit entry on a business account.

**Acceptable form for checks**

Your checks must meet our standards, including paper stock and dimensions; we may refuse checks that don't or that cannot be processed by our equipment. Checks must include our name and address as provided by us. Certain check features, such as security features, may impair the quality of a check image. We're not responsible for losses that result from your failure to follow our check standards.

**Checks presented by a non-customer**

For these transactions, we require acceptable identification, which may include a fingerprint from the person presenting your check. We may not honor the check if the person refuses to provide us with requested identification. We may charge a fee for non-customers to cash a check.

**Electronic check indemnifications**

An "electronic check" and an "electronic returned check" means an electronic image of a paper check or paper returned check or the electronic information derived from it.

When we transfer or present an electronic check or electronic returned check, we provide the following warranties:

- **Image Quality Warranty.** We guarantee that the electronic image accurately represents all of the information on the front of the check as of the time that the original check is truncated, and the electronic information includes an accurate record of all MICR line information required for a substitute check and the amount of a check.
- **No Double Debit Warranty.** We guarantee that the warrantee won't receive a presentment of or otherwise be charged for an electronic check, an electronic returned check, the original check, a substitute check, or a paper or electronic representation of a paper substitute check, in a way that the warrantee will be asked to pay a check that it has already paid.

**Exhibit 10 to Complaint
Page 202**

When we transfer an electronic check for collection or payment, we make the image quality warranty and the no double debit warranty to the transferee bank, any subsequent collecting bank, the paying bank, and the drawer. When we transfer an electronic returned check for return, we make the image quality warranty and the no double debit warranty to the transferee returning bank, the depository bank, and the owner.

**Indemnities applicable to electronic checks and electronic returned checks.** You will indemnify, defend, and hold us harmless from all liabilities, obligations, demands, and costs (including fees of legal counsel and accountants) awarded against or incurred by us (collectively, "losses and liabilities"), related to the transfer or return of an electronic check or an electronic returned check on your behalf. If we suffer any losses or liabilities related to a breach of the image quality warranty or the no double debit warranty, you will reimburse us and not hold us responsible or liable.

**Indemnities applicable to remote deposit capture services (including Wells Fargo Mobile Deposit)**. If a depository bank accepts the original check from which an electronic check is created and suffers losses due to the check having already been paid, we're required to indemnify and reimburse that bank. If we suffer any losses or liabilities related to that type of depository bank indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

**Indemnities applicable to electronically created items.** If we transfer or present an "electronically created item" and receive settlement or other consideration for it, we're required to indemnify and reimburse each transferee bank, any subsequent collecting bank, the paying bank, and any subsequent returning bank against losses that result from the fact that:

- The electronic image or electronic information is not derived from a paper check,
- The person on whose account the electronically created item is drawn didn't authorize its issuance or the payee stated on the item, or
- A person receives a transfer, presentment, or return of, or otherwise is charged for an electronically created item in such a way that the person is asked to make payment based on an item it has paid.

If we suffer any losses or liabilities related to that type of electronically created item indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

## Stop payment

Applicable fees are described in the Consumer Schedule and Business Schedule.

**Requesting stop payment on a check**
You may request a stop payment on a check if you allow us a reasonable amount of time to act on it; the same is true if you ask us to cancel a stop payment order. You can request a stop payment through wellsfargo.com, by phone, or by visiting your local branch. We may verify that we have not already become obligated to pay the check from your account and can verify after we accept your stop payment order.

To issue a stop payment order on a check, we need the following information:
- Your bank account number
- The check number or range of numbers
- The check amount or amounts
- The payee(s) name(s)
- The date on the check

We are not responsible for stopping payment on a check if you provide incorrect or incomplete information about the check.

**Effective period for a stop payment order**
- **A stop payment order on a check is valid for six months.** We may pay a check once a stop payment order expires. You must request a new stop payment order if you don't want it to expire and we treat each renewal as a new order, and a new fee will apply.
- **Your responsibility after we accept a stop payment on a check.** Even if we return a check unpaid due to a stop payment order, you may still be liable to the holder of the check (e.g., a check cashing business).

**Stop payment orders on ACH debit entries**
You may request a stop payment order for an ACH debit entry that has not already been paid from your account. To be effective, a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on the applicable ACH debit entry. If you provide verbal instructions, we may require confirmation in writing. If such written confirmation isn't received, we may remove the stop payment order after 14 days. An instruction to revoke a stop payment order must be received in a time and manner that gives us a reasonable opportunity to act on it.

To place a stop payment order on an ACH debit entry, you must provide the following information: (i) your account number, (ii) amount of the ACH debit entry, (iii) effective date, and (iv) payee name. We may request additional information and may, at our sole discretion, use only a portion of the required information in order to identify the ACH debit entry. We may be able to place a stop payment order based on the company identification number of the sender/payee, but this may stop all ACH entries received from this sender/payee.

**Exhibit 10 to Complaint
Page 203**

**Stopping payment on a preauthorized electronic fund transfer**

If your account is a consumer account, you may stop payment on a preauthorized electronic fund transfer. See "Handling preauthorized payments" in the "Electronic Fund Transfer Services" section of this Agreement.

**Post-dated checks**

A post-dated check is a check you issue with a date in the future. We're not responsible for waiting to honor the check unless you use a stop payment order for the check. You're responsible for notifying us to cancel the stop payment order when you're ready to have that check paid.

# Time Accounts (CDs)

CDs mature and are payable at the expiration of a specified term, which will be no less than seven calendar days after the date of deposit. The CD's maturity date is the last day of the term for the CD and is printed on your receipt.

We may refer to a Time Account as a CD or Certificate of Deposit, even though we don't issue a paper certificate when opening the account or require a paper certificate to close the account.

**You may withdraw funds from your CD on the maturity date without a penalty**. During the seven calendar days after the maturity date, which we refer to as grace period, you can change the term, generally make withdrawals and additional deposits, or close the CD. No additional deposits to the CD are allowed outside this grace period. You may be charged a penalty if you make a withdrawal at any other time. See "Early withdrawal penalty and Regulation D penalty" in this section.

**Unless you withdraw the funds, your CD will automatically renew at maturity:**

- Typically for the same term unless we inform you at the time of account opening or prior to maturity of a different renewal term, and

- At our standard interest rate in effect on the maturity date for a new CD of the same term and amount, unless we have notified you otherwise.

At renewal, in addition to the interest rate and renewal term, we may change any other CD provision, subject to providing you notice as required by law. Wells Fargo may redeem and close your CD, at our option, if the balance falls below $1.00. This also applies to any CD that you may have within an IRA. We'll treat any interest that is deposited into your CD during the previous term as principal for your new term.

**IRA CDs and ESA CDs**

You may have multiple accounts within your Individual Retirement Account (IRA) or Education Savings Account (ESA) plan. We no longer offer new IRAs or new ESAs. IRA CDs are only available for current IRA customers, and ESA CDs are only available for current ESA customers.

Your IRA/ESA plan balance on December 31 of each year represents the fair market value of your account. We report the fair market value, distributions from and contributions to your IRA/ESA, to the Internal Revenue Service (IRS). If applicable, the IRS may impose penalties. Please consult your tax advisor.

**Interest on your CD**

The Annual Percentage Yield (APY) we disclose to you assumes the interest you earn will remain on deposit until your CD matures. If you withdraw your earned interest before maturity, your account will earn less interest over time and the actual APY will be less than the disclosed APY.

| Term | CD Interest payment options* | | | | |
|---|---|---|---|---|---|
| | Monthly | Quarterly | Semi-Annually | Annually | At maturity |
| Less than 12 months (365 days) | X | X | X | Not available | X |
| 12 months or more | X | X | X | X | Not available |

*Interest payments for IRA/ESA CDs redeposit monthly into your CD.

With the exception of IRA/ESA CDs, you may choose to have your interest payments re-deposited into your CD, transferred to a Wells Fargo checking or savings account, or paid by check if your CD has a minimum balance of $5,000.

**Exhibit 10 to Complaint**
**Page 204**

**Early withdrawal penalty and Regulation D penalty**

**Early withdrawal penalty (Fixed Rate CDs and Fixed Rate IRA/ESA CDs):** Other than the Regulation D penalty described below, any money you withdraw from your CD before the end of its term will be subject to an early withdrawal penalty based on the length of the CD term.

| CD Term | Penalty |
|---|---|
| less than 90 days (or less than 3 months*) | 1 month's interest |
| 90 through 365 days (or 3-12 months*) | 3 months' interest |
| Over 12 months through 24 months | 6 months' interest |
| Over 24 months | 12 months' interest |

\* Some CD terms are based on days and others are based on months. Check your receipt for the term applicable to your CD.

We calculate the early withdrawal penalty using the amount of principal you withdraw at your CD's interest rate at the time of withdrawal. The penalty is calculated by multiplying the interest rate by the amount of principal withdrawn then dividing that total by 12 to arrive at one month's interest. We'll deduct your early withdrawal penalty from your earned interest. If the penalty is greater than your earned interest, then we'll deduct the difference from the principal amount of your CD.

**Regulation D Penalty**: The Regulation D penalty is seven days' simple interest on the amount withdrawn and applies to the following:
- Withdrawals made within seven days of account opening including the day the account was opened.
- Withdrawals made during the grace period, when additional deposits are made during the grace period and the withdrawal exceeds the amount of the matured CD balance.
- Withdrawals within seven days of any prior withdrawal where the Bank's early withdrawal penalty is not applied.

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate CDs):**
- Death of the CD owner
- Death of the grantor of a revocable family/living trust
- Court determination that a CD owner is legally incompetent

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate IRA/ESA CDs):**
- Death of the IRA CD or ESA CD owner
- Court determination that an IRA CD or ESA CD owner is legally incompetent
- IRA or ESA owner becomes disabled
- IRA owner is age 59 ½ or older
- IRA or ESA owner requests a revocation in writing within seven days of plan opening

# Protecting Your Account and Your Information

**Protection against unauthorized items**

You acknowledge that there's a growing risk of losses resulting from fraud, including unauthorized items. To help prevent fraud on your account, you agree to take reasonable steps to ensure the integrity of your account and items drawn on your account or deposited to it. We recommend you take the following preventive measures (not an exhaustive list):
- Reconcile your account statements when received and promptly notify us of any problem.
- Promptly notify us if you don't receive an expected statement.
- Don't provide your account and routing numbers to unknown persons. Fraudsters may use this information to initiate fraudulent transactions against your account.
- Only write checks to people and businesses whom you know. Fraudsters may try to trick you by pretending to be friends and family, indicating you have won the lottery or sweepstakes, through online dating sites, or impersonating law enforcement.
- Don't deposit checks from people whom you don't know. Fraudsters often request that you deposit a fake a check into your account, then request that you return some of the funds. After you return the funds, the check bounces, but you are still responsible to us for the full amount of the check you deposited.
- Write your checks in a manner to prevent others from adding words, numbers or making other changes without your authorization.
- Protect your checks from unauthorized use and theft by securing your supply of checks at all times (for example, never leave checks in an unlocked vehicle, or out in a visible location unattended), using tamper resistant checks, destroying checks you don't intend to use, and  not signing blank checks. Check-related fraud is common. If you fail to take any of these preventive measures, we are not responsible for any losses that you may incur.

**Exhibit 10 to Complaint
Page 205**

**Additional protections for business accounts**

**Additional steps business customers should take to help reduce the risk of fraud on their accounts:**

- Assign responsibilities for your business account to multiple individuals and periodically reassign duties. Have different people reconcile statements and withdraw funds.
- Watch for checks cashed out of sequence or made out to cash as flags for embezzlement.
- Review activity for unexpected fluctuations such as the percentage of cash deposits to total deposit size. Most businesses will keep a constant average.
- Notify us immediately when an authorized signer's authority ends so that their name can be removed from account access.
- Obtain insurance coverage for bank account fraud risks.
- Watch out for imposters impersonating vendors or if an alleged vendor changes their payment instructions.
- Only send trusted employees to deliver checks or make deposits.

**Wells Fargo services to help prevent fraud on analyzed business accounts include:**

- Positive pay, positive pay with payee validation, or reverse positive pay
- ACH fraud filter, and
- Payment Authorization service.

In addition, we recommend you use certain industry best practices such as dual custody. With dual custody, when one user initiates an action like a payment or a change in the set-up of a service, the action does not take effect until a second user approves the action using a different computer or mobile device.

**Consequences if a business customer does not implement the fraud prevention services we recommend.** If we have expressly recommended that you use a fraud prevention service or industry best practice and you either (a) decide not to implement or use the recommended service or industry best practice or (b) fail to use it in accordance with the applicable service description or our other applicable documentation, then you are responsible for all losses that could have been prevented or mitigated by correct use of the recommended service or best practice.

**Verifying your identity with your mobile device and your wireless company**

Wells Fargo may collect, use, and retain personal or other information about you or your mobile device to assist in verifying your identity. We may rely on such information provided to us by your wireless company, and you authorize them to disclose:

- Your mobile number, name, address, email;
- Network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI), and other subscriber and device details to Wells Fargo and our service providers for the duration of the account relationship.

Review our Privacy Notice for how we treat your data. You represent that you're the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

**Exhibit 10 to Complaint**
**Page 206**

# Statements, Interest, and Other Account Information

**Statements and notices**

We'll make available to you a statement of your account activity for each statement period, using the postal or email address associated with your account. We'll do the same with notices. If your delivery preference is electronic, we'll notify you by email that your statement or notice is available online.  You must be at least 13 years old to receive online statements.

We'll send statements and notices to one owner of a jointly owned account, and you agree that owner is responsible for sharing copies of the information with all other owners. If you request that we send notices to an authorized signer, the authorized signer has the same responsibility. Online statements are available to each joint owner.

Your statement is considered received by you on the second business day after we mail it to you or, if your delivery preference is electronic, when it's available through online banking. You agree to this timing even if the postal or email address you provided us is invalid.

Checking accounts get a monthly account statement. Savings accounts generally get a quarterly account statement, but will get a monthly statement if you set up automatic transfers into your savings account, have electronic fund transfer activity in the account, or have a combined statement for your checking and savings accounts.

**Combined statements**

We may combine statements for accounts with at least one common owner, in which case we consider the first account listed on your statement as your primary account. We'll make available your account statement through the address listed for your primary account. Statements for accounts in a combined statement will be delivered according to the delivery preference of the primary account.

Any person with online access to the primary account will also have online viewing capability to all the information on the combined statement.

If you prefer that we not combine your statements, let us know and we'll keep them separate. This will apply to subsequent statements only, and this option isn't available for Prime Checking and Premier Checking accounts.

**Changing statement period and fee period for checking and non-IRA savings accounts**

We may change the statement period and fee period assigned to your account without advance notice. If your account is interest-bearing, these changes won't affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except analyzed business accounts, if the first new fee period created by our change is fewer than 25 days, the Bank will automatically waive the monthly service fee for that period.

**Check safekeeping and check image service**

**We don't return your physical paid checks in your statements.** Instead, we make copies of your paid checks available online, by calling us, or at our branches.

**For an additional fee, you can enroll in our check image service.** With this service, you'll receive images of your paid checks on your paper statement. See the "Service Fees" section of the Consumer Schedule or Business Schedule for specific applicable fees and additional details. This service isn't available with online statements, savings accounts, or Clear Access Banking.

For checking accounts with paper statements, the fee for this service is posted to your account on the last day of the fee period, and it will only be assessed when check images are included in your statement. If you have a combined statement, only the primary checking account is eligible for the monthly check image service.

When we provide a statement, we have made the check image available to you, even if we don't send originals or images with the statement. We'll destroy original checks after a reasonable period of time we determine. If for any reason we can't provide a copy of your check, we won't be liable for more than the face amount of the check. We cannot provide originals or images of checks that are sent to us as electronic transfers. Additionally, other banks may send us electronic images instead of original checks. In that case, we may provide a copy of the image, but not the original check.

**Exhibit 10 to Complaint**
**Page 207**

**Account statements or notices returned or undeliverable**

Your account statements or notices will be considered unclaimed or undeliverable if

- Two or more account statements or notices are returned to us through the mail because of an incorrect address; or
- We notify you electronically that your account statement is available for online viewing, and we receive email notifications that our message is undeliverable.

In either event, we may

- Discontinue sending account statements and notices, and
- Destroy account statements and notices returned to us as undeliverable.

We won't attempt to re-deliver account statements and notices to you until you provide us with a valid postal or electronic address.

**Change of address**

You agree to promptly notify us of any change to your postal or email address. We'll change your postal or email address within a reasonable time after you request it. If you have a combined statement, any owner of the primary account can change the address of all accounts included in the combined statement. Unless you instruct otherwise, we may change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with us.

We may update your address in our records without a request from you if (1) we identify a need to rely on another address you have provided us; or (2) we receive an address change notice from the U.S. Postal Service or information from another party in the business of providing correct address details that does not match the address in our records for your account or card.

**Your responsibility to review account statements and notices and notify us of errors**

You are obligated to:

- Examine your account statement promptly and carefully.
- Notify us promptly of any errors.
- Notify us within 30 days after we have made your account statement available to you of any unauthorized transaction on your account. Note: If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30-day period, we won't be responsible for unauthorized transactions made by the same wrongdoer.
- Notify us within six months after we have made your account statement available to you if you identify any unauthorized, missing, or altered endorsements on your items.

For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

**Consumer accounts only:** Electronic fund transfers are subject to different time periods for notification of errors, as described in the "Electronic Fund Transfer Services" section of this Agreement. Common examples of electronic fund transfers are ATM, debit card, and Bill Pay transactions.

**Responsibility to notify us of errors**

If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within the time frames specified above, your account statement will be considered correct and we won't be responsible for any unauthorized transaction, error, or claim for transactions included in the applicable statement.

**Unauthorized transactions**

A transaction is an unauthorized transaction when it's

- Missing a required signature or other evidence showing you have authorized it, or
- Altered (for example, the amount of a check or the payee's name is changed).

You can notify us of errors on your account statements by promptly

- Calling the telephone number listed on your account statement or in a notice, or
- Submitting a written report (if instructed by us) as soon as possible, but in any event within the specified time frames.

**Actions we take when you report an unauthorized transaction:** We investigate any reports of unauthorized activity on your account. After you submit a claim, we may require you to:

- Complete and return the claim form and any other documents we require,
- Notify law enforcement, and
- Cooperate fully with us in our investigation.

---

**Exhibit 10 to Complaint Page 208**

We can reverse any credit made to your account resulting from a claim of unauthorized transaction or error if you don't cooperate fully with us in our investigation or recovery efforts, or we determine the transaction was authorized.

For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

**Consumer accounts only:** For specific information on unauthorized electronic fund transfers, see the "Electronic Fund Transfer Services" section of this Agreement.

### Adverse claims against your account

An adverse claim occurs when
- Any person or entity makes a claim against your account or funds in your account,
- We believe a conflict exists between or among your account's owners, or
- We believe a dispute exists over who has account ownership or authority to withdraw funds from your account.

In these situations, we may take any of the following actions without any responsibility or liability to you:
- Continue to rely on the documents we have on file for your account.
- Honor the claim against your account funds if we're satisfied the claim is valid.
- Freeze all or a part of the funds in your account until we believe the dispute is resolved to our satisfaction.
- Close your account and send a check or other item for the available balance in your account payable to you or to you and each person or entity who claimed the funds.
- Pay the funds into an appropriate court and/or petition the court to resolve the dispute.

We also may charge any account you keep with us for our fees and expenses in taking these actions (including attorney's fees and expenses, and court costs).

### If you carry special insurance for employee fraud/embezzlement
(Business accounts only)

If you have special insurance for employee fraud/embezzlement, we may require you to file your claim with your insurance company before making any claim against us. In such event, we'll consider your claim only after we have reviewed your insurance company's decision, and our liability to you, if any, will be reduced by the amount your insurance company pays you.

### Restricting access to your account

If we suspect any suspicious, irregular, fraudulent, unauthorized or unlawful activities, we can prevent, delay or decline transactions, freeze all or some of the funds in any account with us that you keep or control, and otherwise restrict access to your account. We may take these actions in our sole discretion and without liability to you, but we are not obligated to take any such actions.

### Converting accounts

We can convert your account to another type of deposit account (by giving you any required notice) if:
- You use it inappropriately or fail to meet or maintain the account's requirements, including minimum balance requirements, or
- We determine an account is inappropriate for you based on your use, or
- We stop offering the type of account you have.

### Terminating or suspending services

We can terminate or suspend specific services (for example, wire transfers) without closing your account and without prior notice to you. You can discontinue using a service at any time.

### Obtaining credit reports or other reports about you

We can obtain a credit or other report about you and/or your co-owners and authorized signers to help us determine whether to open or keep an account. We can also obtain information from motor vehicle departments, other state agencies, and public records.

### Sharing information about your account with others

Generally, if we don't have your consent, we won't share information about your account. However, we may share information about your account in accordance with our separately provided Privacy Notice.

### Use of funds in customers' non-interest-bearing accounts

We may benefit from having the use of funds in customers' non-interest-bearing accounts. We may use these funds to reduce our borrowing from other sources, such as the Fed Funds market, or invest them in short-term investments, such as our Federal Reserve Account. Our use of funds as described in this paragraph has no effect or impact on your use of and access to funds in your account.

**Exhibit 10 to Complaint**
**Page 209**

**Interest-bearing accounts**

**Calculating the applicable interest rate:** When you open an interest-bearing account, we provide a rate sheet listing the current interest rate and Annual Percentage Yield (APY) for your account. Interest-bearing accounts earn interest at a variable rate, except CDs. The interest rate may be as low as 0.00%, and we may change the interest rate for variable-rate accounts at any time. The interest rate may vary depending on your daily balances (tiered-rate account). We may pay the same interest rate on more than one tier. The tiers and corresponding interest rates are disclosed in the rate sheet.

We calculate interest using the daily collected balance method, applying a daily periodic rate to the collected balance in your account each day. Interest is calculated using a 365-day year, unless otherwise noted for business accounts in the Business Schedule. Interest compounds daily. For interest-bearing checking and savings accounts, it will be credited monthly.

Cash deposits begin accruing interest the same business day the deposit is credited to your account. If you deposit an item such as a check, interest begins accruing on the business day we receive credit for the item.

**Annual Percentage Yield (APY) and Annual Percentage Yield Earned (APYE):** The Annual Percentage Yield (APY) is a percentage rate reflecting the total amount of interest paid on an account based on the interest rate and the frequency of compounding for a 365-day period. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your account during the statement period and the average daily balance in the account for the statement period.

We calculate both your APY and APYE according to formulas established by federal regulations. The APYE appears on your account statement.

**The right to require notice of withdrawal from your savings account**: We may require seven days written notice before you withdraw money from your savings account.

**Tax identification number certification requirements**

U.S. Treasury regulations require us to determine the tax residency of all customers and payees who could receive income that is reportable to the IRS. We accomplish this by obtaining a Form W-9 from all U.S. taxpayers and a type of Form W-8 from all foreign customers.

- We use Form W-9 to document U.S. tax residency and obtain a Taxpayer Identification Number ("TIN") from the primary owner of each account. Until we have received the Form W-9 and TIN, we're required to apply backup withholding to any income earned.
- Foreign individuals (also referred to as nonresident aliens) and foreign entities document their tax residency outside the U.S. on the applicable type of Form W-8. That form also allows us to apply the correct withholding rate or exemption to your income earned in the U.S. If you don't provide a valid type of Form W-8, we're required to apply the 30% withholding rate, or in some cases, presume you're an uncertified U.S. taxpayer subject to backup withholding on all income and gross proceeds regardless of whether or not it's U.S. sourced.
- Accounts jointly owned by at least one foreign individual or entity must provide a Form W-8 or Form W-9, as applicable, for all of the joint owners.
- Foreign individuals provide a Form W-8BEN. Foreign entities that are the beneficial owner of the income provide a Form W-8BEN-E unless they can make a special withholding exemption claim and instead provide either a Form W-8EXP or Form W-8ECI.
- Entities that act as intermediaries or flow-through entities receiving income on behalf of someone else provide a Form W-8IMY. In some cases, that Form W-8IMY must also include a withholding statement that allocates the income to each of the beneficial owners and copies of the tax certification documentation for those underlying beneficial owners.

If you own your account as an individual or sole proprietor, upon your death, we must be provided with the estate's or successor's IRS Form W-9 or Form W-8. If these are not provided, we may either refuse to pay interest earned on your account from the date of your death or apply backup withholding on the income earned after the date of your death.

**Your tax responsibility**

You're responsible for paying applicable state and local sales taxes on your account fees. These taxes vary by location. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax. We will charge you for all the foregoing taxes and amounts. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax.

**Exhibit 10 to Complaint**
**Page 210**

**Applicable exchange rate**

In addition to any applicable fees, we make money when we convert one currency to another currency for you. The exchange rate used when we convert one currency to another is set at our sole discretion, and it includes a markup. The markup is designed to compensate us for several considerations including, without limitation, costs incurred, market risks, and our desired return. The applicable exchange rate does not include, and is separate from, any applicable fees. The exchange rate we provide to you may be different from exchange rates you see elsewhere. Different customers may receive different rates for transactions that are the same or similar, and the applicable exchange rate may be different for foreign currency cash, drafts, checks, or wire transfers. Foreign exchange markets are dynamic and rates fluctuate over time based on market conditions, liquidity, and risks. We're your arms-length counterparty on foreign exchange transactions. We may refuse to process any request for a foreign exchange transaction.

**Communications about your account**

**Contacting you for servicing and collection:** We may contact you by phone, text, email, or mail to service your account or collect amounts you owe us. You will provide us accurate and current contact information. We can contact you at any address, phone number, or email address you provide.

When you give us a phone number, you expressly consent that we (and any party acting on our behalf) may contact you by phone call or text message at that number. When we call you, you agree that we may leave prerecorded or artificial voice messages. You also agree that we may use automatic telephone dialing systems in connection with calls or text messages sent to any phone number you give us, even if the receiving number is a mobile phone or other service for which the party called may be charged.

**Monitoring communications:** We can monitor, record, and retain your communications with us at any time without further notice to anyone, unless the laws governing your account require further notice. Monitored and recorded communications include phone conversations, electronic messages and records, and other data transmissions.

**Communicating with authorized signers:** We may provide you or an authorized signer with information about your account. When we receive information from an authorized signer, we treat it as a communication from you. You agree to notify us promptly in writing if an authorized signer no longer has authority on your account.

**Exhibit 10 to Complaint**
**Page 211**

# Closing Accounts

**If you close your account**

You can request to close your account at any time. To close, the account must be in good standing (for example, it does not have a negative balance, or restrictions such as holds on funds, legal order holds, or court blocks). At closing, we'll assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero. All outstanding items need to be processed and posted to your account and all deposits collected and posted to your account before it closes or items will be returned unpaid afterwards. You must redirect or cancel all scheduled deposits to and payments from (recurring or one-time, in each case) your account; otherwise, they may be returned unpaid after the account closes. We won't be liable for any loss or damage that may result from not honoring items or recurring deposits or payments that are presented or received after your account is closed (such as additional fees charged by a merchant or payee for a returned item).

During the process of closing your account:

- Interest-bearing accounts will stop earning interest.
- Overdraft Protection will be removed.
- All cards and linked accounts will be delinked.
- This Agreement continues to apply.

**Closing a Prime Checking or Premier Checking account:** When you ask us to close your Prime Checking or Premier Checking account, we may take up to three business days to process your request.

**When we can close your account**

We may close your account at any time. If we close your account, we may send the remaining balance on deposit in your account by mail or credit it to another account you keep with us.

**Electronic banking privileges end when account is closed**

All of your electronic banking privileges will be terminated if your account is closed, except that you can view account activity, download statements and tax documents, and perform limited maintenance functions for at least 90 days after closure. If you're enrolled in online banking, refer to the Online Access Agreement for specific terms governing online access to your account.

**Closing your account if the balance is zero**

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.

- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

**Exhibit 10 to Complaint
Page 212**

## Dormant accounts

Generally, an account with a positive balance becomes dormant if you do not initiate an account-related activity (as determined by the laws governing your account) for a specified period of time.

**Checking accounts, savings accounts, and CDs:** To avoid dormancy, initiate an account-related activity like depositing or withdrawing funds at a branch or ATM, or writing a check from the account. One-time and recurring automatic transactions such as pre-authorized transfers, payments and electronic deposits (including direct deposits), do not prevent the account from becoming dormant, unless otherwise specified by state law.

| **Generally, dormancy for:** | | |
| Checking account | Savings account | CD |
| --- | --- | --- |
| 12 months | 34 months | 34 months after first renewal |

If any account linked to your Prime Checking or Premier Checking account becomes dormant, that account will be delinked and any benefits will no longer apply (including any fee discount or waiver or special interest rates).

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs):** Generally, your IRA and ESA (Savings or CD) will become dormant if you don't initiate an account-related activity as follows:

- Traditional IRA becomes dormant if you don't initiate an account-related activity for 34 months or more after you reach the age of 70 ½ (if you reached that age prior to January 1, 2020) or 72 (if you did not reach age 70 ½ prior to January 1, 2020)
- Roth IRA won't become dormant unless we receive notification of your death, unless otherwise specified by state law
- ESA becomes dormant after the beneficial owner reaches age 30, unless otherwise specified by state law.

**Safeguards for dormant accounts:** We put safeguards in place to protect a dormant account, which may include restricting the following transactions:

- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking.

Normal monthly service fees and other fees continue to apply throughout the dormancy period.

## When and how accounts escheat

If you do not contact us about your dormant account or initiate an account-related activity within the time period specified by applicable state unclaimed property laws (generally, three or five years), Wells Fargo will close your account and deliver your account funds to that state. This process is known as escheat. Account statements will no longer be accessible through online banking. To recover your account funds, you must file a claim with the state.

**Prime Checking and Premier Checking accounts only:** About two months before escheat of your checking account we'll delink all accounts, and any benefits associated with your Prime Checking or Premier Checking account will no longer apply. See the Consumer Schedule for benefits impacted. To reinstate your Prime Checking or Premier Checking account and associated benefits, you must contact us before your checking account escheats.

**Exhibit 10 to Complaint
Page 213**

# Consumer Accounts Only:
# Resolving Disputes Through Arbitration

**Arbitration Agreement between you and Wells Fargo**

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A dispute is any unresolved disagreement between Wells Fargo and you. A dispute may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

**Wells Fargo and you each agree to waive the right to a jury trial or a trial in front of a judge in a public court.** This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

**Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general.** If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

**Applicable rules**

Wells Fargo and you each agree that:

- The American Arbitration Association (AAA) will administer each arbitration and the selection of arbitrators according to the AAA's Consumer Arbitration Rules (AAA Rules).
- If there are any differences between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement applies. If this Arbitration Agreement is in dispute, the arbitrator will decide whether it is enforceable.
- Wells Fargo and you are participating in commercial transactions involving the movement of money or goods among states.
- The Federal Arbitration Act (Title 9 of the United States Code) governs this Arbitration Agreement and any arbitration between Wells Fargo and you. If the Act or any part of it is inapplicable, unenforceable or invalid, the state laws governing your relationship with Wells Fargo govern this Arbitration Agreement.

Either Wells Fargo or you may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has previously begun. For information on initiating arbitration, contact the AAA at 1-800-778-7879.

Each arbitrator must be a licensed attorney with expertise in the laws applicable to the dispute's subject matter. The arbitrator will make a decision regarding the dispute based on applicable law, including any statutes of limitations. The arbitrator may award to either Wells Fargo or you any award or relief provided for by law.

**Fees and expenses**

- **Setting the fees/expenses:** We will pay any costs that are required to be paid by us under the arbitration administrator's rules and procedures, and subject to applicable law. If the arbitrator rules in your favor on any claim presented, we will reimburse you for arbitration filing fees you have paid up to $700.00. Please check with the arbitration administrator to determine the fees applicable to any arbitration you file.
- **Applying state law:** The laws governing your account may limit the amount of fees and expenses you are required to pay in arbitration. Your arbitration fees and expenses will not exceed any applicable limits.
- **Paying for attorney/expert/witness fees:** Unless applicable laws state otherwise, each party will pay its own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

**Exhibit 10 to Complaint**
**Page 214**

| | |
|---|---|
| **Additional dispute resolution** | Wells Fargo or you each can exercise any lawful rights or use other available remedies to:<br>• Preserve or obtain possession of property,<br>• Exercise self-help remedies, including setoff rights, or<br>• Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or appointment of a receiver by a court of competent jurisdiction. |
| **Arbitration location** | An arbitration will be held in the state whose laws govern your account. |

# Business Accounts Only:
# Resolving Disputes Through Arbitration

**Arbitration Agreement between you and Wells Fargo**

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A "dispute" is any unresolved disagreement between Wells Fargo and you. A "dispute" may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

Except as stated in "No waiver of self-help or provisional remedies" below, Wells Fargo and you agree, at Wells Fargo's or your request, to submit to binding arbitration all claims, disputes, and controversies between or among Wells Fargo and you (and their respective employees, officers, directors, attorneys, and other agents), whether in tort, contract or otherwise arising out of or relating in any way to your account(s) and/or service(s), and their negotiation, execution, administration, modification, substitution, formation, inducement, enforcement, default, or termination (each, a "dispute"). **DISPUTES SUBMITTED TO ARBITRATION ARE NOT RESOLVED IN COURT BY A JUDGE OR JURY. TO THE EXTENT ALLOWED BY APPLICABLE LAW, WELLS FARGO AND YOU EACH IRREVOCABLY AND VOLUNTARILY WAIVE THE RIGHT EACH MAY HAVE TO A TRIAL BY JURY FOR ANY DISPUTE ARBITRATED UNDER THIS AGREEMENT.**

Aside from self-help remedies, this Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court. Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand by the other party must pay all of the other party's costs and expenses for compelling arbitration.

**Class action or representative suit not permitted**

Wells Fargo and you agree that the resolution of any dispute arising pursuant to the terms of this Agreement will be resolved by a separate arbitration proceeding and will not be consolidated with other disputes or treated as a class. Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general. If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

**Applicable rules**

Wells Fargo and you each agree that the arbitration will:
• Proceed in a location mutually agreeable to Wells Fargo and you, or if the parties cannot agree, in a location selected by the American Arbitration Association (AAA) in the state whose laws govern your account
• Be governed by the Federal Arbitration Act (Title 9 of the United States Code), notwithstanding any conflicting choice of law provision in any of the documents between Wells Fargo and you
• Be conducted by the AAA, or such other administrator as Wells Fargo and you will mutually agree upon, in accordance with the AAA's commercial dispute resolution procedures, unless the claim or counterclaim is at least $1,000,000 exclusive  of claimed interest, arbitration fees and costs in which case the arbitration will be conducted in accordance with the AAA's optional procedures for large, complex commercial disputes (the commercial dispute resolution procedures or the optional procedures for large, complex commercial disputes to be referred to, as applicable, as the "rules").

**Exhibit 10 to Complaint**
**Page 215**

If there is any inconsistency between the terms hereof and any such rules, the terms and procedures set forth herein will control. Any party who fails or refuses to submit to arbitration following a lawful demand by any other party will bear all costs and expenses incurred by such other party in compelling arbitration of any dispute. Nothing contained herein will be deemed to be a waiver by Wells Fargo of the protections afforded to it under 12 U.S.C. Section 91 or any similar applicable state law.

| **No waiver of self-help or provisional remedies** | This arbitration requirement does not limit the right of Wells Fargo or you to:<br><br>1. Exercise self-help remedies, including setoff or<br><br>2. Obtain provisional or ancillary remedies such as injunctive relief or attachment, before, during, or after the pendency of any arbitration proceeding. This exclusion does not constitute a waiver of the right or obligation of either party to submit any dispute to arbitration or reference hereunder, including those arising from the exercise of the actions detailed in (1) and (2) above. |
|---|---|
| **Arbitrator's qualifications and power** | Any dispute in which the amount in controversy is $5,000,000 or less will be decided by a single arbitrator selected according to the rules, and who will not render an award of greater than $5,000,000. Any dispute in which the amount in controversy exceeds $5,000,000 will be decided by majority vote of a panel of three arbitrators; provided however, that all three arbitrators must actively participate in all hearings and deliberations. Each arbitrator will be a neutral attorney licensed in the state whose laws govern your account, or a neutral, retired judge in such state, in either case with a minimum of ten years' experience in the substantive law applicable to the subject matter of the dispute to be arbitrated. The arbitrator(s) will determine whether or not an issue is arbitratable and will give effect to the statutes of limitation in determining any claim.<br><br>In any arbitration proceeding the arbitrator(s) will decide (by documents only or with a hearing at the discretion of the arbitrator(s)) any pre-hearing motions which are similar to motions to dismiss for failure to state a claim or motions for summary adjudication. The arbitrator(s) will resolve all disputes in accordance with the substantive law of the state whose laws govern your account and may grant any remedy or relief that a court of such state could order or grant within the scope hereof and such ancillary relief as is necessary to make effective any award. The arbitrator(s) will also have the power to award recovery of all costs and fees, to impose sanctions, and to take such other action as deemed necessary to the same extent a judge could pursuant to the federal rules of civil procedure, the state rules of civil procedure for the state whose laws govern your account, or other applicable law. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The institution and maintenance of an action for judicial relief or pursuit of a provisional or ancillary remedy will not constitute a waiver of the right of any party, including the plaintiff, to submit the controversy or claim to arbitration if any other party contests such action for judicial relief. |
| **Discovery** | In any arbitration proceeding, discovery will be permitted in accordance with the rules. All discovery will be expressly limited to matters directly relevant to the dispute being arbitrated and must be completed no later than 20 days before the hearing date. Any requests for an extension of the discovery periods, or any discovery disputes, will be subject to final determination by the arbitrator upon a showing that the request for discovery is essential for the party's presentation and that no alternative means for obtaining information is available. |
| **Fees and expenses** | The arbitrator will award all costs and expenses of the arbitration proceeding. |
| **Additional rules for an arbitration proceeding** | To the maximum extent practicable, the AAA, the arbitrator(s), Wells Fargo and you will take all action required to conclude any arbitration proceeding within 180 days of the filing of the dispute with the AAA. The arbitrator(s), Wells Fargo or you may not disclose the existence, content, or results thereof, except for disclosures of information by Wells Fargo or you required in the ordinary course of business, by applicable law or regulation, or to the extent necessary to exercise any judicial review rights set forth herein. If more than one agreement for arbitration by or between Wells Fargo and you potentially applies to a dispute, the arbitration agreement most directly related to your account or the subject matter of the dispute will control. This arbitration agreement will survive the closing of your account or termination of any service or the relationship between Wells Fargo and you. |
| **The right to pursue claims in small claims court** | Notwithstanding anything to the contrary, Wells Fargo and you each retains the right to pursue in small claims court a dispute within that court's jurisdiction. Further, this arbitration agreement will apply only to disputes in which either party seeks to recover an amount of money (excluding attorneys' fees and costs) that exceeds the jurisdictional limit of the small claims court. |

**Exhibit 10 to Complaint
Page 216**

# Additional Terms and Services

**Laws governing your account**

This Agreement, your accounts, services and any related disputes are governed by United States law and (when not superseded by United States law) the laws of the state where you opened your account (without regard to conflict of laws principles).

For consumer and business accounts (except analyzed business accounts), your account statement identifies which state's laws govern your account. If a different state law applies, we'll notify you.

Any funds transfer (including a wire transfer) that is a remittance transfer as defined in Regulation E, Subpart B, will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

**Controlling language**

English is the controlling language of our relationship with you, including the terms of this Agreement. Items you write such as checks or withdrawal slips must be written in English. For your convenience, we may, but are not obligated to (unless required by law), translate some forms, disclosures, and advertisements into another language, but if there's a discrepancy, the English version prevails over the translation.

**Order of precedence between agreements**

If a service we offer has a separate agreement, and there's a conflict between the terms of this Agreement and the separate agreement, the conflicting terms of the separate agreement will apply.

**Legal process**

Legal process includes any levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture or seizure, and other legal process relating to your account.

We may accept and act on any legal process we believe to be valid regardless of how and where it is served, including if process is served in locations, states, or jurisdictions other than where the account was opened or where the account, property, or records are located.

We may, but are not required to, provide notice of legal process relating to your accounts. We may comply with legal process even though it affects the interests of only one owner or authorized signer of a joint account.

Any fees, expenses (including attorney's fees and expenses), or losses we incur as a result of responding to legal process related to your account are your responsibility. We may charge these costs to any account you maintain with us.

**Legal dispute location**

Any lawsuit, claim, or other proceeding arising from or relating to your account or this Agreement, will take place exclusively in the state or federal courts in the state whose laws govern your account, without regard to conflict of laws principles. This includes enforcement of the Arbitration Agreement and entry of judgment on any arbitration award.

**Changes to this Agreement**

We may change the terms of this Agreement, including account fees and features, at any time by adding new terms or conditions, or by modifying or deleting existing ones. If we're required to notify you of a change to this Agreement, we'll describe the change and its effective date in a message within your account statement or by any other appropriate means. We may agree in writing to waive a term of this Agreement, including a fee, and we may revoke any waiver.

**Modification of invalid terms**

Any term of this Agreement that is inconsistent with the laws governing your account will be excluded to the extent of such invalidity. The invalid term will be considered modified by us and applied in a manner consistent with such laws. Such modification won't affect the enforceability or validity of the remaining terms of this Agreement.

**Timing of notices**

Any notice you send us is effective once we receive it and have a reasonable opportunity to act on it.

**Exhibit 10 to Complaint**
**Page 217**

**Responsibilities and liabilities between Wells Fargo and you**

We're responsible for exercising ordinary care and complying with this Agreement.

When we take an item for processing by automated means, ordinary care does not require us to examine the item. In all other cases, ordinary care requires only that we follow standards that don't vary unreasonably from the general standards followed by similarly situated banks.

Except to the extent we fail to exercise ordinary care or to comply with this Agreement, you agree to indemnify and hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with our performance under this Agreement. This indemnification will survive termination of this Agreement.

We won't be liable for anything we do when following your instructions. In addition, we won't be liable if we don't follow your instructions if we reasonably believe that your instructions would expose us to potential loss or civil or criminal liability, or conflict with customary banking practices. In no event will either Wells Fargo or you be liable to the other for any special, consequential, indirect, or punitive damages. The limitation doesn't apply where the laws governing your account prohibit it. We won't have any liability to you if your account does not have sufficient available funds to pay your items due to actions we have taken in accordance with this Agreement.

Circumstances beyond your control or ours may arise and make it impossible for us to provide services to you or for you to perform your duties under this Agreement. If this happens, neither Wells Fargo nor you will be in breach of this Agreement. If we waive a right with respect to your account on one or more occasions, it does not mean we're obligated to waive the same right on any other occasion.

**Your obligation to pay our fees**

We're permitted to either directly debit your account or bill you for our fees, expenses and taxes incurred in connection with your account and any service. If the available funds in your account are not sufficient to cover the debit, we may create an overdraft on your account.

**Setoff and security interest**

**Our setoff rights:** If you owe us any money, we have the right to apply funds in any of your accounts to pay your debt. This is known as setoff. When we exercise this right, we reduce the funds in your account(s) by the amount of the debt that is due or past due as allowed by the laws governing your account. We're not required to give you any prior notice to exercise our right of setoff.

A debt includes any amount you owe individually or together with someone else both now or in the future. It includes any overdrafts and our fees. If your account is a joint account, we may setoff funds in it to pay the debt of any joint owner.

If your account is an unmatured CD, then we may deduct an early withdrawal penalty. This may be due as a result of our having exercised our right of setoff. See "Early withdrawal penalty and Regulation D penalty" in the "Time Accounts (CDs)" section of this Agreement.

**Consumer accounts only:** Our right to setoff extends to any federal or state benefit payments (including Social Security benefits) deposited to your account, subject to applicable law. If we're obligated to return any federal or state benefits deposited to your accounts after you're no longer eligible to receive them, we may setoff against any of your accounts to recover the payments you were ineligible to receive. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us.

**Security interest:** To ensure you pay us all amounts you owe us under this Agreement (e.g., overdrafts and fees), you grant us a lien on and security interest in each account you keep with us. By opening and keeping each account with us, you consent to our asserting our security interest should the laws governing this Agreement require your consent. Our rights under this security interest are in addition to and apart from any other rights under any other security interest you may have granted to us.

You may not grant a security interest in, transfer, or assign your accounts to anyone other than us without our written agreement.

**Exhibit 10 to Complaint**
**Page 218**

# Glossary

**ACH:** the Automated Clearing House Network.

**ACH debit entry:** an electronic instruction requesting the withdrawal of funds from your account through ACH.

**ACH transaction:** a deposit or payment transferred to or from your account through an ACH.

**Analyzed business account:** a checking account for which fees are billed through account analysis. Some analyzed accounts offer an earnings allowance to offset eligible fees. Examples of analyzed business accounts include the following: Optimize Business Checking℠, Analyzed Business Checking, and Analyzed Interest on Lawyers Trust Account (IOLTA).

**Authorized signer:** a person who has actual or apparent authority to use your account even if they have not signed the account application.

**Available balance:** our most current record of the amount of money available for your use or withdrawal. For more information, see the "Available Balance, Posting Transactions, and Overdraft" section in this Agreement.

**Business account:** any deposit account, other than one of Wells Fargo's commercial deposit accounts, which isn't established and kept for personal, family, or household purposes. Common examples of ownership include an individual acting as a sole proprietor, a partnership, a limited partnership, a limited liability partnership, a limited liability company, a corporation, a joint venture, a nonprofit corporation, an employee benefit plan, or a governmental unit including an Indian tribal entity.

**Business day:** every day except Saturday, Sunday, and federal holidays.

**Card:** every type of debit card and ATM card we may issue, except any prepaid cards or the business deposit card.

**Collected balance:** the ending daily balance in your account after all credits and debits have posted, minus deposited items that have not yet been collected from the originating financial institution. The collected balance is the balance on which interest is calculated for all interest-bearing checking accounts and for all savings accounts.

**Consumer account:** any deposit account which is established and kept for personal, family, or household purposes and isn't intended for business use. A consumer account can be owned by one or more individuals.

**Digital wallet:** a digital wallet is a way to carry your credit and debit card information in a secure digital form on your mobile device (smartphone, smartwatch, tablet). Instead of using your physical plastic card to make purchases, a digital wallet allows you to pay in stores, in apps, or online.

**Direct deposit:** an automatic electronic deposit of your salary, pension, Social Security, or other regular income deposited through the ACH network to your Wells Fargo deposit account by your employer or an outside agency.

**Endorsement:** a signature, stamp, or other mark on the back of a check to transfer, restrict payment, or make the signer responsible for the check.

**Fee period:** see the "Overview and Key Terms" section of the Consumer Schedule or Business Schedule, as applicable.

**Item:** any order, instruction, or authorization to withdraw or pay funds or money from or to an account. Examples include a check, draft, money order, ACH, wire transfer, Bill Pay, other electronic transfer, ATM withdrawal, teller withdrawal, debit card purchase, and fee.

**Overdraft:** an available balance of less than $0.00 in your account.

**Returned item / Non-sufficient funds (NSF):** a term used to indicate when an item presented for payment is returned unpaid because the available balance in your deposit account is less than the amount of the item when presented.

**Statement period:** The dates of your statement period are located on your account statement, which provides you a record of all transactions posted during that period. Statement periods can be of varying length, including monthly, quarterly, semi-annual, or annual.

This Deposit Account Agreement governs deposit accounts maintained at Wells Fargo Bank, N.A.

© 2022 Wells Fargo Bank, N.A. Member FDIC.

CCB2018 (5/9/2022)

---

**Exhibit 10 to Complaint
Page 219**

# EXHIBIT 11

| Site | VIEWPOINTE | Paid Date | 07012022 | Serial No | 1009 |
|------|-----------|-----------|----------|-----------|------|
| Routing | ▮▮▮▮ | Account | ▮▮▮▮▮ 4735 | PC | 000000 |
| Amount | 80000.00 | Sequence | ▮▮▮▮ | Capture Source | 00010064 |

Front Black & White Image



Back Black & White Image



Exhibit 11 to Complaint
Page 220

| Site | VIEWPOINTE | Paid Date | 07052022 | Serial No | 1010 |
| Routing | ▓▓▓▓ | Account | ▓▓▓▓ 4735 | PC | 000000 |
| Amount | 90000.00 | Sequence | ▓▓▓▓ | Capture Source | 00010064 |

Front Black & White Image



Back Black & White Image



**Exhibit 11 to Complaint
Page 221**

| Site | VIEWPOINTE | Paid Date | 07012022 | Serial No | 2256 |
|------|-----------|-----------|----------|-----------|------|
| Routing | ■■■■ | Account | ■■■■ 5742 | PC | 000000 |
| Amount | 80000.00 | Sequence | ■■■■ | Capture Source | 00010064 |

Front Black & White Image



Back Black & White Image



Exhibit 11 to Complaint
Page 222

| | | | | | | |
|---|---|---|---|---|---|---|
| Site | VIEWPOINTE | Paid Date | 07052022 | Serial No | 2260 |
| Routing | ▆▆▆ | Account | ▆▆▆▆▆ 5742 | PC | 000000 |
| Amount | 90000.00 | Sequence | ▆▆▆▆ | Capture Source | 00010064 |

Front Black & White Image



Back Black & White Image



Exhibit 11 to Complaint
Page 223

# EXHIBIT 12

**$160,000 Cashier's Check**



## Operation Image Browser 2.0

| Site | VIEWPOINTE | Paid Date | 07052022 | Serial No | 44201443 |
|------|-----------|-----------|----------|-----------|----------|
| Routing | | Account | 5303 | PC | 000039 |
| Amount | 160000.00 | Sequence | | Capture Source | 00010064 |

### Front Black & White Image

Wells Fargo Bank Cashier's Check Credit Copy

| | |
|---|---|
| Date Issued: | 07/02/22 |
| Serial Number: | 0044201443 |
| Account: | xxxxxx8456 |
| Purchaser: | MAJID AWAD |

$160,000.00

One Hundred Sixty Thousand  Dollars and no cents

| | |
|---|---|
| CB, AU, Sequence Num: | 01 0000442 0098 |
| Date and Time: | 07/02/22 12:18 PM |
| Pay to the Order of: | LAKE PERRIS MARKET |

Payee Address:

Wells Fargo Bank, N.A.

Electronically generated image
NON-NEGOTIABLE

### Back Black & White Image

Electronically generated image

**Exhibit 12 to Complaint
Page 224**



## Operation Image Browser 2.0

| Site | VIEWPOINTE | Paid Date | 07062022 | Serial No | 44201443 |
|------|-----------|-----------|----------|-----------|----------|
| Routing | | Account | 5303 | PC | 000060 |
| Amount | 160000.00 | Sequence | | Capture Source | 00017110 |

**Front Black & White Image**



**Back Black & White Image**



**Exhibit 12 to Complaint**
**Page 225**

**$20,000 Withdrawal**



**Back Black & White Image**

**$25,000 Online Wire**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-06-2022 10:53:14 AM | Mobile | OW0002332122934 | 7136388456 | Taysir inc | BANK OF HEMET | 25000.00 | USD | 25030.00 | | COMPLETED | No | One-Time Now | No | 07-06-2022 12:00:00 AM |

**Wire Details**

| Recipient | Taysir inc | Recipient Bank | BANK OF HEMET | Routing Number | | To Account | 5745 |
|---|---|---|---|---|---|---|---|
| | 85 ramona express way | | | Routing Number Type | FEDWIRE RTN | | |
| | Perris, CA 92571 | | | Swift BIC Number | | | |
| Confirmation# | OW0002332122934 | MTS REF# | 202207060119431 | Wire Type | Domestic | From Account | 8456 |
| Amount | $25000.00 | Amount in Currency Sent | $25000.00(USD) | Description | | Fee(USD) | $30.00 |
| Send Date | 07-06-2022 10:53:14 AM | Sent On Date | 07-06-2022 12:00:00 AM | Reason for payment | | Taxes(USD) | 0.00 |
| Status | COMPLETED-CUSTOMER_ACTION | Status Date | 07-06-2022 10:53:14 AM | Category | | Total Debit Amount | $25030.00 |
| Currency | USD | Deliver By Date | 07-06-2022 12:00:00 AM | Detail | | Exchange Rate | $0 |
| Create Date | 07/06/2022 12:07 EST | | | | | | |
| Change History | | | | | | | |

| Date | Status | Banker ID | Channel | Wire Return Date | Wire Return Amount |
|---|---|---|---|---|---|
| 07-06-2022 10:53:14 AM | COMPLETED | | Mobile | | |
| 07-06-2022 10:53:14 AM | PENDING | | Mobile | | |
| 07-06-2022 10:53:14 AM | PENDING | | Mobile | | |
| 07-06-2022 10:53:14 AM | PENDING | | Mobile | | |

**Exhibit 12 to Complaint Page 226**

**$50,000 Withdrawal / Cashier's Check**



**Exhibit 12 to Complaint
Page 227**



## Operation Image Browser 2.0

| Site | VIEWPOINTE | Paid Date | 07062022 | Serial No | 79405332 |
|---|---|---|---|---|---|
| Routing | ▮▮▮▮▮ | Account | ▮▮▮▮1483 | PC | 000039 |
| Amount | 50000.00 | Sequence | ▮▮▮▮▮ | Capture Source | 00010064 |

**Front Black & White Image**

Wells Fargo Bank Cashier's Check Credit Copy

| | |
|---|---|
| Date Issued: | 07/06/22 |
| Serial Number: | 0079405332 |
| Account: | xxxxxx8456 |
| Purchaser: | MAJID AWAD |

$50,000.00

Fifty Thousand  Dollars and no cents

| | |
|---|---|
| CB, AU, Sequence Num: | 12 0000794 0061 |
| Date and Time: | 07/06/22 03:29 PM |
| Pay to the Order of: | LAKE PERRIS MARKET |

Payee Address:

Wells Fargo Bank, N.A.

Electronically generated image
NON-NEGOTIABLE

**Back Black & White Image**

Electronically generated image

**Exhibit 12 to Complaint
Page 228**



**Operation Image Browser 2.0**

| | | | | | | |
|---|---|---|---|---|---|---|
| Site | VIEWPOINTE | Paid Date | 07072022 | Serial No | | 79405332 |
| Routing | | Account | ▓▓1483 | PC | | 000060 |
| Amount | 50000.00 | Sequence | | Capture Source | | 00017110 |

### Front Black & White Image



### Back Black & White Image



**Exhibit 12 to Complaint**
**Page 229**

**$30,000 Cashier's Check**

---

Wells Fargo Bank Cashier's Check Credit Copy

Date Issued:              07/06/22
Serial Number:            6584702916
Account:                  xxxxxx8456
Purchaser:                MAJID AWAD

                                                                    $30,000.00

Thirty Thousand  Dollars and no cents

CB, AU, Sequence Num:     09 0065847 0074
Date and Time:            07/06/22 04:13 PM
Pay to the Order of:      LAKE PERRIS MARKET

Payee Address:

Wells Fargo Bank, N.A.

                          Electronically generated Image
                                NON-NEGOTIABLE

---

**Exhibit 12 to Complaint
Page 230**



## Operation Image Browser 2.0

| Site | VIEWPOINTE | Paid Date | 07082022 | Serial No | 6584702916 |
|------|-----------|-----------|----------|-----------|------------|
| Routing | | Account | 1483 | PC | 000060 |
| Amount | 30000.00 | Sequence | | Capture Source | 00007340 |

**Front Black & White Image**



**Back Black & White Image**



**Exhibit 12 to Complaint**
**Page 231**

# Wells Fargo Everyday Checking

July 26, 2022 ■ Page 1 of 5



MAJID AWAD
457 MOUNTAIN HOUSE DR
RIVERSIDE CA 92506-7587

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/25 | $4,000.00 |
| Deposits/Additions | 345,800.00 |
| Withdrawals/Subtractions | - 689,009.30 |
| **Ending balance on 7/26** | **-$339,209.30** |

Account number:  ████ 8456

**MAJID AWAD**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

(114)
Sheet Seq = 0118173
Sheet 00001 of  00003

**Exhibit 12 to Complaint
Page 232**

July 26, 2022 ■ Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 6/27 | | ATM Check Deposit on 06/27 8938 Trautwein Rd Riverside CA 0006801 ATM ID 7223I Card 7719 | 5,800.00 | | |
| 6/27 | | Purchase authorized on 06/24 Mb of Temecula Temecula CA S462176087735190 Card 7719 | | 2,699.46 | 7,100.54 |
| 7/1 | | Edeposit IN Branch/Store 07/01/22 04:01:47 Pm 14395 Moreno Beach Dr Moreno Valley CA | 160,000.00 | | |
| 7/1 | | Purchase authorized on 06/30 Brunello Cucinelli Costa Mesa CA S462182038096097 Card 7719 | | 533.36 | |
| 7/1 | | Purchase authorized on 06/30 Nordstrom #0320 3333 Bris Costa Mesa CA P582182055406175 Card 7719 | | 2,128.88 | |
| 7/1 | | Purchase authorized on 06/30 Bloomys 062 3333 Bris Costa Mesa CA P462182072969343 Card 7719 | | 820.60 | 163,617.70 |
| 7/5 | | Edeposit IN Branch/Store 07/02/22 11:25:59 Am 14395 Moreno Beach Dr Moreno Valley CA 7719 | 180,000.00 | | |
| 7/5 | | Purchase authorized on 06/30 Bally S. Coast Pla Costa Mesa CA S382182033305252 Card 7719 | | 431.00 | |
| 7/5 | | Withdrawal Made In A Branch/Store | | 160,010.00 | 183,176.70 |
| 7/6 | | Wire Trans Svc Charge - Sequence: 220706119431 Srf# Ow00002332122934 Trn#220706119431 Rfb# Ow00002332122934 | | 30.00 | |
| 7/6 | | Withdrawal Made In A Branch/Store | | 20,000.00 | |
| 7/6 | | WT Fed#03302 Bank of Hemet /Ftr/Bnf=Taysir Inc Srf# Ow00002332122934 Trn#220706119431 Rfb# Ow00002332122934 | | 25,000.00 | |
| 7/6 | | Zelle to Awad Jaser on 07/06 Ref #Rp0Qk4Ly3P | | 600.00 | |
| 7/6 | | ATM Withdrawal authorized on 07/06 483 E Alessandro Blvd Riverside CA 0002995 ATM ID 9872A Card 7719 | | 1,000.00 | |
| 7/6 | | Withdrawal Made In A Branch/Store | | 50,000.00 | |
| 7/6 | | Purchase Bank Check OR Draft | | 50,010.00 | |
| 7/6 | | Purchase Bank Check OR Draft | | 30,010.00 | 6,526.70 |
| 7/7 | | Cashed/Deposited Item Retn Unpaid Fee | | 24.00 | |
| 7/7 | | Deposited Item Retn Unpaid - Paper 220707 | | 170,000.00 | |
| 7/7 | | Purchase authorized on 07/06 Lake Perris Market Perris CA S462187755409451 Card 7719 | | 2,678.00 | |
| 7/7 | | Purchase authorized on 07/07 Lake Perris Market Perris CA P00000077183186 Card 7719 | | 510.00 | -166,685.30 |
| 7/8 | | Purchase authorized on 07/07 Lake Perris Market Perris CA S382188477290708 Card 7719 | | 1,500.00 | |
| 7/8 | | Purchase authorized on 07/07 Lake Perris Market Perris CA S462184886966015 Card 7719 | | 1,000.00 | -169,185.30 |
| 7/14 | | Cashed/Deposited Item Retn Unpaid Fee | | 24.00 | |
| 7/14 | | Deposited Item Retn Unpaid - Paper 220714 | | 170,000.00 | -339,209.30 |
| **Ending balance on 7/26** | | | | | **-339,209.30** |
| **Totals** | | | **$345,800.00** | **$689,009.30** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Exhibit 12 to Complaint**
**Page 233**

July 26, 2022 ■ Page 3 of 5



---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/25/2022 - 07/26/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $500.00 | -$339,209.30 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

#  IMPORTANT ACCOUNT INFORMATION

---

Effective September 15, 2022, we are replacing the following paragraph in the "Special rules for new accounts" section of the Availability of Funds Policy in our Deposit Account Agreement:

The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.

The new paragraph is as follows:

The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $5,525 may not be available until the second business day after the day of your deposit.

---

**Starting on August 7th, if your account is overdrawn, Extra Day Grace Period will give you more time to make deposits and avoid overdraft fees.**

Effective August 7, 2022, the section of the Deposit Account Agreement titled "Overdraft Rewind® Feature" is deleted and replaced with the following.

**Extra Day Grace Period (Consumer accounts only)**

With Extra Day Grace Period, if your account is overdrawn, you have an additional business day (extra day) to make covering deposits and/or transfers to avoid overdraft fees. If your available balance as of **midnight Eastern Time** on any business day is enough to cover the prior business day's overdraft items, the pending overdraft fees for those items will be waived. If your available balance as of midnight Eastern Time is enough to cover some, but not all, of the prior business day's overdraft items, the available balance will be applied to the transactions in the order they posted to your account (based on our posting order practices described in this Agreement). Any overdraft items that are not fully covered by midnight Eastern Time on your extra day will be subject to an overdraft fee that will be assessed during our nightly processing. You will not be charged more than three overdraft fees per business day. Note: deposits and transfers received by 9 a.m. local time on your extra day (based on where your account is located, as noted on your account statement) may also result in us reversing the prior business day's returned item decisions and paying the transaction(s).

Sheet Seq = 0118174
Sheet 00002 of  00003

**Exhibit 12 to Complaint Page 234**

July 26, 2022  ■  Page 4 of 5



---

Keep in mind that your available balance includes your deposits and transfers, less any pending withdrawals and debits. Deposits and transfers of funds are also subject to the Bank's Availability of Funds policy described in this Agreement, including any applicable deposit holds or cutoff times that may impact your available balance. If you're enrolled in Online Banking we will generally alert you on the morning of your extra day to any overdraft items that must be covered to avoid pending overdraft fees, so long as you have not opted out of receiving such alerts. Alerts are sent as a courtesy and may be delayed or prevented by factors affecting your internet/phone provider or other circumstances beyond the control of the Bank. The Bank has no liability arising from non-delivery, delayed delivery, or erroneous delivery of any alert. It is important for you to keep and rely on a personal record of your transactions to know when your account is overdrawn for purposes of making covering deposits or transfers during your extra day.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

**Other Wells Fargo Benefits**

Celebrate your love for the jersey with the new Wells Fargo Debit Card designs!

Visit wellsfargo.com/carddesignstudio today to choose a new design for your debit card, inspired by the Mexican National Team.

©2022 Mexican National Team™

**Exhibit 12 to Complaint Page 235**

July 26, 2022 ■ Page 5 of 5



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801

**Exhibit 12 to Complaint Page 236**

# EXHIBIT 13

# WELLS FARGO

## Disclosures and agreements - Wells Fargo Everyday Checking

Account number ███████4975

## Application Status

Signed & Complete

eSigned 03/30/2022

By submitting this application, I certify that all the information I provided as part of my application is true and correct.

I have received a copy of the applicable account agreement and the privacy policy (as each may be amended from time to time) and agree to be bound by their terms. I also agree to the terms of the dispute resolution program described in the foregoing agreements. Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.

Our terms, disclosures, forms, and communications are produced in English. For your convenience, we will provide a Spanish translation when available. By submitting this application, you agree that the English version is always the controlling communication.

Your account will be subject to California terms and conditions and governed by California law.

We will email you links to these disclosures after you submit your application. You may also select disclosures to view or save these disclosures now.

How do I save PDFs?

**Note:** Disclosures and agreements may be updated while your application is in progress. We'll email you a link to the most-recent versions when the account opens.

As of 03/30/2022

- **Account Addenda (PDF)**
  English    en Español
- **Account Agreement (PDF)**
  English    en Español
- **Account Fee and Information Schedule (PDF)**
  English    en Español
- **Important Information About Overdrafts (PDF)**
  English    en Español
- **Privacy Notice (PDF)**

**Exhibit 13 to Complaint
Page 237**

English     en Español
- **Rate Sheet (PDF)**
  English     en Español

By applying my electronic signature, I acknowledge that I have received and I agree to these electronic agreements, disclosures, and other documents.

TAYSIR A AWAD

TAYSIR A AWAD

eSigned 03/30/2022

Privacy, Cookies, Security & Legal    |    Ad Choices

© 1999 - 2019 Wells Fargo. All rights reserved. NMLSR ID 399801

**Exhibit 13 to Complaint
Page 238**

# EXHIBIT 14



Effective October 15, 2021

# Deposit Account Agreement

Important legal information and disclosures

**Exhibit 14 to Complaint
Page 239**

# Thank you for doing business with us

This Deposit Account Agreement applies to new and existing consumer and business accounts and, together with the following documents, is your contract with Wells Fargo and constitutes the "Agreement" that governs your account with Wells Fargo:

- The Consumer Account Fee and Information Schedule ("Consumer Schedule") or the Business Account Fee and Information Schedule ("Business Schedule"),
- Our interest rate sheet for interest-bearing accounts,
- Our privacy notice, and
- Any additional disclosures, amendments, or addenda we provide to you.

In this Agreement, when we say "Wells Fargo," "Bank," "we," "us," and "our," we are talking about Wells Fargo Bank, N.A. "You" and "your" means each account owner, authorized signer, and any other person authorized to operate your account. When we say "We may" or "Wells Fargo may" do something, that means you authorize us and agree to such action.

**This Agreement is applicable to new and existing accounts and replaces all prior agreements regarding your account,** including any verbal or written statements or representations. When you sign an account application or use your account, including any account service, you and anyone else identified as an owner or authorized signer on your account consent to the terms of this Agreement. We regularly update this Agreement. You are responsible for ensuring that any authorized signer is familiar with this Agreement. If you keep your account open after we change this Agreement or end a fee waiver, you agree to the changes.

We recommend you keep a copy of this Agreement — and any changes we provide to this Agreement — for as long as your Wells Fargo accounts are open. You can get a copy of the current Agreement at wellsfargo.com, or by visiting your local branch, or by phone at the numbers below.

This document contains various defined terms with specific meanings. Some defined terms are defined within the section in which they are used. More frequently used defined terms are defined in the Glossary at the end of the document. As you review this Agreement, be sure to check the Glossary for those definitions.

# Questions? We're here for you

| Online | Visit **wellsfargo.com** or **wellsfargo.com/biz** | |
|---|---|---|
| Phone | Consumer Banking<br>**1-800-869-3557** | Business Banking<br>**1-800-225-5935** |
| Deaf or hard of hearing customers | We accept all relay calls, including 711. | |
| Mail | Wells Fargo, Customer Correspondence<br>P.O. Box 6995<br>Portland, OR 97228-6995 | |

**Exhibit 14 to Complaint
Page 240**

# Table of Contents

**Opening Accounts** .............................................................................................. 4

**Depositing Funds** ............................................................................................... 5

**Availability of Funds Policy** ............................................................................. 7

**Available Balance, Posting Transactions, and Overdraft** ......................... 9

    Available balance ............................................................................................. 9

    How we process and post transactions to your account ........................... 9

    Standard overdraft coverage ....................................................................... 10

    Debit Card Overdraft Service ...................................................................... 11

    Overdraft Protection ..................................................................................... 11

    Overdraft Rewind[®] Feature ......................................................................... 11

**Debit Cards and ATM Cards** ............................................................................ 12

**Funds Transfer Services** ................................................................................. 18

**Electronic Fund Transfer Services (Consumer accounts only)** ............... 20

**Electronic Fund Transfer Disclosures (Consumer accounts only)** ......... 21

**Other Account Services and Restrictions** ................................................... 23

**Time Accounts (CDs)** ....................................................................................... 25

**Protecting Your Account and Your Information** ......................................... 26

**Statements, Interest, and Other Account Information** ............................. 28

**Closing Accounts** ............................................................................................. 33

**Resolving Disputes Through Arbitration** .................................................... 35

    Consumer Accounts Only: Resolving Disputes Through Arbitration ....... 35

    Business Accounts Only: Resolving Disputes Through Arbitration .......... 36

**Additional Terms and Services** ...................................................................... 38

**Glossary** ............................................................................................................. 40

**Exhibit 14 to Complaint
Page 241**

# Opening Accounts

This section applies to consumer accounts only unless otherwise noted.

**Forms of account ownership**

You can open an account that you own alone, or with more than one person. If the account is owned with more than one person, it's considered a joint account.

**Different types of joint account ownership**

**For joint accounts,** we treat all owners, who are referred to in this Agreement as "co-owners," as joint tenants with right of survivorship (described below), unless:

- Applicable state laws require other treatment, or
- We agree with you in writing that the account is owned in some other way.

Regardless of how your account is owned, we don't keep a separate record of each co-owner's interest in the account. We act on instructions from any co-owner (or a co-owner's authorized representative) without obtaining other co-owner's consent, including withdrawing or transferring funds, making payments, or closing the account.

Each co-owner has complete control over all of the funds in the account. We may pay out money from the account upon the request or direction of any co-owner (or a co-owner's authorized representative), regardless of their contributions to the account, and whether any other co-owner is incapacitated or deceased, or whether the account includes a right of survivorship.

**Joint tenants with right of survivorship:** When you hold an account as joint tenants with right of survivorship and one person dies, the account is owned by and payable to the surviving co-owners; this is subject to our rights under this Agreement.

**Tenants-in-common:** When you hold an account as tenants-in-common and one owner dies, the account is payable in whole or in part to any surviving co-owner or the deceased owner's authorized representative, heirs, or successors. This is subject to our rights under this Agreement.

**Community property:** An account is held as community property under state law when spouses have equal and undivided interests in the account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest through a will. Community property does not exist in every state.

**Joint owners and responsibility for liabilities on your account**

Each joint owner is individually and jointly responsible for any overdraft on your account, regardless of who caused or benefited from the overdraft. If there's a setoff, an enforcement of our security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy) affecting any co-owner, we may treat all funds in the account as belonging to the customer against whom the setoff, enforcement of the security interest, or other legal action is directed. If your account is closed for unsatisfactory handling, we may report all joint owners to the consumer reporting agencies.

**Pay On Death (POD) account**

A POD account is payable to the surviving beneficiaries you designated on your account when we receive proof of your death or the death of the last surviving co-owner. An account titled "in trust for (ITF)," "transfer on death (TOD)," or similar language is treated as a POD account.

You and any co-owner may change beneficiaries anytime by notifying us in writing. Generally, the beneficiary(ies) must survive all owners in order to receive funds.

**Accounts established for minors**

**Uniform Transfers/Gifts to Minors Act account.** An account established under a state's Uniform Transfers/Gifts to Minors Act that is controlled by a custodian (an adult who holds the minor's funds in the account for safekeeping). We may disclose account information to the minor or their authorized representative. When the minor reaches the age established by the UTMA/UGMA laws in your state, we may pay the funds in the account to the minor without waiting for instructions from the custodian.

**Minor by account.** One or more adults may open an account, as custodian (an adult who holds the minor's funds in the account for safekeeping) in the name of a minor. The minor owns the funds in the account. The adult, as the custodian, has exclusive control of the account and the minor cannot make deposits, withdrawals or transact on the account. If there's more than one adult as the custodian on the account, each may act independently. We're not obligated to inquire about the use of the funds. When the minor reaches the age of majority, they still will not be able to make deposits, withdrawals or transact on the account except to close the account. If the adult as the custodian (or the last of the adults as the custodian to survive) dies before the minor reaches the age of majority, we may transfer the funds to a successor custodian according to the applicable Uniform Transfers/Gifts to Minors Act.

**Exhibit 14 to Complaint**
**Page 242**

**Transfer of account ownership**

If you want to transfer account ownership to another person, we must consent and note it in our records before the transfer is valid and binding on us; however, we're not responsible for determining whether such transfer is legally valid. Assignment of your account is subject to our setoff rights (see Setoff and security interest in the "Additional Terms and Services" section). This Agreement is binding on your personal representatives, executors, administrators, and successors, as well as our successors and assigns.

**When an owner does not sign account documentation**

**Applies to both Consumer and Business Accounts:** If a customer identified in our records as an owner or a co-owner of an account does not sign any account-related documentation (including the account application), we still may treat them as an owner or a co-owner of that account, in our sole discretion; we're not liable to anyone as a result.

**Death or legal incompetence of an authorized signer or account owner**

Please notify us promptly if you learn or suspect an account owner or signer has been declared incompetent by a court or other legal authority, or has died. When we receive proper notice, we may:

- Freeze the account until we receive documents verifying the incapacity or death and instructions regarding the funds remaining in the account,
- Pay (without inquiring) any item authorized by the account owner before being declared legally incompetent or deceased,
- Return or reverse deposits, and
- Apply funds in the account to any debt the account owner owes us before recognizing the rights of a surviving joint owner or other person to any remaining funds.

If we release funds after the account owner's death and have to pay tax or reclamation claims to a government agency as a result, the account owner's estate is responsible for reimbursing us.

**Consumers and Sole Proprietors Only:** If an account owner dies or is declared legally incompetent, we may comply with court orders and legal documents, and take direction from affiants, court-appointed representatives, guardians, or conservators from your state of residence, even if different than where the account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directives. We may require U.S. court documents for customers residing outside of the U.S. at the time of incompetence or death.

**For Business Account Owners:** Businesses must provide us documentation of any change in ownership or control of a business upon the death or legal incompetence of a business owner.

# Depositing Funds

**There are many ways for you to deposit funds into your account: at branches, ATMs, via Bank by Mail, and through the Wells Fargo Mobile® app. You should be aware of your responsibilities when you make deposits.** We exercise ordinary care when collecting a deposited item but are not responsible for any other bank's treatment or loss of the item. If a deposited item is lost or destroyed during processing or collection, you agree to provide all reasonable assistance to help us reconstruct the item.

**Deposit accuracy**

**It's your responsibility, not ours, to confirm the accuracy of the amount you deposit.** If we determine a discrepancy exists between the declared and the actual amount, we may debit or credit your account and we may notify you if any adjustments are made. We can also use the declared amount as the correct amount to be deposited and not adjust a discrepancy if it's less than our standard adjustment amount. We may vary our standard adjustment amount from time to time without notice and use different amounts depending on account type.

**Analyzed business accounts:** You may request that the Bank adjust deposit discrepancies identified during any verification regardless of the standard adjustment amount.

**Notify us of a discrepancy.** You must notify us within the applicable timeframe below or we may consider the deposit correct.

| Consumer accounts | within 1 year after we have made your account statement available to you |
| --- | --- |
| Business accounts | within 30 days after we have made your account statement available to you |

**If you fail to notify us in a timely manner:** If the actual deposit is less than the amount on the statement, the difference is your property; if the actual deposit is more, the difference is the Bank's property.

**Exhibit 14 to Complaint Page 243**

**Verifying transactions**

We don't verify all transactions but have the right to verify any, including those for which we have provided a receipt. We may reverse or adjust, at any time without prior notice to you, any debit or credit we believe we have made to your account by mistake.

**Sending an item for collection**

We may, upon notice to you, send an item for collection instead of treating it as a deposit. This means we send it to the issuer's bank for payment, and your account won't be credited for the item until we receive payment. Our availability of funds policy does not apply to an item we accept for collection.

**Our right to decline deposits**

**We may decline all or part of a deposit, including cash.** This could happen if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

**Requirements for correct endorsement**

An endorsement is a signature, stamp, or other mark on the back of a check to transfer, restrict payment, or make the signer responsible for the check. If you have not endorsed a check that you deposited to your account, we may endorse it for you. Any endorsement must be in the 1-1/2 inch area that starts on the top of the back of the check. Do not sign or write anywhere else on the back of the check.

**Restrictions on checks are not binding**

We are not obligated to follow restrictions or notations written on a check such as, "void after six months," "void over $50," or "payment in full." You're responsible for any resulting loss or expense we incur.

**Substitute checks**

A substitute check is created from an original check; under federal law, it's legally equivalent to the original check and can even be used as proof of payment. A substitute check contains an accurate copy of the front and back of the original and bears the legend: "This is a legal copy of your check. You can use it the same way you would use an original check." Any check may be returned to you in the form of a substitute check. You agree that you won't transfer a substitute check to us, by deposit or otherwise, if we would be the first financial institution to take the substitute check, unless we have expressly agreed in writing to take it.

**Our handling of non-U.S. items**

A non-U.S. item is an item:

- Payable in a currency other than U.S. dollars,
- Drawn on a financial institution that isn't organized under U.S. law, or
- That is an incoming funds transfer remitted in a currency other than U.S. dollars.

We're not required to accept a non-U.S. item for deposit or collection, but we may accept it on a collection basis without your specific instruction to do so. We can reverse any amount we have credited to your account and send the non-U.S. item on a collection basis even if we have taken physical possession of the item.

If we accept a non-U.S. item, the U.S. dollar amount you receive for it will be determined by the applicable exchange rate that is in effect at the time of deposit or our receipt of final payment (less any associated fees) of the non-U.S. item. If the deposited non-U.S. item is returned for any reason, **we'll charge the amount against your account (or any other account you maintain with us)** at the applicable exchange rate in effect at the time of the return. For information on the applicable exchange rate, see "Applicable exchange rate" in the "Statements, Interest, and Other Account Information" section of this Agreement. Our availability of funds policy does not apply to a non-U.S. item.

**Items returned unpaid**

If an item you deposited or cashed is returned to us unpaid, **we can deduct the amount from any account you have with us**. We can do this when we're notified that the item will be returned and don't need to receive the actual item. We can do this even if the balance in your account isn't sufficient to cover the amount we hold or deduct, causing an overdraft. In addition, we'll charge you all applicable fees and reverse all interest accrued on the item.

**Exhibit 14 to Complaint Page 244**

**We may place a hold on or charge your account for a deposit if a claim is made or we otherwise have reason to believe the deposited item was altered, forged, unauthorized, missing a signature or has a forged endorsement, or should not have been paid for any other reason.** When the claim is finally resolved, we'll either release the hold or deduct the amount of the item from your account. We're not responsible if we take, or fail to take, any action to recover payment of a returned deposited item.

**Breach of a warranty associated with an item**

If you breach any warranty you make to us under the laws governing your account with respect to any item, you won't be released or discharged from any liability for the breach so long as we notify you of the breach within 120 days after we learn of the breach. If we fail to notify you within this 120 day period, you'll be released from liability and discharged only to the extent our failure to notify you within this time period caused a loss to you.

**Reversal of an electronic payment**

If an electronic payment credited to your account, such as a direct deposit, is reversed, **we can deduct the amount from any account you have with us,** at any time, without notifying you. You agree to promptly repay any resulting overdrafts.

**Bank By Mail**

You can make deposits to your account(s) by mail, although we cannot accept cash or foreign checks. Call us to request a Bank By Mail deposit kit.

If you need to send deposits before your kit arrives, write on the back of the check "for deposit only, Wells Fargo" and include the account number to which the check should be deposited, and mail to:

Wells Fargo
P.O. Box 77200
Minneapolis, MN 55480-7720

For accounts located in **Alaska**, send deposits to:

Wells Fargo
P.O. Box 77040
Minneapolis, MN 55480-7740

# Availability of Funds Policy

**Your ability to withdraw funds**

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

**Determining the day your deposit is received by the Bank**

**For determining the day your deposit is received by the Bank**, every day is a business day, except Saturday, Sunday, and federal holidays. If you make a deposit before our established cutoff time on a business day that we are open, we will consider that day to be the day your deposit is received by the Bank. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the day your deposit is received by the Bank to be the next business day we are open.

Our deposit cutoff times are as follows:

| Type of Deposit | Cutoff time |
| --- | --- |
| In branch | when the branch closes for business; varies by location |
| At Wells Fargo ATM | 9 p.m. local time (Alaska 8 p.m.) |
| Checks deposited with the Wells Fargo Mobile app | 9 p.m. Pacific Time |
| Electronic credits (such as direct deposits) | 8 p.m. Pacific Time |

**Exhibit 14 to Complaint
Page 245**

**Longer delays may apply**

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $225 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

Funds you deposit by check may be delayed for a longer period under the following circumstances:
• We believe a check you deposit will not be paid
• You deposit checks totaling more than $5,525 on any one day
• You redeposit a check that has been returned unpaid
• You have overdrawn your account repeatedly in the last six months
• There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

**Special rules for new accounts**

**If you are a new customer, the following special rules apply during the first 30 days your account is open.** Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:
• **The first $5,525** of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
• **The excess over $5,525** and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

**Holds on other funds**

**If we cash a check for you that is drawn on another bank**, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

**If we accept a check for deposit that is drawn on another bank**, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available until the time periods that are described in this policy.

**Exhibit 14 to Complaint**
**Page 246**

# Available Balance, Posting Transactions, and Overdraft

**Available balance**

Your account's available balance is our most current record of the amount of money in your account available for your use or withdrawal. We use the available balance to authorize your transactions during the day (for example, debit card purchases and ATM withdrawals). We also use the available balance to pay your transactions during our nightly processing. Your available balance is calculated as follows:

| | | |
|---|---|---|
| | **Ending Daily Balance** | Ending daily balance from prior business day's nightly processing |
| **−** | **Holds** | Subtract funds that have been placed on hold |
| **+** | **Deposits** | Add pending deposits that are immediately available (see "Availability of Funds Policy" in previous section) |
| **−** | **Withdrawals** | Subtract pending withdrawals that we have either authorized or we know about but have not yet processed |
| **=** | **Available Balance** | |

**The available balance may not include every transaction you have initiated or that we previously authorized.** For example, your available balance may not include the following:

- Outstanding checks and authorized withdrawals we have not received for payment (such as recurring debit card transactions and ACH transactions);
- The final amount of a debit card purchase. For example, we may authorize a purchase amount prior to a tip that you add;
- Debit card transactions that have been previously authorized but not sent to us for payment. In most cases, a transaction authorization hold must be released after three business days even though the transaction may be sent to us for payment from your account at a later date, which we must honor. The authorization hold may be up to 30 business days for certain transactions, including car rental, cash, and international transactions.

**How we process and post transactions to your account**

We process transactions each business day (not Saturdays, Sundays, or federal holidays) during a late night process that includes **three key steps**. We call this nightly processing. Once the transactions are processed, the results are posted to your account.

Step 1: **We calculate the available balance in your account that can be used to pay your transactions as described above.**

**Certain pending transactions can impact your available balance for purposes of determining whether we will pay other transactions during our nightly processing, including**:

- Cash deposits or transfers from another Wells Fargo account made AFTER the applicable cutoff time will be added to your available balance only if they are made before we start our nightly processing; and
- Pending withdrawals that reduce your available balance, such as debit card transactions we have authorized.

Step 2: **We sort your transactions into categories.**

- **+** **We credit deposits** received before the cutoff time.
- **−** **We subtract withdrawals and payments we have previously authorized that we cannot return unpaid** such as debit card purchases, ATM withdrawals, account transfers, Bill Pay transactions, and teller-cashed checks. Transactions are generally sorted by date and time the transaction was conducted or, for some transactions, the day we receive it for payment or the time assigned by our system. If date and time are the same, we post from lowest to highest dollar amount.
- **−** **We pay your checks and preauthorized automatic ACH payments** such as recurring bills you have authorized a company to withdraw. Transactions are sorted by date and time received by the bank, and if date and time are the same, we post from lowest to highest dollar amount.

**Determining Date and Time**

- Cutoff time is based on the location where the deposit or transfer was made.
- If a merchant does not seek authorization at the time of a debit card transaction or we receive it for payment more than 10 business days later, we'll use the date the transaction is received for payment.
- For some transactions, such as Bill Pay or teller-cashed checks, a different time may be assigned by our systems.

**Exhibit 14 to Complaint**
**Page 247**

**Step 3**: If the available balance is **not enough to pay all of your transactions,** we:

- **Use Overdraft Protection** (if you have it) by transferring and/or advancing available funds from a linked savings and/or credit account. An overdraft protection transfer/advance fee will be charged as applicable.
- **Then, decide whether to pay your transactions presented to us for payment into overdraft, or return them unpaid**. Paying an item into overdraft means that we pay an item even though your available balance is not sufficient to cover that item, resulting in your account having a negative balance. At our discretion, we may pay a check or automatic bill payment into overdraft, rather than return it unpaid. This is our **standard overdraft coverage (see more information below)**. Debit card transactions presented to us for payment (whether previously authorized by us or not) **will be paid into overdraft and won't be returned unpaid**, even if you don't have sufficient funds in your account. Any applicable overdraft or returned item fees are deducted from your account the morning of the next business day.

**Pending transactions can result in overdrafts.** If your available balance during the nightly processing is insufficient, the Bank may assess overdraft and/or non-sufficient funds (NSF) fees on transaction(s) we pay or return. Even if a pending transaction has been dropped from your account, we must pay it when we receive it for payment. Sometimes, previously authorized transactions are sent to us for payment. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

**To minimize the number of overdraft fees you may be assessed**, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If the pending transactions are then presented for payment within 10 business days after they first appeared as pending, **we'll waive any overdraft fees on those transactions**. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when originally sent for authorization and we're unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

**Standard overdraft coverage**

The bank typically does not pay overdrafts if your account is overdrawn or you have had excessive overdrafts.

Except for Clear Access Banking℠, all checking accounts come with **standard overdraft coverage**. Under standard overdraft coverage:

- We **may** authorize checks, other transactions using your checking account number, and automatic bill payments (such as recurring debit card and ACH transactions) into overdraft and charge a fee.
- We **will not** authorize ATM and everyday (one-time) debit card transactions into overdraft, unless your account is enrolled in Debit Card Overdraft Service as described below.

Whether we pay transactions into overdraft is at our discretion and we reserve the right not to pay into overdraft.

You can remove standard overdraft coverage from your account at any time. If you remove it, the following will happen if you don't have enough money in your checking account or in accounts linked for Overdraft Protection to cover a transaction when it is presented to us for payment or authorization:

- We **will** return your checks and other returnable items, such as ACH payments, as unpaid and charge a returned item fee (non-sufficient funds/NSF).
- We **will not** authorize certain transactions such as cashed checks, recurring debit card transactions, or Bill Pay transactions into overdraft. **Important:** If these transactions are authorized when your account has enough money but are later presented for payment when your account does not have enough money, we'll pay the transaction into overdraft and charge an overdraft fee.
- We **will not** authorize ATM and everyday (one-time) debit card transactions (such as one-time debit card and ATM card purchases) into overdraft. If your account is enrolled in Debit Card Overdraft Service, the service will also be removed.

You understand that the classification of a debit card transaction (except ATM transactions) as recurring or non-recurring (i.e., one-time) is determined by merchants, other institutions, or other third parties before the transaction is presented to us for authorization or payment. We will treat and process such debit card transactions in the manner they are presented to us, which may result in a one-time debit card transaction presented as recurring preauthorized transactions and vice versa.

**Important:** Overdraft and returned item (non-sufficient funds/NSF) fees don't apply to Clear Access Banking accounts, and standard overdraft coverage isn't available. For more information about Clear Access Banking, refer to your Consumer Schedule.

**Exhibit 14 to Complaint
Page 248**

## Debit Card Overdraft Service

Consumer account customers may choose to enroll in this service; business accounts are automatically enrolled at account opening.

**Your enrollment preference for Debit Card Overdraft Service determines how the Bank handles your ATM and everyday (one-time) debit card transactions** on eligible accounts. You can add or remove the service on eligible accounts at any time. It's important to understand that this service is unique from other optional services that may be less costly for you, such as our optional Overdraft Protection plan described in the next section.

When you don't have enough money in your checking account or accounts you have linked for Overdraft Protection at the time of an ATM or everyday (one-time) debit card transaction:

- **If you're enrolled in Debit Card Overdraft Service,** the transaction may be authorized into overdraft at the Bank's discretion but **an overdraft fee applies.** If you cover the shortage by the posted cutoff time on the same business day as the transaction, no overdraft fee is assessed.
- **If you aren't enrolled in Debit Card Overdraft Service,** the transaction will be declined and no fees apply. If a previously authorized transaction creates a negative balance when it posts, you won't be assessed an overdraft fee.

Debit Card Overdraft Service **does not apply** to checks and other recurring transactions (such as Bill Pay or ACH transfers, or recurring debit card transactions such as utilities or health club memberships). With or without Debit Card Overdraft Service, the Bank may continue to pay these other transaction types into overdraft, at our discretion, and our standard overdraft fees and policies will apply.

Debit Card Overdraft Service **isn't available for certain accounts**, such as Clear Access Banking accounts, Teen Checking℠ accounts, Opportunity Checking® accounts, IOLTA/RETA accounts, accounts for government entities, or savings accounts. Debit Card Overdraft Service is a discretionary service that may be removed by the Bank for a variety of reasons including excessive overdrafts or returned items.

## Overdraft Protection

This is an optional service you can add to your checking account by **linking up to two eligible Wells Fargo accounts (one savings, one credit) to authorize or pay your transactions if you don't have enough money in your checking account**. Overdraft Protection transfers/advances may occur to cover pending transactions, even if these transactions are not subsequently presented for payment. When an Overdraft Protection transfer occurs from a linked savings account to cover a transaction, the available balance in that savings account will be reduced by the amount of money to be transferred. That amount of money will be unavailable for other use, and it will be applied to the checking account the next business day. You can avoid the Overdraft Protection transfer/advance fee by making a covering deposit or transfer before the cut-off time to cover the amount of the transaction on the same business day. A single Overdraft Protection transfer or advance fee will be charged any day a transfer/advance is made regardless of the number of transactions covered or whether funds are transferred/advanced from multiple accounts. Also, we won't charge a fee unless the transfer/advance covered at least one pending item, or helped you avoid at least one overdraft or returned item. If you link two accounts, you may tell us which account to use first to transfer/advance funds. If you don't specify an order, we'll first transfer funds from your linked savings account. Overdraft Protection isn't available for all accounts. Refer to the Consumer Schedule or the Business Schedule to determine account eligibility.

## Overdraft Rewind® Feature

(Consumer accounts only)

Wells Fargo provides an automatic account feature called Overdraft Rewind. If an electronic direct deposit is received by 9 am where your account is located, as noted in your account statement, we'll calculate a new account balance that includes the pending direct deposit, minus any pending debits. If this newly calculated balance covers transactions that resulted in overdraft or non-sufficient funds (NSF) fees, or Overdraft Protection transfer or advance fees, during the prior business day's nightly processing, we'll waive or refund those fees. We may also reverse returned item (non-sufficient funds/NSF) decisions. Only electronic direct deposits through Automated Clearing House (ACH) qualify. Overdraft Rewind does not reverse the transfer or advance of funds from a linked Overdraft Protection account.

## Returning your account to a positive balance

**If your account has an overdraft, you must promptly add money to return your account to a positive balance.** If you don't return your account to a positive balance or you have too many overdrafts, we may close your account. Also, we may report you to consumer reporting agencies and initiate collection efforts. You agree to reimburse us for the costs and expenses (including attorney's fees and expenses) we incur to do so.

**Exhibit 14 to Complaint Page 249**

# Debit Cards and ATM Cards

We offer a number of account services at a variety of locations that involve using a card. Some services may not be available at all locations. When you get a debit or ATM card from us, you'll receive, and be required to agree to, additional terms and conditions applicable to the card. In the event of a conflict between the terms and conditions and this Agreement, the terms and conditions will control. Additional disclosures applicable to these services are provided in the Consumer Schedule or Business Schedule, as applicable.

**Issuance of a card and Personal Identification Number (PIN)**

We may issue a card to each account owner to access your accounts. If you don't select a PIN when you request your card, we'll send a randomly selected PIN. If you don't request a card but would like a PIN for authentication purposes, we can provide a PIN for only that purpose (a "cardless PIN"). A cardless PIN cannot be used for purchases or ATM access (see "Telephone banking services" section for more details).

You should securely protect your card and PIN from loss or theft. Each cardholder must have his or her own unique PIN and is responsible for keeping the PIN confidential.  If the card or PIN is given to another person, the account owner will, to the extent allowed by applicable law, be responsible for all transactions made by that person or anyone else to whom that person gives the card or PIN.

**Using a card to access linked asset accounts**

Non-Wells Fargo ATM operators may not support display of all linked accounts, and may not support all functions.

Linking lets you add asset accounts you own (for example, checking or savings) to a debit or ATM card, giving you the ability to perform transactions on multiple accounts with one card at Wells Fargo ATMs. The money for purchases and payments made with your card is deducted from the primary linked account. Using a card at a participating non-Wells Fargo ATM for cash withdrawals, transfers, and balance inquiries is generally available for the primary linked checking and savings accounts. We can restrict the number and type of asset accounts you can link to your card.

Some Wells Fargo ATMs in branches can operate in "Assisted-Service mode" during branch hours. When in Assisted-Service mode, the ATM screen's main menu will display an "I need assistance" option. When using a Wells Fargo ATM in Assisted-Service mode, you may be able to use your consumer card to access and perform transactions on your consumer accounts that are not linked to your card.

**If you link more than one asset account to the card, you may designate a primary linked account.** If you don't designate a primary linked account, the first account linked to your card is considered the primary linked account. The primary linked account for a consumer debit card must be an eligible consumer checking account. The primary linked account for a business debit card must be an eligible business checking account.

If a primary linked account is closed or delinked for any reason, we'll generally designate a linked secondary account of the same account type, if you have one, as the new primary account. If you have a card and none of your other linked accounts are checking accounts, or you have no other linked accounts, your debit card will be closed and you can request an ATM card. You may link a new primary account of a different type (consumer, business, individual brokerage, or commercial brokerage) than the previous primary linked account. Depending on the new primary linked account, you may be issued a new card type. (Note: for Wells Fargo campus debit and ATM cards with school access, your banking access will be closed but your card can still be used for school access).

When you use your card to access any asset account, the agreements and disclosures applicable to that asset account will apply to that card transaction. Additionally, the consumer protections described in the "Electronic Fund Transfer Disclosures" section of this Agreement don't apply to transactions on business or commercial brokerage accounts.

**Using a card to access linked credit card and line of credit accounts at ATMs**

If you link your Wells Fargo credit card account or eligible line of credit account (linked credit account) to your debit or ATM card, you may use the card to access the linked credit account at any Wells Fargo ATM. You can use the card to obtain cash or transfer funds from the linked credit account, as long as the linked credit account is in good standing and has available credit. Cash withdrawals and transfers of funds from your linked credit account are treated as cash advances. Each of these transactions is subject to the applicable credit card account agreement or line of credit account agreement, including daily limits and cash advance fees.

**Using your card**

There are many ways to use your debit and ATM[1] cards—using the physical cards or via mobile devices. See the following descriptions.

**You can use your debit and ATM cards:**

- At merchants who accept payments through a network in which we participate
- To request cash back when making a physical card purchase with your PIN at merchants who offer this service
- To choose whether and how you receive a receipt when you use your card at a merchant terminal

---

Deposit Account Agreement

**Exhibit 14 to Complaint Page 250**

**In addition, with your debit card, you can also:**

- Pay for purchases, or pay bills directly with your card, or through a mobile device at participating merchants (see "Using your card through a mobile device" for more details)

**At any ATM with your debit or ATM card you can:**

- View account balances, withdraw cash, and transfer funds between your accounts (fees may apply on any of these actions at a non-Wells Fargo ATM)[2]

**At Wells Fargo ATMs ONLY you can:**

- Make deposits to your account[3]
- Transfer funds from your eligible Wells Fargo credit accounts to your checking or savings accounts[4]
- Make payments to your eligible Wells Fargo credit accounts
- Get a statement[5] of your account balances or the last 10 transactions
- Choose how you want to receive your ATM receipt: printed, emailed, or to your mobile phone

**In addition, with your debit card but not your ATM card**, you can also use your mobile device at Wells Fargo ATMs.

[1] Purchases using an ATM card are only available at merchants who accept payments through networks in which we participate and require a PIN to authorize the purchase.

[2] Non-Wells Fargo ATMs are part of ATM networks owned or operated by other financial institutions. You can use your card at non-Wells Fargo ATMs that display the Plus® logo to withdraw cash, check balances, and transfer funds between the accounts linked to your card as primary checking and primary savings. Note: 1) Some non-Wells Fargo ATMs may not give you the option of choosing which account to access or may only let you access one of these two accounts. 2) Some transactions may not be available at all ATMs, may be different from those available at Wells Fargo ATMs, or may be limited to any withdrawal limit(s) set by the non-Wells Fargo ATM.

[3] A business deposit card can be issued to an authorized signer on business accounts. It can also be issued to a non-authorized signer at the request of an authorized signer. At Wells Fargo ATMs, a business deposit card and associated PIN can only be used to make ATM deposits, and can only be linked to deposit accounts. When the card is used to make an ATM deposit, account balances are neither displayed on the ATM screen nor printed on the ATM receipt. The card PIN cannot be used for authentication for phone or online access.

[4] Cash advance and ATM advance fees may apply. Refer to the applicable credit card account agreement or line of credit account agreement for more details.

[5] Statements at Wells Fargo ATMs should not be used in place of the account statement for balancing or verifying the actual account balance.

**Actions via electronic credit transfers**

You can receive transfers through card networks or funds transfer systems with your debit card.

The following limitations apply to Visa Original Credit Transactions ("OCT") and MasterCard MoneySend ("MoneySend") money transfers to your debit card:

| | Rolling 24 hours | Rolling 7-day | Rolling 30-day |
|---|---|---|---|
| **Visa** Person-to-person OCT | 25 transactions or $10,000 | 100 transactions or $25,000 | 200 transactions or $50,000 |
| **Visa** Business-to-person OCT | 40 transactions or $50,000 | 100 transactions or $125,000 | 200 transactions or $300,000 |
| **Visa** Me-to-me OCT | 40 transactions or $50,000 | 100 transactions or $125,000 | 200 transactions or $300,000 |
| **Visa** Me-to-me OCT, BAI code CD (cash deposit) | 15 transactions or $600 | 25 transactions or $1,000 | 75 transactions or $3,000 |
| Times listed are in Coordinated Universal Time (UTC), which is a standard used to set all time zones around the world and, for example, is 5 hours ahead of Eastern Time Zone (4 hours ahead during daylight savings time). | **Calendar Day** (12 AM - 12 AM UTC) | **Calendar Week** (Starting 12AM UTC each Monday) | **Calendar Month** (Starting 12AM UTC the first day of each month) |
| **MasterCard** MoneySend (all types) | 25 transactions or $10,000 | 100 transactions or $10,000 | 200 transactions or $10,000 |

**Exhibit 14 to Complaint Page 251**

## ATM and merchant terminal malfunctions

Generally, we're not responsible for damages resulting from an ATM or merchant terminal malfunction. However, for applicable accounts, see "In case of errors or questions about your electronic fund transfers" in the "Electronic Fund Transfer Disclosures" section of this Agreement.

## Fees for use of card

Other applicable fees for use of your card are described in the Consumer Schedule and Business Schedule.

**We charge a fee for each non-Wells Fargo ATM transaction. In addition, the non-Wells Fargo ATM owner/operator may charge a fee and set their own withdrawal limits.** We may waive our fee and/or reimburse the non-Wells Fargo ATM owner/operator fee, in whole or in part, if allowed by the terms of your account. Even if reimbursed, the non-Wells Fargo ATM owner/operator fee is included in the total transaction amount that is withdrawn from your account and will apply to your card's daily ATM withdrawal limit. Transactions will also be limited to any withdrawal limits set by the non-Wells Fargo ATM. We'll charge a fee if you make a teller-assisted cash disbursement at a non-Wells Fargo bank that accepts Visa-branded cards. Some merchants may assess a fee when you use your card for a purchase or for cash back. The merchant fee will be included in the total purchase amount.

## Daily limits

Unless otherwise specified, a "day" is defined as the 24-hour period from midnight to midnight, Pacific Time. Transactions made in other time zones will be based on when received in Pacific Time. You may use your card subject to your daily purchase limit, daily ATM withdrawal limit, and the available balance in your account. The following rules apply:

**Limits on dollar amounts:** Your card's daily purchase limit is the maximum U.S. dollar amount of purchases (including cash back, if any) that can be authorized each day from your primary linked account, less merchant fees, if any. Note: If you use your card or card number to fund a digital wallet, brokerage, or other type of account, these Account Funding Transactions (AFTs) will count against your card's daily purchase limit. AFTs may also be limited by the applicable card network. If your daily purchase limit is more than $99,999, you may ask that the merchant process multiple transactions to complete a purchase above this amount.

Your card's daily ATM withdrawal limit is the maximum amount of cash you can withdraw each day from any combination of accessible accounts using your card, less any non-Wells Fargo ATM owner/operator fees, if applicable. When you use a Wells Fargo ATM in Assisted-Service mode, your card's daily ATM withdrawal limit may not apply.

You can confirm your card's daily limits through online banking, our mobile app, or by calling us.

**Limits for your card:** We provide you your daily ATM withdrawal and purchase limits when you receive your card, unless otherwise stated in the Agreement. **Note:** For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your card.

There's generally no limit on the number of times the card may be used each day as long as the applicable daily ATM withdrawal limit and daily purchase limit are not exceeded, and there's a sufficient available balance in accounts you access for the transactions. If an ATM transaction or purchase would create an overdraft on the account, we may, in our sole discretion, take any of the actions described in the "Available Balance, Posting Transactions, and Overdraft" section of this Agreement.

When we approve a transaction or purchase, we call that an authorization.

We may limit the number of authorizations we allow during a period of time (for example, if we notice out-of-pattern use of your card, or suspected fraudulent or unlawful activity). For security reasons, we cannot explain the details of the authorization system. If we don't authorize the payment, we may notify the person who attempted the payment that it has been refused. We won't be responsible for failing to give an authorization. In our discretion, we may allow or deny transactions or authorizations from merchants who are apparently engaged in or who are identified as engaged in the internet gambling business.

**Changes to your card limits:** We may, without telling you, increase your daily purchase or ATM withdrawal limit based on account history, activity, and other factors. If we decrease the limits of your card, we'll notify you in accordance with applicable law.

## Using your card through a mobile device

A mobile device means a smartphone, tablet, or any other hand-held or wearable communication device that allows you to electronically store or electronically present your debit card or debit card number (digital card number) to make debit card transactions.

When you use your debit card with your mobile device for transactions:

- Availability may be affected by your mobile carrier's coverage area, and your mobile carrier may charge you message and data rates, or other fees.
- Your debit card information is sent across wireless and computer networks.
- Information about your mobile device may be transmitted to us.
- You should secure the mobile device the same as you would cash, credit cards, and other valuable information. Password protect and lock it to help prevent unauthorized transactions and notify us promptly if it's lost or stolen.
- When you make a purchase or payment using your mobile device, the merchant won't provide an option for cash back.
- A physical card may be required for access to Wells Fargo ATMs within secure locations.
- You can access Wells Fargo ATMs by holding your mobile device close to the Contactless Symbol displayed on the ATM. The Contactless Symbol and Contactless Indicator are trademarks owned by and used with the permission of EMVCo, LLC.

**Exhibit 14 to Complaint**
**Page 252**

- Each time you access a Wells Fargo ATM with your mobile device and card PIN, you can perform one monetary transaction (such as a cash withdrawal), or one non-monetary transaction (such as a balance inquiry) before your one monetary transaction.
- If you're accessing a Wells Fargo ATM in Assisted-Service mode using your mobile device, your card's daily ATM withdrawal limit will apply and you won't be able to access accounts that are not linked to your card.
- We may automatically provide digital wallet operators with updated Digital Card Number information, such as when your Card is replaced or reissued.

Third parties, such as merchants, card association networks, mobile carriers, digital wallet operators, mobile device manufacturers, and software application providers may 1) use and receive your digital card number, and 2) receive information about your mobile device. If you have enrolled in Overdraft Protection and/or Debit Card Overdraft Service, those terms will apply to debit card transactions made through a mobile device.

We may, at any time, partially or fully restrict your ability to make debit card transactions through a mobile device. If you want to remove your digital card number from your mobile device, contact us using the information listed in the "Questions? We're here for you" section at the beginning of this Agreement.

**Card on file with merchants**

If you give your debit card number to a merchant with authorization to bill that card for recurring payments, or to keep it on file for future purchases or payments, the merchant may receive updated card information to process such payments. However, since not all merchants receive updated card information, we recommend you notify each merchant of your new debit card number and/or expiration date to ensure your payments continue uninterrupted. If you have a card on file with a merchant and want to cancel the payment arrangement, be sure to cancel it directly with the merchant.

**Authorization holds for card transactions**

For all card purchase transactions, we may place a temporary hold on some or all of the funds in the account linked to your card when we obtain an authorization request. **We refer to this temporary hold as an authorization hold. The funds subject to the hold will be subtracted from your available balance.** We generally release the hold within 3 business days, but it can be up to 30 business days for certain types of debit card transactions, such as international car rental and hotel, from the time of authorization or until the transaction is paid from your account.

If the merchant does not submit the transaction for payment within the time allowed, we'll release the authorization hold. This means your available balance will increase until the transaction is submitted for payment by the merchant and posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. In some situations, the amount of the hold may differ from the actual transaction amount since the merchant may not know the total amount you'll spend. For example: A restaurant submits the authorization request for your meal before you add a tip.

**You might end up overdrawing your account even though the available balance appears to show there are sufficient funds to cover your transaction.** For example: A merchant does not submit a one-time debit card transaction for payment within three business days of authorization (or up to 30 business days); we must release the authorization hold even though we'll have to honor the transaction. When we receive it for payment, it's paid from the funds in the account and at that time it causes an overdraft.

You should record and track all of your transactions closely to confirm your available balance accurately reflects how you spend funds from the account linked to your card.

**Partial authorization for card transactions**

If a debit card or ATM card purchase amount exceeds the current available balance in the primary linked account when you're making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the Bank and your card's daily purchase limit.

We'll first try to approve the full amount of the purchase with the available funds in your checking account, account(s) linked for Overdraft Protection, and, if enrolled, using Debit Card Overdraft Service. If we don't approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your checking account. This is called a partial authorization. The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you're unable/unwilling to provide an additional form of payment, and the transaction does not occur, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

**Exhibit 14 to Complaint Page 253**

**Transactions outside the United States**

If a card is used to make an ATM withdrawal or a purchase outside the United States, the network handling the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a purchase only, the merchant handling the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives, or the government-mandated rate in effect for the applicable central processing date. If the merchant handling the purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, we may also charge an international purchase transaction fee, which we base on the amount provided to us by the network (for example, Visa, MasterCard) in U.S. dollars.

**Ending your card use**

Your card is our property.

We may cancel your card or card banking access at any time without notice to you. You may cancel your card or card banking access at any time by writing to us at the address provided in your account statement, calling the number on the back of your card, or visiting your nearest branch. If the account is closed or the card is cancelled, you will immediately destroy the card(s) and, upon request, tell us in writing that the card(s) has been destroyed. If requested, you must immediately return the card(s) to us. If your card or card banking access is cancelled, you must pay for any card transactions made before the card is cancelled. For the Wells Fargo Campus Card℠ program, school issued campus cards are the property of the school.

**Zero Liability protection**

With Zero Liability protection, you'll have no liability for any card transactions that you did not make or authorize, so long as those transactions occurred before the end of the 60-day period described below.

If your account statement shows card transactions that you did not make or authorize, tell us at once. If you don't notify us within 60 days after the statement was mailed or was otherwise made available to you, you'll be liable for any additional unauthorized card transactions that occurred after the 60-day period and before you provided notice to us (if we could have stopped those card transactions had you promptly notified us). This will apply even to unauthorized card transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we'll extend the time period.

**For card transactions from consumer accounts:** Your card comes with Wells Fargo's Zero Liability protection, which provides you with more coverage than what Regulation E requires for cards accessing consumer accounts (see "Liability for unauthorized transactions according to Regulation E" in the "Electronic Fund Transfer Disclosures" section of this Agreement).

**For card transactions from business accounts:** Your card comes with Wells Fargo's Zero Liability protection.

**Additional information for Wells Fargo Campus Card Program customers**

Wells Fargo campus cards are available two ways:
1) Wells Fargo issued cards
2) School issued cards

Campus debit and campus ATM cards are available for students, faculty, and staff of participating colleges and universities. Campus debit cards can be identified by the Visa® logo on the front of the card; campus ATM cards don't include a Visa logo.

**A Wells Fargo-issued card** is produced by Wells Fargo and delivered to currently enrolled students and currently employed faculty and staff by mail after we receive their request for a campus debit card. A card may be requested by bringing a valid school ID from a participating college or university to a Wells Fargo branch. The card must be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions, and it expires five years from the date it was issued. After the card expires, we'll issue you a standard Wells Fargo Debit Card. You may visit a Wells Fargo branch to request another campus debit card if you remain eligible based on current enrollment or employment at a participating college or university.

**A school issued card** is produced by a participating college or university and issued to currently enrolled students and currently employed faculty and staff by the school. It can be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions. School issued campus ATM cards can be linked to an eligible deposit account at any time for up to five years from the date it was issued, and it expires five years after it is linked to an eligible deposit account. After the card expires, you can contact Wells Fargo and request a standard Wells Fargo Debit or ATM Card to use for purchases and ATM transactions. Or, you can request another campus ATM card from the school if you remain eligible based on current enrollment or employment at a participating college or university, and then visit a Wells Fargo branch to link your campus ATM card to your eligible deposit account.

School issued campus ATM cards can be linked to an eligible deposit account at any time for up to five years from the date it was issued. The card expires five years after it is issued. You can contact Wells Fargo and request a standard Wells Fargo Debit or ATM Card to use for purchases and ATM transactions.

**Exhibit 14 to Complaint**
**Page 254**

Both Wells Fargo and school issued campus cards are subject to daily dollar limits for purchases and ATM transactions. For a new campus debit card, we provide your daily ATM withdrawal and purchase limits when you receive your card. For a new campus ATM card, the limits below apply to your card, unless you request and are provided other limits at the time you link your campus ATM card to an eligible deposit account. Replacement campus debit or campus ATM cards will have the same limits as the card it replaced at the time the replacement card is issued. You can confirm your limits by calling us at the number listed in the "Questions? We're here for you" section at the beginning of this Agreement, or by viewing them in online banking.

| New campus ATM card daily limits | |
|---|---|
| ATM Withdrawals | $1,010 |
| Purchases | $500 |

To view the Campus Debit and ATM Card Terms and Conditions, visit wellsfargo.com/debitcardterms (English) or wellsfargo.com/spanishdebitcardterms (Spanish).

**Card and ATM safety tips**

**Card safety**

- Always protect your card and keep it in a safe place, just like you would cash, credit cards, or checks.
- Create a PIN that does not include any number or word that appears in your wallet (such as birth date, name, or address). Note: Most ATMs outside of the U.S require a four-digit numeric PIN.
- Memorize your PIN, never tell it to anyone, and never write it down.
- Change your PIN every six months. If you have forgotten your PIN or want a new one, visit your nearest Wells Fargo location.
- Shop with merchants you know and trust.
- Look at your account statements when you receive them to be sure you made the transactions listed. Contact us immediately if you identify anything suspicious.
- Make sure your internet transactions are secure. Look for secure transaction symbols.
- Log off from any site after you make a purchase. If you cannot log off, shut down your browser to keep someone from accessing your information.
- Avoid sending your card number through email because it isn't secure, and don't give the number over the phone unless you made the call.
- If your card is ever lost or stolen, immediately notify us at the number or P.O. Box listed in the "Questions? We're here for you" section at the beginning of this Agreement.
- Destroy your old card if you receive a replacement.
- Before using an attended or unattended merchant terminal, look at it for possible tampering or for the presence of any unauthorized attachment that could capture your card information or PIN.

**ATM safety**

- Be aware of your surroundings and be cautious when you withdraw money.
- Watch for suspicious persons or activity around the ATM. If you notice anything out of the ordinary, come back later or use an ATM elsewhere. If you see someone suspicious or unusual circumstances, don't use the ATM at that time. If you're in the middle of a transaction, cancel the transaction, take your card and leave the area and come back at another time or use an ATM at another location.
- Before using the ATM, look at it for possible tampering or for presence of any unauthorized attachment that could capture your card information or PIN.
- Report all crimes immediately to the operator of the ATM or local law enforcement.
- Consider having someone accompany you when using an ATM after dark.
- Be sure no one sees you enter your PIN.
- Avoid showing your cash. Put it away as soon as your transaction is completed. Wait to count your cash until you're in the safety of a locked enclosure, such as a car or home.
- Keep safe or securely get rid of your ATM receipts.
- Keep your engine running when you use a drive-up ATM. Keep your doors locked and your passenger window up.

**Exhibit 14 to Complaint Page 255**

# Funds Transfer Services

The following provisions are in addition to, and not in place of, any other agreements you have with us regarding funds transfers to and from your account. The terms "funds transfer," "funds transfer system," "payment order," and "beneficiary" are used here as defined in Article 4A of the Uniform Commercial Code - Funds Transfers, as adopted by the state whose laws govern your account. As used in these provisions, a funds transfer does not include a transaction made using a Wells Fargo issued card. Examples of funds transfers covered by these provisions are a preauthorized automatic transaction via ACH (such as your car or mortgage payment), remittance transfers, and wire transfers (whether outgoing or incoming, foreign or domestic).

**Rules of funds transfer systems**

Funds transfers to or from your account will be governed by the rules of the funds transfer system(s) through which the transfers are made ("system rules"), including Fedwire, the National Automated Clearing House Association, the Electronic Check Clearing House Organization, any regional association (each an ACH), the Clearing House Interbank Payments System (CHIPS), the Society for Worldwide Interbank Financial Telecommunication ("SWIFT") and the RTP system ("RTP System"). We're under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

**Sending funds transfers/ Means of transmission**

When acting upon your transfer instructions, we may use any means of transmission, funds transfer system, clearing house, or intermediary bank that we reasonably select.

**Notice of funds transfers**

We'll notify you of funds electronically debited from or credited to your account through the account statement covering the period in which the transaction occurred. We're under no obligation to provide you with any additional notice or receipt.

**Reliance on identification numbers**

If an instruction or order to transfer funds describes the party to receive payment inconsistently by name and account number, we'll rely on the beneficiary account number even if the account number identifies a party different from the named recipient. If an instruction or order to transfer funds describes a participating financial institution inconsistently by name and identification number, the identification number may be relied on as the proper identification of the financial institution.

**Your duty to report unauthorized or erroneous funds transfers**

You'll exercise ordinary care to determine whether a funds transfer from your account was either not authorized or inaccurate. You must notify us if a funds transfer from your account wasn't authorized or is inaccurate. Notify us within 14 days after we notify you that the instruction or order was accepted or your account was debited or credited for the funds transfer, whichever is earlier, to be entitled to a refund from us. If you don't notify us within 14 days, we'll be entitled to retain payment for the funds transfer.

**Erroneous payment orders**

You could lose funds if you provide incomplete or inaccurate information in your payment orders. We have no obligation to detect errors you make in payment orders (for example, paying the wrong person or the wrong amount). Just because we detect an error once, we won't be obligated to detect future errors. We'll rely on the beneficiary account number and beneficiary bank identification number (e.g., IBAN, RTN, or SWIFT BIC) you provide with an instruction or order.

**ACH transactions**

These additional terms apply to payments to or from your account that you transmit through an ACH:

- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

**Remittance transfers**

Remittance transfers are initiated by consumers primarily for personal, family, or household purposes, and are sent outside the United States and its territories. Each time you initiate a remittance transfer, you'll receive disclosures outlining additional rights provided by federal law. You also may obtain a copy of those rights on wellsfargo.com or in any branch.

**Exhibit 14 to Complaint
Page 256**

**Incoming international wire transfers**

Incoming wire transfers received in a foreign currency for payment into your account will be converted into U.S. dollars using the applicable exchange rate without prior notice to you. For more information, see the "Applicable Exchange Rate" section of this account agreement.

**Reversal or return of ACH transactions**

**Consumer accounts only:** You have the right to reverse any unauthorized ACH payment that was debited from your account. If you give us written notice that you want to reverse a payment, we'll credit your account for the amount of the payment. You must notify us no later than 15 days after we send or otherwise make available to you the account statement that reflects the payment you want to reverse. This right of reversal is in addition to your right to stop payment.

**Business accounts only:** Under the ACH Rules, the Bank can return any non-consumer ACH debit entry as unauthorized until midnight of the business day following the business day the Bank posts the entry to your account. In order for the Bank to meet this deadline, you're required to notify us to return any non-consumer ACH debit entry as unauthorized by the cutoff time we separately disclose. The cutoff time is currently 3:00 p.m. Central Time. If you don't notify us in a timely manner of the unauthorized non-consumer ACH debit entry, we won't be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

**Additional information on ACH debit entries**

If you provide information that is incorrect or subject to change (for example, if the sender changes its company identification number or individual identification number), it may result in payment of the ACH debit entry. You acknowledge this risk and agree that you're responsible for notifying the sender of the ACH debit entry that your authorization has been revoked. You agree to indemnify and hold us harmless from, and against any loss we incur, as a result of our paying an ACH debit entry, if any of the information relied on in the stop payment order is incorrect or incomplete (or as a result of our not paying an ACH debit entry for which a valid stop payment order is in effect).

**Liability for transactions not covered by Regulation E**

For purchases and other transactions in consumer accounts not governed by Regulation E, you're liable for all losses relating to unauthorized funds transfers that don't result solely from our negligence or intentional misconduct, unless the laws governing your account require lesser liability.

**Receiving RTP® Payments**

The following additional terms apply to any real-time payments we receive for credit to your account through the RTP System. The terms "sender," "receiver," and "sending participant" are used here as defined in the system rules governing RTP payments ("RTP Rules"). In addition to the RTP Rules, RTP payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.

- The RTP System may be used only for eligible payments between a sender and receiver whose accounts are located in the United States. You may not send or receive payments on behalf of any person or entity not domiciled in the United States. RTP payments that are permitted under the RTP Rules and our requirements are considered eligible payments for purposes of this Agreement.
- RTP payments cannot be cancelled or amended by the sender. If we receive a message from a sending participant requesting return of an RTP payment received for credit to your account, we may notify you of that request. You're not obligated under the RTP Rules to comply with any such request for return of funds. Any dispute between you and the sender of an RTP payment should be resolved between you and the sender.
- If you don't wish to accept an RTP credit received to your account, you may request that we return such payment to the sender. We may, at our sole discretion, attempt to honor such request but will have no liability for our failure to do so.
- RTP payments are typically completed within thirty (30) seconds of transmission of the RTP payment by the sender, unless the RTP payment fails or is delayed due to a review by us or the sending participant, such as for fraud, regulatory, or compliance purposes. Transaction limits imposed by the RTP System or sending participant may also prevent RTP payments from being sent to your account.

We're under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

**Exhibit 14 to Complaint Page 257**

# Electronic Fund Transfer Services

**(Consumer accounts only)**

**General rules for electronic fund transfer services**

When you read this section, you'll see references to Regulation E which provides certain protections and responsibilities.

We offer a variety of electronic fund transfer services you can use to access funds in your account(s) and perform other transactions detailed in this section. We describe some of these services in this section and also provide certain disclosures that apply to the use of electronic fund transfer services with your consumer account. Some of these services are governed by separate agreements we give to you at the time your card is mailed or you sign up for the service (e.g., ATM and debit cards, online, and mobile banking).

When you read this section, you'll see references to Regulation E or Reg E. This regulation applies to transactions you can perform using your card to access your account, such as purchases and ATM transactions. Regulation E also applies to other types of electronic fund transfers you can make from or to your account, such as payments made using Bill Pay and the direct deposit of your paycheck into your account. Regulation E sets forth the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfers and of the banks or other persons who offer these services. It includes the actions you need to take if you believe your card, your card number, or your Personal Identification Number (PIN) has been lost or stolen, or if you notice an error or unauthorized electronic fund transfer on your account and the rules regarding your potential liability for these transfers. Your responsibilities and protections under Regulation E are described in more detail in the "Electronic Fund Transfer Disclosures" section.

For unauthorized card transactions, in addition to the rights you have under Regulation E, Wells Fargo Zero Liability protection provides you with added protection from liability. For details, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

The following table summarizes the types of transactions to which Regulation E applies and tells you if Zero Liability protection covers the transaction.

| Electronic fund transfer | Description | Transaction covered by Reg E | Zero Liability protection |
|---|---|---|---|
| **Card transactions** | | | |
| **Debit and ATM cards** | Use your Debit or ATM card to make purchases, withdrawals, payments, transfers, and other transactions as described above in the "Debit Cards and ATM Cards" section of this Agreement. | X | X |
| **Electronic transfers, payments, credits, and electronic check conversions** | | | |
| **Transfers** | Send or receive transfers between your accounts or to other recipients at Wells Fargo or other financial institutions | X | |
| **Payments** | One-time or recurring payments from your account that you initiate or preauthorize for withdrawal from your account | X | |
| **Credits** | Manual or automatic electronic deposits to your account, such as payroll or benefits payments | X | |
| **Electronic check conversions** | Electronic fund transfer using information from a check (e.g., the Bank's routing number and your account number) | X | |
| **Phone Bank transactions** | | | |
| **Phone Bank transactions** | **Not under a written agreement or plan:** A request to the Phone Bank to make a transaction to or from your account | | |
| | **Under a written agreement or plan:** The Phone Bank, under an agreement, can make transactions to and from your account | X | |

**Exhibit 14 to Complaint**

**Page 258**

# Electronic Fund Transfer Disclosures

**(Consumer accounts only)**

The following provisions apply to electronic fund transfers to or from your consumer deposit account that are governed by Part A of Regulation E.

**Note:** These provisions don't apply to wire transfers. Refer to the "Funds Transfer Services" section of this Agreement.

**Liability for unauthorized transactions according to Regulation E**

**Tell us AT ONCE if you believe your card, card number, or PIN has been lost or stolen,** or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan).

If you tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, you can lose no more than $50 if someone used your credentials without your permission (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement).

If you **do NOT** tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose up to $500 (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement).

Also, if your account statement shows transfers that you did not make or authorize, including those made by your card, PIN, or other means, tell us at once. If you do not notify us within 60 days after the statement was mailed or was otherwise made available to you, you will be liable for any additional unauthorized transactions that occurred after the 60-day period and before you provided notice to us (if we can prove we could have stopped those transactions had you promptly notified us). This will apply even to unauthorized transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time periods.

**Contact in the event of unauthorized transfer**

If you believe your card, card number, or PIN, has been lost or stolen, call us at 1-800-869-3557 or the number listed on your statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

**Preauthorized credits to your account**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can check your online or mobile banking, enroll in account alerts, or call us at 1-800-869-3557 to find out whether or not the deposit has been made.

**Handling preauthorized payments**

**Right to stop payment:** If you have told us in advance to make regular (recurring) payments out of your account, you can stop any of these payments. Here's how: Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request three business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. There is no fee to stop a recurring preauthorized payment using the debit card.

**Notice of varying amounts:** If the amount of these regular (recurring) payments vary, the party you are going to pay should tell you, 10 days before each payment, when it will be made and how much it will be. (The party you are going to pay may allow you to choose to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

**Liability for failure to stop payment:** If you order us to stop one of these payments three business days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

**Note:** We cannot stop payment on a purchase transaction unless it is a preauthorized electronic fund transfer.

**Exhibit 14 to Complaint
Page 259**

| | |
|---|---|
| **Electronic check conversion** | You may authorize a merchant or other payee to make a one-time electronic payment from your account using information from your check to 1) pay for purchases, or 2) pay bills. |
| **Account inquiry** | You have the right to contact us to find out whether an electronic transfer has been credited or debited to your account. Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228-6995. |
| **Receipts** | You can get a receipt at the time you make any transfer to or from your account using one of our ATMs or when you use your card at a merchant terminal. |
| **Our liability for failure to make transfers** | If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:<br><br>• Through no fault of ours, you do not have enough money in your account to make the transfer,<br>• The transfer would go over the credit limit on a credit account linked for Overdraft Protection,<br>• The ATM where you are making the transfer does not have enough cash,<br>• The terminal or system was not working properly and you knew about the breakdown when you started the transfer,<br>• Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or<br>• There is some other exception stated in our Agreement with you. |
| **In case of errors or questions about your electronic fund transfers** | If you see an error or have questions about your electronic transfers, think your deposit statement or receipt is wrong, or you need more information about a transfer listed on an account statement or receipt, call us at 1-800-869-3557 or the number listed on your account statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995 as soon as you can. We must hear from you no later than 60 days after we send the FIRST account statement on which the problem or error appeared, and you should take the following actions:<br><br>• Tell us your name and account number (if any) and the dollar amount of the suspected error.<br>• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error, or why you need more information.<br><br>If you tell us in person or by phone, we may require that you send us your complaint or question in writing within 10 business days. |
| **Investigations** | We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we need more time, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.<br><br>For errors involving new accounts, point-of-sale transactions, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.<br><br>We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation. |

**Exhibit 14 to Complaint**

**Page 260**

# Other Account Services and Restrictions

**Telephone banking services**

You may use our automated phone system to get account information, transfer funds between Wells Fargo accounts, or pay certain Wells Fargo credit bills. To access this service, you must have a valid PIN, either for your debit or ATM card, or a cardless PIN issued only for authentication purposes. If you don't have a valid PIN, we'll ask you for information to verify your identity. We may cancel your non-card PIN at any time without notice, including after six months of non-use. We may comply with any request of a caller using Wells Fargo's telephone banking services, provided we authenticate the caller in compliance with one of the identity verification procedures described in this paragraph.

**Large cash withdrawals or deposits**

We may place reasonable restrictions on large cash withdrawals. These restrictions may include requiring you to provide reasonable advance notice to ensure we have sufficient cash on hand. We don't have any obligation to provide security if you make a large cash withdrawal. If you want to deposit a large amount of cash, we may require you to provide adequate security or exercise other options to mitigate possible risks.

**Checks with multiple signatures**

We may act on the instructions of any one authorized signer on your account and not require multiple signatures. If you have indicated that more than one signature is required to transact on your account, you acknowledge and agree that such requirements are for your own control purposes only, and we won't be liable if a check or other transaction is processed without multiple signatures. We're not responsible for reviewing your checks or other transactions for multiple signatures.

**Checks with dates and special instructions**

We may pay the amount encoded on your check in U.S. dollars, even if you wrote the check in a foreign currency or made a notation on the check's face to pay it in a foreign currency. If we, in our sole discretion, pay a check or other item in a foreign currency, the applicable exchange rate may apply. For information on the applicable exchange rate, see "Applicable exchange rate" in the "Statements, Interest, and Other Account Information" section of this Agreement. The encoded amount is in the line along the bottom edge of the front of the check where the account number is printed.

We may, without inquiry or liability, pay a check even if it:

- Has special written instructions indicating we should refuse payment (e.g., "void after 30 days" or "void over $100"),
- Is stale-dated (i.e., the check's date is more than six months in the past), even if we're aware of the check's date,
- Is post-dated (i.e., the check's date is in the future), or
- Isn't dated.

**Use of a facsimile or mechanical signature**

If you use any device or machine to provide a faxed, electronic, computer generated or other mechanical signature (including a stamp on a check) it will be treated as if you had actually signed it.

**ACH debit entries**
(Business accounts make note)

Under the ACH operating rules, certain types of ACH debit entries may only be presented on a consumer account. We'll have no obligation to pay, and no liability for paying, any consumer ACH debit entry on a business account.

**Acceptable form for checks**

Your checks must meet our standards, including paper stock and dimensions; we may refuse checks that don't or that cannot be processed by our equipment. Checks must include our name and address as provided by us. Certain check features, such as security features, may impair the quality of a check image. We're not responsible for losses that result from your failure to follow our check standards.

**Checks presented by a non-customer**

For these transactions, we require acceptable identification, which may include a fingerprint from the person presenting your check. We may not honor the check if the person refuses to provide us with requested identification. We may charge a fee for non-customers to cash a check.

**Electronic check indemnifications**

An "electronic check" and an "electronic returned check" means an electronic image of a paper check or paper returned check or the electronic information derived from it.

When we transfer or present an electronic check or electronic returned check, we provide the following warranties:

- **Image Quality Warranty.** We guarantee that the electronic image accurately represents all of the information on the front of the check as of the time that the original check is truncated, and the electronic information includes an accurate record of all MICR line information required for a substitute check and the amount of a check.
- **No Double Debit Warranty.** We guarantee that the warrantee won't receive a presentment of or otherwise be charged for an electronic check, an electronic returned check, the original check, a substitute check, or a paper or electronic representation of a paper substitute check, in a way that the warrantee will be asked to pay a check that it has already paid.

**Exhibit 14 to Complaint Page 261**

When we transfer an electronic check for collection or payment, we make the image quality warranty and the no double debit warranty to the transferee bank, any subsequent collecting bank, the paying bank, and the drawer. When we transfer an electronic returned check for return, we make the image quality warranty and the no double debit warranty to the transferee returning bank, the depository bank, and the owner.

**Indemnities applicable to electronic checks and electronic returned checks.** You will indemnify, defend, and hold us harmless from all liabilities, obligations, demands, and costs (including fees of legal counsel and accountants) awarded against or incurred by us (collectively, "losses and liabilities"), related to the transfer or return of an electronic check or an electronic returned check on your behalf. If we suffer any losses or liabilities related to a breach of the image quality warranty or the no double debit warranty, you will reimburse us and not hold us responsible or liable.

**Indemnities applicable to remote deposit capture services (including Wells Fargo Mobile Deposit)**. If a depository bank accepts the original check from which an electronic check is created and suffers losses due to the check having already been paid, we're required to indemnify and reimburse that bank. If we suffer any losses or liabilities related to that type of depository bank indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

**Indemnities applicable to electronically created items.** If we transfer or present an "electronically created item" and receive settlement or other consideration for it, we're required to indemnify and reimburse each transferee bank, any subsequent collecting bank, the paying bank, and any subsequent returning bank against losses that result from the fact that:

- The electronic image or electronic information is not derived from a paper check,
- The person on whose account the electronically created item is drawn didn't authorize its issuance or the payee stated on the item, or
- A person receives a transfer, presentment, or return of, or otherwise is charged for an electronically created item in such a way that the person is asked to make payment based on an item it has paid.

If we suffer any losses or liabilities related to that type of electronically created item indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

## Stop payment

Applicable fees are described in the Consumer Schedule and Business Schedule.

**Requesting stop payment on a check**
You may request a stop payment on a check if you allow us a reasonable amount of time to act on it; the same is true if you ask us to cancel a stop payment order. You can request a stop payment through wellsfargo.com, by phone, or by visiting your local branch. We may verify that we have not already become obligated to pay the check from your account and can verify after we accept your stop payment order.

To issue a stop payment order on a check, we need the following information:

- Your bank account number
- The check number or range of numbers
- The check amount or amounts
- The payee(s) name(s)
- The date on the check

We are not responsible for stopping payment on a check if you provide incorrect or incomplete information about the check.

**Effective period for a stop payment order**
- **A stop payment order on a check is valid for six months.** We may pay a check once a stop payment order expires. You must request a new stop payment order if you don't want it to expire and we treat each renewal as a new order, and a new fee will apply.
- **Your responsibility after we accept a stop payment on a check.** Even if we return a check unpaid due to a stop payment order, you may still be liable to the holder of the check (e.g., a check cashing business).

**Stop payment orders on ACH debit entries**
You may request a stop payment order for an ACH debit entry that has not already been paid from your account. To be effective, a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on the applicable ACH debit entry. If you provide verbal instructions, we may require confirmation in writing. If such written confirmation isn't received, we may remove the stop payment order after 14 days. An instruction to revoke a stop payment order must be received in a time and manner that gives us a reasonable opportunity to act on it.

To place a stop payment order on an ACH debit entry, you must provide the following information: (i) your account number, (ii) amount of the ACH debit entry, (iii) effective date, and (iv) payee name. We may request additional information and may, at our sole discretion, use only a portion of the required information in order to identify the ACH debit entry. We may be able to place a stop payment order based on the company identification number of the sender/payee, but this may stop all ACH entries received from this sender/payee.

**Exhibit 14 to Complaint
Page 262**

**Stopping payment on a preauthorized electronic fund transfer**

If your account is a consumer account, you may stop payment on a preauthorized electronic fund transfer. See "Handling preauthorized payments" in the "Electronic Fund Transfer Services" section of this Agreement.

**Post-dated checks**

A post-dated check is a check you issue with a date in the future. We're not responsible for waiting to honor the check unless you use a stop payment order for the check. You're responsible for notifying us to cancel the stop payment order when you're ready to have that check paid.

# Time Accounts (CDs)

CDs mature and are payable at the expiration of a specified term, which will be no less than seven calendar days after the date of deposit. The CD's maturity date is the last day of the term for the CD and is printed on your receipt.

We may refer to a Time Account as a CD or Certificate of Deposit, even though we don't issue a paper certificate when opening the account or require a paper certificate to close the account.

**You may withdraw funds from your CD on the maturity date without a penalty**. During the seven calendar days after the maturity date, which we refer to as grace period, you can change the term, generally make withdrawals and additional deposits, or close the CD. No additional deposits to the CD are allowed outside this grace period. You may be charged a penalty if you make a withdrawal at any other time. See "Early withdrawal penalty and Regulation D penalty" in this section.

**Unless you withdraw the funds, your CD will automatically renew at maturity:**

- Typically for the same term unless we inform you at the time of account opening or prior to maturity of a different renewal term, and

- At our standard interest rate in effect on the maturity date for a new CD of the same term and amount, unless we have notified you otherwise.

At renewal, in addition to the interest rate and renewal term, we may change any other CD provision, subject to providing you notice as required by law. We'll treat any interest that is deposited into your CD during the previous term as principal for your new term.

**IRA CDs and ESA CDs**

You may have multiple accounts within your Individual Retirement Account (IRA) or Education Savings Account (ESA) plan. We no longer offer new IRAs or new ESAs. IRA CDs are only available for current IRA customers, and ESA CDs are only available for current ESA customers.

Your IRA/ESA plan balance on December 31 of each year represents the fair market value of your account. We report the fair market value, distributions from and contributions to your IRA/ESA, to the Internal Revenue Service (IRS). If applicable, the IRS may impose penalties. Please consult your tax advisor.

**Interest on your CD**

The Annual Percentage Yield (APY) we disclose to you assumes the interest you earn will remain on deposit until your CD matures. If you withdraw your earned interest before maturity, your account will earn less interest over time and the actual APY will be less than the disclosed APY.

| Term | CD Interest payment options* | | | | |
|---|---|---|---|---|---|
| | Monthly | Quarterly | Semi-Annually | Annually | At maturity |
| Less than 12 months (365 days) | X | X | X | Not available | X |
| 12 months or more | X | X | X | X | Not available |

*Interest payments for IRA/ESA CDs redeposit monthly into your CD.

With the exception of IRA/ESA CDs, you may choose to have your interest payments re-deposited into your CD, transferred to a Wells Fargo checking or savings account, or paid by check if your CD has a minimum balance of $5,000.

**Exhibit 14 to Complaint**
**Page 263**

**Early withdrawal penalty and Regulation D penalty**

**Early withdrawal penalty (Fixed Rate CDs and Fixed Rate IRA/ESA CDs):** Other than the Regulation D penalty described below, any money you withdraw from your CD before the end of its term will be subject to an early withdrawal penalty based on the length of the CD term.

| CD Term | Penalty |
|---|---|
| less than 90 days (or less than 3 months*) | 1 month's interest |
| 90 through 365 days (or 3-12 months*) | 3 months' interest |
| Over 12 months through 24 months | 6 months' interest |
| Over 24 months | 12 months' interest |

* Some CD terms are based on days and others are based on months. Check your receipt for the term applicable to your CD.

We calculate the early withdrawal penalty using the amount of principal you withdraw at your CD's interest rate at the time of withdrawal. The penalty is calculated by multiplying the interest rate by the amount of principal withdrawn then dividing that total by 12 to arrive at one month's interest. We'll deduct your early withdrawal penalty from your earned interest. If the penalty is greater than your earned interest, then we'll deduct the difference from the principal amount of your CD.

**Regulation D Penalty**: The Regulation D penalty is seven days' simple interest on the amount withdrawn and applies to the following:

- Withdrawals made within seven days of account opening including the day the account was opened.
- Withdrawals made during the grace period, when additional deposits are made during the grace period and the withdrawal exceeds the amount of the matured CD balance.
- Withdrawals within seven days of any prior withdrawal where the Bank's early withdrawal penalty is not applied.

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate CDs):**
- Death of the CD owner
- Death of the grantor of a revocable family/living trust
- Court determination that a CD owner is legally incompetent

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate IRA/ESA CDs):**
- Death of the IRA CD or ESA CD owner
- Court determination that an IRA CD or ESA CD owner is legally incompetent
- IRA or ESA owner becomes disabled
- IRA owner is age 59 ½ or older
- IRA or ESA owner requests a revocation in writing within seven days of plan opening

# Protecting Your Account and Your Information

**Protection against unauthorized items**

You acknowledge that there's a growing risk of losses resulting from fraud, including unauthorized items. To help prevent fraud on your account, you agree to take reasonable steps to ensure the integrity of your account and items drawn on your account or deposited to it. We recommend you take the following preventive measures (not an exhaustive list):

- Reconcile your account statements when received and promptly notify us of any problem.
- Promptly notify us if you don't receive an expected statement.
- Don't provide your account and routing numbers to unknown persons. Fraudsters may use this information to initiate fraudulent transactions against your account.
- Only write checks to people and businesses whom you know. Fraudsters may try to trick you by pretending to be friends and family, indicating you have won the lottery or sweepstakes, through online dating sites, or impersonating law enforcement.
- Don't deposit checks from people whom you don't know. Fraudsters often request that you deposit a fake check into your account, then request that you return some of the funds. After you return the funds, the check bounces, but you are still responsible to us for the full amount of the check you deposited.
- Write your checks in a manner to prevent others from adding words, numbers or making other changes without your authorization.
- Protect your checks from unauthorized use and theft by securing your supply of checks at all times (for example, never leave checks in an unlocked vehicle, or out in a visible location unattended), using tamper resistant checks, destroying checks you don't intend to use, and  not signing blank checks. Check-related fraud is common. If you fail to take any of these preventive measures, we are not responsible for any losses that you may incur.

**Exhibit 14 to Complaint Page 264**

**Additional protections for business accounts**

**Additional steps business customers should take to help reduce the risk of fraud on their accounts:**

- Assign responsibilities for your business account to multiple individuals and periodically reassign duties. Have different people reconcile statements and withdraw funds.
- Watch for checks cashed out of sequence or made out to cash as flags for embezzlement.
- Review activity for unexpected fluctuations such as the percentage of cash deposits to total deposit size. Most businesses will keep a constant average.
- Notify us immediately when an authorized signer's authority ends so that their name can be removed from account access.
- Obtain insurance coverage for bank account fraud risks.
- Watch out for imposters impersonating vendors or if an alleged vendor changes their payment instructions.
- Only send trusted employees to deliver checks or make deposits.

**Wells Fargo services to help prevent fraud on analyzed business accounts include:**

- Positive pay, positive pay with payee validation, or reverse positive pay
- ACH fraud filter, and
- Payment Authorization service.

In addition, we recommend you use certain industry best practices such as dual custody. With dual custody, when one user initiates an action like a payment or a change in the set-up of a service, the action does not take effect until a second user approves the action using a different computer or mobile device.

**Consequences if a business customer does not implement the fraud prevention services we recommend.** If we have expressly recommended that you use a fraud prevention service or industry best practice and you either (a) decide not to implement or use the recommended service or industry best practice or (b) fail to use it in accordance with the applicable service description or our other applicable documentation, then you are responsible for all losses that could have been prevented or mitigated by correct use of the recommended service or best practice.

**Verifying your identity with your mobile device and your wireless company**

Wells Fargo may collect, use, and retain personal or other information about you or your mobile device to assist in verifying your identity. We may rely on such information provided to us by your wireless company, and you authorize them to disclose:

- Your mobile number, name, address, email;
- Network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI), and other subscriber and device details to Wells Fargo and our service providers for the duration of the account relationship.

Review our Privacy Notice for how we treat your data. You represent that you're the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

**Exhibit 14 to Complaint
Page 265**

# Statements, Interest, and Other Account Information

**Statements and notices**

We'll make available to you a statement of your account activity for each statement period, using the postal or email address associated with your account. We'll do the same with notices. If your delivery preference is electronic, we'll notify you by email that your statement or notice is available online.  You must be at least 13 years old to receive online statements.

We'll send statements and notices to one owner of a jointly owned account, and you agree that owner is responsible for sharing copies of the information with all other owners. If you request that we send notices to an authorized signer, the authorized signer has the same responsibility. Online statements are available to each joint owner.

Your statement is considered received by you on the second business day after we mail it to you or, if your delivery preference is electronic, when it's available through online banking. You agree to this timing even if the postal or email address you provided us is invalid.

Checking accounts get a monthly account statement. Savings accounts generally get a quarterly account statement, but will get a monthly statement if you set up automatic transfers into your savings account, have electronic fund transfer activity in the account, or have a combined statement for your checking and savings accounts.

**Combined statements**

We may combine statements for accounts with at least one common owner, in which case we consider the first account listed on your statement as your primary account. We'll make available your account statement through the address listed for your primary account. Statements for accounts in a combined statement will be delivered according to the delivery preference of the primary account.

Any person with online access to the primary account will also have online viewing capability to all the information on the combined statement.

If you prefer that we not combine your statements, let us know and we'll keep them separate. This will apply to subsequent statements only, and this option isn't available for the Portfolio by Wells Fargo® program.

**Changing statement period and fee period for checking and non-IRA savings accounts**

We may change the statement period and fee period assigned to your account without advance notice. If your account is interest-bearing, these changes won't affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except analyzed business accounts, if the first new fee period created by our change is fewer than 25 days, the Bank will automatically waive the monthly service fee for that period.

**Check safekeeping and check image service**

**We don't return your physical paid checks in your statements.** Instead, we make copies of your paid checks available online, by calling us, or at our branches.

**For an additional fee, you can enroll in our check image service.** With this service, you'll receive images of your paid checks on your paper statement. See the "Service Fees" section of the Consumer Schedule or Business Schedule for specific applicable fees and additional details. This service isn't available with online statements, savings accounts, or Clear Access Banking.

For checking accounts with paper statements, the fee for this service is posted to your account on the last day of the fee period, and it will only be assessed when check images are included in your statement. If you have a combined statement or Portfolio by Wells Fargo program, only the primary checking account is eligible for the monthly check image service.

When we provide a statement, we have made the check image available to you, even if we don't send originals or images with the statement. We'll destroy original checks after a reasonable period of time we determine. If for any reason we can't provide a copy of your check, we won't be liable for more than the face amount of the check. We cannot provide originals or images of checks that are sent to us as electronic transfers. Additionally, other banks may send us electronic images instead of original checks. In that case, we may provide a copy of the image, but not the original check.

**Exhibit 14 to Complaint**
**Page 266**

**Account statements or notices returned or undeliverable**

Your account statements or notices will be considered unclaimed or undeliverable if

- Two or more account statements or notices are returned to us through the mail because of an incorrect address; or
- We notify you electronically that your account statement is available for online viewing, and we receive email notifications that our message is undeliverable.

In either event, we may

- Discontinue sending account statements and notices, and
- Destroy account statements and notices returned to us as undeliverable.

We won't attempt to re-deliver account statements and notices to you until you provide us with a valid postal or electronic address.

**Change of address**

You agree to promptly notify us of any change to your postal or email address. We'll change your postal or email address within a reasonable time after you request it. If you have a combined statement, any owner of the primary account can change the address of all accounts included in the combined statement. Unless you instruct otherwise, we may change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with us.

We may update your address in our records without a request from you if (1) we identify a need to rely on another address you have provided us; or (2) we receive an address change notice from the U.S. Postal Service or information from another party in the business of providing correct address details that does not match the address in our records for your account or card.

**Your responsibility to review account statements and notices and notify us of errors**

You are obligated to:

- Examine your account statement promptly and carefully.
- Notify us promptly of any errors.
- Notify us within 30 days after we have made your account statement available to you of any unauthorized transaction on your account. Note: If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30-day period, we won't be responsible for unauthorized transactions made by the same wrongdoer.
- Notify us within six months after we have made your account statement available to you if you identify any unauthorized, missing, or altered endorsements on your items.

For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

**Consumer accounts only:** Electronic fund transfers are subject to different time periods for notification of errors, as described in the "Electronic Fund Transfer Services" section of this Agreement. Common examples of electronic fund transfers are ATM, debit card, and Bill Pay transactions.

**Responsibility to notify us of errors**

If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within the time frames specified above, your account statement will be considered correct and we won't be responsible for any unauthorized transaction, error, or claim for transactions included in the applicable statement.

**Unauthorized transactions**

A transaction is an unauthorized transaction when it's

- Missing a required signature or other evidence showing you have authorized it, or
- Altered (for example, the amount of a check or the payee's name is changed).

You can notify us of errors on your account statements by promptly

- Calling the telephone number listed on your account statement or in a notice, or
- Submitting a written report (if instructed by us) as soon as possible, but in any event within the specified time frames.

**Actions we take when you report an unauthorized transaction:** We investigate any reports of unauthorized activity on your account. After you submit a claim, we may require you to:

- Complete and return the claim form and any other documents we require,
- Notify law enforcement, and
- Cooperate fully with us in our investigation.

---

**Exhibit 14 to Complaint**
**Page 267**

We can reverse any credit made to your account resulting from a claim of unauthorized transaction or error if you don't cooperate fully with us in our investigation or recovery efforts, or we determine the transaction was authorized.

For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

**Consumer accounts only:** For specific information on unauthorized electronic fund transfers, see the "Electronic Fund Transfer Services" section of this Agreement.

## Adverse claims against your account

An adverse claim occurs when
- Any person or entity makes a claim against your account or funds in your account,
- We believe a conflict exists between or among your account's owners, or
- We believe a dispute exists over who has account ownership or authority to withdraw funds from your account.

In these situations, we may take any of the following actions without any responsibility or liability to you:
- Continue to rely on the documents we have on file for your account.
- Honor the claim against your account funds if we're satisfied the claim is valid.
- Freeze all or a part of the funds in your account until we believe the dispute is resolved to our satisfaction.
- Close your account and send a check or other item for the available balance in your account payable to you or to you and each person or entity who claimed the funds.
- Pay the funds into an appropriate court and/or petition the court to resolve the dispute.

We also may charge any account you keep with us for our fees and expenses in taking these actions (including attorney's fees and expenses, and court costs).

## If you carry special insurance for employee fraud/embezzlement
(Business accounts only)

If you have special insurance for employee fraud/embezzlement, we may require you to file your claim with your insurance company before making any claim against us. In such event, we'll consider your claim only after we have reviewed your insurance company's decision, and our liability to you, if any, will be reduced by the amount your insurance company pays you.

## Restricting access to your account

If we suspect any suspicious, irregular, fraudulent, unauthorized or unlawful activities, we can prevent, delay or decline transactions, freeze all or some of the funds in any account with us that you keep or control, and otherwise restrict access to your account. We may take these actions in our sole discretion and without liability to you, but we are not obligated to take any such actions.

## Converting accounts

We can convert your account to another type of deposit account (by giving you any required notice) if:
- You use it inappropriately or fail to meet or maintain the account's requirements, including minimum balance requirements, or
- We determine an account is inappropriate for you based on your use, or
- We stop offering the type of account you have.

## Terminating or suspending services

We can terminate or suspend specific services (for example, wire transfers) without closing your account and without prior notice to you. You can discontinue using a service at any time.

## Obtaining credit reports or other reports about you

We can obtain a credit or other report about you and/or your co-owners and authorized signers to help us determine whether to open or keep an account. We can also obtain information from motor vehicle departments, other state agencies, and public records.

## Sharing information about your account with others

Generally, if we don't have your consent, we won't share information about your account. However, we may share information about your account in accordance with our separately provided Privacy Notice.

## Use of funds in customers' non-interest-bearing accounts

We may benefit from having the use of funds in customers' non-interest-bearing accounts. We may use these funds to reduce our borrowing from other sources, such as the Fed Funds market, or invest them in short-term investments, such as our Federal Reserve Account. Our use of funds as described in this paragraph has no effect or impact on your use of and access to funds in your account.

**Exhibit 14 to Complaint**
**Page 268**

**Interest-bearing accounts**

**Calculating the applicable interest rate:** When you open an interest-bearing account, we provide a rate sheet listing the current interest rate and Annual Percentage Yield (APY) for your account. Interest-bearing accounts earn interest at a variable rate, except CDs. The interest rate may be as low as 0.00%, and we may change the interest rate for variable-rate accounts at any time. The interest rate may vary depending on your daily balances (tiered-rate account). We may pay the same interest rate on more than one tier. The tiers and corresponding interest rates are disclosed in the rate sheet.

We calculate interest using the daily collected balance method, applying a daily periodic rate to the collected balance in your account each day. Interest is calculated using a 365-day year, unless otherwise noted for business accounts in the Business Schedule. Interest compounds daily. For interest-bearing checking and savings accounts, it will be credited monthly.

Cash deposits begin accruing interest the same business day the deposit is credited to your account. If you deposit an item such as a check, interest begins accruing on the business day we receive credit for the item.

**Annual Percentage Yield (APY) and Annual Percentage Yield Earned (APYE):** The Annual Percentage Yield (APY) is a percentage rate reflecting the total amount of interest paid on an account based on the interest rate and the frequency of compounding for a 365-day period. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your account during the statement period and the average daily balance in the account for the statement period.

We calculate both your APY and APYE according to formulas established by federal regulations. The APYE appears on your account statement.

**The right to require notice of withdrawal from your savings account**: We may require seven days written notice before you withdraw money from your savings account.

**Tax identification number certification requirements**

U.S. Treasury regulations require us to determine the tax residency of all customers and payees who could receive income that is reportable to the IRS. We accomplish this by obtaining a Form W-9 from all U.S. taxpayers and a type of Form W-8 from all foreign customers.

- We use Form W-9 to document U.S. tax residency and obtain a Taxpayer Identification Number ("TIN") from the primary owner of each account. Until we have received the Form W-9 and TIN, we're required to apply backup withholding to any income earned.
- Foreign individuals (also referred to as nonresident aliens) and foreign entities document their tax residency outside the U.S. on the applicable type of Form W-8. That form also allows us to apply the correct withholding rate or exemption to your income earned in the U.S. If you don't provide a valid type of Form W-8, we're required to apply the 30% withholding rate, or in some cases, presume you're an uncertified U.S. taxpayer subject to backup withholding on all income and gross proceeds regardless of whether or not it's U.S. sourced.
- Accounts jointly owned by at least one foreign individual or entity must provide a Form W-8 or Form W-9, as applicable, for all of the joint owners.
- Foreign individuals provide a Form W-8BEN. Foreign entities that are the beneficial owner of the income provide a Form W-8BEN-E unless they can make a special withholding exemption claim and instead provide either a Form W-8EXP or Form W-8ECI.
- Entities that act as intermediaries or flow-through entities receiving income on behalf of someone else provide a Form W-8IMY. In some cases, that Form W-8IMY must also include a withholding statement that allocates the income to each of the beneficial owners and copies of the tax certification documentation for those underlying beneficial owners.

If you own your account as an individual or sole proprietor, upon your death, we must be provided with the estate's or successor's IRS Form W-9 or Form W-8. If these are not provided, we may either refuse to pay interest earned on your account from the date of your death or apply backup withholding on the income earned after the date of your death.

**Your tax responsibility**

You're responsible for paying applicable state and local sales taxes on your account fees. These taxes vary by location. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax. We will charge you for all the foregoing taxes and amounts. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax.

**Exhibit 14 to Complaint Page 269**

**Applicable exchange rate**

In addition to any applicable fees, we make money when we convert one currency to another currency for you. The exchange rate used when we convert one currency to another is set at our sole discretion, and it includes a markup. The markup is designed to compensate us for several considerations including, without limitation, costs incurred, market risks, and our desired return. The applicable exchange rate does not include, and is separate from, any applicable fees. The exchange rate we provide to you may be different from exchange rates you see elsewhere. Different customers may receive different rates for transactions that are the same or similar, and the applicable exchange rate may be different for foreign currency cash, drafts, checks, or wire transfers. Foreign exchange markets are dynamic and rates fluctuate over time based on market conditions, liquidity, and risks. We're your arms-length counterparty on foreign exchange transactions. We may refuse to process any request for a foreign exchange transaction.

**Communications about your account**

**Contacting you for servicing and collection:** We may contact you by phone, text, email, or mail to service your account or collect amounts you owe us. You will provide us accurate and current contact information. We can contact you at any address, phone number, or email address you provide.

When you give us a phone number, you expressly consent that we (and any party acting on our behalf) may contact you by phone call or text message at that number. When we call you, you agree that we may leave prerecorded or artificial voice messages. You also agree that we may use automatic telephone dialing systems in connection with calls or text messages sent to any phone number you give us, even if the receiving number is a mobile phone or other service for which the party called may be charged.

**Monitoring communications:** We can monitor, record, and retain your communications with us at any time without further notice to anyone, unless the laws governing your account require further notice. Monitored and recorded communications include phone conversations, electronic messages and records, and other data transmissions.

**Communicating with authorized signers:** We may provide you or an authorized signer with information about your account. When we receive information from an authorized signer, we treat it as a communication from you. You agree to notify us promptly in writing if an authorized signer no longer has authority on your account.

**Exhibit 14 to Complaint
Page 270**

# Closing Accounts

**If you close your account**

You can request to close your account at any time. To close, the account must be in good standing (for example, it does not have a negative balance, or restrictions such as holds on funds, legal order holds, or court blocks). At closing, we'll assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero. All outstanding items need to be processed and posted to your account and all deposits collected and posted to your account before it closes or items will be returned unpaid afterwards. You must redirect or cancel all scheduled deposits to and payments from (recurring or one-time, in each case) your account; otherwise, they may be returned unpaid after the account closes. We won't be liable for any loss or damage that may result from not honoring items or recurring deposits or payments that are presented or received after your account is closed (such as additional fees charged by a merchant or payee for a returned item).

During the process of closing your account:

- Interest-bearing accounts will stop earning interest.
- Overdraft Protection will be removed.
- All cards and linked accounts will be delinked.
- This Agreement continues to apply.

**Closing a Portfolio by Wells Fargo linked account:** When you ask us to close the primary checking account linked to your Portfolio by Wells Fargo program, we may take up to three business days to process your request.

**When we can close your account**

We may close your account at any time. If we close your account, we may send the remaining balance on deposit in your account by mail or credit it to another account you keep with us.

**Electronic banking privileges end when account is closed**

All of your electronic banking privileges will be terminated if your account is closed, except that you can view account activity, download statements and tax documents, and perform limited maintenance functions for at least 90 days after closure. If you're enrolled in online banking, refer to the Online Access Agreement for specific terms governing online access to your account.

**Closing your account if the balance is zero**

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.

- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

**Exhibit 14 to Complaint
Page 271**

## Dormant accounts

Generally, an account with a positive balance becomes dormant if you do not initiate an account-related activity (as determined by the laws governing your account) for a specified period of time.

**Checking accounts, savings accounts, and CDs:** To avoid dormancy, initiate an account-related activity like depositing or withdrawing funds at a branch or ATM, or writing a check from the account. One-time and recurring automatic transactions such as pre-authorized transfers, payments and electronic deposits (including direct deposits), do not prevent the account from becoming dormant, unless otherwise specified by state law.

| Generally, dormancy for: | | |
|---|---|---|
| Checking account | Savings account | CD |
| 12 months | 34 months | 34 months after first renewal |

**Portfolio accounts only:** If any linked account other than your primary checking account becomes dormant, that account will be delinked from your Portfolio by Wells Fargo program and any program benefits no longer apply (including any fee discounts or waivers or special interest rates).

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs):** Generally, your IRA and ESA (Savings or CD) will become dormant if you don't initiate an account-related activity as follows:

- Traditional IRA becomes dormant if you don't initiate an account-related activity for 34 months or more after you reach the age of 70 ½ (if you reached that age prior to January 1, 2020) or 72 (if you did not reach age 70 ½ prior to January 1, 2020)
- Roth IRA won't become dormant unless we receive notification of your death, unless otherwise specified by state law
- ESA becomes dormant after the beneficial owner reaches age 30, unless otherwise specified by state law.

**Safeguards for dormant accounts:** We put safeguards in place to protect a dormant account, which may include restricting the following transactions:

- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking.

Normal monthly service fees and other fees continue to apply throughout the dormancy period.

## When and how accounts escheat

If you do not contact us about your dormant account or initiate an account-related activity within the time period specified by applicable state unclaimed property laws (generally, three or five years), Wells Fargo will close your account and deliver your account funds to that state. This process is known as escheat. Account statements will no longer be accessible through online banking. To recover your account funds, you must file a claim with the state.

**Portfolio accounts only:** About two months before escheat of the primary checking account in your Portfolio by Wells Fargo program we'll close the Portfolio by Wells Fargo program. At the time of closure, we'll delink all accounts, and any Portfolio benefits will no longer apply. See the Consumer Schedule for the benefits impacted.  To reinstate your Portfolio by Wells Fargo program and associated program benefits, you must contact us before the primary checking account escheats.

**Exhibit 14 to Complaint**
**Page 272**

# Consumer Accounts Only:
# Resolving Disputes Through Arbitration

**Arbitration Agreement between you and Wells Fargo**

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A dispute is any unresolved disagreement between Wells Fargo and you. A dispute may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

**Wells Fargo and you each agree to waive the right to a jury trial or a trial in front of a judge in a public court.** This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

**Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general.** If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

**Applicable rules**

Wells Fargo and you each agree that:

- The American Arbitration Association (AAA) will administer each arbitration and the selection of arbitrators according to the AAA's Consumer Arbitration Rules (AAA Rules).
- If there are any differences between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement applies. If this Arbitration Agreement is in dispute, the arbitrator will decide whether it is enforceable.
- Wells Fargo and you are participating in commercial transactions involving the movement of money or goods among states.
- The Federal Arbitration Act (Title 9 of the United States Code) governs this Arbitration Agreement and any arbitration between Wells Fargo and you. If the Act or any part of it is inapplicable, unenforceable or invalid, the state laws governing your relationship with Wells Fargo govern this Arbitration Agreement.

Either Wells Fargo or you may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has previously begun. For information on initiating arbitration, contact the AAA at 1-800-778-7879.

Each arbitrator must be a licensed attorney with expertise in the laws applicable to the dispute's subject matter. The arbitrator will make a decision regarding the dispute based on applicable law, including any statutes of limitations. The arbitrator may award to either Wells Fargo or you any award or relief provided for by law.

**Fees and expenses**

- **Setting the fees/expenses:** We will pay any costs that are required to be paid by us under the arbitration administrator's rules and procedures, and subject to applicable law. If the arbitrator rules in your favor on any claim presented, we will reimburse you for arbitration filing fees you have paid up to $700.00. Please check with the arbitration administrator to determine the fees applicable to any arbitration you file.
- **Applying state law:** The laws governing your account may limit the amount of fees and expenses you are required to pay in arbitration. Your arbitration fees and expenses will not exceed any applicable limits.
- **Paying for attorney/expert/witness fees:** Unless applicable laws state otherwise, each party will pay its own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

**Exhibit 14 to Complaint Page 273**

**Additional dispute resolution**

Wells Fargo or you each can exercise any lawful rights or use other available remedies to:

- Preserve or obtain possession of property,
- Exercise self-help remedies, including setoff rights, or
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or appointment of a receiver by a court of competent jurisdiction.

**Arbitration location**

An arbitration will be held in the state whose laws govern your account.

# Business Accounts Only: Resolving Disputes Through Arbitration

**Arbitration Agreement between you and Wells Fargo**

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A "dispute" is any unresolved disagreement between Wells Fargo and you. A "dispute" may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

Except as stated in "No waiver of self-help or provisional remedies" below, Wells Fargo and you agree, at Wells Fargo's or your request, to submit to binding arbitration all claims, disputes, and controversies between or among Wells Fargo and you (and their respective employees, officers, directors, attorneys, and other agents), whether in tort, contract or otherwise arising out of or relating in any way to your account(s) and/or service(s), and their negotiation, execution, administration, modification, substitution, formation, inducement, enforcement, default, or termination (each, a "dispute"). **DISPUTES SUBMITTED TO ARBITRATION ARE NOT RESOLVED IN COURT BY A JUDGE OR JURY. TO THE EXTENT ALLOWED BY APPLICABLE LAW, WELLS FARGO AND YOU EACH IRREVOCABLY AND VOLUNTARILY WAIVE THE RIGHT EACH MAY HAVE TO A TRIAL BY JURY FOR ANY DISPUTE ARBITRATED UNDER THIS AGREEMENT.**

Aside from self-help remedies, this Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court. Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand by the other party must pay all of the other party's costs and expenses for compelling arbitration.

**Class action or representative suit not permitted**

Wells Fargo and you agree that the resolution of any dispute arising pursuant to the terms of this Agreement will be resolved by a separate arbitration proceeding and will not be consolidated with other disputes or treated as a class. Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general. If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

**Applicable rules**

Wells Fargo and you each agree that the arbitration will:

- Proceed in a location mutually agreeable to Wells Fargo and you, or if the parties cannot agree, in a location selected by the American Arbitration Association (AAA) in the state whose laws govern your account
- Be governed by the Federal Arbitration Act (Title 9 of the United States Code), notwithstanding any conflicting choice of law provision in any of the documents between Wells Fargo and you
- Be conducted by the AAA, or such other administrator as Wells Fargo and you will mutually agree upon, in accordance with the AAA's commercial dispute resolution procedures, unless the claim or counterclaim is at least $1,000,000 exclusive of claimed interest, arbitration fees and costs in which case the arbitration will be conducted in accordance with the AAA's optional procedures for large, complex commercial disputes (the commercial dispute resolution procedures or the optional procedures for large, complex commercial disputes to be referred to, as applicable, as the "rules").

**Exhibit 14 to Complaint Page 274**

If there is any inconsistency between the terms hereof and any such rules, the terms and procedures set forth herein will control. Any party who fails or refuses to submit to arbitration following a lawful demand by any other party will bear all costs and expenses incurred by such other party in compelling arbitration of any dispute. Nothing contained herein will be deemed to be a waiver by Wells Fargo of the protections afforded to it under 12 U.S.C. Section 91 or any similar applicable state law.

**No waiver of self-help or provisional remedies**

This arbitration requirement does not limit the right of Wells Fargo or you to:

1. Exercise self-help remedies, including setoff or

2. Obtain provisional or ancillary remedies such as injunctive relief or attachment, before, during, or after the pendency of any arbitration proceeding. This exclusion does not constitute a waiver of the right or obligation of either party to submit any dispute to arbitration or reference hereunder, including those arising from the exercise of the actions detailed in (1) and (2) above.

**Arbitrator's qualifications and power**

Any dispute in which the amount in controversy is $5,000,000 or less will be decided by a single arbitrator selected according to the rules, and who will not render an award of greater than $5,000,000. Any dispute in which the amount in controversy exceeds $5,000,000 will be decided by majority vote of a panel of three arbitrators; provided however, that all three arbitrators must actively participate in all hearings and deliberations. Each arbitrator will be a neutral attorney licensed in the state whose laws govern your account, or a neutral, retired judge in such state, in either case with a minimum of ten years' experience in the substantive law applicable to the subject matter of the dispute to be arbitrated. The arbitrator(s) will determine whether or not an issue is arbitratable and will give effect to the statutes of limitation in determining any claim.

In any arbitration proceeding the arbitrator(s) will decide (by documents only or with a hearing at the discretion of the arbitrator(s)) any pre-hearing motions which are similar to motions to dismiss for failure to state a claim or motions for summary adjudication. The arbitrator(s) will resolve all disputes in accordance with the substantive law of the state whose laws govern your account and may grant any remedy or relief that a court of such state could order or grant within the scope hereof and such ancillary relief as is necessary to make effective any award. The arbitrator(s) will also have the power to award recovery of all costs and fees, to impose sanctions, and to take such other action as deemed necessary to the same extent a judge could pursuant to the federal rules of civil procedure, the state rules of civil procedure for the state whose laws govern your account, or other applicable law. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The institution and maintenance of an action for judicial relief or pursuit of a provisional or ancillary remedy will not constitute a waiver of the right of any party, including the plaintiff, to submit the controversy or claim to arbitration if any other party contests such action for judicial relief.

**Discovery**

In any arbitration proceeding, discovery will be permitted in accordance with the rules. All discovery will be expressly limited to matters directly relevant to the dispute being arbitrated and must be completed no later than 20 days before the hearing date. Any requests for an extension of the discovery periods, or any discovery disputes, will be subject to final determination by the arbitrator upon a showing that the request for discovery is essential for the party's presentation and that no alternative means for obtaining information is available.

**Fees and expenses**

The arbitrator will award all costs and expenses of the arbitration proceeding.

**Additional rules for an arbitration proceeding**

To the maximum extent practicable, the AAA, the arbitrator(s), Wells Fargo and you will take all action required to conclude any arbitration proceeding within 180 days of the filing of the dispute with the AAA. The arbitrator(s), Wells Fargo or you may not disclose the existence, content, or results thereof, except for disclosures of information by Wells Fargo or you required in the ordinary course of business, by applicable law or regulation, or to the extent necessary to exercise any judicial review rights set forth herein. If more than one agreement for arbitration by or between Wells Fargo and you potentially applies to a dispute, the arbitration agreement most directly related to your account or the subject matter of the dispute will control. This arbitration agreement will survive the closing of your account or termination of any service or the relationship between Wells Fargo and you.

**The right to pursue claims in small claims court**

Notwithstanding anything to the contrary, Wells Fargo and you each retains the right to pursue in small claims court a dispute within that court's jurisdiction. Further, this arbitration agreement will apply only to disputes in which either party seeks to recover an amount of money (excluding attorneys' fees and costs) that exceeds the jurisdictional limit of the small claims court.

**Exhibit 14 to Complaint**
**Page 275**

# Additional Terms and Services

**Laws governing your account**

This Agreement, your accounts, services and any related disputes are governed by United States law and (when not superseded by United States law) the laws of the state where you opened your account (without regard to conflict of laws principles).

For consumer and business accounts (except analyzed business accounts), your account statement identifies which state's laws govern your account. If a different state law applies, we'll notify you.

Any funds transfer (including a wire transfer) that is a remittance transfer as defined in Regulation E, Subpart B, will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

**Controlling language**

English is the controlling language of our relationship with you, including the terms of this Agreement. Items you write such as checks or withdrawal slips must be written in English. For your convenience, we may, but are not obligated to (unless required by law), translate some forms, disclosures, and advertisements into another language, but if there's a discrepancy, the English version prevails over the translation.

**Order of precedence between agreements**

If a service we offer has a separate agreement, and there's a conflict between the terms of this Agreement and the separate agreement, the conflicting terms of the separate agreement will apply.

**Legal process**

Legal process includes any levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture or seizure, and other legal process relating to your account.

We may accept and act on any legal process we believe to be valid regardless of how and where it is served, including if process is served in locations, states, or jurisdictions other than where the account was opened or where the account, property, or records are located.

We may, but are not required to, provide notice of legal process relating to your accounts. We may comply with legal process even though it affects the interests of only one owner or authorized signer of a joint account.

Any fees, expenses (including attorney's fees and expenses), or losses we incur as a result of responding to legal process related to your account are your responsibility. We may charge these costs to any account you maintain with us.

**Legal dispute location**

Any lawsuit, claim, or other proceeding arising from or relating to your account or this Agreement, will take place exclusively in the state or federal courts in the state whose laws govern your account, without regard to conflict of laws principles. This includes enforcement of the Arbitration Agreement and entry of judgment on any arbitration award.

**Changes to this Agreement**

We may change the terms of this Agreement, including account fees and features, at any time by adding new terms or conditions, or by modifying or deleting existing ones. If we're required to notify you of a change to this Agreement, we'll describe the change and its effective date in a message within your account statement or by any other appropriate means. We may agree in writing to waive a term of this Agreement, including a fee, and we may revoke any waiver.

**Modification of invalid terms**

Any term of this Agreement that is inconsistent with the laws governing your account will be excluded to the extent of such invalidity. The invalid term will be considered modified by us and applied in a manner consistent with such laws. Such modification won't affect the enforceability or validity of the remaining terms of this Agreement.

**Timing of notices**

Any notice you send us is effective once we receive it and have a reasonable opportunity to act on it.

**Exhibit 14 to Complaint**
**Page 276**

**Responsibilities and liabilities between Wells Fargo and you**

We're responsible for exercising ordinary care and complying with this Agreement.

When we take an item for processing by automated means, ordinary care does not require us to examine the item. In all other cases, ordinary care requires only that we follow standards that don't vary unreasonably from the general standards followed by similarly situated banks.

Except to the extent we fail to exercise ordinary care or to comply with this Agreement, you agree to indemnify and hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with our performance under this Agreement. This indemnification will survive termination of this Agreement.

We won't be liable for anything we do when following your instructions. In addition, we won't be liable if we don't follow your instructions if we reasonably believe that your instructions would expose us to potential loss or civil or criminal liability, or conflict with customary banking practices. In no event will either Wells Fargo or you be liable to the other for any special, consequential, indirect, or punitive damages. The limitation doesn't apply where the laws governing your account prohibit it. We won't have any liability to you if your account does not have sufficient available funds to pay your items due to actions we have taken in accordance with this Agreement.

Circumstances beyond your control or ours may arise and make it impossible for us to provide services to you or for you to perform your duties under this Agreement. If this happens, neither Wells Fargo nor you will be in breach of this Agreement. If we waive a right with respect to your account on one or more occasions, it does not mean we're obligated to waive the same right on any other occasion.

**Your obligation to pay our fees**

We're permitted to either directly debit your account or bill you for our fees, expenses and taxes incurred in connection with your account and any service.  If the available funds in your account are not sufficient to cover the debit, we may create an overdraft on your account.

**Setoff and security interest**

**Our setoff rights:** If you owe us any money, we have the right to apply funds in any of your accounts to pay your debt. This is known as setoff. When we exercise this right, we reduce the funds in your account(s) by the amount of the debt that is due or past due as allowed by the laws governing your account. We're not required to give you any prior notice to exercise our right of setoff.

A debt includes any amount you owe individually or together with someone else both now or in the future. It includes any overdrafts and our fees. If your account is a joint account, we may setoff funds in it to pay the debt of any joint owner.

If your account is an unmatured CD, then we may deduct an early withdrawal penalty. This may be due as a result of our having exercised our right of setoff. See "Early withdrawal penalty and Regulation D penalty" in the "Time Accounts (CDs)" section of this Agreement.

**Consumer accounts only:** Our right to setoff extends to any federal or state benefit payments (including Social Security benefits) deposited to your account, subject to applicable law. If we're obligated to return any federal or state benefits deposited to your accounts after you're no longer eligible to receive them, we may setoff against any of your accounts to recover the payments you were ineligible to receive. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us.

**Security interest:** To ensure you pay us all amounts you owe us under this Agreement (e.g., overdrafts and fees), you grant us a lien on and security interest in each account you keep with us. By opening and keeping each account with us, you consent to our asserting our security interest should the laws governing this Agreement require your consent. Our rights under this security interest are in addition to and apart from any other rights under any other security interest you may have granted to us.

You may not grant a security interest in, transfer, or assign your accounts to anyone other than us without our written agreement.

**Exhibit 14 to Complaint**
**Page 277**

# Glossary

**ACH:** the Automated Clearing House Network.

**ACH debit entry:** an electronic instruction requesting the withdrawal of funds from your account through ACH.

**ACH transaction:** a deposit or payment transferred to or from your account through an ACH.

**Analyzed business account:** a checking account for which fees are billed through account analysis. Some analyzed accounts offer an earnings allowance to offset eligible fees. Examples of analyzed business accounts include the following: Optimize Business Checking℠, Analyzed Business Checking, and Analyzed Interest on Lawyers Trust Account (IOLTA).

**Authorized signer:** a person who has actual or apparent authority to use your account even if they have not signed the account application.

**Available balance:** our most current record of the amount of money available for your use or withdrawal. For more information, see the "Available Balance, Posting Transactions, and Overdraft" section in this Agreement.

**Business account:** any deposit account, other than one of Wells Fargo's commercial deposit accounts, which isn't established and kept for personal, family, or household purposes. Common examples of ownership include an individual acting as a sole proprietor, a partnership, a limited partnership, a limited liability partnership, a limited liability company, a corporation, a joint venture, a nonprofit corporation, an employee benefit plan, or a governmental unit including an Indian tribal entity.

**Business day:** every day except Saturday, Sunday, and federal holidays.

**Card:** every type of debit card and ATM card we may issue, except any prepaid cards or the business deposit card.

**Collected balance:** the ending daily balance in your account after all credits and debits have posted, minus deposited items that have not yet been collected from the originating financial institution. The collected balance is the balance on which interest is calculated for all interest-bearing checking accounts and for all savings accounts.

**Consumer account:** any deposit account which is established and kept for personal, family, or household purposes and isn't intended for business use. A consumer account can be owned by one or more individuals.

**Direct deposit:** an automatic electronic deposit of your salary, pension, Social Security, or other regular income deposited through the ACH network to your Wells Fargo deposit account by your employer or an outside agency.

**Endorsement:** a signature, stamp, or other mark on the back of a check to transfer, restrict payment, or make the signer responsible for the check.

**Fee period:**  see the "Overview and Key Terms" section of the Consumer Schedule or Business Schedule, as applicable.

**Item:** any order, instruction, or authorization to withdraw or pay funds or money from or to an account. Examples include a check, draft, money order, ACH, wire transfer, Bill Pay, other electronic transfer, ATM withdrawal, teller withdrawal, debit card purchase, and fee.

**Overdraft:** an available balance of less than $0.00 in your account.

**Returned item / Non-sufficient funds (NSF):** a term used to indicate when an item presented for payment is returned unpaid because the available balance in your deposit account is less than the amount of the item when presented.

**Statement period:** The dates of your statement period are located on your account statement, which provides you a record of all transactions posted during that period. Statement periods can be of varying length, including monthly, quarterly, semi-annual, or annual.

This Deposit Account Agreement governs deposit accounts maintained at Wells Fargo Bank, N.A.

© 2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

CCB2018 (10/15/21)

**Exhibit 14 to Complaint
Page 278**