Mark T. Flewelling (Bar No. 96465)
 mflewelling@lagerlof.com
Michael Rapkine (Bar No. 222811)
 mrapkine@lagerlof.com
LAGERLOF, LLP
155 North Lake Avenue, 11th Floor
Pasadena, California 91101
Telephone: (626) 793-9400
Facsimile: (626) 793-5900

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.
a national banking association
("Wells Fargo")

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association, | Case No.: 5:23-cv-00903-ODW-SHK |
| Plaintiff, | *The Hon. Otis D. Wright, II* |
| v. | **NOTICE OF SETTLEMENT** |
| ABDELMAJED AWAD, an individual; AKRAM AWAD, an individual; MAJID AWAD, an individual; JASER AWAD, an individual; YASER AWAD, an individual; and TAYSIR AWAD, an individual, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND THE HONORABLE OTIS D. WRIGHT, II:**

PLEASE TAKE NOTICE that plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and the defendants (Abdelmajed Awad, Akram Awad, Majid Awad, Jaser Awad, Yaser Awad, and Taysir Awad) (collectively, the "Parties") have entered into a fully executed settlement agreement to resolve this action.

Although the specific terms of the settlement shall remain confidential, the settlement provides that the Parties shall file a joint stipulation to abate/stay this action until the defendants have completed a schedule of settlement payments. The defendants are obligated to make their final settlement payment by June 15, 2024. Upon receipt of all the settlement payments, Wells Fargo shall file a dismissal of the action with prejudice.

Respectfully submitted,

Dated: August 16, 2023

LAGERLOF, LLP

By: */s/ Mark T. Flewelling*
   Mark T. Flewelling
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is LAGERLOF, LLP, 155 N. Lake Ave., 11th Floor, Pasadena, California 91101.

On the date below, I served a copy of the following documents entitled:

## NOTICE OF SETTLEMENT

on the interested parties in this case as follows:

**Served by Means Other Than Electronically
via the Court's CM/ECF System:**

*Counsel for all Defendants:*
(courtesy copy)

Leonard M. Shulman, Esq.
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA  92618-4969
Phone: 949-340-3400  |  Fax: 949-340-3000
Email: lshulman@shulmanbastian.com

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed at Pasadena, California on **August 17, 2023.**

| Marianne Mantoen | /s/ *Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |