Mark T. Flewelling (Bar No. 96465)
  mflewelling@lagerlof.com
LAGERLOF, LLP
155 North Lake Avenue, 11th Floor
Pasadena, California 91101
Tel: (626) 793-9400 | Fax: (626) 793-5900

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

Leonard M. Shulman (Bar No. 126349)
  lshulman@shulmanbastian.com
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California
Tel: (949) 340-3400 | Fax: (949) 340-3000

Attorneys for Defendants
ABDELMAJED AWAD, AKRAM AWAD, MAJID AWAD, JASER AWAD, YASER AWAD and TAYSIR AWAD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association, | Case No.: 5:23-cv-00903-ODW-SHK |
| Plaintiff, | *The Hon. Otis D. Wright, II* |
| v. | **JOINT STIPULATION TO EXTEND DEADLINE TO DISMISS ACTION** |
| ABDELMAJED AWAD, an individual; AKRAM AWAD, an individual; MAJID AWAD, an individual; JASER AWAD, an individual; YASER AWAD, an individual; and TAYSIR AWAD, an individual, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND THE HONORABLE OTIS D. WRIGHT, II:**

PLEASE TAKE NOTICE that subject to the Court's consent, plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and defendants Abdelmajed Awad, Akram Awad, Majid Awad, Jaser Awad, Yaser Awad, and Taysir Awad (collectively the "Parties"), through their counsel, stipulate to continue the dismissal deadline from October 17, 2023 to June 17, 2024.  Grounds for this stipulation are:

## RECITALS

A. Wells Fargo filed this action on May 17, 2023. (Doc. 1).  The Parties settled this action in July 2023 pursuant to a fully-executed settlement agreement, which includes a signed stipulation for judgment and other documents. ("Settlement Documents").

B. The Settlement Documents obligate defendants to deliver installment payments to Wells Fargo until Saturday, June 15, 2024.

C. If defendants timely perform their payment obligations, Wells Fargo will dismiss this action on or before Monday June 17, 2024, pursuant to the Settlement Documents.  If there is a default under the Settlement Documents by the defendants, Wells Fargo is entitled to file the stipulation for judgment with the Court and request entry of a judgment for the balance remaining due under the Settlement Documents.

D. Wells Fargo filed a Notice of Settlement on August 17, 2023. (Doc 12). In response to the Notice of Settlement, the Court issued a minute order that scheduled an October 17, 2023 dismissal deadline, noting that it "declines to monitor the Parties' performance of the finalized written settlement terms" (Doc. 13).

Given the completion date of the settlement (June 15, 2024), the Parties respectfully request that the Court continue the October 17, 2023 dismissal deadline to Monday, June 17, 2024.  Continuing the dismissal deadline, the Parties

1  submit, would not impose a burden on the Court.  Between the date of this
2  stipulation and June 17, 2024, only one of two documents would be filed under the
3  Settlement Documents:  a dismissal of the action or the stipulation for judgment
4  along with a supporting declaration.

5      The Parties understand the Court has broad discretion to set deadlines and
6  manage its docket.  However, continuing the dismissal deadline will help facilitate
7  the timely completion of the settlement by the June 15, 2024 deadline.

8      Aside from the dismissal deadline at issue, there are no other existing
9  deadlines in this action.  No party has submitted a prior request for a continuance
10  and no further extension requests are anticipated by the Parties.

11      Based on the foregoing, the Parties request that the Court grant the proposed
12  order submitted with this stipulation.

13
14      Respectfully submitted,
15  Dated:  September 13, 2023   LAGERLOF LLP
16
17  By:  */s/ Mark T. Flewelling*
    Mark T. Flewelling
18  Attorneys for Plaintiff
    WELLS FARGO BANK, N.A.
19
20  Dated:  September 13, 2023   SHULMAN BASTIAN
21  FRIEDMAN & BUI LLP
22  By: _____
23  Leonard Shulamn
    Attorneys for Defendants
24  ABDELMAJED AWAD, AKRAM
    AWAD, MAJID AWAD, JASER AWAD,
25  YASER AWAD and TAYSIR AWAD
26
27
28

1  submit, would not impose a burden on the Court. Between the date of this
2  stipulation and June 17, 2024, only one of two documents would be filed under the
3  Settlement Documents: a dismissal of the action or the stipulation for judgment
4  along with a supporting declaration.
5      The Parties understand the Court has broad discretion to set deadlines and
6  manage its docket. However, continuing the dismissal deadline will help facilitate
7  the timely completion of the settlement by the June 15, 2024 deadline.
8      Aside from the dismissal deadline at issue, there are no other existing
9  deadlines in this action. No party has submitted a prior request for a continuance
10 and no further extension requests are anticipated by the Parties.
11     Based on the foregoing, the Parties request that the Court grant the proposed
12 order submitted with this stipulation.

                                        Respectfully submitted,

15 Dated: September 13, 2023              LAGERLOF LLP

                                        By: _____
                                            Mark T. Flewelling
                                            Attorneys for Plaintiff
                                            WELLS FARGO BANK, N.A.

20 Dated: September 13, 2023              SHULMAN BASTIAN
                                          FRIEDMAN & BUI LLP

                                        By: _____
                                            Leonard Shulman
                                            Attorneys for Defendants
                                            ABDELMAJED AWAD, AKRAM
                                            AWAD, MAJID AWAD, JASER AWAD,
                                            YASER AWAD and TAYSIR AWAD

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is LAGERLOF, LLP, 155 N. Lake Ave., 11th Floor, Pasadena, California 91101.

On the date below, I served a copy of the following documents entitled:

**JOINT STIPULATION TO EXTEND DEADLINE TO DISMISS ACTION**

on the interested parties in this case as follows:

**Served by Means Other Than Electronically via the Court's CM/ECF System:**

*Counsel for all Defendants:*
(courtesy copy)

Leonard M. Shulman, Esq.
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618-4969
Phone: 949-340-3400 | Fax: 949-340-3000
Email: lshulman@shulmanbastian.com

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed at Pasadena, California on **September 15, 2023.**

| Marianne Mantoen | /s/ *Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |